IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

FRANCES DARCANGELO        :

v.                        :    CIVIL NO. S 02-816

BELL ATLANTIC             :

## AGREED-UPON REVISED SCHEDULING ORDER

### I. DISCOVERY

This case is, by this Order, exempted from the disclosure provisions of Fed. R. Civ. P. 26(a)(1-4) and from the formal conferencing provisions of Fed. R. Civ. P. 26(d) (1st sentence) and (f).

Depositions and all other non-expert discovery shall be <u>completed</u> by **March 28, 2003**.

Expert discovery shall be <u>completed</u> by **April 30, 2003**.

### II. STATUS REPORT

The parties shall file in chambers by **April 30, 2003** a status report covering the following matters:

1. Whether or not discovery has been completed;
2. Whether or not any motions are pending;
3. Whether or not any party intends to file motions;
4. Whether the case is to be tried jury or non-jury and the anticipated length of trial;
5. A certification that the parties have met to conduct serious settlement negotiations and have discussed consensual reference of this case to a United States Magistrate Judge pursuant to 28 U.S.C. §636(c); and the date, time and place of the meeting and the names of all persons participating therein;
6. Any other matter that any party believes should be brought to the Court's attention.

### III. MOTIONS

All motions shall be filed on or before **May 30, 2003**. After motions and responses thereto have been filed, the Court will advise the parties if a hearing is to be schedule. Any party who opposes a <u>summary judgment</u> motion must submit, with such opposition, a concise list of the material facts he or she contends are in genuine dispute, which a specific reference for <u>each</u> such fact to that part o the materials submitted by such party under Fed. R. Civ. P. 56(e) generating a genuine dispute as to that fact.

MOTIONS <u>IN LIMINE</u> ARE NOT SUBJECT TO THE DEADLINE IN THE PRECEDING

PARAGRAPH, BUT MUST BE FILED NOT LATER THAN SIX WEEKS PRIOR TO THE SCHEDULED COMMENCEMENT DATE OF TRIAL.

Dated: February 20, 2003 _/s/ Martha Dye per sig._ Karen M. Wahle, Bar No. 013658 Martha Dye, Bar No. 15057 O'MELVENY & MYERS LLP 555 13th Street, N.W. Washington, D.C. 20004-1109 (202) 383-5300 (202) 383-5414 (facsimile) *Counsel for Defendant* Bell Atlantic Corp.

_____ Dated: February 20, 2003 _____
Edwin R. Burkhardt 401 Washington Avenue Suite 303 Towson, Maryland 21204 (410) 583-0338 (410) 583-2378 (facsimile) *Attorney for Plaintiff* Frances Darcangelo

SO ORDERED: and approved pursuant to ~~this~~ telephone conference with counsel on 2-14-03

/s/ Beth P. Gesner
Beth P. Gesner
Magistrate Judge

Dated: February 25, 2003