## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

<u>BY FACSIMILE</u>

March 21, 2003

RE: <u>Frances Darcangelo v. Bell Atlantic</u>, S-02-816

MEMORANDUM FOR COUNSEL

Dear Counsel:

    This case has been referred to me for the resolution of discovery disputes pursuant to 28 U.S.C. §636(b) and Local Rule 301. I received defendant's Motion to Compel Limited Supplemental Psychiatric Examination and the supporting memorandum. (Paper No. 22). In order to ensure a timely resolution of the dispute, plaintiff should file any opposition by Tuesday, March 25, 2003.

    Despite the informal nature of this letter, it will constitute an order of the Court and will be docketed accordingly.

    Thank you for your attention to this matter.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge