IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>   v.<br><br>BELL ATLANTIC,<br><br>      Defendant. | No. WDQ-02-816 |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

The parties to the above-captioned case hereby submit the following status report on the following topics, as set forth in the Agreed-Upon Revised Scheduling Order that was entered in the case on February 25, 2003. The parties have also agreed upon a schedule for the briefing of Defendant's anticipated summary judgment motion, and request approval of that schedule.

1. **Whether or not discovery has been completed**

   Discovery has been completed with the following exceptions:

   a) Defendant's deposition of Julie Swope, a third party, which was to take place on April 28, 2003, pursuant to subpoena. Ms. Swope did not appear. Defendant is attempting to enter into an amicable resolution of the matter such that Ms. Swope will agree to appear, but barring any such agreement, Defendant will be filing a motion for contempt.

   b) Plaintiff's deposition of Dr. Jeffrey Janofsky, Defendant's expert, scheduled to take place on June 12, 2003, or earlier if Dr. Janofsky's other obligations are cancelled.

   c) Plaintiff is considering moving to compel on several points of discovery, and a "meet and confer" meeting has been scheduled.

2-3. **Whether or not any motions are pending/Whether or not any party intends to file motions**

   No motions are currently pending, however, the following motions are being contemplated:

    a)    If agreement is not reached, Defendant will move for third party Julie Swope to be held in contempt.

    b)    If agreement is not reached following a meet and confer, Plaintiff may move to compel several items.

    c)    Defendant intends to file a motion for summary judgment.

4. **Whether the case is to be tried jury or non-jury and the anticipated length of trial**

The case will be tried by jury and jury trial is anticipated to last one to two weeks.

5. **Settlement certification/Consent to magistrate**

Prior to the filing of the complaint, Defendant made a settlement offer to Plaintiff, which was rejected. Plaintiff subsequently made a settlement demand, and Defendant intends to respond within two weeks of today's date.

The parties have discussed consensual reference of the case to a magistrate and Defendant is not willing to consent.

6. **Proposed Summary Judgment Briefing Schedule**

The parties have agreed upon and seek approval of the following briefing schedule for the motion for summary judgment that Defendant anticipates filing, subject to possible subsequent requests for additional time that may be required if the above-described discovery disputes are not amicably resolved and motion practice is required.

    Motion to be filed by:    June 20, 2003

    Opposition to be filed by:    July 11, 2003

    Reply to be filed by:    July 25, 2003

Dated: April 30, 2003

| _____/s/_____<br>Karen M. Wahle, Bar No. 013658<br>Martha Dye, Bar No. 15057<br>O'MELVENY & MYERS LLP<br>555 13th Street, N.W.<br>Washington, D.C. 20004-1109<br>(202) 383-5300<br>(202) 383-5414 (facsimile)<br><br>Counsel for Defendant<br>Bell Atlantic Corp. | _____/s/_____<br>Edwin R. Burkhardt, Bar No. 23626<br>401 Washington Avenue, Suite 303<br>Towson, MD 21204<br>(410) 583-0338<br><br>Counsel for Plaintiff<br>(signed copy of document bearing original signature is being maintained in the offices of O'Melveny & Myers LLP) |
|---|---|