IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>          Plaintiff,<br><br>     v.<br><br>VERIZON MARYLAND INC.,<br><br>          Defendant. | No. WDQ-02-816 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant Verizon Maryland Inc. moves the Court to enter summary judgment in its favor because there is no genuine issue of material fact, and defendant is entitled to summary judgment as a matter of law.

This motion is based on separately, simultaneously filed Exhibits in Support of Defendant's Motion for Summary Judgment and a Memorandum in Support of Defendant's Motion for Summary Judgment.

In addition to the dismissal of this action with prejudice, defendant requests an award of its costs, attorneys' fees and expenses incurred in defense of this action.

Dated:  June 20, 2003                                         Respectfully submitted,

                                                                    _____/s/_____
                                                                    Karen M. Wahle, Bar No. 013658
                                                                    Martha Dye, Bar No. 015057
                                                                    O'MELVENY & MYERS LLP
                                                                    555 13th Street, N.W.
                                                                    Washington, D.C.  20004-1109
                                                                    (202) 383-5300
                                                                    (202) 383-5414 (facsimile)

                                                                    Counsel for Defendant
                                                                    Verizon Maryland Inc.