IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>           Plaintiff,<br><br>      v.<br><br>VERIZON MARYLAND INC.,<br><br>           Defendant. | No. WDQ-02-816 |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Verizon Maryland Inc. respectfully requests that it be permitted to file an oversized memorandum in support of its Motion For Summary Judgment. An extension of the page limitation to 60 pages is warranted because of the multitude of factual and legal issues in this complex matter brought under the Americans with Disabilities Act. Plaintiff's counsel does not oppose this motion.

Dated: June 20, 2003

Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.