IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>   Plaintiff,<br><br>   v.<br><br>VERIZON MARYLAND INC.,<br><br>   Defendant. | No. WDQ-02-816 |

### REQUEST FOR HEARING ON
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    Defendant Verizon Maryland Inc. ("Verizon") respectfully requests a hearing, pursuant to Local Rule 105.6, on its simultaneously-filed Motion for Summary Judgment. As grounds for its request, defendant states as follows:

    1.    Defendant requests a hearing on this motion because it concerns the long and complicated history of plaintiff's employment with defendant and defendant thus believes that oral argument would facilitate this Court's understanding of the background of the motion. Furthermore, the motion involves multiple complex legal questions under the Americans with Disabilities Act, and defendant believes that the Court would benefit from the opportunity to hear from and pose questions to both parties. Defendant requests that each side be granted thirty minutes for argument on the motion.

2

    2.    Plaintiff's counsel does not oppose this request for hearing.

Dated: June 20, 2003                                        Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Washington, D.C.  20004-1109
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.