IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON MARYLAND INC.,<br><br>　　　　Defendant. | No. WDQ-02-816 |

## NOTICE OF NON-ELECTRONIC FILING

Defendant Verizon Maryland Inc. respectfully gives notice that, due to their large size, it has filed by hand with the Clerk's Office one copy of each of the following documents:

o　Documents in Support of Defendant's Motion for Summary Judgment (Volumes I through V)

These documents have *not* been filed using the ECF system. Plaintiff's counsel has been served with a copy of these documents.

June 20, 2003

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Karen M. Wahle, Bar No. 013658
　　　　　　　　　　　　　　　　　　　　　　　Martha Dye, Bar No. 015057
　　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　　555 13th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004-1109
　　　　　　　　　　　　　　　　　　　　　　　(202) 383-5300
　　　　　　　　　　　　　　　　　　　　　　　(202) 383-5414 (facsimile)

　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Verizon Maryland Inc.