In the United States District Court for the
District of Maryland
Northern Division

FRANCES DARCANGELO,

    Plaintiff,                        02CV816-WDQ

-v-

BELL ATLANTIC,

    Defendant

_____

CONSENT STIPULATION TO AMEND COMPLAINT TO SUBSTITUTE VERIZON MARYLAND INC. FOR ORIGINAL DEFENDANT BELL ATLANTIC
_____

Plaintiff Frances Darcangelo, by and through counsel, Edwin R. Burkhardt of Towson, Maryland, and Defendant Bell Atlantic, by and through counsel, O'Melveny & Myers of Washington D.C. and Tysons Corners, Virginia, hereby stipulate to the substitution of VERIZON MARYLAND INC. for the original named Defendant, Bell Atlantic, the parties agreeing that the latter is, as the successor-in-interest to the Plaintiff's previous employer, in fact the proper party to be named as defendant in this case.

Dated this __ day of June, 2003

_____        _____
Edwin R. Burkhardt                    Martha Dye or Karen Wahle
502 Washington Ave #906      1650 Tysons Boulevard
Towson, MD 21204                   McLean, VA 22102
#23626
Counsel for Plaintiff                    Counsel for Defendant