In the United States District Court for the
District of Maryland

**Frances Darcangelo**,                *

    Plaintiff,                        *

-v-                                    *

**Verizon Maryland Inc.,**             *        Case No. Civ. 02-816-WDQ

    Defendant                   *

\*     \*     \*     \*         \*          \*            \*

### PLAINTIFF'S MOTION FOR NON-ELECTRONIC
### FILING OF LENGTH EXHIBITS

Plaintiff Frances Darcanglo, by and through her attorney, Edwin R. Burkhardt of Towson, hereby moves the court to accept the filing of Plaintiff's Exhibits.

As grounds for this Motion, Plaintiff swears and avers that Plaintiff's is filing approximately 17 exhibits covering several hundred pages. Plaintiff has previously consented to Defendant's filing.

Dated this _____day of July, 2003


_____

Edwin R. Burkhardt, 502 Washington Ave, #906, Towson, MD 21204 (410) 493-5547

#23626