In the United States District Court for the
District of Maryland

| | | |
|---|---|---|
| **Frances Darcangelo**, | * | |
| Plaintiff, | * | |
| -v- | * | |
| **Verizon Maryland Inc.**, | * | Case No. Civ. 02-816-WDQ |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S MOTION TO FILE CORRECTED VERSION OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Frances Darcanglo, by and through her attorney, Edwin R. Burkhardt of Towson, hereby moves the court to accept this corrected version of Plaintiff's Opposition to Defendant's Motion for Summary Judgment out of time.

As grounds for this motion, Counsel swears and avers that he realized after filing his opposition that he had inadvertently omitted the tables of contents and authorities, and that he noticed several minor punctuation errors and a footnote which was cut off. Plaintiff would have contacted counsel for Defendant Friday Eve to ask for extension to file the document but it was after close of business and he did not believe he would get a hold of counsel for Defendant. In addition, Plaintiff noticed problems with some of the exhibits filed by Defendant (the depositions of Barbara Lee and Gottleib Fleig were missing several critical pages and Plaintiff had filed these

missing pages of these depositions as Plaintiff's Exhibits[1] #1 & #2, among the 17 exhibits filed by Plaintiff on Friday.

After discussion, Plaintiff has not been advised by Defendant[2] that it has any such opposition to this filing.

Dated this 14th day of July, 2003

_____

Edwin R. Burkhardt
502 Washington Ave #906
Towson, MD 21204
(410) 493-5547
#23626

---

[1] Counsel for both parties have agreed that Defendant will ensure that the complete depositions of Barbara Lee and Gottleib Fleig are filed as exhibits by Defendant. Plaintiff can withdraw the submitted excerpts once Defendant has corrected these exhibits.

[2] The parties have in the interest of efficiency freely extended deadlines during the course of this case.