IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>     Plaintiff,<br><br>     v.<br><br>VERIZON MARYLAND INC.,<br><br>     Defendant. | No. WDQ-02-816 |

### NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE CLERK, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, effective July 21, 2003, the Washington, DC office of O'Melveny & Myers LLP will move to 1625 Eye Street, NW, Washington, DC 20006-4001. The firm's telephone, (202) 383-5300, and telecopier, (202) 383-5414, remain the same. Please update your service lists accordingly.

Dated: July 14, 2003

O'MELVENY & MYERS LLP

By_____
  Karen M. Wahle, Bar No. 013658
  For O'MELVENY & MYERS LLP
  555 13th Street, N.W.
  Washington, D.C.  20004-1109
  (202) 383-5300
  (202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this 14th day of July, 2003, a copy of the foregoing Notice of Change of Firm Address was served via United States Mail on the counsel listed below:

> Edwin R. Burkhardt
> 502 Washington Avenue , Suite 906
> Towson, MD  21204
> (410) 493-5547
>
> Counsel for Plaintiff

DC1:554510.1