IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>  Plaintiff,<br><br>v.<br><br>VERIZON MARYLAND INC.,<br><br>  Defendant. | No. WDQ-02-816 (Civ.) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REPLY BRIEF**

Defendant, by and through its undersigned counsel, respectfully files this Unopposed Motion for Extension of Time to File its Summary Judgment Reply Brief and as grounds states:

1. The reply brief in support of defendant's motion for summary judgment is due to be filed on July 28, 2003.

2. Defendant requires additional time to complete its reply brief. Several members of defendant's Office of the General Counsel, as well as other key defendant personnel, are involved in an intense and lengthy series of negotiations between Verizon and the Communications Workers of America, and between Verizon and the International Brotherhood of Electrical Workers. A total of 27 contracts are being negotiated in 13 states and the District of Columbia, affecting 80,000 workers (including 7200 in Maryland). Discussions have been ongoing since June 23. This week, union members voted to authorize their leadership to call a strike without further vote if an agreement on a contract is not reached by August 2. As a consequence, a great deal of energy and focus of key personnel has been focused on strike preparation, and these people have been unavailable to review and comment on the reply brief.

1

3. This extension of time is not sought for the purpose of delay.

4. Plaintiff's counsel has been consulted and does not oppose the extension.

WHEREFORE, defendant respectfully requests that the Court grant this motion and enter an order granting an extension of time until August 11, 2003 for it to file the reply brief in support of defendant's summary judgment motion.

Dated: July 25, 2003                                  Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.