IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>    Defendant. | No. WDQ-02-816 |

**REPLY EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT**

Darcangelo v. Verizon
Reply Exhibits
INDEX

| TAB | DOCUMENT DESCRIPTION | REFERENCE |
|---|---|---|
| 1 | Jan. 21, 2003 Deposition of Gottlieb John Fleig | |
| 2 | Gus Dankert Incident Reports | Dankert Dep. Exs. 8-9 |

TC1:473222.1