# United States District Court
### DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM D. QUARLES, JR.
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQChambers@mdd.uscourts.gov

FILED
2003 SEP 26 P 2:11
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

September 24, 2003

TO ALL COUNSEL

    Re: Frances Darcangelo v. Verizon Maryland, Inc.
        <u>Civil No. WDQ 02-816</u>

Dear Counsel

    A pretrial conference needs to be scheduled in the above captioned case. Counsel should confer, and call Chambers, within the next week, with several mutually convenient dates and times.

    The Clerk is directed to docket this letter

                              Very truly yours,

                              /s/

                              William D. Quarles, Jr.
                              United States District Judge