# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

October 2, 2003

TO COUNSEL OF RECORD

    Re: Frances Darcangelo v. Verizon Maryland, Inc.
        Civil No. WDQ 02-816

Dear Counsel:

    This letter will confirm that the pretrial conference in this case has been scheduled for Tuesday, January 27, 2004 at 9:00 a.m. in my Chambers.

    Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

                                  Very truly yours,

                                  /s/

                                William D. Quarles, Jr.
                                United States District Judge