IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

Plaintiff,

v.

VERIZON MARYLAND INC.,

Defendant.

No. WDQ-02-816 (Civ.)

**JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE**

Plaintiff Frances Darcangelo and Defendant Verizon Maryland Inc., by and through their undersigned counsel, respectfully file this Joint Motion to Reschedule Pretrial Conference and as grounds state:

1. The pretrial conference in this action is currently scheduled for January 27, 2004.

2. Local Rule 106(3) requires that plaintiff serve defendant with a draft pretrial order by 20 days prior to the pretrial conference. However, plaintiff has not done so. Plaintiff's counsel states that he is resolving several issues that have arisen regarding trial witnesses and is unable to complete plaintiff's draft pretrial order until February 6, 2003.

3. This extension of time is not sought for the purpose of delay. The parties have not previously requested any postponement of the pretrial conference.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter an order rescheduling the pretrial conference for February 27, 2004.

Dated: January 14, 2004

| ________/s/______________________<br>Karen M. Wahle, Bar No. 013658<br>Martha Dye, Bar No. 15057<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>(202) 383-5300<br>(202) 383-5414 (facsimile)<br><br>Counsel for Defendant<br>Bell Atlantic Corp. | __________/s/_____________________<br>Edwin R. Burkhardt, Bar No. 23626<br>401 Washington Avenue, Suite 303<br>Towson, MD 21204<br>(410) 583-0338<br><br>Counsel for Plaintiff<br>(signed copy of document bearing original signature is being maintained in the offices of O'Melveny & Myers LLP) |
|---|---|