In the United States District Court for the
District of Maryland

FRANCES DARCANGELO,

    Plaintiff

-v-                                      Case No. **WDQ-02-816**

VERIZON MARYLAND INC.,

    Defendant

___

### JOINT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

___

    Plaintiff Frances Darcangelo, by and through her counsel, Edwin R. Burkhardt, and Defendant Verizon Maryland Inc., by and through its counsel, O'Melveny & Myers LLP, hereby move to reschedule the Pretrial conference, presently set for March 11, 2004.

    As grounds in support, we hereby state that:

1. The parties have agreed to mediate this case in an attempt to resolve the case to the mutual satisfaction of all concerned, and to avoid the substantial expense and uncertainties which inevitably lie ahead should the case proceed to trial.

2. It appears that the earliest mutually acceptable date for mediation is on or about March 11, 2004, which is the earliest that the parties, their counsel and the mediator can arrange to meet in the Washington D.C. metro area.

3. The parties request a brief extension of time on the pretrial (approximately 40 days from the presently set date) so that they can attempt to resolve this case by agreement. This extension is not sought for the purpose of delay.

Wherefore the parties respectfully request that this Motion be granted, and that the Pretrial in the case be scheduled for the latter part of April, 2004.

Respectfully submitted this 13th day of February, 2004

| | |
|---|---|
| _____ | _____ |
| Edwin R. Burkhardt | Karen Wahle Bar #13658 |
| 151 S. 297th Place | 1625 Eye St NW |
| Federal Way, WA 98003 | Washington, D.C. 20006 |
| (410) 493-5547 | (202) 383-5300 |
| (253) 334-0339 | Martha Dye Bar # 15057 |
| Bar #23626 | |