UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. WDQ-02-816 (Civ.) |
| ) | |
| VERIZON MARYLAND, INC., ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF APPEARANCE

Counsel, Morris E. Fischer, Esq., of Snider & Fischer, LLC, herein enters his appearance in this action for Plaintiff.

Respectfully Submitted,

/s/
_____
**Morris E. Fischer, Esq.**
Snider & Fischer, L.L.C.
MD: Bar No. 26286
104 Church Lane
Suite 201
Baltimore, Maryland 21209
P: (410) 653-9060
F: (410) 653-9061
Attorney for Plaintiff