In the United States District Court for the
District of Maryland

Frances Darcangelo          *

    Plaintiff          *          Case No. Civ. WDQ-02-816

-v-          *

Verizon Maryland, Inc.          *          MOTION TO WITHDRAW
                                                    APPEARANCE AS COUNSEL

    Defendant          *

\*          \*          \*          \*          \*          \*

MOTION TO WITHDRAW

\*          \*          \*          \*          \*          \*

Attorney Edwin R. Burkhardt, Plaintiff's counsel, respectfully requests the leave of the court that he be permitted to withdraw his appearance as counsel for Plaintiff, and that his appearance in this matter be stricken.

As grounds for this motion, counsel swears and avers that Plaintiff has retained successor counsel, that successor counsel has entered his appearance in this action, and that Plaintiff has terminated the representation of movant counsel.

Wherefore counsel respectfully requests that pursuant to Local Rule 101(2) he be granted the leave to withdraw, and that his appearance be stricken.

Respectfully submitted this 31st day of March, 2004

Edwin R. Burkhardt
Counsel for Plaintiff
151 S. 297th Place
Federal Way, WA 98003
(410) 493-5547 or (253) 334-0339
Fed Bar # 23626