IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>             Plaintiff,<br><br>        v.<br><br>VERIZON MARYLAND INC.,<br><br>             Defendant. | No. WDQ-02-816 (Civ.) |

**DECLARATION OF MARTHA DYE, ESQ. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE**

I, Martha Dye, Esq., hereby declare and state as follows:

　　　　1.　　I represent defendant Verizon Maryland Inc. in the above-captioned litigation.

　　　　2.　　Attached hereto as Exhibit 1 is the docket sheet in the above-captioned case.

　　　　3.　　Plaintiff's complaint in this action was filed on March 15, 2002. At that time, Edwin R. Burkhardt appeared on behalf of plaintiff. The parties have actively litigated the case for the past two years, including engaging in extensive fact and expert discovery and filing dispositive motions. At every stage in the litigation, plaintiff has been represented solely by Mr. Burkhardt.

　　　　4.　　The parties and their counsel met in Washington, DC on March 11, 2004 with Maria Walsh, a neutral mediator affiliated with JAMS, a well-known alternative dispute resolution organization. Representing defendant were Verizon Maryland Inc. employee Timothy

DC1:581491.1                                                 1

P. Mace, in-house counsel Lisa. M. Birkdale, and myself. Plaintiff and Mr. Burkhardt also participated in the mediation.

      5.      Following many hours of discussions in which Ms. Walsh worked with the parties through the night and into the early morning hours of March 12, 2004, plaintiff made an offer of settlement that was accepted by myself and the other representatives of the defendant that were present. Before leaving the JAMS office, I, Mr. Burkhardt, and Ms. Birkdale executed a written agreement prepared by Ms. Walsh containing the terms of the settlement.

      6.      On March 25, 2004, I received notice that Morris E. Fischer, an attorney who had not previously been involved in the litigation and is not affiliated with Mr. Burkhardt, had entered an appearance on behalf of plaintiff. [Dkt. #55.]

      7.      When I contacted Mr. Burkhardt to inquire about Mr. Fischer's appearance, Mr. Burkhardt stated that he was no longer representing plaintiff and that Mr. Fischer had taken over the representation. In a telephone conversation with Mr. Fischer on March 26, 2004, I learned for the first time that plaintiff intended to ask the Court to proceed with a trial in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of April, 2004.

                                                              _____/s/_____
                                                              Martha Dye, Esq.