# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00816-WDQ

Darcangelo v. Verizon Maryland Inc.
Assigned to: Judge William D Quarles Jr.
Referred to:
Demand: $2000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:2003 Job Discrimination

Date Filed: 03/15/02
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

-----------------------

**Frances Darcangelo**

represented by **Edwin R Burkhardt**
401 Washington Ave
Towson, MD 21204
4105830338
Fax : 4105832378
Email: edburkhardt@lycos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morris Eli Fischer**
Snider and Fischer LLP
104 Church Ln Ste 201
Baltimore, MD 21208
14106539060
Fax : 14106539061
Email: morrisfischer@cavtel.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

-----------------------

**Bell Atlantic**
*TERMINATED: 06/23/2003*

represented by **Karen M Wahle**
O Melveny and Myers LLP
1625 I St NW
Washington, DC 20006-4001
12023835300
Fax : 12023835414
Email: kwahle@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Dye**

O'Melveny and Myers LLP
1625 Eye St NW
Washington, DC 20006-4001
12023835300
Fax : 12023835414
Email: mdye@omm.com

**Verizon Maryland Inc.**     represented by   **Martha Dye**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/15/2002 | 1 | COMPLAINT and Attachment filed; FILING FEE $ 150.00 RECEIPT # 1183662 (ljs, Deputy Clerk) (Entered: 03/18/2002) |
| 03/18/2002 | 2 | SUMMONS (20 days) issued for Bell Atlantic (ljs, Deputy Clerk) (Entered: 03/18/2002) |
| 07/19/2002 | 3 | RETURN OF SERVICE executed as to Bell Atlantic 7/14/02 Answer due on 8/5/02 for Bell Atlantic (hml, Deputy Clerk) (Entered: 07/19/2002) |
| 07/31/2002 | 4 | UNOPPOSED MOTION by Bell Atlantic to Extend Time to respond to plaintiff's complaint (jnl, Deputy Clerk) (Entered: 08/01/2002) |
| 07/31/2002 | 4 | ORDER granting [4-1] unopposed motion of defendant to respond to plaintiff's complaint reset Answer deadline to 8/26/02 for Bell Atlantic ( signed by Judge Marvin J. Garbis 7/30/02) (c/m 7/31/02 jw) (jnl, Deputy Clerk) (Entered: 08/01/2002) |
| 08/22/2002 | 5 | NOTICE of Related Case by Bell Atlantic (c/s) (hml, Deputy Clerk) (Entered: 08/22/2002) |
| 08/26/2002 | 6 | PARTIAL MOTION with memorandum in support by Bell Atlantic to Dismiss Counts II, IV and V of plaintiff's complaint and Exhibits A-B (c/s) (hml, Deputy Clerk) (Entered: 08/27/2002) |
| 08/28/2002 | 7 | Local Rule 103.3 Disclosure by Bell Atlantic (c/s) (hml, Deputy Clerk) (Entered: 08/28/2002) |
| 08/29/2002 | | CASE reassigned from Judge Garbis to Chief Judge Frederic N. Smalkin (cag, Deputy Clerk) (Entered: 08/29/2002) |
| 08/29/2002 | 8 | CORRESPONDENCE mailed to parties Re: Reassignment (hml, Deputy Clerk) (Entered: 08/29/2002) |

