IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>    Defendant. | No. WDQ-02-816 (Civ.) |

**DEFENDANT'S RESPONSE TO MOTION TO WITHDRAW FILED BY PLAINTIFF'S COUNSEL EDWIN R. BURKHARDT**

    Defendant Verizon Maryland Inc. ("Verizon"), by and through its undersigned counsel, respectfully submits its response to the Motion to Withdraw filed by plaintiff's counsel Edwin R. Burkhardt. Defendant takes no position as to whether it is proper for plaintiff to substitute counsel at this stage in the litigation. However, to the extent that the withdrawal of counsel will force a delay in the termination of this action, plaintiff opposes the Motion to Withdraw.

    As set forth in Defendant's Opposition to Plaintiff's Motion for Continuance, the parties labored for many hours with a professional mediator to come to a settlement agreement in this action on March 12, 2004. Now that the case is settled, all that remains is for the suit to be dismissed. Under the circumstances, plaintiff's sudden decision to engage new counsel does not justify a continuance, and defendant accordingly submits that the Motion to Withdraw should be

1

2

granted only if plaintiff's new counsel stipulates that he will proceed in the action with no further delay.

Dated: April 9, 2004                                    Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.

DC1:581775.2

2