IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

    Plaintiff,

v.

VERIZON MARYLAND INC.,

    Defendant.

No. WDQ-02-816 (Civ.)

## MOTION TO ENFORCE SETTLEMENT

    Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enforce the settlement agreement to which the parties in this litigation agreed on March 12, 2004 and requests that the Court dismiss this case with prejudice. The grounds for Verizon's motion are set forth in its Memorandum in Support of Defendant's Motion to Enforce Settlement. Verizon further requests that it be awarded costs and sanctions due to plaintiff's failure to meet her obligations under the settlement agreement. Pursuant to Rule 105.6 of the Rules of the United States District Court for the District of Maryland, Verizon requests that an oral hearing be held on this motion.

Dated: April 9, 2004

          _____/s/ _____
          Karen M. Wahle, Bar No. 013658
          Martha Dye, Bar No. 015057
          O'MELVENY & MYERS LLP
          1625 Eye Street, N.W.
          Washington, D.C. 20006
          (202) 383-5300
          (202) 383-5414 (facsimile)
          Counsel for Defendant
          Verizon Maryland Inc.