IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

**MOTION TO FILE MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE SETTLEMENT UNDER SEAL**

     Pursuant to Rule 105.11 of the Rules of the United States District Court for the District of Maryland, Verizon Maryland Inc. respectfully moves the Court to file under seal its Memorandum in Support of Defendant's Motion to Enforce Settlement and attached Exhibits. The basis for the Motion to Enforce Settlement, as described in the Memorandum in Support and evidenced by the Exhibits attached thereto, is a confidential settlement agreement, to which the parties agreed on March 12, 2004, and the Memorandum and the attached Exhibits reveal aspects of that agreement. In order to protect the confidentiality of this agreement, defendant respectfully requests that the Memorandum in Support of Defendant's Motion to Enforce Settlement and attached Exhibits be filed under seal.

Dated: April 9, 2004

                                                      _____/s/ _____
                                                      Karen M. Wahle, Bar No. 013658
                                                      Martha Dye, Bar No. 015057
                                                      O'MELVENY & MYERS LLP
                                                      1625 Eye Street, N.W.
                                                      Washington, D.C. 20006
                                                      (202) 383-5300
                                                      (2P02) 383-5414 (facsimile)
                                                      Counsel for Defendant
                                                      Verizon Maryland Inc.