IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>       Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>       Defendant. | No. WDQ-02-816 (Civ.) |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[   ]    Exhibit _____, which is an attachment to_____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ X ]    <u>Memorandum in Support of Defendant's Motion to Enforce Settlement and attached Exhibits</u>
                      (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: April 9, 2004

                                                               _____/s/ _____
                                                               Karen M. Wahle, Bar No. 013658
                                                               Martha Dye, Bar No. 015057
                                                               O'MELVENY & MYERS LLP
                                                               1625 Eye Street, N.W.
                                                               Washington, D.C.  20006
                                                               (202) 383-5300
                                                               (202) 383-5414 (facsimile)

                                                               Counsel for Defendant
                                                               Verizon Maryland Inc.

DC1:582104.1