IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON MARYLAND INC.,<br><br>　　　　Defendant. | No. WDQ-02-816 (Civ.) |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Defendant's Memorandum in Support of Defendant's Motion to Enforce Settlement and attached Exhibits were served on April 9, 2004, via first class mail, postage prepaid, upon:

Morris E. Fischer  
Snider & Fischer, LLC  
104 Church Lane  
Baltimore, Maryland 21208  

Edwin R. Burkhardt  
151 S. 297th Place  
Federal Way, WA 98003  

　　　　　　　　/s/  
Karen M. Wahle, Bar No. 013658  
Martha Dye, Bar No. 015057  
O'MELVENY & MYERS LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006  
(202) 383-5300  
(202) 383-5414 (facsimile)  

Counsel for Defendant  
Verizon Maryland Inc.

DC1:582102.1