```
From: "Ed Burkhardt" <edburkhardt@lycos.com>
To: proxy3@juno.com
Cc: "Ed B" <lucky2bbucky@yahoo.com>
Date: Tue, 23 Mar 2004 13:57:24 -0800
Subject: A civil request
Message-ID: <GLOCNCLGFEJAFJAA@mailcity.com>
Reply-To: edburkhardt@lycos.com
Received: from mx03.lax.untd.com (mx03.lax.untd.com [10.130.24.63])
    by maildeliver08.nyc.untd.com with SMTP id AABAGBNY2AYEMPPS
    for <proxy3@juno.com> (sender <edburkhardt@mailcity.com>);
    Tue, 23 Mar 2004 13:57:44 -0800 (PST)
Received: from lycos.com (www1.mail.lycos.com [209.202.220.140])
    by mx03.lax.untd.com with SMTP id AABAGBNY2AKKW562
    for <proxy3@juno.com> (sender <edburkhardt@mailcity.com>);
    Tue, 23 Mar 2004 13:57:44 -0800 (PST)
Received: from Unknown/Local ([?.?.?.?]) by mailcity.com; Tue, 23 Mar 2004 21:57:24 -0000
X-Mailer: MailCity Service
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Priority: 3
Content-Language: en
X-ContentStamp: 3:4:4076603706
Return-Path: <edburkhardt@mailcity.com>
Content-Length: 3387
X-Sent-Mail: on
X-Sender-Ip: 198.104.63.140
```

Dear Fran:                           March 23, 2004

First order of business: I am once again advising you to secure independent legal counsel ASAP.

Second order of business: I am reminding you that if in fact this case has not been "settled" --that your PreTrial Order is due in OM&M's office at least 20 days before the PreTrial Conference, which is currently set for April 28th, making the due date APRIL 8th. Your rights to present evidence in the case can be irretrievably lost if the deadline is not met, although counsel can always move for an extension of this deadline.

Understand that it is by no means clear that this case has been "settled". That determination is now a legal issue, based on the facts and circumstances present here.

I am sorry that you apparently am not satisfied with the representation I have provided to you in this case to date. As I have repeatedly advised you, I am urgently requesting that you consult and retain independent counsel to assist you in dealing with the issues which have arisen in this case.

[redacted paragraph]

junomsg://00841B60/                                              4/2/2004

ability to represent you.

I have at all times been interested only in advocating on your behalf and furthering your interests in this case. Rest assured, I have no intention in taking any action either against your interests or against your wishes, and I certainly will not do so now.

[redacted paragraph]

You will have to deal with the consequences of what has occurred, as will I.

I have only best wishes for you, and once again, I urge you to get successor counsel on board ASAP.

Ed

--------- Original Message ---------

DATE: Mon, 22 Mar 2004 16:32:41
From: proxy3@juno.com
To: edburkhardt@lycos.com
Cc:

>THEY'RE OUT THERE, BUT I THINK THE ONLY THING YOU REALLY NEED TO SEE IS
>"HELL ISN'T HOT ENOUGH FOR YOU"
>
>
>The best thing to hit the Internet in years - Juno SpeedBand!
>Surf the Web up to FIVE TIMES FASTER!
>Only $14.95/ month - visit www.juno.com to sign up today!
>

junomsg://00841B60/                                                4/2/2004