UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

FRANCES DARCANGELO,            )
                               )
        Plaintiff,             )
                               )
    v.                         )    No. WDQ-02-816 (Civ.)
                               )
VERIZON MARYLAND, INC.,        )
                               )
                               )
        Defendant,             )

### PLAINTIFF'S AFFIDAVIT

I, Frances Darcangelo, hereby attest to the following under penalties of perjury.

Following my case's successful passage of Defendant's motion for Summary Judgment, the case was set for mediation.

This mediation began March 11, 2004 and lasted until approximately 3:00 a.m. on Friday, March 12, 2004. I did not sign the agreement because I didn't want to. I felt pressured that the mediation lasted as long as it did and I wanted to leave and not settle for the amount offered. I did not give my attorney the authority to settle the case for the amount offered at mediation. Not only that, but I purposely never signed any release regarding the alleged agreement.

I then received several letters from my prior attorney Edwlin Burkhardt, which have been annexed hereto as exhibits ("1" and "2"). These were letters sent to me by Mr. Burkhardt. I hereby attest that exhibit "1" was: a) received by me; 2) I recognize the signature on it to be Mr. Burkhardt's because I saw that

signature a number of times prior to; and 3) the letter as presented to the court has not been altered in any way. I also attest that the second letter, the email, exhibit "2" dated March 23, 2004, was received by me from Mr. Burkhardt's address, from where I had received emails prior to, and as such know this to be authentic. That email has also not been altered in any way.

This correspondence confirms my general impression of the sum and substance of various conversations with my prior attorney. Namely, that I believed my prior attorney did not in fact have my authority to settle the case at mediation and that he was pressuring me to sign the settlement agreement and release following the mediation.

This entire experience caused me to look for another attorney to adequately represent me. I was diligent in looking for another attorney and I had an initial consultation with Morris E. Fischer, Esq. as soon as both parties were able to set one up. That consultation occurred Tuesday, March 23, 2004 and I retained my new counsel at that consultation.

Dated: April 14, 2004

*Frances Darcangelo*
Frances Darcangelo