IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>          Plaintiff,<br><br>     v.<br><br>VERIZON MARYLAND INC.,<br><br>          Defendant. | No. WDQ-02-816 (Civ.) |

**DEFENDANT'S STATEMENT IN LIEU OF PRETRIAL ORDER**

Defendant Verizon Maryland Inc. ("Verizon") hereby submits the following statement to explain why a pretrial order is not being submitted today pursuant to Local Rule 106:

1.   On February 17, 2004, this Court set a pretrial conference in the above-captioned action for April 28, 2004.  (Order, dated Feb. 17, 2004 [Dkt. #54].)

2.   On March 11-12, 2004, the parties participated in a mediation to attempt to reach a settlement regarding plaintiff's claims and thereby avoid the need to prepare for and conduct a trial.

3.   As described in the Memorandum in Support of Defendant's Motion to Enforce Settlement, the parties entered into both an oral and written settlement agreement on March 12, 2004, following many hours of negotiations.  (*See* Mem. in Supp. of Def.'s Mot. to Enforce Settlement, filed Apr. 9, 2004.)

4.   Because a settlement has been reached in this litigation, there is no need for the Court to hold a pretrial conference, or for the parties to prepare a pretrial order.

5. However, the plaintiff has not met her obligation to dismiss this action following the settlement and as of today, April 23, 2004, the pretrial conference that the Court scheduled on February 17, 2004 (prior to the mediated settlement) remains scheduled.

6. Local Rule 106.4(a) provides that a "pretrial order shall be submitted to the Judge five days before the pretrial conference is to be held." *Id.* The deadline for the submission of a pretrial order would therefore be today. Even if the case had not been settled, a pretrial order could not be filed today, since plaintiff has not met her obligation under Local Rule 106.3 to serve on defendant a first draft of the pretrial order, and defendant has therefore been unable to prepare "proposed revisions and additions," to such draft. *Id.*

7. For these reasons, a pretrial order is not required in this case, and in any event defendant is unable to submit a pretrial order to the Court today, notwithstanding that there is a pretrial conference scheduled in five days.

Dated:  April 23, 2004                                   Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.

DC1:583659.2