UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**MOTION TO FILE MEMORANDUM IN SUPPORT AND EXHIBIT OPPOSING DEFENDANT'S MOTION TO ENFORCE SETTLEMENT UNDER SEAL**

Pursuant to Rule 105.11 of the Rules of the U.S. District Court of Maryland, Plaintiff, through her counsel, Morris E. Fischer, Esq., respectfully moves this Court to file under seal its statement of Points and Authorities as per its Opposition to Defendant's Motion to Enforce Settlement. At the April 28, 2004, appearance in front of the Hon. William D. Quarles, Defendant's counsel requested from Plaintiff's counsel that this motion be made in order to protect the confidentiality of the alleged settlement agreement. Plaintiff's counsel has no objection to this request and hereby respectfully requests that its aforementioned documents, filed April 26, 2004, be refiled under seal and thereby be taken out of the electronic filing system.

Dated: April 30, 2004

Respectfully Submitted,

/s/
_____
Morris E. Fischer, Esq
MD: Bar No. 26286
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21209
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**<u>ORDER</u>**

Upon consideration of the motion to file under seal, it is hereby ordered that said motion is hereby GRANTED and that Plaintiff's Opposition to Defendant's Motion for Enforcement shall be re-filed under seal.

_____
United States District Judge