UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. WDQ-02-816 (Civ.) |
| | ) |
| VERIZON MARYLAND, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant, | ) |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

Check one:

[ ]   Exhibit _____, which is an attachment to _____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ x ]   Memorandum in Support of Plaintiff's Opposition to Defendant's Motion to Enforce Settlement and Attached Plaintiff's Affidavit

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Dated: April 30, 2004

Respectfully Submitted,

/s/
_____
Morris E. Fischer, Esq
MD: Bar No. 26286
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21209
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff