UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Plaintiff's Opposition to Defendant's Motion to Enforce and attached exhibit was served April 30, 2004, via first class mail, postage prepaid upon:

_____
United States District Judge

Karen M. Whale, Esq.
Martha Dye, Esq.
O'melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006

Edwin Burkhardt, Esq.
Eliff Meredith, PC
Patriots Plaza
Suite 201
8055 Ritchie Highway
Pasadena, MD 21122