UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

FRANCES DARCANGELO, )
      Plaintiff, )
       )
v )   No. WDQ-02-816 (Civ.)
       )
VERIZON MARYLAND, INC., )
       )
      Defendant, )

## ORDER

Upon consideration of the motion to file under seal, it is hereby ordered that said motion is hereby GRANTED and that Plaintiff's Opposition to Defendant's Motion for Enforcement shall be re-filed under seal.

_____
United States District Judge