IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>    Defendant. | No. WDQ-02-816 (Civ.) |

**MOTION TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT'S
MOTION TO ENFORCE SETTLEMENT UNDER SEAL**

Pursuant to Rule 105.11 of the Rules of the United States District Court for the District of Maryland, Verizon Maryland Inc. ("Verizon") respectfully moves the Court to file under seal its Reply Brief in Support of Defendant's Motion to Enforce Settlement.  As was the case for the Memorandum in Support of Defendant's Motion to Enforce Settlement, which Verizon moved to file under seal on April 9, 2004, the Reply Brief discusses a confidential settlement agreement, to which the parties agreed on March 12, 2004.  In order to protect the confidentiality of this agreement, defendant respectfully requests that the Reply Brief in Support of Defendant's Motion to Enforce Settlement be filed under seal.

Dated:  May 7, 2004                                  _____/s/ _____

                                                     Karen M. Wahle, Bar No. 013658
                                                     Martha Dye, Bar No. 015057
                                                     O'MELVENY & MYERS LLP
                                                     1625 Eye Street, N.W.
                                                     Washington, D.C.  20006
                                                     (202) 383-5300
                                                     (2P02) 383-5414 (facsimile)
                                                     Counsel for Defendant
                                                     Verizon Maryland Inc.

DC1:585137.1