IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

*Check one:*

[   ]   Exhibit _____, which is an attachment to_____

_____

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

[ X ]   Reply Brief in Support of Defendant's Motion to Enforce Settlement
                           (title of document)

will be filed with the Clerk's Office in paper format so that it may be placed under seal.

    I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Dated: May 7, 2004

                                            _____/s/_____
                                            Karen M. Wahle, Bar No. 013658
                                            Martha Dye, Bar No. 015057
                                            O'MELVENY & MYERS LLP
                                            1625 Eye Street, N.W.
                                            Washington, D.C. 20006
                                            (202) 383-5300
                                            (202) 383-5414 (facsimile)

                                            Counsel for Defendant
                                            Verizon Maryland Inc.

DC1:585136.1