IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>     v.<br><br>VERIZON MARYLAND INC.,<br><br>      Defendant. | No. WDQ-02-816 (Civ.) |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Reply Brief in Support of Defendant's Motion

to Enforce Settlement were served on May 7, 2004, via Federal Express, postage prepaid, upon:

Morris E. Fischer
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21208

Edwin R. Burkhardt
151 S. 297th Place
Federal Way, WA  98003


_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.

DC1:585134.1