# Law Offices of
# Snider & Fischer, LLC

Michael J. Snider, Esq.
Morris E. Fischer, Esq.

May 13, 2004

JAMS
45 Broadway, 28th Floor
New York, NY 10006

Attention: Ms. Kimberly Taylor
Via Fax: 212-751-4099

Re: Darcangelo v. Verizon

Dear Ms. Taylor:

Please be advised that as of 10:00 a.m. on May 13, 2004, I do not have my client's authority to waive the confidentiality privilege with respect to the mediation agreement. As such, we are asserting such privilege at this time.

Sincerely,

Morris E. Fischer, Esq.

104 Church Lane • Suite 201 • Baltimore, Maryland 21208
410.653.9060 phone • 410.653.9061 fax • 1-800-DISCRIMINATION℠ • info@sniderlaw.com