IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRANCIS DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 02CV 816 (WDQ) |
| v. | ) | |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the motion to quash filed by Maria C. Walsh and any opposition thereto, it appearing to the court that the motion to quash should be granted, it is hereby

ORDERED that the subpoena issued May 6, 2004 to Maria Walsh by counsel for Verizon Maryland, Inc. is hereby quashed.

_____
William D. Quarles
United States District Judge

Dated: _____

cc:   Robert P. Trout
      John Thorpe Richards, Jr.
      Trout & Richards, P.L.L.C.
      1350 Connecticut Avenue, N.W.
      Suite 1220
      Washington, D.C. 20036

      Morris E. Fischer
      Snider & Fischer
      104 Church Lane
      Baltimore, Maryland 21209

      Karen M. Wahle
      Martha Dye
      O'Melveny & Myers, LLP
      1625 Eye Street, N.W.
      Washington, D.C. 20006