IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

FRANCIS DARCANGELO,         )
                            )
       Plaintiff,           )
                            )   Case No. 02CV 816 (WDQ)
    v                       )
                            )
VERIZON MARYLAND, INC.,     )
                            )
       Defendant            )

## MOTION TO QUASH SUBPOENA

Maria Walsh, a resident of Newton, Massachusetts, who served as a mediator in the above-styled matter, hereby moves this court for the entry of an order pursuant to Fed R. Civ. P. 45 quashing the subpoena issued to her by Verizon Maryland, Inc. ("Verizon" for her appearance at the hearing scheduled for May 17, 2004 in Baltimore, Maryland. The grounds for this motion, as more fully set forth in the accompanying memorandum, are as follows:

1. The subpoena "Issued by the United States District Court for the District of Maryland" seeking to compel the attendance of a witness who resides and maintains her offices in Massachusetts, is facially invalid, having been issued in derogation of Fed. R. Civ. P. 45(b)(2)

2. The subpoena issued by Verizon seeks to compel Ms. Walsh to testify concerning the conduct of the mediation in this

TROUT & RICHARDS
P.L.L.C.
ATTORNEYS AT LAW
SUITE 1220
350 CONNECTICUT AVE., N.W.
WASHINGTON, D.C. 20036

202-463-1920
FX 202-463-1925