UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. WDQ-02-816 (Civ.) |
| | ) |
| VERIZON MARYLAND, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant, | ) |

**NOTICE OF APPEARANCE**

Please note the appearance of co-Counsel, Michael J. Snider, Esq. of the Law Offices of Snider & Fischer, LLC. in addition to Mr. Fischer, on behalf of the Plaintiff.

Respectfully Submitted,

/s/
_____
**Michael J. Snider, Esq.**
Snider & Fischer, L.L.C.
MD: Bar No. 24695
104 Church Lane, Suite 201
Baltimore, Maryland 21208
P: (410) 653-9060
F: (410) 653-9061