```
         IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION
```

|   |   |   |
|---|---|---|
| FRANCES DARCANGELO, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO.: WDQ-02-816 |
| VERIZON MARYLAND INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 18th day of May 2004, ORDERED that:

1. The Defendant's motion to enforce settlement BE, and HEREBY IS, DENIED;

2. The Plaintiff's motion for a continuance of the pretrial conference BE, and HEREBY IS, GRANTED;

3. Counsel determine several mutually convenient dates and times to conduct the pretrial conference and relay them to Chambers no later than May 24, 2004; and

4. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge