In the United States District Court for the
District of Maryland

Frances Darcangelo                    *

      Plaintiff                      *            Case No. Civ. WDQ-02-816

                                             *

Verizon Maryland, Inc.                              MOTION TO WITHDRAW
                                                    APPEARANCE AS COUNSEL

      Defendant                     *

*                                                        *

### MOTION TO WITHDRAW

     *         *                     *         *

Attorney Edwin R. Burkhardt, Plaintiff's counsel, respectfully requests the

leave of the court that he be permitted to withdraw his appearance as counsel for Plaintiff, and

that his appearance in this matter be stricken.

As grounds for this motion, counsel swears and avers that Plaintiff has retained successor

counsel, that successor counsel has entered his appearance in this action, and that Plaintiff has

terminated the representation of movant counsel.

Wherefore counsel respectfully requests that pursuant to Local Rule 101(2) he be granted

the leave to withdraw, and that his appearance be stricken.

Respectfully submitted this 31ˢᵗ day of March, 2004

Edwin R. Burkhardt
Counsel for Plaintiff
151 S. 297ᵗʰ Place
Federal Way, WA 98003
(410) 493-5547 or (253) 334-0339
Fed Bar # 23626

Motion " _WAIVED_ " this _18_ day of May, for reasons stated in open Court, after hearing held and arguments of the parties heard.

William D. Quarles, Jr., U.S. District Judge