United States District Court
District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

May 24, 2004

TO COUNSEL OF RECORD

Re: Darcangelo v. Verizon
Civil No. WDQ 02-816

Dear Counsel:

This letter will confirm that the pretrial conference in this case has been scheduled for Wednesday, September 22, 2004 at 9:00 a.m. in my Chambers.

Counsel will be held to strict compliance with Local Rule 106, as to submission and contents of the pretrial order. Requested *voir dire* and requested jury instructions are due from all parties at the pretrial conference. The Court would appreciate receiving the requested *voir dire* and jury instructions on diskette or CD, where available.

Very truly yours,

/s/

William D. Quarles, Jr.
United States District Judge