UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

## <u>NOTICE OF APPEARANCE</u>

Counsel, Ari Taragin, Esq., of Snider & Fischer, LLC, herein enters his

appearance, in addition to Mr. Fischer and Mr. Snider, in this action for Plaintiff.

Respectfully Submitted,

/s/
_____

**Ari Taragin, Esq.**
Snider & Fischer, L.L.C.
MD: Bar No. 27409
104 Church Lane, Suite 201
Baltimore, Maryland 21209
P: (410) 653-9060
F: (410) 653-9061
Attorney for Plaintiff