IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>v.<br><br>VERIZON MARYLAND INC.,<br><br>      Defendant. | No. WDQ-02-816 (Civ.) |

**UNOPPOSED DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION
TO AMEND SCHEDULING ORDER**

    Defendant Verizon Maryland Inc., by and through its undersigned counsel, respectfully files this motion for an enlargement of time in which to file its opposition to plaintiff's Motion to Amend Scheduling Order [Dkt. #86] and, as grounds, states:

    1.    Defendant's opposition to plaintiff's Motion to Amend Scheduling Order is due to be filed on July 15, 2004.

    2.    Defendant requires additional time to complete its opposition. Defendant's counsel is out of the country for a three-week period during which this opposition is due. Defendant accordingly requests an enlargement of time until August 5, 2004 to file its opposition.

    3.    This enlargement of time is not sought for the purpose of delay.

4.     Plaintiff's counsel has been consulted and has agreed to an enlargement of time until August 5, 2004.

WHEREFORE, defendant respectfully requests that the Court grant this motion and enter an order granting an enlargement of time until August 5, 2004 for it to file its opposition to plaintiff's Motion to Amend Scheduling Order.

Dated:  July 13, 2004                                                      Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Martha Dye, Bar No. 015057
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.

DC1:592249.1

2