IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

            Plaintiff,

     v.

VERIZON MARYLAND INC.,

            Defendant.

No. WDQ-02-816 (Civ.)

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2004, it is hereby ORDERED that Defendant

Verizon Maryland Inc.'s Motion for Enlargement of Time to File Opposition to Plaintiff's

Motion to Amend Scheduling Order is GRANTED.

Defendant's Opposition to Plaintiff's Motion to Amend Scheduling Order is due on

August 5, 2004.

_____
William D. Quarles, Jr.
United States District Judge