## Ari Taragin

**From:** Dye, Martha [MDye@OMM.com]
**Sent:** Thursday, July 22, 2004 8:20 PM
**To:** 'ari@sniderlaw.com'
**Subject:** RE: Motion for Continuanace

I will consult with my client and get back to you on this as soon as possible. Please do not take any action until I let you know our position on the motion.

-----Original Message-----
**From:** Ari Taragin [mailto:aritaraginesq@hotmail.com]
**Sent:** Thursday, July 22, 2004 6:15 PM
**To:** mdye@omm.com
**Subject:** Motion for Continuanace

Dear Ms. Dye:

Please review the attached Motion for a Continuance and let me know if your client has any objections. I will file the motion as soon as I hear back from you. Thank you.

Ari Taragin
Snider & Fischer, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
Tel: (410) 653-9060
Fax: (410) 653-9061
E-mail: ari@sniderlaw.com