# Law Offices of
# Snider & Fischer, LLC

Michael J. Snider, Esq.
Morris E. Fischer, Esq.

July 28, 2004

Martha Dye, Esq.
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, DC 20006

Via Fax: (202) 383-5414

Re: Darcangelo v. Verizon

Dear Ms. Dye:

Our office is missing the following exhibits and transcript pages. We have been working with the various court reporters in this matter and one in particular, Gore Reporting Service has informed us that they no longer keep exhibits for this case. We are submitting the following list of materials missing in this case regarding these matters.

### Deposition

| | |
|---|---|
| Barbara Lee | - All exhibits are missing |
| Conrad | - exhibits 1, 16 and 17 are missing |
| Gotleib Fleif | - exhibits 20 and 21 are missing |
| Ann Sewell | - exhibits 1-6 are missing |
| Butch English | - all exhibits are missing |
| Marian Moxey | - all exhibits except 1 and 4 are missing |

### Missing pages

| | |
|---|---|
| Kranitz | - missing page 100 and 125-132 |
| Wright | - 42-53 |
| Conrad | - 113-115 |
| | - 144 |
| | - 167-169 |
| | - 197-198 |



104 Church Lane • Suite 201 • Baltimore, Maryland 21208
410.653.9060 phone • 410.653.9061 fax • 1-800-DISCRIMINATION℠ • info@sniderlaw.com

| | |
|---|---|
| Fleig | -42-49 |
| | -126-130 |
| | -174-178 |
| | -198-202 |
| | -142-145 |
| | -157-162 |
| | -182-186 |
| English | -153-155 |
| | -175 |

The next issue that concerns me is that it appears that there was no attorney correspondence with regard to discovery responses. Namely, I am at a loss to determine which documents properly responded to each specific question. I have seen the bate stamped pages by your office, but I am unaware of the order in which they've been submitted. With respect to Mr. Burkhardts's discovery responses, I am completely unaware of not only the order in which they were presented to your office, but which documents were submitted to you. Certainly, there needs to be some coordination between counsel regarding the documents that were already served, as we are under a continuing obligation to supplement discovery. Finally, my client believes that your office is in possession of her deposition videotapes and Dr. Kleinman's transcript of the examination provided to Plaintiff.

If our office is not in possession of the aforementioned by Monday morning, August 2, 2004, we will move for the continuance.

Sincerely,

Morris E. Fischer, Esq.