```
                                                          3
 1                        C O N T E N T S

 2      TESTIMONY OF CHARLES ENGLISH

 3           Direct Examination by Mr. Burkhardt        5

 4      REPORTER'S CERTIFICATE                          186

 5      CERTIFICATE OF OATH                             187

 6      SUBSCRIPTION OF DEPONENT                        188

 7
                              - - - - -
 8
                          INDEX OF EXHIBITS
 9
        Plaintiff's Exhibit Number  1 for identification   12
10      Plaintiff's Exhibit Number  2 for identification   23
        Plaintiff's Exhibit Number  3 for identification   39
11      Plaintiff's Exhibit Number  4 for identification   43
        Plaintiff's Exhibit Number  5 for identification   55
12      Plaintiff's Exhibit Number  6 for identification   73
        Plaintiff's Exhibit Number  7 for identification   86
13      Plaintiff's Exhibit Number  8 for identification   89
        Plaintiff's Exhibit Number  9 for identification   101
14      Plaintiff's Exhibit Number 10 for identification   116
        Plaintiff's Exhibit Number 11 for identification   121
15      Plaintiff's Exhibit Number 12 for identification   122
        Plaintiff's Exhibit Number 13 for identification   128
16      Plaintiff's Exhibit Number 14 for identification   129
        Plaintiff's Exhibit Number 15 for identification   130
17      Plaintiff's Exhibit Number 16 for identification   133
        Plaintiff's Exhibit Number 17 for identification   135
18      Plaintiff's Exhibit Number 18 for identification   136
        Plaintiff's Exhibit Number 19 for identification   139
19      Plaintiff's Exhibit Number 20 for identification   151
        Plaintiff's Exhibit Number 21 for identification   156
20      Plaintiff's Exhibit Number 22 for identification   160
        Plaintiff's Exhibit Number 23 for identification   170
21      Plaintiff's Exhibit Number 24 for identification   174
        Plaintiff's Exhibit Number 25 for identification   176
22      Plaintiff's Exhibit Number 26 for identification   178
        Plaintiff's Exhibit Number 27 for identification   179
23      Plaintiff's Exhibit Number 28 for identification   181

24                            - - - - -

25
                          GRANDE REPORTING
```