1   employees for the time period in question. You may or may
2   not have seen the document that I'm going to give you
3   before. Okay. If you haven't seen it, you know, it's
4   going to probably take you some period of time to get
5   through it. I'm going to try to ask you about specific
6   references in there that seem to implicate you. But, I
7   guess -- I mean, we have to do to this. You know. It's
8   just -- it's a big document. I'm going to try to limit my
9   questioning to the references that appear to involve you.
10      A    Okay.
11      Q    Okay. I'm going to hand that to you now.
12           MR. BURKHARDT: And we're going to introduce
13   that as our next deposition exhibit.
14           (WHEREUPON, the document was marked as Plaintiff's
15   Exhibit Number 8 for identification.)
16           THE WITNESS: (Perusing.)
17   BY MR. BURKHARDT:
18      Q    I guess the first order of business, you might
19   want to just look at the types of documents in general in
20   the packet and just establish if you have seen this before
21   at all or not. If you haven't, I guess I'm going to direct
22   you to certain portions of it. But take a look at it.
23   It's probably in the neighborhood of 30 pages. And just
24   tell me if you have seen any of the documents in here
25   before.

```
1        Q    Okay.
2             MR. BURKHARDT: Let's take a little break
3    here.
4             (WHEREUPON, a break was taken.)
5             MR. BURKHARDT: All right. Let's press
6    onward here.
7             THE WITNESS: Were we done with the other
8    package?
9             MR. BURKHARDT: Yeah. Yeah, we are.
10   BY MR. BURKHARDT:
11       Q    Take a look at this. Tell me if you've seen it
12   before.
13       A    (Perusing.)
14            MR. BURKHARDT: We can introduce this as the
15   next plaintiff's exhibit.
16            (WHEREUPON, the document was marked as Plaintiff's
17   Exhibit Number 10 for identification.)
18   BY MR. BURKHARDT:
19       Q    Have you had a chance to look at them?
20       A    Yes.
21       Q    Have you seen them before today; these pages?
22       A    No.
23       Q    No. All right. January 1998, do you have a
24   recollection of a meeting or a discussion with Fran
25   Darcangelo about a file -- expandable file containing 158
```

1   sheets of paper?

2   A   Yes.

3   Q   Can you tell me what you recall about that
4   conversation?

5   A   A review of a personnel file and there was some
6   documents in there we kept confidential.

7   Q   Do you know what documents in there were to be
8   kept confidential?

9   A   There were various ones.

10  Q   Were they statements about other employees?

11  A   Yes.

12  Q   Did these statements express a concern -- a
13  safety concern associated with Fran?

14  A   Mostly, yes.

15  Q   Okay.  Do you remember any of the people that
16  made these statements?

17  A   No.

18  Q   The file talked about here -- so it's not a
19  personnel file.  Do you know what kind of file it was?

20  A   It was her personnel file.

21  Q   It was her personnel file.  So among the things
22  in this personnel file were these statements from other
23  employees expressing their concern about her being a safety
24  threat?

25  A   They were in there, yes.

GRANDE REPORTING