UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SHORTEN OPPOSITION AND RESPONSE TIMES**

Plaintiff, through her counsel, Morris E. Fischer, Esq., hereby files this Motion to shorten the time in which Defendant and Plaintiff may file their respective opposition and reply papers to both Plaintiff's Motion for a Continuance and Motion to Compel to five and three days respectively. The reasons supporting this motion are more fully set forth in the accompanying Statement of Points and Authorities in support hereof:

                                                Respectfully Submitted,

                                                /s/
                                          _____
                                          Morris E. Fischer, Esq
                                          MD: Bar No. 26286
                                          Snider & Fischer, LLC
                                          104 Church Lane
                                          Baltimore, Maryland 21209
                                          410-653-9060 phone
                                          410-653-9061 fax
                                          Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. WDQ-02-816 (Civ.) |
| ) | |
| VERIZON MARYLAND, INC., ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF POINTS AND AUTHORITIES

Plaintiff's counsel, Morris E. Fischer, Esq., Snider & Fischer, LLC., herein submits its Statement of Points and Authorities in support of its motion to shorten the response times for Plaintiff's Continuance Motion and Motion to Compel.

1. At present there is a Pre-Trial Conference set for September 22, 2004. In accordance with the Local Rules, Plaintiff's Pre-Trial Statement is due twenty days prior to.

2. As discussed in Plaintiff's motions for a continuance and to compel, Plaintiff's case will be seriously prejudiced if these motions are not granted.

3. The respective times to submit the various opposition and reply papers pursuant to the F.R.C.P. will encroach on the initial September 2, 2004 deadline.

4. These motions are relatively straight forward and need no elaborate response. No party will be prejudiced by a shortened time to respond.

WHEREFORE, Plaintiff respectfully requests that the Court direct that response times for Plaintiff's Continuance Motion and Motion to Compel be shortened to five and three days respectively.

Respectfully Submitted,

/s/
_____
Morris E. Fischer, Esq
MD: Bar No. 26286
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON MARYLAND, INC., )<br>)<br>Defendant. ) | No. WDQ-02-816 (Civ.) |

## **ORDER**

Upon consideration of the motion for a shortened response time, said motion is hereby GRANTED and it is herein ordered that Defendant's opposition to Plaintiff's Motion for a Continuance and Motion to Compel shall be filed by Monday, August 9, 2004 and that Plaintiff's reply to both said motions shall be filed by Thursday, August 12, 2004.

_____
William D. Quarles, Jr.
United States District Judge