UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON MARYLAND, INC., )<br>)<br>Defendant. ) | No. WDQ-02-816 (Civ.) |

### Declaration of Ari Taragin

1) On approximately July 21, 2004, I phoned Ms. Martha Dye and informed her that Plaintiff was requesting to file a joint motion for a continuance.

2) During that conversation, I explained that Plaintiff was making this request due to the fact that they had reviewed the entire file and that the file was missing many exhibits that were necessary for trial.

3) Ms. Dye responded that she wanted to see a copy of the joint motion before she would consent to the same.

4) On July 22, 2004, I e-mailed a copy of the said motion for her review.

5) The motion I sent to Ms. Dye explained that Plaintiff was missing numerous deposition exhibits and therefore was requesting a continuance.

6) Several days later, Ms. Dye phoned me at our office and informed me that she had reviewed the motion with her client and that they were not agreeable to it.

7) I took that to mean that Defendant would not send us any of the exhibits, nor would they consent to the Motion for Continuance.


 8/24/04  
Date

　　　/s/　　　　　　　　　　  
Ari Taragin, Esq.