IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

Plaintiff,

v.

VERIZON MARYLAND INC.,

Defendant.

No. WDQ-02-816

DOCUMENTS SUBMITTED IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
VOLUME 2 (EXHIBITS 1-39)

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 1 | 10/25/01 | Written Finding of the Maryland Commission on Human Relations | V-DAR 00806 | Dep. of F. Darcangelo, Ex. 6 |
| 2 | 1997 | Bell Atlantic Code of Business Conduct | V-DAR 01044-104 | Dep. of F. Darcangelo, Ex. 15 |
| 3 | 1/11/83 | Handwritten Employee Contact Record re Incident Involving F. Darcangelo and R. Lacey | V-DAR 00137-38 | Decl. of J. Conrad |
| 4 | 3/16/83 | Handwritten Employee Contact Record re F. Darcangelo's Work Attire and Suspension Warning | V-DAR 00136 | Decl. of J. Conrad |
| 5 | 3/18/83 | Handwritten Employee Contact Record re F. Darcangelo's Work Attire on 3/16/83 and Reiteration of Suspension Warning | V-DAR 00131 | Decl. of J. Conrad |
| 6 | 8/24/92 | Memo Prepared by Mike Ports, re F. Darcangelo's Inappropriate Language During Customer Tour; Memo Prepared by M. Ports, re F. Darcangelo's Comments on Prior Memo of 8/24 | V-DAR 00172; V-DAR 00171 | Decl. of J. Conrad |

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 7 | 1993 | USA Today Cartoon re Murder at Work with Caption re Psycho Killers and Kleptomania | V-DAR 01796 | Dep. of F. Darcangelo, Ex. 21 |
| 8 | 1993 | Cartoon Depicting the Grim Reaper | V-DAR 01795 | Dep. of F. Darcangelo, Ex. 22 |
| 9 | 3/1/93 | Memo from M. Ports re "Unprofessional" Work Requests, with Typed Note from "Fran TT" | V-DAR 01839 | Decl. of J. Conrad |
| 10 | 4/16/93 | Notes Prepared by R. Libertini, re Incident Involving F. Darcangelo's Allegations of Sexual Harassment (Confidential) | V-DAR 01819 | Decl. of J. Conrad |
| 11 | 4/93 | Memo from Carl E. Broyles, with copies to R. Libertini and M. Ports, re Incident Involving F. Darcangelo and Allegations of Sexual Harassment | V-DAR 01797 | Decl. of J. Conrad |
| 12 | 4/20/93-4/21/93 | Handwritten Note to Mike Ports from Shirley J. Scott re Working Conditions Dangerous to Her Health and Well Being; Handwritten Memo re Shirley Scott's Letter dated 4/20/93 (Confidential) | V-DAR 01798-99 | Decl. of J. Conrad |
| 13 | 4/21/93 | Memo, with 12 Signatures, to Jim Conrad re Letter Written by F. Darcangelo Concerning Conduct on Night Shift (Confidential) | V-DAR 01800-01 | Decl. of J. Conrad |
| 14 | 4/22/93 | Request for Special Medical Evaluation of F. Darcangelo | None | Dep. of J. Conrad, Ex. 2 |
| 15 | 5/4/93 | C&P Medical Department Report, Signed by Carmen A. Fratto, M.D., re 4/27/93 Medical Examination of F. Darcangelo | V-DAR 00414 | Decl. of J. Conrad |
| 16 | 6/5/93 | Letter to Carmen A. Fratto, M.D. from John F. Mira, M.D. | V-DAR 01719 | Dep. of J. Conrad, Ex. 3 |
| 17 | 3/1/94 | Associate Performance Evaluation of F. Darcangelo for the period 9/1/92-3/1/94 | V-DAR 00098-113 | Decl. of J. Conrad |

