

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| CENTURY CITY | Washington, D.C.  20006-4001 | NEW YORK |
| HONG KONG | | SAN FRANCISCO |
| IRVINE SPECTRUM | TELEPHONE  (202) 383-5300 | SHANGHAI |
| LONDON | FACSIMILE  (202) 383-5414 | SILICON VALLEY |
| LOS ANGELES | www.omm.com | TOKYO |

August 25, 2004

OUR FILE NUMBER
892050-0194

The Honorable William D. Quarles
United States District Judge
United States District Court for the
 District of Maryland
101 West Lombard St.
Baltimore, MD 21201

WRITER'S DIRECT DIAL
202-383-5271

WRITER'S E-MAIL ADDRESS
mdye@omm.com

      **Re:** *Frances Darcangelo v. Verizon Maryland Inc. (02 CV 816)*

Dear Judge Quarles:

  This firm represents defendant Verizon Maryland Inc. in the above matter.  Please accept this letter brief in the place of a sur-reply in further opposition to plaintiff's Motion to Amend Scheduling Order dated July 1, 2004 [Dkt. #86].

  We are writing to correct a statement made in plaintiff's reply in support of her motion, filed on August 19, 2004 [Dkt. #94].  In plaintiff's reply, she declares that "defendant has conceded that an expert witness is not necessary to determine front pay damages," and argues that this supposed concession provides sufficient basis for the Court to rule that no expert is required.  In fact, defendant has made no such concession.  Defendant opposed the motion to amend scheduling order on the basis that it was improper, untimely, and prejudicial.  Because these were sufficient bases to reject the motion, there was no need for defendant to address the hypothetical question of whether a plaintiff must provide expert testimony to support an award of front pay.  Defendant's decision not to address that issue thus in no way constitutes a "concession."

  Thank you for your attention to this matter.

              Sincerely,

              /s/

              Martha Dye
              for O'Melveny & Myers LLP