UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

FRANCES DARCANGELO,        )
                           )
        Plaintiff,          )
                           )
    v.                     )        No. WDQ-02-816 (Civ.)
                           )
VERIZON MARYLAND, INC.,    )
                           )
        Defendant.          )

WITHDRAW OF MOTION

Plaintiff herein withdraws their Motion to Compel and Motion for a Continuance filed on August 4, 2004.

Respectfully Submitted,

_/s/_____
Morris E. Fischer, Esq
MD: Bar No. 26286
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21209
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff