IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

    Plaintiff,

v.

VERIZON MARYLAND INC.,

    Defendant.

No. WDQ-02-816

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

A. <u>Knowledge of Frances Darcangelo and Her Family</u>

    1. Do you, any member of your family, or any of your close friends know the plaintiff, Frances Darcangelo, or her family?

    2. Do you, any member of your family, or any of your close friends have any prior knowledge of this, or any related, lawsuit? If so, please explain.

B. <u>Knowledge of Attorneys</u>

    1. Do you, any member of your family, or any of your close friends know Ms. Darcangelo's attorney, Morris Fischer, or his family?

    2. Do you, any member of your family, or any of your close friends know people who work for the law firm of Snider & Fischer?

    3. Do you, any member of your family, or any of your close friends know Verizon's attorneys, Ira Raphaelson or Martha Dye?

1

4. Do you, any member of your family, or any of your close friends know people who work for the law firm of O'Melveny & Myers LLP?

C. Knowledge of Witnesses

1. Do you, any member of your family, or any of your close friends know any of the individuals listed below who may be witnesses or the subject of testimony in this case?

   **[list witnesses]**

2. If the answer is yes with respect to one or more of these individuals, please describe how you, a member of your family, or a close friend knows the person or persons.

D. Experience with Verizon

1. Have you, any member of your family, or any of your close friends ever worked for Verizon (including any of its predecessors, such as Bell Atlantic or C&P Telephone)?

   (a) If so, in what capacity?

   (b) For how long?

   (c) For what reason did you or they leave the employ of Verizon?

2. Have you, any member of your family, or any of your close friends ever worked for any other telephone company?

   (a) If so, in what capacity?

   (b) If you or they are no longer employed by the other telephone company, why did you or they leave?

      3.     Have you ever had a negative experience with Verizon that would prevent you from rendering a fair and impartial verdict in a case involving Verizon?

      4.     Have you, any member of your family, or any of your close friends had a dispute with Verizon or any of its employees?

          (a)     If so, what was the nature of the dispute?

          (b)     How was it resolved?

          (c)     How do you feel about it now?

E.     <u>Employment Experience</u>

      1.     Are you in business for yourself?

          (a)     If so, what is the nature of the business?

          (b)     How long have you been in this business?

      2.     Have you, any member of your family, or any of your close friends ever held a management position with a company? If so, what was your or their title and position?

      3.     Have you ever been terminated from employment or suffered any other negative employment action?

          (a)     If so, please describe.

          (b)     When did this occur?

          (c)     What was the reason given by your employer?

          (d)     Have you ever filed a grievance, a complaint with a government agency, or a lawsuit regarding your termination or other negative employment action?

          (e)     If so, what was the result?

      4.       Has your spouse ever been terminated from employment or suffered any other negative employment action?

              (a)     If so, please describe.

              (b)     When did this occur?

              (c)     What was the reason given by your spouse's employer?

              (d)     Has your spouse ever filed a grievance, complaint with a government agency, or lawsuit regarding his or her termination or other negative employment action?

              (e)     If so, what was the result?

      5.       Has any other member of your family or any of your close friends ever been terminated from employment or suffered any other negative employment action with respect to their employment? If so, would this influence your ability to render a fair and impartial verdict based solely on the evidence provided during this case?

F.     <u>Prior Experience with Discrimination Claims</u>

      1.       This is a lawsuit brought by an individual, Ms. Darcangelo, against a corporation, Verizon. Would you tend to give greater weight to the testimony of Ms. Darcangelo simply because she is an employee?

      2.       Would you tend to give greater weight to the testimony of Ms. Darcangelo simply because she was terminated from her position at Verizon?

      3.       Have you, any member of your family, or any of your close friends ever claimed they have been discriminated against by an employer?

              (a)     If so, what were the circumstances?

    (b)    Would this influence your ability to render a fair and impartial verdict based solely on the evidence provided during this case?

4. Have you, any member of your family, or any of your close friends ever filed a charge of discrimination against an employer?

5. Do you believe there is discrimination where you work?

    (a)    If so, please describe.

    (b)    Would this influence your ability to render a fair and impartial verdict based solely on the evidence provided in this case?

G. <u>Experience with Disability Discrimination</u>

1. This is a case alleging disability discrimination. Ms. Darcangelo claims that she was discriminated against on the basis of a disability. She has been diagnosed with a mental condition. Is there any reason the subject matter of this case would hamper your ability to render a fair and impartial verdict?

2. Do you, any member of your family, or any of your close friends have a disability? If so, during the course of your working career, have you, any member of your family, or any of your close friends ever been discriminated against on the basis of a disability?

    (a)    If so, please describe.

    (b)    When?

    (c)    Where?

    (d)    Did you, your family member, or close friend file a grievance, a complaint with a government agency, or a lawsuit regarding the disability discrimination?

    (e)    Would this influence your ability to render a fair and impartial verdict based solely on the evidence provided in this case?

3. During the course of your working career, are you aware of any of your co-workers ever claiming to have been discriminated against on the basis of a disability?

    (a)    If so, please describe.

    (b)    When?

    (c)    Where?

    (d)    To your knowledge, did your co-worker file a grievance, a complaint with a government agency, or a lawsuit regarding the disability discrimination?

    (e)    Would this influence your ability to render a fair and impartial verdict based solely on the evidence provided in this case?

4. Do you believe that employees with disabilities are entitled to preferential treatment in employment?

5. Have you ever been harassed in an employment context based on a disability or for any other reason?

    (a)    If so, please describe.

    (b)    When?

    (c)    Where?

6. Have you ever participated in any way in a disability discrimination case?

7. Have you ever filed a charge of discrimination against an employer based upon disability discrimination or for any other reason?

8.  Is there any reason you feel that you could not follow the law concerning disability discrimination as instructed by the court?

H.  Experience with Mental Illness

1.  Have you, any member of your family, any of your close friends, or any of your co-workers ever suffered from a mental illness or condition, including, but not limited to, bipolar disorder or a personality disorder?

2.  If yes,

    (a) Please explain.

    (b) Do you believe the individual in question was ever treated unfairly at work due to his/her condition? If so, please explain.

    (c) Would your exposure to this mental condition cause you to sympathize with a party to the lawsuit who suffers from such a condition?

    (d) Would this influence your ability to render a fair and impartial verdict based solely on the evidence provided during this case?

I.  Ability to Render An Impartial Verdict

1.  Have you, any member of your family, or any of your close friends ever been involved in a lawsuit?

    (a) What type of lawsuit was it?

    (b) When was the lawsuit?

    (c) In which court was the lawsuit?

    (d) Did anything occur during the trial of that case that would tend to prejudice you in this matter?

2.  Have you ever before served as a juror in a discrimination case? If so, did anything occur during the trial of that case that would tend to prejudice you in this matter?

3.  Do you know of any other reason why you could not render a fair and impartial verdict in this case?

4.  Do you have trouble hearing, seeing, or paying close attention to detail for a long period of time?

5.  As is always the case, there are two sides to this dispute. In this case Ms. Darcangelo will present her case first because she has the burden of proof. Verizon will present its case next. Do you feel that you will not be able to keep an open mind until you hear all of the evidence and have been instructed on the law by the judge at the end of the case?

Dated: September 22, 2004                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ira H. Raphaelson, Bar No. 012849
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Martha Dye, Bar No. 015057
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　O'Melveny & Myers LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1625 Eye Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　202-383-5300 phone
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　202-383-5414 fax

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant