UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, | ) |
| Plaintiff, | ) |
| v. | ) No. WDQ-02-816 (Civ.) |
| VERIZON MARYLAND, INC., | ) |
| Defendant, | ) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFFS' PROPOSED VOIR DIRE

Plaintiff, Frances Darcangelo, by undersigned counsel, respectfully request that this Court conduct an inquiry of prospective jurors in the manner set forth herein.

INTRODUCTORY INSTRUCTION

Frances Darcangelo has brought action against Verizon Maryland, Inc. under the Americans with Disabilities Act of 1990, as amended 42 U.S.C. 12101, for unlawfully terminating her employment because of her disability. Plaintiff contends that she suffers from bi-polar disorder and that she was discriminated against by Defendant Verizon due to the disorder when Defendant Verizon subjected her to excessive and intrusive medical examinations, suspended her on several occasions and terminated her. Plaintiff Darcangelo contends that Defendant Verizon could have accommodated her disability to enable her to continue doing her job.

Defendant Verizon contends …

## SPECIFIC QUESTIONS

1. Does any member of this jury panel know or, have you had dealings with the Plaintiff, Fran Darcangelo?

2. Has any member of this jury panel or any member of your family, ever been employed for Verizon, Inc or Bell Atlantic?

3. Does any any juror of this panel know any of the following people who may be called to testify in this case?
   [see witness list from Pre-Trial Order]

4. Does any juror of this panel one know any of the following lawyers and law firms who are representing the parties in this case:

   Snider & Fischer, LLC
   104 Church Lane, Suite 201
   Baltimore, MD 21208
   (410) 653-9060

   O'Melveny & Myers, LLP
   1625 Eye Street, N.W.
   Washington, DC 20006
   (202) 383-5300

5. Does any juror of this panel have any prior knowledge of this civil action?

6. Has as any member of the jury panel or any of their friends or family ever been employed as a Central Office Technician?

7. Does any member of the jury panel or spouse of a jury panel member own stock in Verizon, Inc.?

8. Has any member of the jury panel or spouse of a jury panel member sat on a jury before? If so, was the action civil or criminal? Did you deliberate? Did you reach a verdict?

9. Has as any member of the jury panel been a party to a lawsuit?

10. Has as any member of the jury panel been involved in a legal proceeding?

11. Does any member of the jury panel harbor any prejudice against the American Legal Justice System?

12. Has as any member of the jury panel or spouse of a jury panel member, friends or colleagues ever been accused of discrimination?

13. Does any member of the jury panel believe that individuals suffering from Bi-polar disorder are difficult to work with?

14. Has any member of the jury panel or spouse of a jury panel member ever worked with an individual suffering from Bi-polar disorder?

15. Is any member of the jury panel related by blood or marriage, or have any relationship with any of the following potential witnesses?

16. Has any member of the jury panel ever been sued before or named as a defendant in a lawsuit?

17. Does any member of the jury panel harbor any bias or prejudice against individuals suffering from Bi-Polar disorder?

18. Does any member of the jury panel not believe that a mental illness can be just as disabling as a physical illness?

19. This case may last for two weeks. Does any member of the jury have any physical, professional or personal reason why they may be unable to become a juror in this case?

20. Does any member of the jury panel harbor any bias against those who have filed lawsuits or harbor any personal or religious belief which would prevent him from awarding damages to a plaintiff in a lawsuit based upon a fair and impartial consideration of the evidence and the legal instructions of this Court?

21. Does any member of the jury have any reason whatsoever why he or she cannot render a fair and impartial verdict in this case?

22. Does any member of the jury panel have any type of reading disability, learning disability, hearing loss, visual, physical, mental condition which would impair or prevent him from attending to and closely examining the evidence, documents and testimony to be presented at trial?

23. If any member of the jury panel desire or require any type of accommodation from this Court to assist you in attending to and closely examining the evidence, documents and testimony to be presented at trial?

        Respectfully Submitted,

        /s/
        _____
        Morris E. Fischer, Esq
        MD: Bar No. 26286
        Snider & Fischer, LLC
        104 Church Lane
        Baltimore, Maryland 21209
        410-653-9060 phone
        410-653-9061 fax
        Attorneys for Plaintiff