# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

September 23, 2004

TO COUNSEL OF RECORD:

    Re: <u>Darcangelo v. Verizon, WDQ-02-816</u>

Dear Counsel:

    At the September 22, 2004 pretrial conference, I set the following schedule. The trial will begin at 9:30 a.m. on May 16, 2005 in the Garmatz Courthouse, Courtroom 3A.

    Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

                               Very truly yours,

                               William D. Quarles, Jr.
                             United States District Judge

