1600 South George Street
York, PA 17403
717.848.3615 Tel
717.845.4791 Fax
www.wellspan.org



**WellSpan**
Behavioral Health

February 15, 2005

Law Offices of Snider & Fischer, LLC
104 Church Lane, Suite 201
Baltimore, MD 21208
FAX#: 410-653-9061

RE:   Darcangelo vs. Verizon

Dear Mr. Fischer:

I am in receipt of your letter of February 11, 2005, regarding Ms. Darcangelo. After conferring with the WellSpan Legal Department, I am not comfortable serving as an expert in this case. I will be available as a fact witness, and would be willing to meet with you again in that capacity, assuming that Ms. Darcangelo has no objection.

Sincerely,

Gary B. Zimberg, MD
GBZ/jaf

cc:   Amy L. Nelson, Esquire
      WellSpan Office Center
      45 Monument Road, Suite 200
      York, PA  17403