IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>   Plaintiff,<br><br> v.<br><br>VERIZON MARYLAND INC.,<br><br>   Defendant. | No. WDQ-02-816 (Civ.) |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Verizon Maryland Inc.

I certify that I am admitted to practice in this court.

Dated:  March 4, 2005

                _____/s/_____
                Ira H. Raphaelson, Bar No. 012849
                O'MELVENY & MYERS LLP
                1625 Eye Street, N.W.
                Washington, D.C.  20006
                (202) 383-5300
                (202) 383-5414 (facsimile)

                Counsel for Defendant
                Verizon Maryland Inc.