# Edwin R. Burkhardt
## Attorney at Law

Bar Admissions
Maryland
Pennsylvania
Wisconsin

Darcangelo-
EXPERTS
# 54
11-25-02

901 Washington Avenue
Suite 305
Towson, Maryland 21204
Tel: (410) 583-0338
Fax: (410) 583-1378

O'Melveny & Myers, LLP
555 13th St. NW
Washington, D.C. 20004-1009
FAX 202 383-5414
Via Fax and U.S. Mail

November 25, 2002

Attention:   Ms. Martha Dye
Ms. Karen Wahle
Ms. Heejung Heidi Sung

RE:   **DARCANGELO V. BELL ATLANTIC**

**DESIGNATION OF EXPERT(S):**

Plaintiff designates the following as experts who may be called upon to provide reports and testimony in this case:

Vocational Expert:   Dr. Martin Krantiz
Vocational Consultants
1160 Spa Rd. 1-B
(Annapolis, MD) 21403
(410) 974-8888

Psychiatrist:   Dr. Gary Zimburg
Wellspan Delphic Behavioral Health Services
1600 S. George St.
York, PA 17402
(717) 848-3615

Very Truly Yours,

Edwin R. Burkhardt
Attorney for Plaintiff Frances Darcangelo