# Edwin R. Burkhardt
## Attorney at Law

**Bar Admissions**
Maryland
Pennsylvania
Wisconsin

401 Washington Avenue
Suite 303
Towson, Maryland 21204
Tel: (410) 583-0338
Fax: (410) 583-2378

Dr. Gary Zimburg
York Health Systems - Behavioral Health Services
Delphic Mental Health Associates
1600 South George St.
York, PA 17403
(717) 848-3615 (Phone)
(717) 845-4791 (Fax)

RE: **Francis Darcangelo**   SS # 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

January 3, 2003

Dear Dr. Zimburg:

I spoke with you last week about Francis Darcangelo, whom I am assisting with a lawsuit, concerning events which occurred from late 1997 to early 1999.

Because you have been treating Ms. Darcangelo since 1997, you should be in possession of information relevant to her lawsuit. I would like to you to prepare a report which addresses the following:

1) diagnosis of her condition for the time period from the beginning of your treatment of her in 1997 up to the present, and any changes that have occurred in that diagnosis;

2) medication history for the same time period--from when you first began treating her until the present, and any changes in her condition;

3) functional limitations that you are aware impair her ability to conduct day-to-day life activities. I would like you to specifically address the affect her condition has had on her ability to socially interact with others, form and maintain relationships with others, concentrate, and work, as well as any other functional limitations of which you are aware have been caused or aggravated by her condition; please also address any changes, improvements or deterioration in these during the 1997 to the present time period;

4) any noticeable affect, if any, the workplace issues which involved her in 1997, 1998 and 1999 had on her diagnosis, treatment, medication, mental and physical health and ability to function, and whether in your opinion the workplace issues were a causative or aggravating factor in any of the above.


13
Zimberg
Dma 4/30/03

# Edwin R. Burkhardt
## Attorney at Law

Bar Admissions
Maryland
Pennsylvania
Wisconsin

401 Washington Avenue
Suite 303
Towson, Maryland 21204
Tel: (410) 583-0338
Fax: (410) 583-2378

I am enclosing a coy of the Federal Rules of Civil Procedure governing the disclosure of expert reports and have highlighted relevant portions.

Please also advice me of the fees associated with your preparation of the report, and with any deposition preparation. Also, please provide me with an estimate as to how soon the report can be prepared, and provide some deposition dates within the next six weeks.

If you have questions, please contact me.

Very Truly Yours,

Edwin R. Burkhardt