1600 South George Street
York, PA 17403
717.848.3615 Tel
717.845.4791 Fax
www.wellspan.org



**WELLSPAN**
Behavioral Health

January 17, 2003

Edwin R. Burkhardt
Attorney at Law
401 Washington Ave.
Suite 303
Towson, MD  21204

RE:  FRANCE DARCANGELO
SS#:  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
DOB:  1-1-56
MR:  1795

Dear Mr. Burkhardt,

As discussed by telephone several weeks ago, and in response to your letter of January 3, 2003, I have treated Ms. Darcangelo since October of 1997.  Her diagnosis was, and still is, Bipolar Disorder, NOS.  She has been maintained on a combination of Eskalith, Buspar, and episodically Ativan, during periods of anxiety or agitation.

Ms. Darcangelo ranges from normal affect to hypomanic much of the time, despite a therapeutic blood Lithium level. During these hypomanic episodes she is more talkative, labile, at times silly, and has difficulty recognizing personal boundaries. Her concentration is impaired during these episodes and she is tangential in speech and behavior, rapidly shifting from one activity to another.  She has difficulty maintaining consistent relationships as a result, either in her personal life or at work.

Ms. Darcangelo appeared to deteriorate further as the result of work related problems in 1997, 1998, and 1999.  She became noticeably more ruminative and obsessive, particularly with regards to work related issues. She has felt "wronged" for several years and has been on a mission, of sorts, to make things right. She has, to some extent, delayed any productive rehabilitation pending resolution of previous work related issues. Work related problems in 1997, 1998, and 1999 did not cause her mental illness, but certainly exacerbated her level of distress, and made stabilization and eventual rehabilitation more difficult.

Please feel free to contact me with any questions concerning this patient's care.

Sincerely,

Gary B. Zimberg, M.D.
GBZ/ca