# Edwin R. Burkhardt
## Attorney at Law

Bar Admissions
Maryland
Pennsylvania
Wisconsin

901 Washington Avenue
Suite 305
Towson, Maryland 21204
Tel: (410) 583-0338
Fax: (410) 583-1378

Darcangelo –
EXPERTS
# 54
11-25-02

O'Melveny & Myers, LLP
555 13th St. NW
Washington, D.C. 20004-1009
FAX 202 383-5414
Via Fax and U.S. Mail

November 25, 2002

Attention:   Ms. Martha Dye
             Ms. Karen Wahle
             Ms. Heejung Heidi Sung

RE:   DARCANGELO V. BELL ATLANTIC

DESIGNATION OF EXPERT(S):

Plaintiff designates the following as experts who may be called upon to provide reports and testimony in this case:

Vocational Expert:   Dr. Martin Krantiz
                     Vocational Consultants
                     1160 Spa Rd. 1-B
                     (Annapolis, MD) 21403
                     (410) 974-8888

Psychiatrist:        Dr. Gary Zimburg
                     Wellspan Delphic Behavioral Health Services
                     1600 S. George St.
                     York, PA 17402
                     (717) 848-3615

Very Truly Yours,

Edwin R. Burkhardt
Attorney for Plaintiff Frances Darcangelo