IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>    Defendant. | No. WDQ-02-816 (Civ.) |

**DEFENDANT'S MOTION IN LIMINE TO LIMIT EVIDENCE
REGARDING EMPLOYMENT HISTORY OF BARBARA LEE**

    Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order For barring testimony or other evidence regarding Lee's employment history beyond (1) evidence regarding the December 17, 1998 incident which led to plaintiff's termination and Lee's suspension; (2) evidence regarding the contents of Lee's personnel file; and (3) testimony by those involved in disciplining Lee and related evidence regarding the basis for taking less severe disciplinary action against Lee than plaintiff.  Verizon also specifically requests that the Court bar any testimony by Dankert as to his personal interactions with Lee or as to any alleged incidents involving Lee that were not reflected in her personnel file.  The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion in Limine to Limit Evidence Regarding Employment History of Barbara Lee.

Dated:  March 14, 2005

                                                                                 _____/s/_____
                                                                                 Karen M. Wahle, Bar No. 013658
                                                                                 Ira H. Raphaelson, Bar No. 012849
                                                                                 O'MELVENY & MYERS LLP
                                                                                 1625 Eye Street, N.W.
                                                                                 Washington, D.C.  20006
                                                                                 (202) 383-5300
                                                                                 (202) 383-5414 (facsimile)

                                                                                 Counsel for Defendant
                                                                                 Verizon Maryland Inc.