IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>   v.<br><br>VERIZON MARYLAND INC.,<br><br>      Defendant. | No. WDQ-02-816 (Civ.) |

**INDEX TO EXHIBITS FOR DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO LIMIT EVIDENCE REGARDING EMPLOYMENT HISTORY OF BARBARA LEE**

**Number  Exhibit**

1. Notes of October 13, 1997 Meeting

2. Deposition of Ann Sewell (excerpts)

3. Written Finding of the Maryland Commission on Human Relations

4. Deposition of Frances Darcangelo (excerpts)

5. Witness Statements

6. Deposition of Augustus Dankert (excerpts)

7. Labor Relations Information System-Grievance #1998-03280

8. Corporate Security Memorandum of Interview

9. Termination Outline

10. Labor Relations Information System-Grievance #1998-03281

11. Deposition of Barbara Lee (excerpts)