Fran Darcangelo Termination
Witness Statements

EXHIBIT
Curran 20

During the course of the investigation, relative to the incident, which occurred on 12/17/98 and which ultimately resulted in the termination of Fran Darcangelo, the following information was received through management interviews and written statements submitted by other Bell Atlantic employees who were present during this incident.

1. Employee #1 - "At approximately 12:30pm Barbara Lee asked Fran about a ticket/order. Fran replied " I don't work for you masta." According to this employee's statement "Fran repeated the above statement about 10 times". This employee was asked if they had anything else to add to their written statement. The employee said yes, "that Fran was antagonizing Barbara. Fran made the statement like a slave was talking to her master. Barbara tried to stay talking about the work. But Fran kept saying it over and over. That it was like a reenactment of a slave and her master."

2. Employee #2 - "When Barbara told Fran she should be doing the ticket, that's when Fran commented not me masser or it's not mine masser. Barbara asked her what she said and when Fran kept repeating it, Barbara went over to Fran using a few choice words."

3. Employee #3 – "That's when Fran jumped up and said to Barbara, I don't work for you Massa. She repeatedly kept calling Barbara Lee "Massa"."

4. Employee #4 – "She noticed that the order was originally Fran's and told Fran that it was on the list and that she should pick up the ticket. Fran hollered over to Barbara…No Massa …I don't work for you; you're not my boss Massa. Barbara then asked her "what do you mean by that?", but Fran continued to repeat the same thing over and over again."

17 December, 1998

I was finishing eating lunch in my cubicle, when I noticed that Barbara passed by. Within a minute, I left my cubicle to go to the men's room. While walking down the isle, I heard Barbara shouting to Fran. She kept repeating to Fran as she was quickly walking toward Fran, "So, what is that supposed to mean?" Fran kept repeating to Barbara, "Yes, Massa(Master)." Barbara got right up into Fran's face and started flailing her fists and arms about. Marianne came over and tried to stop Barbara and get her away from Fran's cubicle. Marianne touched Barbara's arm to escort her away and Barbara threw Marianne's hand down abruptly and keep on shouting and flailing her arms aggressively about. She told Marianne not to touch her and refused to leave Fran's cubicle. Marianne quickly walked to the break room and got Tim Mace to help physically subdue Barbara. Fran left her cubicle and began walking away. Barbara followed her and was shouting at Fran saying, among other things, that she was going wherever Fran was going. People came over to try to quiet Barbara. Fran had left the building. Barbara keep going on with the shouting and flailing despite many people trying to calm her down.
I heard her shout to the supervisors that it was their fault for not firing Fran a long time ago.

Gottlieb Fleig

DEC 17, 1998

I RETURNED FROM THE BREAK ROOM TO THE WORK AREA TO HEAR FRAN YELLING THE WORD "MASTA". I HEARD BARARA LEE ASKED HER WHAT SHE MEANT BY THAT. FRAN SAID " I TOLDS YOU I DOESN'T WORK FOR YOU MASTA". BARBARA LEE CAME OVER TO FRAN'S CUBICLE. SHE SAID SHE HAD ENOUGH SHE WAS GOING TO TAKE CARE OF THIS. SHE SAID FRAN HAD BEEN ALLOWED TO DO OR SAY ANYTHING AND SHE WAS TIRED OF THIS. BARBARA AGAIN ASKED HER WHAT SHE MEANT BY THAT AND FRAN SAID IT WAS NONE OF HER BUSINESS.

BARBARA TOLD FRAN TO GO OUTSIDE. SHE SAID, " AM GOING TO FUCK YOU UP". I WENT TO THE CUBICLE AND TRIED TO GET BARBARA LEE OUT. I WAS UNSUCCESSFUL. I WENT IN THE BREAK ROOM TO GET TIM FOR ASSISTANCE. TIM CAME INTO THE WORK AREA AND TRIED TO CALM DOWN BARBARA. FRAN AND BARBARA WENT INTO THE HALLWAY AND BARBARA SAID WAIT I WANT TO SEE WHERE YOU ARE GOING. BARBARA WAS LOUD AND SHAKEN. AT THIS TIME CHARLETTE CAME TO HELP US TAKE BARBARA LEE OUT OF THE WORK AREA.

