

CORPORATE SECURITY

Attachment 5
Page 1 of 1

October 6, 1998

MEMORANDUM OF INTERVIEW: Central Office Technician August E. Dankert, July 17, 1998

On July 17, 1998, Corporate Security Investigator Linda C. Pabst interviewed Central Office Technician August E. Dankert. The interview was conducted in the 4th floor conference room 99 Shawan Road, Cockeysville, MD. The interview began at 11:45 a.m. and concluded at 12:30 p.m. Mr. Charles English Network Operations team coach, assisted as the note taker during Security's interview

Security verbally summarized the Employee's Obligation Statement for Mr. Dankert and provided him with a printed copy. (Mr. English had been previously covered with the Statement in an earlier interview (see Attachment 3). Mr. Dankert stated that he understood the Statement and had no questions concerning its contents. Mr. Dankert did not request union representation.

Security advised Mr. Dankert that the purpose of the interview was to determine what information he could provide regarding the Operation Support System/Intelligent Network Element (OPS/INE) computer system problem on July 13, 1998. Mr. Dankert stated that when he attempted to access the Glen Burnie central office via the OPS/INE computer system, his computer screen had "locked up." He stated that he contacted the system administrator who got him out of the system and advised him not to access it until they receive notification that the problem had been corrected.

Security then asked Mr. Dankert why he did not relay this information to his co-workers during shift turnover. Mr. Dankert stated that he withheld this information to get back at his co-worker, Barbara Lee, who was yelling at him. He advised Security that what he did may have been malicious, but he did it anyway. Mr. Dankert stated that he was aware of his responsibility to communicate such problems to his co-workers and said that he was sorry for not doing so.

Security then reviewed page 27 from the Bell Atlantic – Our Code of Business Conduct: "Bell Atlantic communication and computer systems are vital to the effective operation of our business. We will use company communications and computer systems in a responsible manner and never in any way that may be disruptive...or that in the judgment of Bell Atlantic encourages or permits a hostile work environment." Mr. Dankert stated that he was aware that his actions violated that policy.

At the conclusion of the interview, Mr. Dankert provided Security with a voluntary written statement (Attachment 6).

Prepared by:  Linda C. Pabst
              Corporate Investigator

EXHIBIT
Dankert #9
7-12-07   RMS