## TERMINATION OUTLINE
### Gus Dankert – 7/17/98

On 7/15/98 Marianne Moxey informed me of an incident involving Gus Dankert which had occurred on 7/13/98. Ms. Moxey's discussion with Mr. Dankert is attached.

A summarization of the incident is as follows. In the early afternoon hours of 7/13 Mr. Dankert became aware of a problem with OPS/INE access to the Glen Burnie K01 Digital Crossconnect System. He withheld this information from another employee and subsequently bragged to other coworkers that it was "payback time" for Barbara Lee, the employee from which he withheld the information. His actions impacted our ability to provide service in the Glen Burnie machine, impacted our budget because overtime was required to handle the "fallout" caused by the problem, and impacted the morale of the team. Most importantly, his actions were in violation of the Bell Atlantic Code of Conduct.

I asked Linda Pabst from the Security Department to assist one of my supervisors in interviewing Mr. Dankert and several of the associates involved in this incident. The interviews verified my initial findings and I terminated Mr. Dankert on 7/17/98 at approximately 2:15pm. The reasons given for termination were as follows:
1. He purposely withheld information which impacted our ability to provide service to the customer.
2. He caused an impact to the budget because overtime was required to correct the problem.
3. He impacted the morale of the group because his actions were taken as retribution against another employee.
4. He violated the Bell Atlantic Code of Conduct.

Due to the heat, I allowed Mr. Dankert to meet with the union on company premises as long as was needed. (The union was requested to be at the meeting by management.) I then asked Mr. English to escort him to the door.

J.P. Conrad
Manager – NOC/Transport