Labor Relations Information System
Grievance # 1998-03281
YELLING IN WORK PLACE.

## Basic Info

| | |
|---|---|
| Company: | Bell Atlantic - MD |
| Union Local: | Local 2101 |
| Bargaining Unit: | District 2 |
| Grievance Category: | Warning ** |
| Date Occurred: | 08/20/1998 |
| Date Presented: | 07/20/1998 |
| Grievance Background: | EMPLOYEE WRITTEN UP FOR YELLING IN THE WORK PLACE. |
| Remedy Requested: | MEMO WAS TAKEN OUT OF PERSONNEL FILE. |

### Grievants

| | |
|---|---|
| Name: | BARBARA LEE |
| SSN: | 212568819 |
| NCS Date: | 1971-10-12 |
| Status: | T |
| Union: | CWA |
| Union Local: | Local 2108 |
| Phone: | |
| RC: | DV2Y0AA10 |
| Job Title: | CENTRAL OFFICE TECHNICIAN |
| Supervisor RC: | 13636 |

### Discipline

| | |
|---|---|
| Name: | BARBARA LEE |
| SSN: | 212568819 |
| Type: | |
| Reason: | |
| Effective Date: | |
| Date Announced: | |
| Remarks: | |

### Grievance Meeting(s)

| | |
|---|---|
| Grievance Step: | 1 |
| Meeting Number: | 1 |
| Meeting Date: | 08/18/1998 |
| Meeting Length: | 0.30 |
| Documents Given to the Union: | |
| Meeting Rep: | CHANTAL — Affiliation: Company |
| Meeting Rep: | MARIANNE MOXEY — Affiliation: Company |
| Meeting Rep: | BARBARA LEE — Affiliation: Union |
| Meeting Rep: | ELEANOR MCCULLOUGH — Affiliation: Union |
| Meeting Rep: | FLORA LIGHTNER — Affiliation: Union |

Meeting Minutes:
UNION   MEMO SHOULD NOT HAVE BEEN PUT IN FILE FOR 3 TO 6 MONTHS.
COMPANY  AN EMPLOYEE HAD COMPLAINED ABOUT HER SCREAMING AND YELLING.   UNION   SHE UNDERSTOOD WHY THE EMPLOYEE HAD SAID THAT BUT SHE WAS NOT YELLING AT HIM.  EVEN MS. MOXEY DID NOT THINK MS. LEE HAD SCREAMED AT COWORKER.
COMPANY  MS. MOXEY STATED THAT WHAT SHE HEARD DID NOT SEEM LOUDER THAN NORMAL, BUT COWORKER SAID SHE TOLD HIM TO "FET THE HELL OUT OF HIS SEAT."
UNION   MS. LEE SAID SHE DID NOT SAY THAT TO HIM, AND FELT THE MEMO SHOULD NOT BE PUT IN HER FILE.     COMPANY  MS. MOXEY FELT THAT SINCE THE CONVERSATION SHE HEARD WAS ON THE ONLY WORDS EXCHANGED, SHE AGREED WITH MS. LEE. MS. MOXEY AGREED TO REMOVE THE MEMO.

### Arbitration

| | |
|---|---|
| Arbitration Number: | |
| Case Type: | |
| Outcome: | |
| Award: | |
| Remarks: | |

Confidential-
Subject to Protective Order

V-DAR 03688

JAN-20-05 11:17 AM                                                        P.02

## CWA LOCAL 2101 GRIEVANCE REPORT

NATURE OF GRIEVANCE _Remove writeup from personal file_

NAME OF AGGRIEVED _Barbara Lee_ NCS _____

JOB TITLE _COT_ WORK LOCATION _99 Slawson Rd_

LOCAL 2101 DISTRICT _2_ COMPANY # _98-03281_ LOCAL # _1-26-98_

IMMEDIATE SUPERVISOR _Marianne Moxey_ X8773

INFORMAL REQUESTED _7/22/98_ INFORMAL MEETING HELD _7/22/98_

GRIEVANCE REQUESTED _7/24/98_ FIRST STEP HELD _8/18/98_

MANAGEMENT PERSON WHO GAVE ANSWER _Marianne Moxey_

ACTION COMPLAINED OF & DATE OF OCCURRENCE _Marianne did writeup - Eve alleging I hollered at Cus Dmkest on 7-13-98_

