1

```
1          IN THE UNITED STATES DISTRICT FOR THE
                   DISTRICT OF MARYLAND
2                   (NORTHERN DIVISION)

3


4   FRANCES DARCANGELO,

5           Plaintiff,

6     vs.                          Civil Case No. S-02-816

7   BELL ATLANTIC,

8           Defendant.

9   _____/

10          The deposition of BARBARA JEAN LEE was

11  held on Tuesday, March 25, 2003, commencing at 10:00

12  a.m. at the office of O'Melveny & Myers, LLP, 1650

13  Tysons Boulevard, Suite 1150, McLean, Virginia 22102,

14  before Richard G. Underwood, Notary Public.

15  APPEARANCES:

16          EDWIN R. BURKHARDT, ESQ.
                On Behalf of the Plaintiff
17
            MARTHA DYE, ESQ.
18              On Behalf of the Defendant

19  Also Present:   FRANCES DARCANGELO

20

21  Reported by:   Richard G. Underwood
```

```
 1       A      Yes.

 2       Q      Which ones have you seen before?

 3       A      Page 1 and 2.

 4       Q      Have you seen Page 3 before?

 5       A      No.

 6       Q      Page 4?

 7       A      Not that I remember.

 8       Q      Do you remember Gus Dankert?

 9       A      Yes.

10       Q      Who was he?

11       A      A co-worker.

12       Q      In your work group?

13       A      Yes.

14       Q      How did you get along with him?

15       A      Fine.

16       Q      Did you ever have any kind of run-ins with
17  him?

18              MS. DYE:  Objection, vague.

19              THE WITNESS:  Just one that I recall.

20  BY MR. BURKHARDT:

21       Q      You just had one run-in with him?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | What was it? |
| 3 | A | What was it? |
| 4 | Q | Yes. |
| 5 | A | You want me to read the whole thing to |
| 6 | you? | |
| 7 | Q | I want you to tell me what you remember. |
| 8 | Try to answer it from your recollection.  If you need |
| 9 | to look, then we will go back and look again.  Okay? |
| 10 | I want to ask you what do you remember about this |
| 11 | run-in with Gus. |
| 12 | A | That Gus sat in Scott McDonald's seat in |
| 13 | the daytime and then Scott McDonald would come in I |
| 14 | think 4 to 12 and he would need that seat and this |
| 15 | particular day Gus was fooling around for whatever |
| 16 | reason and I told him to hurry up so Scott McDonald |
| 17 | could sit down. |
| 18 | Q | Did you use the words "hurry up"? |
| 19 | A | I don't remember.  I think so. |
| 20 | Q | May you have phrased it differently? |
| 21 | A | Might have. |

```
 1      Q     Did you tell him to get his "fat ass out
 2  of the chair"?
 3      A     No.
 4      Q     Did you cuss him out?
 5      A     No.
 6      Q     Did you yell at him?
 7      A     What do you mean by "yelling"?
 8      Q     I don't have any different standard of my
 9  understanding of the word "yelling" than anybody else.
10      A     I might have.  I don't remember.
11      Q     Did you yell at him?
12      A     No.  I talk loudly anyway.
13      Q     You didn't yell at him?
14      A     Not my definition of "yelling."
15      Q     What is your definition of yelling?
16      A     Louder than my normal voice would be.
17      Q     Now, have you ever yelled in the
18  workplace?
19      A     I'm sure I have sometime or the other.  I
20  don't know when.
21      Q     On this day did you yell?
```

74

1       A       No.

2       Q       You didn't curse Gus out?

3               MS. DYE:  Objection, asked and answered.
4   Just ask her another question.

5               MR. BURKHARDT:  I'm just trying to
6   understand.

7               MS. DYE:  Yes, well, you're going to get
8   the same answer the second time.

9   BY MR. BURKHARDT:

10      Q       So, you apprised Gus that he should remove
11  himself from this chair he was not supposed to be in.
12  Is that correct?

13              MS. DYE:  Objection, asked and answered.

14              MR. BURKHARDT:  It's my understanding of
15  what happened.  Okay?

16  BY MR. BURKHARDT:

17      Q       Is that right?

18      A       What is your understanding?  Say it again.

19      Q       You advised Gus that he should remove
20  himself from this chair he was not supposed to be in?

21      A       I didn't say he wasn't supposed to be

1  there.

2      Q    Why did you advise him to remove himself
3  from the chair?

4      A    It was time for him to go.  He got off at
5  4 and Scott McDonald starts at 4.

6      Q    Did Scott ask you to ask Gus to remove
7  himself from the chair?

8      A    I don't remember.

9      Q    So, you took it upon yourself to do this?

10         MS. DYE:  Objection, mischaracterizes
11  testimony.  You have to wait.

12  BY MR. BURKHARDT:

13     Q    Was Scott there?

14     A    Excuse me?

15     Q    Was Scott there?

16     A    Yes.

17     Q    He didn't ask you to do this?

18         MS. DYE:  Objection, mischaracterizes the
19  testimony.

20  BY MR. BURKHARDT:

21     Q    What is your response?