IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>                Plaintiff,<br><br>        v.<br><br>VERIZON MARYLAND INC.,<br><br>                Defendant. | No. WDQ-02-816 (Civ.) |

## **ORDER**

AND NOW, this ____ day of ____, 2005, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion in Limine to Limit Evidence Regarding Employment History of Barbara Lee is GRANTED.

Plaintiff is barred from presenting testimony or other evidence at trial regarding Lee's employment history except (1) evidence regarding the December 17, 1998 incident which led to plaintiff's termination and Lee's suspension; (2) evidence regarding the contents of Lee's personnel file; and (3) testimony by those involved in disciplining Lee and related evidence regarding the basis for taking less severe disciplinary action against Lee than plaintiff.  Further, plaintiff is specifically barred from presenting any testimony by Dankert as to his personal interactions with Lee or as to any alleged incidents involving Lee that were not reflected in her personnel file.

_____
William D. Quarles, Jr.
United States District Judge