IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>     v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MARTIN KRANITZ

    Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order barring the testimony of plaintiff's designated expert Martin Kranitz.  In the alternative, Verizon requests that the Court enter an Order expressly prohibiting Kranitz from providing testimony regarding (1) plaintiff's alleged disability; (2) Verizon's alleged failure to provide reasonable accommodations; or (3) a causal connection between Verizon's conduct and plaintiff's alleged current inability to maintain employment.  The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion in Limine to Exclude Expert Testimony of Martin Kranitz.

Dated:  March 14, 2005

                                                                                  _____/s/_____
                                                                                Karen M. Wahle, Bar No. 013658
                                                                                Ira H. Raphaelson, Bar No. 012849
                                                                                 O'MELVENY & MYERS LLP
                                                                                 1625 Eye Street, N.W.
                                                                                 Washington, D.C.  20006
                                                                                 (202) 383-5300
                                                                                 (202) 383-5414 (facsimile)

                                                                                 Counsel for Defendant
                                                                                 Verizon Maryland Inc.