IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

**INDEX TO EXHIBITS FOR DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF MARTIN KRANITZ**

**Number   Exhibit**

1   Martin Kranitz Resume

2   Deposition of Martin Kranitz (exerpts)

3   January 7, 2003 Report

4   Deposition of Gary Zimberg (excerpts)

5   Deposition of Anthony Russo (excerpts)

6   February 12, 1999 Psychiatric Evaluation