Gary Bryant Zimberg                                                April 30, 2003
Towson, MD

Page 1

```
1              IN THE UNITED STATES DISTRICT COURT
2                   FOR THE DISTRICT OF MARYLAND
3
4    FRANCES DARCANGELO,      )
5              Plaintiff,     )
6       vs.                   ) Case No.
7    BELL ATLANTIC,           ) S02-816
8              Defendant.     )
9                    -  -  -  -  -
10         The deposition of GARY BRYANT ZIMBERG was
11   taken on Wednesday, April 30, 2003, commencing at
12   10:20 a.m., at 401 Washington Avenue, Suite 303,
13   Towson, Maryland, before Donna M. Hall, Notary
14   Public.
15
16                   -  -  -  -  -
```

**CERTIFIED COPY**

Page 65

1  I didn't think at that point that she was terribly
2  impaired.  I didn't think she was in need of
3  hospitalization or that she had to go out on
4  disability from her job or anything like that, but
5  I clearly thought that she was having trouble
6  functioning.  A high functioning person would be
7  80, 90 or 100.
8      Q.  What kinds of problems does a person with
9  a GAF of 60 have?
10     A.  It can, it can cross all spectra, social,
11 occupational, financial, just dealing with lots of
12 different problems.  In her particular case it was
13 always social and occupational.
14     Q.  Now did you apply any certain criteria to
15 come up with the number 60?  How did you come up
16 with the number?
17     A.  It's incredibly subjective.  I mean there
18 is a scale to give you examples, but in the end
19 it's a subjective scale.
20     Q.  When you say they give you examples, you
21 are talking about the DSM?
22     A.  Yes, it's always been subjective.
23     Q.  Which DSM do you use?
24     A.  The DSM-IV now.
25     Q.  What about the TR?

Gary Bryant Zimberg
Towson, MD
April 30, 2003

Page 66

1   A.   R, revised?

2   Q.   Yeah.

3   A.   I don't think the scale changed at all.
4   I used whatever the DSM-IV was.

5   Q.   You have seen some of these other medical
6   reports, right?  Some of these other doctors at
7   other times have given her different GAF scores, do
8   you have any idea why that might be?

9   A.   As I said, it's a very subjective score
10  and I'm sure it depends on how she presented to
11  them that day.  It could be influenced how well
12  dressed the person was when they got to their
13  office.  It's a subjective -- there has never been
14  great reliability on that scale.

15  Q.   It's something doctors can reasonably
16  differ on?

17  A.   They do all the time.

18  Q.   It might depend on the patient's desire
19  to appear more or less functional?

20  A.   The only time it's really of value is
21  when the same rater rates it.  If two different
22  people have rated you, you come into a hospital
23  with one score from one rater and you leave with a
24  different rater, it's meaningless.  So unless the
25  same rater rated you on the same subject and

Gary Bryant Zimberg                                                  April 30, 2003
Towson, MD

Page 67

1  criteria, it's not a terribly helpful scale.
2      Q.   Could it be affected by the availability
3  of data, so one doctor has a lot of data about, you
4  know, stuff she's been doing in the work place?
5      A.   Sure.
6      Q.   And another doctor does not, could that
7  affect the GAF scores?
8      A.   Yes.
9      Q.   Do you think her GAF score has changed
10 over time since this first analysis that you did of
11 her?
12     A.   I think it always goes up and down.  I
13 don't think it goes way up from here.  That
14 probably is her highest actually, but I don't know
15 that it's -- changes from week to week, I'm sure.
16     Q.   So if you had to draw a graph over time,
17 could you draw any kind of a graph?
18     A.   Of Frances?
19     Q.   Yeah.
20     A.   Probably downward.
21     Q.   Downward?
22     A.   Yeah, trend.
23     Q.   What do you think her GAF score is right
24 now?
25     A.   You know, if somebody has the scale I

Gary Bryant Zimberg                                                    April 30, 2003
Towson, MD

Page 68

1  could look at it.  I don't have the scale
2  memorized, so I don't have it memorized.  I'd have
3  to look at the scale and pick a number is what I
4  usually do.
5      Q.   Was there any specific point in which you
6  think her GAF score dropped?  I mean you said
7  downward trend or is it a gradual thing or what?
8      A.   No, I think it's been gradual.
9      Q.   So in let's say the time frame of when
10 you first saw her through when she was terminated
11 which is the beginning of 1999, you think it was a
12 continuing gradual trend, downward trend even in
13 that time period?
14     A.   I do.
15     Q.   And would a person with a score lower
16 than 60 be qualified to perform a job that requires
17 significant interaction with other people?
18     A.   Yeah.  I think that the GAF score
19 wouldn't be the primary impediment, it would be
20 your social skills.  And so the GAF wouldn't, I
21 mean you would notice it if somebody had a much
22 lower score, they would look impaired to you, but
23 that wouldn't keep you from performing in itself.
24     Q.   So the GAF score in itself can't serve as
25 a measure of how well a person can perform a job?

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Gary Bryant Zimberg                                              April 30, 2003
Towson, MD

Page 69

```
 1        A.    I wouldn't use it in itself.  I don't
 2   think, no, I wouldn't use it for that purpose.
 3   It's more of internal distress and when the score
 4   gets low enough it's external distress.  That's
 5   what a person reports internally.
 6        Q.    After this initial meeting with Ms.
 7   Darcangelo, what was the nature of your subsequent
 8   visits that she's had with you?
 9        A.    This person has been seen for medication
10   management and for supportive psychotherapy.  It's
11   been an unusual case in that regard.
12        Q.    Why, because you don't usually provide
13   the support of psychotherapy?
14        A.    Right, for this length of time I would
15   typically not be seeing somebody monthly for this
16   length of time.  For most bipolar patients I would
17   have gone to a quarterly schedule or even have the
18   primary doctor write it for that time.  But in her
19   case it was extenuating circumstances and her
20   desire to see me.  It kept it going.
21        Q.    Describe what you do on a regular
22   clinical visit with her.
23        A.    I usually escort her into the office and
24   let her talk about what's happened since the last
25   time I saw her.
```

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005