```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3

 4   FRANCES DARCANGELO,

 5           Plaintiffs

 6     VS                              No.   02 CV 816

 7   BELL ATLANTIC,

 8           Defendant                 CHIEF JUDGE

 9                                     FREDERIC N. SMALKIN

10   _____/

11

12            Oral deposition of ANTHONY F. RUSSO, M.D.

13   at 1525 Oregon Pike, Suite 1902, Lancaster,

14   Pennsylvania, on Monday, March 24, 2003 beginning

15   approximately 11:00 a.m. before Pamela J. Dogger, RPR

16   and Notary Public.

17

18

19

20

21   REPORTED BY:  Pamela J. Dogger,
```

1  It may stabilize the moods and put them in better
2  control, but the therapy is very significant in order
3  to address the psychological traumas. Having said
4  that, medication alone is not sufficient to control
5  the symptomotology of her diagnoses.
6          And again, we have to really look at the
7  diagnosis as being comorbid with each other.  We're
8  dealing with a triangle here. We're dealing with
9  bipolar disease, if that is indeed correct, and
10 dealing with PTSD, and we're dealing with the
11 borderline personality disorder. That viscous
12 triangle. And that in itself, produces profound mood
13 instability, distortions in thinking, distrust and
14 paranoid psychological posturing. Someone who has been
15 very traumatized and hurt in their life is going to
16 have a great deal of difficulty in trusting another
17 human being.
18      Q    Let's talk about the GAF scores.  When you
19 came up with the GAF score of 80, what did you do to
20 come up with that number?
21      A    Well, based on my evaluation of her,

1  perhaps I was overly generous, how she answered my
2  question, looking at both sides; based on what was
3  reported to me in the documents and what her reports
4  were, an explanation as to counteract what was being
5  said.
6           So you know, I had to make some judgment
7  at that particular time.  I mean, I had no way of
8  validating everything that was being said based on
9  those reports and I gave her the benefit of the doubt
10 that what she was telling me was honest and truthful.
11     Q    I'm looking at the process. Is there some
12 process you go through when you do a GAF or is that
13 just like you think about all the information and you
14 put a number on it?  You run some numbers.  How do you
15 --
16     A    How do I determine that?
17     Q    Yes.
18     A    Well, again, I determine it on the degree
19 of psychopathology and the individual's level of
20 functioning, taking that into account individually,
21 psychosocially, and compliance of medication.  Insight

1  into psychopathology. That's pretty much it. And

2  also how many hospitalizations one's had.

3          Now, according to her report, she only

4  told me she had only one hospitalization, so that's

5  all I was going on. So she has been in relative

6  remission, so to speak, since 1989, up until the time

7  I saw her, so that would be a good sign, not a bad

8  sign. So that's another thing that I took into

9  consideration.

10         If an individual has had multiple relapses

11 and reoccurrences of their disease, well, they are

12 very brittle and fragile, so that's not going to

13 warrant a high GAF, because they're very vulnerable to

14 break down and relapse.

15    Q    Was the GAF score, would you say it was

16 kind of a snap shot in time?

17    A    That's exactly what it is. That is

18 exactly what it is. That moment in time for that

19 period of time that I saw her, that's what that

20 represented.

21         With all due respect of how she came

1  across to me and how she responded to the questions,

2  and my intuitive gut reaction as to whether she was

3  telling me the truth or not, and giving her perhaps

4  the benefit of the doubt.

5      Q    So could it possibly -- you mentioned

6  before people with these diagnoses tend to be

7  manipulative and cunning. Could it possibly have been

8  manipulative to some extent? For example, if she

9  altered her usual dress or her usual way of

10 interacting for the purpose of the exam, in order to

11 appear as high functioning as possible, would that be

12 possible?

13     A    Yes, absolutely.

14     Q    You think that could have happened in this

15 case?

16     A    Without a doubt.

17     Q    Now, GAF scores in general, do you think

18 -- what is the proper use of a score like that?

19 What's the use of that?

20     A    It just gives you a relative estimation of

21 how that person is functioning for that moment in

```
 1  time. That's all it does.
 2       Q    So it really wouldn't be proper to use it
 3  as an indicator of whether she was qualified to do her
 4  job, for example?
 5       A    No, not at all.  Just to give you another
 6  example: You take ADL's, activities of daily living,
 7  and the individual's ability to dress themselves, feed
 8  themselves, clothe themselves, pay their bills, handle
 9  a checkbook, make decisions about certain things that
10  they should or shouldn't do.  That's also incorporated
11  into a GAF.
12            Now, as we see patients declining in a
13  cognitive capacity, like dementia, that would
14  definitely have an effect on their GAF.  And
15  individuals that have very poor insight, will have a
16  profound effect on their GAF, because they don't see
17  themselves as being ill.
18       Q    Have you ever acted as an expert in
19  American's with Disabilities Act case?
20       A    No.
21       Q    So you don't really have a sense for what
```