| | | |
|---|---|---|
| 09/12/2002 | 9 | RESPONSE by Frances Darcangelo in opposition to [6-1] motion to Dismiss Counts II, IV and V of plaintiff's complaint by Bell Atlantic and Attachments (c/s) (hml, Deputy Clerk) (Entered: 09/12/2002) |
| 09/25/2002 | 10 | REPLY BRIEF by Bell Atlantic in support of their [6-1] partial motion to Dismiss Counts II, IV and V of plaintiff's complaint (c/s) (jnl, Deputy Clerk) (Entered: 09/26/2002) |
| 10/04/2002 | 11 | MEMORANDUM AND ORDER DENYING in part defendant's [6-1] motion to dismiss, treated as a motion for summary judgment, as to Counts II and V and GRANTING in part as to Count IV of the plaintiff's complaint as therein set forth ( signed by Chief Judge Frederic N. Smalkin 10/4/02) (c/m 10/4/02 skp) (hml, Deputy Clerk) (Entered: 10/04/2002) |
| 10/21/2002 | 12 | ANSWER to Complaint by Bell Atlantic (Attorney Martha Dye) (c/s) (hml, Deputy Clerk) (Entered: 10/22/2002) |
| 10/23/2002 | 13 | SCHEDULING ORDER ( signed by Chief Judge Frederic N. Smalkin 10/23/02) (c/m 10/23/02 skp) (hml, Deputy Clerk) (Entered: 10/23/2002) |
| 01/09/2003 | 14 | PROPOSED PROTECTIVE ORDER by Frances Darcangelo, Bell Atlantic (jnl, Deputy Clerk) (Entered: 01/09/2003) |
| 01/09/2003 | 15 | STIPULATED PROTECTIVE ORDER APPROVING terms and conditions of parties RE: Confidential information as therein set forth ( signed by Judge Frederic N. Smalkin 1/9/03) (c/m 1/9/03 neg) (jnl, Deputy Clerk) (Entered: 01/09/2003) |
| 01/27/2003 | 16 | MOTION by Bell Atlantic to Amend [13-1] Scheduling Order and Attachment (c/s) (hml, Deputy Clerk) (Entered: 01/27/2003) |
| 01/31/2003 | 17 | RESPONSE by Frances Darcangelo to [16-1] motion to Amend [13-1] Scheduling Order by Bell Atlantic and Attachments (c/s) (hml, Deputy Clerk) (Entered: 02/02/2003) |
| 02/03/2003 | 18 | REPLY by Bell Atlantic to plaintiff's response to their [16-1] motion to Amend [13-1] Scheduling Order (c/s) (jnl, Deputy Clerk) (Entered: 02/03/2003) |
| 02/10/2003 | 19 | ORDER REFERRING CASE to Magistrate Judge Beth P. Gesner for all Discovery Disputes and scheduling adjustment, if necessary. ( signed by Judge Frederic N. Smalkin 2/3/03 ) (c/m 2/10/03-hsg) (jlb, Deputy Clerk) (Entered: 02/10/2003) |
| 02/14/2003 | 20 | ORDER granting [16-1] motion of defendant to Amend [13-1] |

| | | |
|---|---|---|
| | | Scheduling Order ( signed by Magistrate Judge Beth P. Gesner 2/14/03) (c/m 2/19/03 hl) (hml, Deputy Clerk) (Entered: 02/19/2003) |
| 02/25/2003 | 21 | AGREED-UPON REVISED SCHEDULING ORDER and APPROVED pursuant to telephone conference with counsel on 2/14/03. ( signed by Magistrate Judge Beth P. Gesner 2/25/03 ) (c/i 2/25/03) (jlb, Deputy Clerk) (Entered: 02/25/2003) |
| 03/17/2003 | 22 | MOTION to Compel Limited Supplemental Psychiatric Examination and Exhibits A-B by Bell Atlantic. Responses due by 4/3/2003 (hml, Deputy Clerk) (Entered: 03/17/2003) |
| 03/17/2003 | 23 | Correspondence from Court to Defendant Re: ECF Warning Letter (hml, Deputy Clerk) (Entered: 03/17/2003) |
| 03/21/2003 | 24 | ORDER DIRECTING plaintiff to file any opposition to defendant's motion to compel by 3/25/03. Signed by Judge Beth P. Gesner on 3/21/03. (hml, Deputy Clerk) (Entered: 03/21/2003) |
| 03/25/2003 | 25 | Correspondence from Court re: Reassignment of Case from Judge Frederic N. Smalkin to Judge William D. Quarles. (hml, Deputy Clerk) (Entered: 03/25/2003) |
| 03/26/2003 | 26 | RESPONSE in Opposition re [22] MOTION to Compel *Limited Supplemental Psychiatric Examination* filed by Frances Darcangelo. Replies due by 4/9/2003. (Burkhardt, Edwin) (Entered: 03/26/2003) |
| 04/01/2003 | 27 | ORDER granting [22] Motion of defendant to Compel. Signed by Judge Beth P. Gesner on 4/1/03. (hml, Deputy Clerk) (Entered: 04/01/2003) |
| 04/01/2003 | | Case reassigned to Judge William D Quarles. Judge Frederic N. Smalkin no longer assigned to the case. (cag, Deputy Clerk) (Entered: 04/10/2003) |
| 04/30/2003 | 28 | STATUS REPORT *JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE* by Bell Atlantic, Frances Darcangelo. (Dye, Martha) (Entered: 04/30/2003) |
| 05/05/2003 | 29 | MARGINAL ORDER Approving 28 Briefing Schedule filed by Frances Darcangelo, Bell Atlantic. Signed by Judge Beth P. Gesner on 5/5/03. (c/m 5/6/03)(hml, Deputy Clerk) (Entered: 05/06/2003) |
| 06/20/2003 | 30 | MOTION for Summary Judgment by Bell Atlantic. Responses due by 7/7/2003 (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 31 | MOTION for Summary Judgment *Memorandum in Support* by Bell |