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 18 | 6/6/94 | Certified Letter to Mary Belcastro re Quality Improvement Award of 3/25/93 | V-DAR 00139 | Decl. of J. Conrad |
| 19 | 6/6/94-6/28/94 | Incident Reports, Prepared by Bell Atlantic Security, re Employee Harassment by F. Darcangelo (Confidential) | V-DAR 01898-900; V-DAR 01895-97 | Dep. of J. Conrad, Ex. 8 |
| 20 | 6/14/94 | Note to John re Events That Led to the "Problem" | V-DAR 01794 | Decl. of J. Conrad |
| 21 | 6/14/94 | Supplemental Job Requirements FMAC Associates | V-DAR 01792-93 | Dep. of F. Darcangelo, Ex. 11 |
| 22 | 6/16/94 | Memo to F. Darcangelo from J.P. Conrad re Formal Warning, with Handwritten Note | V-DAR 003750 | Decl. of M. Dye, Esq. |
| 23 | 6/18/94 | Notes Prepared by J. Conrad and Mike Ports, of 6/16/94 Interview with F. Darcangelo re Formal Warning | None | Dep. of J. Conrad, Ex. 4 |
| 24 | 7/5/94 | Notes re Failure of F. Darcangelo to Complete Work on 6/24/94 | V-DAR 00181 | Dep. of J. Conrad, Ex. 9 |
| 25 | 7/7/94 | Memo to M. Ports from Ralph Libertini re 6/24/94 Interview with F. Darcangelo | V-DAR 00178-79 | Dep. of J. Conrad, Ex. 6 |
| 26 | 7/14/94 | Notes Prepared by M. Ports, re F. Darcangelo's 4-Hour Suspension | V-DAR 00182 | Decl. of J. Conrad |
| 27 | 9/26/94 | Notes of Second Step Grievance Meeting re Warning and Suspension | None | Dep. of J. Conrad, Ex. 5 |
| 28 | 12/2/94 | Handwritten Notes of Third Step Grievance Meeting re Removal of 1994 Warning from F. Darcangelo's Records | None | Dep. of J. Conrad, Ex. 7 |
| 29 | 1/20/95 | Supervisory Memo for F. Darcangelo, from Evonne M. Jackson, re Complaints Concerning Inappropriate Language | V-DAR 01786 | Decl. of J. Conrad |

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 30 | 3/18/96 | Bell Atlantic Network Operations Associate Performance Appraisal for the Period 1/95-12/95 | V-DAR 00114-17 | Decl. of J. Conrad |
| 31 | 1996 | Baltimore Transport Control Center Position Requirements Transport Provisioning Technician | V-DAR 00121-24 | Dep. of F. Darcangelo, Ex. 12 |
| 32 | 1/13/97 | Bell Atlantic Network Operations Associate Performance Appraisal for the Period 1/96-12/96 | V-DAR 00118-19 | Decl. of J. Conrad |
| 33 | 7/1/97 | Maryland/Delaware Network Operations Center Policy Statement re Professional Environment, with Handwritten Notes | V-DAR 01785 | Dep. of G. Fleig, Ex. 23 |
| 34 | 8/14/97 | Notes re 8/14/97 Incident Between F. Darcangelo and B. Lee | V-DAR 01783 | Dep. of M. Moxey, Ex. 24 |
| 35 | 8/14/97 | Notes: F.D. File | None | Dep. of G. Fleig, Ex. 4 |
| 36 | 8/14/97 | Notes Prepared by G. Fleig, re F. Darcangelo's Conduct in the Workplace | V-DAR 00135 | Dep. of G. Fleig, Ex. 1 |
| 37 | 8/15/97 | Information Sheets re Seminars on Interpersonal Communications Skills and "How to Manage Conflict, Anger & Emotion," with Handwritten Notes | V-DAR 01774-75 | Decl. of J. Conrad |
| 38 | 10/13/97 | Notes Prepared by J. Conrad, re Discussion with F. Darcangelo re Behavior in the Workplace, with Handwritten Notes Attached | None | Dep. of J. Conrad, Ex. 14 |
| 39 | 10/23/97 -4/27/99 | CORE Records re F. Darcangelo (Confidential) | None | Dep. of C. English, Ex. 8 (excerpts) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

Plaintiff,

v.

VERIZON MARYLAND INC.,

Defendant.

No. WDQ-02-816

DOCUMENTS SUBMITTED IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
VOLUME 3 (EXHIBITS 40-80)

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 40 | 11/4/97 | Independent Medical Examination Report by Anthony Russo, M.D. | None | Dep. of A. Russo, Ex. 6 |
| 41 | 11/4/97 | Dr. Anthony Russo Notes of Interview with F. Darcangelo | None | Dep. of A. Russo, Ex. 8 (excerpts) |
| 42 | 1/97–12/31/97 | Associate Appraisal and Development Plan for F. Darcangelo | None | Dep. of G. Fleig, Ex. 5 |
| 43 | 3/9/98 | Memo to F. Darcangelo re Inappropriate Behavior Toward Employee | V-DAR 00163 | Decl. of J. Conrad |
| 44 | 3/11/98-5/11/98 | CORE Notes re Conversations with Julie Swope | V-DAR 01939-41 | Dep. of J. Swope, Ex. 23 |
| 45 | 3/13/98 | Memo re F. Darcangelo's Use of Inappropriate Language on 3/6/98 | V-DAR 00164 | Decl. of J. Conrad |
| 46 | 5/8/98 | Notes of Incident Involving F. Darcangelo | None | Dep. of C. English, Ex. 7 |
| 47 | 5/8/98 | Notes Prepared by M. Moxey, re Fran Darcangelo's Removal from the Workplace | None | Dep. of M. Moxey, Ex. 7 |