AFTER TAKING BARBARA IN A CONFERENCE ROOM SHE SAID SHE HAD ENOUGH. SHE WAS GOING TO FILE A GRIEVANCE AGAINST CONRAD FOR LETTING THIS GO ON SO LONG. I TOLD BARBARA I WAS GOING TO HAVE TO SEND BOTH OF THEM HOME. BARBARA SAID SHE WAS GOING TO CALL CORE.

MARIANNE MOXEY

Tim Mace's Statement
Fran Darcangelo and Barbara Lee Incident
12/17/1998

Marianne came in the break room and said she needed me. When I walked out of the break room, Marianne said, "I'm getting reading to send Barbara Lee and Fran Darcangelo home". I asked, "What's wrong?" Just then I saw Fran walking down the isle and Barbara 20 feet behind her yelling, "Wait up". I could see that Barbara was enraged. So I started after them telling them to "Stop". They kept walking. I yelled again. They stopped and Barbara turned to me, yelling. Some of the things were, "I'm tired of this", "She thinks she can say any god-damn thing she wants and get away with it." I got between them and asked Barbara a couple of times to stop yelling, calm down and go back to her seat. I had to somewhat physically hold her from going down the hall. Finally she went back to her seat. Fran continued to walk towards the elevator. After getting back to her seat, I asked Marianne and Charlotte to help calm down Barbara. Then Butch and I went to look for Fran. We went down stairs we found Fran outside in front of the building. I called upstairs to talk to Marianne and discuss what we wanted to do. Derik told me that Marianne was on her was down with Barbara. I meet them in the hallway and we decided to put Barbara in a conference room until we could send Fran home. I went back outside and asked Fran did she have her keys. That she was not going back in the building and we were sending her home. She said I have my keys, but I have something upstairs that I want. I told her to tell me want she wanted and I would go get it. She said she had a 6x9 book and a white bag on her desk that she wanted. She wanted 2 other larger binders on her desk put in the top drawer and locked. That her keys were in the white bag. I told her I would not go into her bag, but I had a key to lock her drawer. I retrieved her things and went back outside to give them to her. Told her we would be in touch with her later. Fran left. I went back inside and sat with Barbara Lee while Butch and Marianne went to get security. When they returned, they said no one was in the security office. I told Barbara that we were sending her home and that we would be in touch with her later. Butch gave Barbara a ride to her car that was in the shop.

*Tim Mace* (signature)

Interview of Rebecca Edmonds
12/18/1998
Fran Darcangelo and Barbara Lee Incident on 12/17/1998
By: Tim Mace

I asked Rebecca, "Did she have anything else she wanted to add to her written statement."

Rebecca said, "Yes. That she wanted to add how Fran made her statement, "I don't work for you Masta". She didn't know how to write it. That Fran was antagonizing Barbara. Fran made the statement like a slave was talking to her master. Barbara tried to stay talking about the work. But Fran kept saying it over and over. That it was like a re-enactment of a slave and her master."

I asked, "How was Barbara talking to Fran?"

Rebecca said, "At first she was talking to her in Barbara's normal voice and tone. But after Fran made the comment a couple times, that Barbara's started to raise her voice."

-Confidential-
Subject to Protective Order

V-DAR 01743

On Thursday, December 17, 1998 I overheard the incident between Barbara Lee and Fran D'archangelo. I was approximately 20 feet away with my back turned to them.

At approximately 12:30 pm Barbara Lee asked Fran about a ticket/order. Fran replied "I don' work for u 'masta'." Barbara started raising her voice asking about work to which repeated the above statement. Fran repeated the statement about 10 [times].

Barbara started yelling and cussing that she was "tired of Fran being able to say any god damn' thing that she pleased and get away with it". They continued to exchange words — Barbara yelling, asking what did that statement mean and Fran replying that her work was none of Barbara's business.