REMEDY REQUESTED _Remove from personal file in 3-6 months no further incidents_

CONTRACT ARTICLES CITED _____ ANSWER GIVEN _/_/_

COPIES REQUESTED FROM PERSONEL FILE YES ✓ NO __

DISPOSITION BY COMPANY _Yes in 6 months if everything stays the same in 6 mnths. 12-31-98_

SETTLED ✓ APPEALED __ PHONED INTO LOCAL _/_/_

DIRECTOR _Orla Wall_ PHONE NUMBER _____

NAME OF STEWARD _Sharon McCullough_

_Request copy of memo - ninth out City McHd_

_7/24/98_

Confidential-
Subject to Protective Order                                V-DAR 04093

JAN-28-03 11:17 AM

P.02

STATEMENT OF OCCURRENCE

LOCAL 2101

NAME: Barbara Lee          ADDRESS: PO Box 66026

WORK LOCATION: 99 Shavan Rd     HOME TEL.: 410-393-6923
SENIORITY DATE: 10-12-71        WORK TEL.: 410-433-4960
DEPARTMENT: _____               TITLE: CDT
SUPERVISOR'S NAME: M. Moxey

The following is a statement of what happened to me on
(use back of page if necessary)

7/20 1998

M. Moxey called me in ofc to inform me she was writing me up for hollering at Gus Dankert on 7-13-98. On 7-13-98 I said to Gus Hurry up and sign off so Scott MacCain sit down at that point we had 3 pages of tkts and one person picking them up me I sit 3 seats in front of Gus. Those were the only words said to Gus on that afternoon I'd not ever see him leave. I told Marianne that she needed to wait until I hollered at someone and then write me up but today

Confidential-
Subject to Protective Order          V-DAR 04094

try to penalize me for something I didn't do. On 7-15-98 Marianne had already covered the same incident and no mention was made of a write-up. I told her at that time exactly what was said and why. I thought Gus said that I hollered at him trying to get out of trouble and that was the end of it or so I thought. Marianne heard me tell Gus to hurry up and sign off since she sits right across from me. If I was hollering at him she would have said something right then.

DATE 7-22-98            SIGNED Barbara Loo

I hereby give consent to the inspection by any authorized Union Representative of any records kept by the Company which may affect the conditions of my employment and to release copies to the union. This authorization is given in accordance with the existing agreement between the Union and the Company.

DATE 7-22-98
SIGNED Barbara Loo

Confidential-
Subject to Protective Order            V-DAR 04095

Grievance No. :
Grievance Union :
Barbara Lee
Eleanor McCullough
Flora Lightner

Aug 18, 1998

Marianne Morey
Chantal StRay

Barbara's Normal Voice per Supervisor

Marianne Morey will remove the documentation from Barbara's personnel file today.

3:45

Settled Satisfactory @ 1st Step.

JAN-28-03 11:19 AM                                                                       P.06

7/27/98

TODAY I MET WITH BARBARA LEE AND ELEANOR ABOUT BARBARA'S
LOUD BOISTEROUS BEHAVIOR. I ASKED BARBARA NOT TO SCREAM OR
YELL IN THE WORKPLACE. WE ALSO NOTED THAT BARBARA'S VOICE
IS NATURALLY LOUD AND I WAS NOT TALKING ABOUT HER NORMAL
TONE. I TOLD BARBARA THAT I DID HAVE A COMPLAINT FROM A
COWORKER THAT SHE HAD YELLED AT HIM.

*Marianne Mosey* (signature)

Confidential-
Subject to Protective Order            V-DAR 04097