| | | |
|---|---|---|
| | | Atlantic. Responses due by 7/7/2003 (Wahle, Karen) (FILED IN ERROR AS MOTION; REFILED BY CLERK AS ATTACHMENT TO #30) (Entered: 06/20/2003) |
| 06/20/2003 | 32 | MOTION for Leave to File Excess Pages *in Support of Defendant's Motion for Summary Judgment* by Bell Atlantic. Responses due by 7/7/2003 (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 33 | Request for Hearing *on Defendant's Motion for Summary Judgment*. (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 34 | NOTICE by Bell Atlantic *of Non-Electronic Filing* (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 35 | Consent MOTION to Substitute Party by Frances Darcangelo. Responses due by 7/7/2003 (Burkhardt, Edwin) (Entered: 06/20/2003) |
| 06/23/2003 | 36 | PAPERLESS ORDER granting 32 Defendant's unopposed Motion for Leave to File an Oversized Memorandum in Support of its Motion for Summary Judgment.. Signed by Judge William D Quarles Jr. on June 23, 2003. (Quarles, William) (Entered: 06/23/2003) |
| 06/23/2003 | 37 | PAPERLESS ORDER granting 35 Motion to Substitute Party. Verizon Maryland Inc. added. Bell Atlantic terminated. Per Judge William D Quarles Jr. on 6/23/03. (hml, Deputy Clerk) (Entered: 06/23/2003) |
| 07/12/2003 | 38 | RESPONSE in Opposition filed by Frances Darcangelo. Replies due by 7/28/2003. (Burkhardt, Edwin) (Entered: 07/12/2003) |
| 07/14/2003 | | Judge Beth P. Gesner no longer assigned to case. DISCOVERY CLOSED (hml, Deputy Clerk) (Entered: 07/14/2003) |
| 07/14/2003 | 39 | MOTION for Leave to File by Frances Darcangelo. Responses due by 7/31/2003 (Attachments: # 1 Motion to File Lengthy Exh. NonElectronically)(Burkhardt, Edwin) (Entered: 07/14/2003) |
| 07/15/2003 | 40 | MOTION for Leave to File *Corrected Opposition to Def. Motion for Summ. Judg.* by Frances Darcangelo. Responses due by 8/1/2003 (Burkhardt, Edwin) (Entered: 07/15/2003) |
| 07/15/2003 | 41 | RESPONSE in Opposition *Opposit (Corrected) to Def. Mot. for SJ* filed by Frances Darcangelo. Replies due by 7/29/2003. (Burkhardt, Edwin) (Entered: 07/15/2003) |
| 07/15/2003 | 42 | PAPERLESS ORDER granting 39 Plaintiff's Motion for Non- |