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 48 | 5/8/98 | Rifle Target Poster with Caption: "Put Butch on the Bus" | None | Dep. of A. Dankert, Ex. 5; Dep. of C. English, Ex. 6 |
| 49 | 5/9/98 | Rifle Target Poster with Caption: "Head of the T.C.C. Sharpshooters," with Post-It | V-DAR 01840; None | Dep. of A. Dankert, Ex. 4; Dep. of G. Fleig, Ex. 18 |
| 50 | 12/24/02 | Handwriting Samples of "Head of the T. C. Sharpshooters" and "Butch English" | None | Dep. of F. Darcangelo, Ex. 30; Dep. of F. Darcangelo Ex. 29 |
| 51 | 5/9/98 | Rifle Target Poster with Caption: "Brain Dead 9AM-5 PM Mon-Fri" | V-DAR 04607 | Dep. of A. Dankert, Ex. 3 |
| 52 | 5/29/98 | Independent Medical Examination Report by Jerome Gottlieb, M.D. | V-DAR 00881-83 | Dep. of G. Zimberg, Ex. 9 |
| 53 | 6/4/98 | Minutes of Meeting with M. Moxey, C. Sakay, F. Darcangelo, and E. McCollough Welcoming F. Darcangelo Back to Work | None | Dep. of M. Moxey, Ex. 9 |
| 54 | 6/15/98 & 7/20/98 | Minutes of Grievance Meetings re F. Darcangelo's 10-day Suspension | V-DAR 00969-73 | Dep. of J. Conrad, Ex. 16 |
| 55 | 6/30/98 | Associate Appraisal and Development Plan for F. Darcangelo for the Period 1/1/98-6/30/98, prepared by M. Moxey | V-DAR 01870 | Decl. of J. Conrad |
| 56 | 9/21/98 | Notes on Fran Incident | None | Dep. of M. Moxey, Ex. 11 |
| 57 | 9/23/98 | Notes re FD Incident | None | Dep. of C. English, Ex. 13 |
| 58 | 9/23/98 | Minutes of Meeting Prepared by G. Fleig, re F. Darcangelo's 3-day Suspension | None | Dep. of G. Fleig, Ex. 10 |

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 59 | 9/28/98 | Memo from S. Townsend re F. Darcangelo's "Disruptive" Telephone Conversation, with Handwritten Notes by M. Moxey | V-DAR 00157 | Decl. of J. Conrad |
| 60 | 9/30/98 | Notes on Discussion with F. Darcangelo in Presence of E. McCullough (Union Steward) re Workplace Behavior | None | Dep. of M. Moxey, Ex. 13 |
| 61 | 10/23/98 | Notes Prepared by M. Moxey, re Incident Involving F. Darcangelo's Behavior in the Workplace | None | Dep. of M. Moxey, Ex. 14 |
| 62 | 10/23/98 | Notes Prepared by B. English, re Incident Involving F. Darcangelo's Behavior in the Workplace | None | Dep. of C. English, Ex. 18 |
| 63 | 10/23/98 | Addendum Prepared by M. Moxey, re 15-day Suspension of F. Darcangelo for Misconduct and Insubordination | V-DAR 00162 | Decl. of J. Conrad |
| 64 | 4/11/99 | Memo to J. Conrad from M. Moxey re Customer Dropping Incident Involving F. Darcangelo | None | Dep. of M. Moxey, Ex. 15 |
| 65 | 1998 | F. Darcangelo Memo to Communications Workers of America Local 2101 Titled "A Year to End All Years" | V-DAR 04009 | Decl. of M. Dye, Esq. |
| 66 | 11/4/98 | Notes Prepared by B. English, re Discussions with Associate re F. Darcangelo's Potential for Retalitation | V-DAR 0021 | Dep. of C. English, Ex. 16 |
| 67 | 11/16/98 | Minutes of Meeting with C. Sakay, M. Moxey, F. Darcangelo and E. McCullough re Welcome Back from Suspension | None | Dep. of M. Moxey, Ex. 16 |
| 68 | 12/17/98 | F. Darcangelo Termination: Witness Statements re Incident with B. Lee | None; V-DAR 01743-49; None | Dep. of J. Conrad, Ex. 20 |
| 69 | 12/18/98 | F. Darcangelo Statement re 17 December 1998 Incident | None | Dep. of C. English, Ex. 21 |