At that point I got up and noticed Barbara walking towards Fran's cube. Fran was standing up. I walked to my supervisor's cube. Marianne Moxey came in and yelled at them to stop. Barbara continued to yell in Fran's face. She told Fran to "meet her outside." She said that she (Barbara) was going to "take care of Fran today." Marianne yelled Barbara. Barbara would not stop yelling and cussing. Marianne got Tim Mace.

Fran started to walk down the aisle, Barbara yelled for Fran "not to walk too fast because she wanted

Confidential-
Subject to Protective Order                    V-DAR 01744

see where she was going.'
  Tim and Marianne tried to stop Barbara from yelling. Barbara continually repeated that she was tired of Fran being able to say any 'God damn' thing she pleased and get away with it.
  Barbara Lee was escorted out of the center by Charlotte.

Rebecca Elizabeth Edmna
12/17/98

Confidential-
Subject to Protective Order      V-DAR 01745

Interview of Jim Bullington
12/18/1998
Fran Darcangelo and Barbara Lee Incident on 12/17/1998
By: Tim Mace

I asked Jim, "Did he have anything else he wanted to add to his written statement."

Jim said, "No."

I asked Jim, "How many times did Fran say, "Not me massa"?"

Jim said, "At least three times. That it could have been more, but he was shocked that she said it and was waiting to see what Barbara was going to do."

I asked Jim, "How did Fran make the statement? Did she say it in her normal voice?"

Jim said, "She didn't say it as if she was African American. She said it in her normal voice."

Confidential-
Subject to Protective Order

V-DAR 01746

12-17-98

I was coming back to my desk from our copy [room?] when Fran approached me with a copy of an order. She said [Amp?] rep (Dora) wanted me to work with Laphatia c.o. [?] I informed Fran that the order is under Amp [account?]. Barbara said that it was her job to work with Amp. Fran's memory [jogged?] when John inquired about the same order. That's when Barbara informed John not to do the order because it was Frans. When Barbara told [him?] that she should be doing the ticket, that's when Fran commented not me Masser or it's not mine Masser. Barbara asked her what she said & when Fran kept repeating it, Barbara went over to Fran [?] words to [ask?] her [?] to step outside. [After a few words?], [please?] step [between?] them & tempers flared. I did [not?] see Barbara or Fran [touch?] [?]. Fran [said?] [?] I'm [?]. John, Mann [?] & Charlotte came over to [?] Charlotte walked Barbara out. Other than [?] that Fran repeated the only other thing I [heard?] Fran say was in response to Barbara wanting [her?] to step outside. She said if you want to go now I will go now.

Confidential-
Subject to Protective Order

V-DAR 01747

Dec. 17, 1998

It started with a ticket Fran had and tried to give it to Jim Bullington. Jim said he did not do whatever the Tkt. required. Somehow the Tkt. came up again but this time John Russo got it. He called Barbara Lee to give it to her. She told him it was Fran's Tkt. and to let her do it. That's when Fran jumped up and said to Barbara "I do not work for you Massa". She repeatedly kept calling Barbara Lee "Massa". Barbara then went to her and asked her what she meant by calling her "Massa". By then Marianne had came up to break up the confrontation.

Carolyn Blunt

Confidential-
Subject to Protective Order          V-DAR 01748

12/17/98

I picked up a ticket and showed Barbara Lee the comment made by the tester. She noticed that the order was originally Fran's and told Fran that is was on the list and that she should pick up the ticket. Fran hollered over to Barbara..."NO MASSA..I DON'T WORK FOR YOU,YOU'RE NOT MY BOSS MASSA". Barbara then asked her "What do you mean by that?", but fran continued to repeat the same thing over and over again and wouldn't say what she meant.

Barbara repeatedly asked her what she meant by that statement but fran continued to say it over and over again. Barbara was furious and asked her to step outside. They both started to walk toward the elevators when she was stopped by Tim Mace and Marianne Moxey. I got up and went over to her too and tried to calm her down. She was so upset over Fran's comment that she was having trouble breathing. I think she was hyperventilating. Charlotte came over from the ESS group and grabbed her and got her calmed down enough to go outside with her.

*John J. Guess Jr.* [signature]

Confidential-
Subject to Protective Order

V-DAR 01749