| | | |
|---|---|---|
| | | Electronic Filing of Lengthy Exhibits. Signed by Judge William D Quarles Jr. on July 15, 2003. (Quarles, William) (Entered: 07/15/2003) |
| 07/15/2003 | 43 | PAPERLESS ORDER granting 40 Plaintiff's Motion for Leave to File Corrected Version of Opposition to Defendant's Motion for Summary Judgment. Signed by Judge William D Quarles Jr. on July 15, 2003. (Quarles, William) (Entered: 07/15/2003) |
| 07/17/2003 | 44 | NOTICE of Change of Address by Martha Dye (Dye, Martha) (Entered: 07/17/2003) |
| 07/25/2003 | 45 | Consent MOTION for Extension of Time to File Response/Reply as to 41 Response in Opposition to Motion *for summary judgment* by Verizon Maryland Inc.. Responses due by 8/11/2003 (Dye, Martha) (Entered: 07/25/2003) |
| 07/28/2003 | 46 | PAPERLESS ORDER granting 45 Motion for Extension of Time until August 11, 2003 to File Reply. Signed by Judge William D Quarles Jr. on July 28, 2003. (Quarles, William) (Entered: 07/28/2003) |
| 08/08/2003 | 47 | REPLY to Response to Motion re 30 MOTION for Summary Judgment filed by Verizon Maryland Inc.. (Attachments: # 1 Exhibit Cover page and Index to Reply Exhibits# 2 Exhibit Reply Exhibit #1 - Fleig Deposition Transcript# 3 Exhibit Reply Exhibit #2 - Dankert Incident Reports)(Dye, Martha) (Entered: 08/08/2003) |
| 09/24/2003 | 48 | ORDER denying 30 Motion of defendant for Summary Judgment. Signed by Judge William D Quarles Jr. on 9/24/03. (hml, Deputy Clerk) (Entered: 09/24/2003) |
| 09/24/2003 | 49 | MEMORANDUM to Counsel Re: Pretrial Conference Dates. Signed by Judge William D Quarles Jr. on 9/24/03. (hml, Deputy Clerk) (Entered: 09/24/2003) |
| 10/02/2003 | 50 | ORDER SETTING Pretrial Conference. Signed by Judge William D Quarles Jr. on 10/2/03. (hml, Deputy Clerk) (Entered: 10/02/2003) |
| 01/14/2004 | 51 | Joint MOTION for Extension of Time *to Reschedule Pretrial Conference* by Verizon Maryland Inc.. Responses due by 2/2/2004 (Dye, Martha) (Entered: 01/14/2004) |
| 01/15/2004 | 52 | Paperless ORDER granting 51 Joint Motion to Reschedule Pretrial Conference. The Pretrial Conference is rescheduled for March 11, 2004 at 9:00 a.m.. Signed by Judge William D Quarles Jr. on January 15, 2004. (Quarles, William) (Entered: 01/15/2004) |

| | | |
|---|---|---|
| 02/13/2004 | 53 | Joint MOTION for Extension of Time *Joint Motion to Reschedule Pretrial Conference* by Frances Darcangelo. Responses due by 3/1/2004 (Burkhardt, Edwin) (Entered: 02/13/2004) |
| 02/17/2004 | 54 | Paperless ORDER granting 53 Joint Motion to Reschedule Pretrial Conference. The Pretrial Conference is rescheduled for April 28, 2004 at 9:00 a.m.. Signed by Judge William D Quarles Jr. on February 17, 2004. (Quarles, William) (Entered: 02/17/2004) |
| 03/25/2004 | 55 | NOTICE of Appearance by Morris Eli Fischer on behalf of Frances Darcangelo (Fischer, Morris) (Entered: 03/25/2004) |
| 03/31/2004 | 56 | MOTION to Continue by Frances Darcangelo. Responses due by 4/19/2004 (Fischer, Morris) (Entered: 03/31/2004) |
| 03/31/2004 | 57 | MOTION to Withdraw as Attorney *by Edwin R. Burkhardt* by Frances Darcangelo. Responses due by 4/19/2004 (Burkhardt, Edwin) (Entered: 03/31/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/01/2004 10:02:46 | | | |
| PACER Login: | om0008 | Client Code: | 09191 892050-0194 |
| Description: | Docket Report | Case Number: | 1:02-cv-00816-WDQ |
| Billable Pages: | 3 | Cost: | 0.21 |