| TAB | DATE | DOCUMENT DESCRIPTION | BATES NUMBERS | REFERENCE |
|---|---|---|---|---|
| 70 | 1/6/99 | Summary of Events Leading to Termination of F. Darcangelo | V-DAR 00770-72 | Dep. of C. English, Ex. 19 |
| 71 | 1/6/99 | Bell Atlantic Statement of Individual Loss for F. Darcangelo | None | Dep. of J. Conrad, Ex. 25 |
| 72 | 1/6/99 | Letter to F. Darcangelo from J. Conrad re Termination | V-DAR 04064 | Dep. of A. Sewell, Ex. 6 |
| 73 | 1/11/99 | Notes re "Violations Code of Conduct Fran Darcangelo Incident 17 December 1998" | V-DAR 00169 | Decl. of J. Conrad |
| 74 | 2/1/99 | Notes of Grievance Meeting re Union Request to Lift B. Lee's Suspension (Confidential) | V-DAR 01707-08 | Dep. of A. Sewell, Ex. 4 |
| 75 | 2/12/99 | Psychiatric Evaluation of F. Darcangelo, Signed by Stephen W. Seibert, M.D. | V-PLA 00262-67 | Dep. of G. Zimberg, Ex. 10 |
| 76 | 2/16/99 | Notes Prepared by J. Conrad, re F. Darcangelo's Termination Meeting | V-DAR 00153-55 | Dep. of F. Darcangelo, Ex. 25 |
| 77 | 4/29/99 | F. Darcangelo Second Step Grievance: Company Response to Union Concerns | V-DAR 01038; V-DAR 00973 | Dep. of J. Conrad, Ex. 22 |
| 78 | Undated | Answers to Interview Questions by M. Moxey and J. Conrad, with Interview Questions Attached | None | Dep. of M. Moxey, Ex. 5; Dep. of J. Conrad, Ex. 10 |
| 79 | 12/4/00 | Amended Complaint (S-01-CV-45) | None | |
| 80 | 7/29/02 | Stipulation for Dimissal of Defendant Verizon Communications Inc. (S-01-CV-45) (Dkt. #39) | None | |

C:\WINDOWS\TEMP\DAR EXHIBIT 3.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

Plaintiff,

v.

VERIZON MARYLAND INC.,

Defendant.

No. WDQ-02-816

DOCUMENTS SUBMITTED IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
VOLUME 4

PLAINTIFF'S WRITTEN DISCOVERY RESPONSES, DEFENDANT'S EXPERT REPORT AND DECLARATIONS

| TAB | DOCUMENT DESCRIPTION | DATE |
|---|---|---|
| 1 | Plaintiff's Responses to Defendant's 1st Set and 2nd Sets of Requests for Admission | 2/14/03 |
| 2 | Plaintiff's Responses to Defendant's 2nd Set of Interrogatories | 3/17/03 |
| 3 | Report of Defendant's Expert Jeffrey S. Jarofsky, M.D. | 6/9/03 |
| 4 | Declaration of James P. Conrad | 6/13/03 |
| 5 | Declaration of Martha Dye, Esq. | 6/13/03 |

Darcangelo v. Verizon Maryland Inc. Civ. No. 02-816 WDQ

FILED ENTERED
LODGED RECEIVED

JUL 1 5 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

**Plaintiff's Exhibits Vol. I**

1. Gottleib Fleig Deposition Missing Page (Dep. 150-153)

2. Barbara Lee Deposition

3. Barbara Lee Grievance RE: Writeup from Gus Dankert complaint about Lee

4. Barbara Lee Grievance RE: 3-day suspension for Dec. 17, 1998 incident

5. Fran Darcangelo 1994 FMLA Requests (Ref. Plaintiff Affidavit Ex. 15)

6. Bell Atlantic's RAMP Docs. & Testing Results showing Fran Darcangelo applied for and was considered qualified for job opportunities.

7. EEOC Dismissal and Right to Sue, Plaintiff's Feb. 1999 letter to EEOC, Plaintiff's Charge and Amended Charge

8. CORE Records

9. Medical Records showing Fran Darcangelo's supervisor from 1990, George Sullivan, had called doctor repeatedly and discussed Plaintiff's

10. Report of Martin Kranitz, Plaintiff's Vocational Expert

11. Notes of Jim Conrad: Termination of Fran Darcangelo

12. Bell Atlantic Policies and Guidelines on Workplace Violence

13. Dr. Gary Zimberg, Plaintiff's treating physician and expert, report and exam

14. Affidavit of Edwin R. Burkhardt

15. Affidavit of Frances Darcangelo