**U.S. District Court**
**District of Maryland (Baltimore)**
**CIVIL DOCKET FOR CASE #: 1:02-cv-00816-WDQ**

Darcangelo v. Verizon Maryland Inc.
Assigned to: Judge William D Quarles Jr.
Referred to:
Demand: $2000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:2003 Job Discrimination

Date Filed: 03/15/02
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Frances Darcangelo**   represented by   **Edwin R Burkhardt**
401 Washington Ave
Towson, MD 21204
4105830338
Fax : 4105832378
Email: edburkhardt@lycos.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morris Eli Fischer**
Snider and Fischer LLP
104 Church Ln Ste 201
Baltimore, MD 21208
14106539060
Fax : 14106539061
Email: morrisfischer@cavtel.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Bell Atlantic**   represented by   **Karen M Wahle**
*TERMINATED: 06/23/2003*
O Melveny and Myers LLP
1625 I St NW
Washington, DC 20006-4001
12023835300
Fax : 12023835414
Email: kwahle@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha Dye**

O Melveny and Myers LLP  
1625 Eye St NW  
Washington, DC 20006-4001  
12023835300  
Fax : 12023835414  
Email: mdye@omm.com

**Verizon Maryland Inc.**     represented by **Martha Dye**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 03/15/2002 | 1 | COMPLAINT and Attachment filed; FILING FEE $ 150.00 RECEIPT # 1183662 (ljs, Deputy Clerk) (Entered: 03/18/2002) |
| 03/18/2002 | 2 | SUMMONS (20 days) issued for Bell Atlantic (ljs, Deputy Clerk) (Entered: 03/18/2002) |
| 07/19/2002 | 3 | RETURN OF SERVICE executed as to Bell Atlantic 7/14/02 Answer due on 8/5/02 for Bell Atlantic (hml, Deputy Clerk) (Entered: 07/19/2002) |
| 07/31/2002 | 4 | UNOPPOSED MOTION by Bell Atlantic to Extend Time to respond to plaintiff's complaint (jnl, Deputy Clerk) (Entered: 08/01/2002) |
| 07/31/2002 | 4 | ORDER granting [4-1] unopposed motion of defendant to respond to plaintiff's complaint reset Answer deadline to 8/26/02 for Bell Atlantic ( signed by Judge Marvin J. Garbis 7/30/02) (c/m 7/31/02 jw) (jnl, Deputy Clerk) (Entered: 08/01/2002) |
| 08/22/2002 | 5 | NOTICE of Related Case by Bell Atlantic (c/s) (hml, Deputy Clerk) (Entered: 08/22/2002) |
| 08/26/2002 | 6 | PARTIAL MOTION with memorandum in support by Bell Atlantic to Dismiss Counts II, IV and V of plaintiff's complaint and Exhibits A-B (c/s) (hml, Deputy Clerk) (Entered: 08/27/2002) |
| 08/28/2002 | 7 | Local Rule 103.3 Disclosure by Bell Atlantic (c/s) (hml, Deputy Clerk) (Entered: 08/28/2002) |
| 08/29/2002 |  | CASE reassigned from Judge Garbis to Chief Judge Frederic N. Smalkin (cag, Deputy Clerk) (Entered: 08/29/2002) |
| 08/29/2002 | 8 | CORRESPONDENCE mailed to parties Re: Reassignment (hml, Deputy Clerk) (Entered: 08/29/2002) |

| Date | No. | Description |
|---|---|---|
| 09/12/2002 | 9 | RESPONSE by Frances Darcangelo in opposition to [6-1] motion to Dismiss Counts II, IV and V of plaintiff's complaint by Bell Atlantic and Attachments (c/s) (hml, Deputy Clerk) (Entered: 09/12/2002) |
| 09/25/2002 | 10 | REPLY BRIEF by Bell Atlantic in support of their [6-1] partial motion to Dismiss Counts II, IV and V of plaintiff's complaint (c/s) (jnl, Deputy Clerk) (Entered: 09/26/2002) |
| 10/04/2002 | 11 | MEMORANDUM AND ORDER DENYING in part defendant's [6-1] motion to dismiss, treated as a motion for summary judgment, as to Counts II and V and GRANTING in part as to Count IV of the plaintiff's complaint as therein set forth ( signed by Chief Judge Frederic N. Smalkin 10/4/02) (c/m 10/4/02 skp) (hml, Deputy Clerk) (Entered: 10/04/2002) |
| 10/21/2002 | 12 | ANSWER to Complaint by Bell Atlantic (Attorney Martha Dye) (c/s) (hml, Deputy Clerk) (Entered: 10/22/2002) |
| 10/23/2002 | 13 | SCHEDULING ORDER ( signed by Chief Judge Frederic N. Smalkin 10/23/02) (c/m 10/23/02 skp) (hml, Deputy Clerk) (Entered: 10/23/2002) |
| 01/09/2003 | 14 | PROPOSED PROTECTIVE ORDER by Frances Darcangelo, Bell Atlantic (jnl, Deputy Clerk) (Entered: 01/09/2003) |
| 01/09/2003 | 15 | STIPULATED PROTECTIVE ORDER APPROVING terms and conditions of parties RE: Confidential information as therein set forth ( signed by Judge Frederic N. Smalkin 1/9/03) (c/m 1/9/03 neg) (jnl, Deputy Clerk) (Entered: 01/09/2003) |
| 01/27/2003 | 16 | MOTION by Bell Atlantic to Amend [13-1] Scheduling Order and Attachment (c/s) (hml, Deputy Clerk) (Entered: 01/27/2003) |
| 01/31/2003 | 17 | RESPONSE by Frances Darcangelo to [16-1] motion to Amend [13-1] Scheduling Order by Bell Atlantic and Attachments (c/s) (hml, Deputy Clerk) (Entered: 02/02/2003) |
| 02/03/2003 | 18 | REPLY by Bell Atlantic to plaintiff's response to their [16-1] motion to Amend [13-1] Scheduling Order (c/s) (jnl, Deputy Clerk) (Entered: 02/03/2003) |
| 02/10/2003 | 19 | ORDER REFERRING CASE to Magistrate Judge Beth P. Gesner for all Discovery Disputes and scheduling adjustment, if necessary. ( signed by Judge Frederic N. Smalkin 2/3/03 ) (c/m 2/10/03-hsg) (jlb, Deputy Clerk) (Entered: 02/10/2003) |
| 02/14/2003 | 20 | ORDER granting [16-1] motion of defendant to Amend [13-1] |

| | | |
|---|---|---|
| | | Scheduling Order ( signed by Magistrate Judge Beth P. Gesner 2/14/03) (c/m 2/19/03 hl) (hml, Deputy Clerk) (Entered: 02/19/2003) |
| 02/25/2003 | 21 | AGREED-UPON REVISED SCHEDULING ORDER and APPROVED pursuant to telephone conference with counsel on 2/14/03. ( signed by Magistrate Judge Beth P. Gesner 2/25/03 ) (c/i 2/25/03) (jlb, Deputy Clerk) (Entered: 02/25/2003) |
| 03/17/2003 | 22 | MOTION to Compel Limited Supplemental Psychiatric Examination and Exhibits A-B by Bell Atlantic. Responses due by 4/3/2003 (hml, Deputy Clerk) (Entered: 03/17/2003) |
| 03/17/2003 | 23 | Correspondence from Court to Defendant Re: ECF Warning Letter (hml, Deputy Clerk) (Entered: 03/17/2003) |
| 03/21/2003 | 24 | ORDER DIRECTING plaintiff to file any opposition to defendant's motion to compel by 3/25/03. Signed by Judge Beth P. Gesner on 3/21/03. (hml, Deputy Clerk) (Entered: 03/21/2003) |
| 03/25/2003 | 25 | Correspondence from Court re: Reassignment of Case from Judge Frederic N. Smalkin to Judge William D. Quarles. (hml, Deputy Clerk) (Entered: 03/25/2003) |
| 03/26/2003 | 26 | RESPONSE in Opposition re [22] MOTION to Compel *Limited Supplemental Psychiatric Examination* filed by Frances Darcangelo. Replies due by 4/9/2003. (Burkhardt, Edwin) (Entered: 03/26/2003) |
| 04/01/2003 | 27 | ORDER granting [22] Motion of defendant to Compel. Signed by Judge Beth P. Gesner on 4/1/03. (hml, Deputy Clerk) (Entered: 04/01/2003) |
| 04/01/2003 | | Case reassigned to Judge William D Quarles. Judge Frederic N. Smalkin no longer assigned to the case. (cag, Deputy Clerk) (Entered: 04/10/2003) |
| 04/30/2003 | 28 | STATUS REPORT *JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE* by Bell Atlantic, Frances Darcangelo. (Dye, Martha) (Entered: 04/30/2003) |
| 05/05/2003 | 29 | MARGINAL ORDER Approving 28 Briefing Schedule filed by Frances Darcangelo, Bell Atlantic. Signed by Judge Beth P. Gesner on 5/5/03. (c/m 5/6/03)(hml, Deputy Clerk) (Entered: 05/06/2003) |
| 06/20/2003 | 30 | MOTION for Summary Judgment by Bell Atlantic. Responses due by 7/7/2003 (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 31 | MOTION for Summary Judgment *Memorandum in Support* by Bell |

| | | |
|---|---|---|
| | | Atlantic. Responses due by 7/7/2003 (Wahle, Karen) (FILED IN ERROR AS MOTION; REFILED BY CLERK AS ATTACHMENT TO #30) (Entered: 06/20/2003) |
| 06/20/2003 | 32 | MOTION for Leave to File Excess Pages *in Support of Defendant's Motion for Summary Judgment* by Bell Atlantic. Responses due by 7/7/2003 (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 33 | Request for Hearing *on Defendant's Motion for Summary Judgment.* (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 34 | NOTICE by Bell Atlantic *of Non-Electronic Filing* (Wahle, Karen) (Entered: 06/20/2003) |
| 06/20/2003 | 35 | Consent MOTION to Substitute Party by Frances Darcangelo. Responses due by 7/7/2003 (Burkhardt, Edwin) (Entered: 06/20/2003) |
| 06/23/2003 | 36 | PAPERLESS ORDER granting 32 Defendant's unopposed Motion for Leave to File an Oversized Memorandum in Support of its Motion for Summary Judgment.. Signed by Judge William D Quarles Jr. on June 23, 2003. (Quarles, William) (Entered: 06/23/2003) |
| 06/23/2003 | 37 | PAPERLESS ORDER granting 35 Motion to Substitute Party. Verizon Maryland Inc. added. Bell Atlantic terminated. Per Judge William D Quarles Jr. on 6/23/03. (hml, Deputy Clerk) (Entered: 06/23/2003) |
| 07/12/2003 | 38 | RESPONSE in Opposition filed by Frances Darcangelo. Replies due by 7/28/2003. (Burkhardt, Edwin) (Entered: 07/12/2003) |
| 07/14/2003 | | Judge Beth P. Gesner no longer assigned to case. DISCOVERY CLOSED (hml, Deputy Clerk) (Entered: 07/14/2003) |
| 07/14/2003 | 39 | MOTION for Leave to File by Frances Darcangelo. Responses due by 7/31/2003 (Attachments: # 1 Motion to File Lengthy Exh. NonElectronically)(Burkhardt, Edwin) (Entered: 07/14/2003) |
| 07/15/2003 | 40 | MOTION for Leave to File *Corrected Opposition to Def. Motion for Summ. Judg.* by Frances Darcangelo. Responses due by 8/1/2003 (Burkhardt, Edwin) (Entered: 07/15/2003) |
| 07/15/2003 | 41 | RESPONSE in Opposition *Opposit (Corrected) to Def. Mot. for SJ* filed by Frances Darcangelo. Replies due by 7/29/2003. (Burkhardt, Edwin) (Entered: 07/15/2003) |
| 07/15/2003 | 42 | PAPERLESS ORDER granting 39Plaintiff's Motion for Non- |

| | | |
|---|---|---|
| | | Electronic Filing of Lengthy Exhibits. Signed by Judge William D Quarles Jr. on July 15, 2003. (Quarles, William) (Entered: 07/15/2003) |
| 07/15/2003 | 43 | PAPERLESS ORDER granting 40 Plaintiff's Motion for Leave to File Corrected Version of Opposition to Defendant's Motion for Summary Judgment. Signed by Judge William D Quarles Jr. on July 15, 2003. (Quarles, William) (Entered: 07/15/2003) |
| 07/17/2003 | 44 | NOTICE of Change of Address by Martha Dye (Dye, Martha) (Entered: 07/17/2003) |
| 07/25/2003 | 45 | Consent MOTION for Extension of Time to File Response/Reply as to 41 Response in Opposition to Motion *for summary judgment* by Verizon Maryland Inc.. Responses due by 8/11/2003 (Dye, Martha) (Entered: 07/25/2003) |
| 07/28/2003 | 46 | PAPERLESS ORDER granting 45 Motion for Extension of Time until August 11, 2003 to File Reply. Signed by Judge William D Quarles Jr. on July 28, 2003. (Quarles, William) (Entered: 07/28/2003) |
| 08/08/2003 | 47 | REPLY to Response to Motion re 30 MOTION for Summary Judgment filed by Verizon Maryland Inc.. (Attachments: # 1 Exhibit Cover page and Index to Reply Exhibits# 2 Exhibit Reply Exhibit #1 - Fleig Deposition Transcript# 3 Exhibit Reply Exhibit #2 - Dankert Incident Reports)(Dye, Martha) (Entered: 08/08/2003) |
| 09/24/2003 | 48 | ORDER denying 30 Motion of defendant for Summary Judgment. Signed by Judge William D Quarles Jr. on 9/24/03. (hml, Deputy Clerk) (Entered: 09/24/2003) |
| 09/24/2003 | 49 | MEMORANDUM to Counsel Re: Pretrial Conference Dates. Signed by Judge William D Quarles Jr. on 9/24/03. (hml, Deputy Clerk) (Entered: 09/24/2003) |
| 10/02/2003 | 50 | ORDER SETTING Pretrial Conference. Signed by Judge William D Quarles Jr. on 10/2/03. (hml, Deputy Clerk) (Entered: 10/02/2003) |
| 01/14/2004 | 51 | Joint MOTION for Extension of Time *to Reschedule Pretrial Conference* by Verizon Maryland Inc.. Responses due by 2/2/2004 (Dye, Martha) (Entered: 01/14/2004) |
| 01/15/2004 | 52 | Paperless ORDER granting 51 Joint Motion to Reschedule Pretrial Conference. The Pretrial Conference is rescheduled for March 11, 2004 at 9:00 a.m.. Signed by Judge William D Quarles Jr. on January 15, 2004. (Quarles, William) (Entered: 01/15/2004) |

| 02/13/2004 | 53 | Joint MOTION for Extension of Time *Joint Motion to Reschedule Pretrial Conference* by Frances Darcangelo. Responses due by 3/1/2004 (Burkhardt, Edwin) (Entered: 02/13/2004) |
|---|---|---|
| 02/17/2004 | 54 | Paperless ORDER granting 53 Joint Motion to Reschedule Pretrial Conference. The Pretrial Conference is rescheduled for April 28, 2004 at 9:00 a.m.. Signed by Judge William D Quarles Jr. on February 17, 2004. (Quarles, William) (Entered: 02/17/2004) |
| 03/25/2004 | 55 | NOTICE of Appearance by Morris Eli Fischer on behalf of Frances Darcangelo (Fischer, Morris) (Entered: 03/25/2004) |
| 03/31/2004 | 56 | MOTION to Continue by Frances Darcangelo. Responses due by 4/19/2004 (Fischer, Morris) (Entered: 03/31/2004) |
| 03/31/2004 | 57 | MOTION to Withdraw as Attorney *by Edwin R. Burkhardt* by Frances Darcangelo. Responses due by 4/19/2004 (Burkhardt, Edwin) (Entered: 03/31/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/01/2004 10:02:46 | | | |
| PACER Login: | om0008 | Client Code: | 09191 892050-0194 |
| Description: | Docket Report | Case Number: | 1:02-cv-00816-WDQ |
| Billable Pages: | 3 | Cost: | 0.21 |