STEPHEN W. SIEBERT, M.D., M.P.H., P.A.
7402 YORK ROAD · SUITE 301
TOWSON, MARYLAND 21204-7522

TELEPHONE (410) 583-7885
FACSIMILE (410) 583-8178
EMAIL: SIEBERTS@EROLS.COM

## PSYCHIATRIC EVALUATION

NAME: FRANCES M. DARCANGELO                            DATE OF EVALUATION: 2/12/99
SS#:   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

### IDENTIFYING INFORMATION

Ms. Darcangelo is a 43-year-old, single, white, female, who is not currently employed and alleges ongoing disability due to an accidental injury on the above date. She was referred for a comprehensive evaluation by her attorney, Stephen J. Dunn, Esq., to determine her current psychiatric status and level of disability. Ms. Darcangelo understood the nature and object of the evaluation and consented to a nonconfidential psychiatric interview and mental status examination. She was aware that a report of findings and opinions would be prepared and forwarded to Mr. Dunn. It was Ms. Darcangelo's intent that this evaluation would be submitted as a Statement in Support of Claim attached to a VA Form 21-526.

In addition to a comprehensive psychosocial history and psychiatric examination, the following records were reviewed:

Office records, T. Alan Ramsey MD, 5/1/81–12/4/84; 1/11/90–12/2/91

Military Records
    Report of Medical Examination/ Treatment, 8/17/82
    Report of Medical History, 3/13/89
    Report of Medical Examination, 3/13/89
    Mental Health Evaluation of Active Duty Air Force Personnel, 10/19/89
    Mental Health Evaluation of Active Duty Air Force Personnel, 10/24/89
    Chronological Record of Medical Care, 10/20/89–11/28/89
    Mental Health Evaluation of Active Duty Air Force Personnel, 12/4/89
    Letter of Notification, 12/6/89
    Travel Voucher, 12/8/89

Commonwealth of Pennsylvania, Citation, 12/12/89
Oil City Area Health Center, 12/12–12/21/89
Sharon General Hospital, 12/23/–12/27/89
Peninsula General Hospital Medical Center, 2/8–2/12/90
Psychiatric Evaluation, Anthony F. Russo MD, 11/4/97
Correspondence, Julie D. Swope MEd, 12/9/97
Psychiatric Evaluation, Jerome I. Gottleib MD, 5/29/98

### BACKGROUND HISTORY

*Developmental:* Ms. Darcangelo born and raised in an intact family, with one older brother, in Mercer PA. Her father was a coal miner and foundry worker. She recalls her parents as "unsentimental -- they turned me cynical." She was sexually abused on several occasions by a cousin during childhood. There is no family history for psychiatric disorder or substance abuse.



V-PLA 00262

*Education:* She denies any history of learning difficulty, failure, or retention and graduated from high school in 1973 with a 4.0 GPA. She hated school because "people considered me to be strange." After attending Vassar for two years, she became dissatisfied and transferred to Catholic University for 1–1/2 years.[1] She eventually completed a BA in History at the University of Maryland after attending part-time for four years.

*Social/Marital:* She has never married and has no children. She was involved in a long term "asexual" relationship at the time she initially sought individual psychotherapy in 1979. The relationship eventually "came apart in a spectacular fashion and life moved on."

*Occupations:* Ms. Darcangelo was employed with Bell Atlantic from 11/77–1/99. She was hired as a janitor earning $5 per hour. She was promoted six times in ten years and ended as a Central Office Tech earning $45,000 per year. She was fired on 1/6/99. She reports conflicts on the job since 1989 when she "managed to get caught in a cult of personality."

## MEDICAL HISTORY

| | |
|---|---|
| *Allergies:* | Bactrim and Depakote |
| *Childhood Health:* | No unusual illness |
| *Surgery:* | Denied |
| *Accidents/Injuries:* | Denied |
| *Other Hospitalizations:* | Denied |
| *Chronic Conditions:* | Denied |
| *Substance Abuse:* | Denied |

## PSYCHIATRIC HISTORY

In December 1979, she began seeing a psychologist, Barry McCarthy PhD, for fear of intimacy.[2] She underwent systematic desensitization that was helpful but not successful. "I was totally phobic when I started going and it changed to a neutral attitude." After four years, she ended her therapy. She recalls that Dr. McCarthy referred her to Dr. Ramsey in 1980, but it took one year before she agreed to go. She recalls that when she was prescribed imipramine, she felt "more positive and hopeful."

Ms. Darcangelo applied to join the Air Force in 1982 but, at the last minute, "didn't get on the bus." In 1989, she enlisted in the US Air Force Reserve and was noted to have no psychiatric disorder at the time of her medical evaluation on 3/13/89. She was sent to Lackland AFB for basic training. She became acutely paranoid and "heard voices over the radio." She was separated from the military on 12/7/89 and was diagnosed with an adjustment disorder. She vaguely recalls being discharged at Dover AFB in Delaware, and then was "randomly wandering" from Delaware to Maryland and Pennsylvania. She was hospitalized at the Oil City Hospital on 12/12/89 and was diagnosed with possible schizophrenia. She left

---

[1] Dr. Ramsey noted that in 1976, she became "incapacitated by depressive symptoms" and had to drop out of college.

[2] Dr. Ramsey's notes indicate that she also saw a Dorothy Sucher beginning in April 1979.

AMA and was subsequently hospitalized at Sharon General Hospital for three days. When she was taken off Haldol, she was hospitalized at Peninsula General Hospital and was prescribed Tegretol. She returned to Dr. Ramsey for outpatient treatment and was placed on lithium.

She returned to work, full-time, at Bell Atlantic in March 1990 and continued working, without interruption, until January 1999. She was followed by Dr. Ramsey until 1992 when she moved to Pennsylvania. She has seen a therapist, Ms. Julie Swope, since April of 1992. She is seen every 2-4 weeks. She saw Dr. John Meara, in Camp Hill, from 1992-94, and Dr. Gobel, in York, from 1994-96.

*Current Medication:* Ms. Darcangelo is under the care of Gary Zimberg MD since 8/97. She is prescribed lithium carbonate 900mg (since 4/90), lorazepam 1mg (since 5/95), and Buspar 20mg (since 6/96).

REVIEW OF RECORDS

Military records indicate that she reported a history of depression in June 1982 and signed a medical record release. Dr. Ramsey noted on 8/17/82 that she had been under his care from 5/1/81-4/23/82 for major depression, single episode 296.20 and he reported her prognosis to be "good with proper follow-up."

Ms. Darcangelo reported chronic, fluctuating symptoms of depression since childhood at the time of her initial evaluation with Dr. Ramsey. There was no history for manic symptoms although he noted that she was a "rather eccentric and intellectualized young woman." Diagnostic impression was major depression, unipolar, and dysthymic disorder. Dr. Ramsey prescribed imipramine and a positive antidepressant response is evident in the notes after 7/15/81. Ms. Darcangelo reported that she was "feeling as good as she ever has" and described the imipramine as a "quantum leap" forward. She was able to make plans to finish her college degree. On 1/15/82, she reported "these last six months I have been free of the symptoms that once made my life hard to get though." She was assessed to be normothymic through her last appointment on 4/23/83.

Military records confirm that Ms. Darcangelo entered active duty on 10/12/89 and was noted to "be an introvert and does not seem to be mixing with the rest of the flight. Although she seems mentally preoccupied when approached by the instructor team she does accomplished all tasks that she is given with little or no problem...I personally have not encountered any unsatisfactory performance other than the fact the airman seems to be in her own world."

She reported weekly psychotherapy for depression from 1978-82 and reported that she had been on medication (imipramine) for the last year. She then had intermittent therapy until October 1989.

Diagnostic impression was Other Life Circumstance Problem V62.89 with deferred diagnosis on Axis II. She was returned to duty on 10/20/89 with recommendation to reconsult the mental health clinic if her symptoms continue or worsen. On 10/21/89, Ms. Darcangelo stated that she could not longer take basic training and wanted to separate. She was assessed to be "upset after an encounter with an instructor due to her performance and was asked to give her best and train for 7-10 days." On 10/23/89, she became subordinate and "does not seem to be adjusting well at all...she seems to be cracking under stress." She was recommended for separation "for the benefit of the Air Force." Diagnostic impression was Adjustment Disorder with Depressed Mood 309.00. On 12/4/89, she was found under her bed and was refusing to come out, stating that she was "tired of playing mind games." Ms. Darcangelo was described as silly and "unaware of the impression she was creating." She presented as

RE: FRANCES M. DARCANGELO
PSYCHIATRIC EVALUATION

PAGE 4 of 6

"distinctly eccentric, but there are not at this time sufficient indicators to warrant a diagnosis reflective of a thought disorder." Diagnostic impression was Adjustment Disorder with Mixed Disturbance of Emotions and Conduct 309.28." She was recommended for an entry level separation due to a "condition that interferes with duty performance and conduct and is severe enough that your ability to function in the military is significantly impaired."

Ms. Darcangelo was hospitalized at the Oil City Area Health Center on 12/12/89 after she was found with grossly inappropriate behavior, distorted thinking, religious preoccupation, and difficulty keeping in contact with reality. She was evaluated in the emergency room and was assessed to be acutely psychotic with marked pressure of speech, grandiose and religious ideation, inappropriate laughter, and paranoia. Admission impression was Schizophrenic Reaction, Schizoaffective type; rule out Bipolar Affective Disorder, Manic. She was initially prescribed Navane 5mg tid and Cogentin 2mg bid. She was belligerent and required locked door seclusion. Her medication was changed to Haldol 10mg tid and Cogentin 2mg bid. After signing a voluntary, she requested to leave AMA and was released to her family on 12/21/89.

Ms. Darcangelo was hospitalized at Sharon General Hospital 12/23/89 after an ER evaluation for rapid speech, loose associations, and bizarre responses to questions. Admission impression was Bipolar disorder, Manic. She was prescribed Haldol, Cogentin, Eskalith and Ativan. She signed a 72 hour notice and was discharged AMA to the custody of her parents. Discharge diagnosis was Schizoaffective disorder, rule out Bipolar disorder.

When Ms. Darcangelo was seen by Dr. Ramsey for re-evaluation on 1/11/90, she reported doing well until October 1989 and she denied mood swings prior to entering basic training. Dr. Ramsey noted grandiose delusions, e.g., she reported that many local business wanted her to advertise their products and that she had a big influence on the way that the Air Force does things. She also reported receiving messages over the radio that were directed at her regarding her importance in the advertising world.

On 2/8/90, Ms. Darcangelo was sent to the Peninsula General Hospital Medical Center ER from the Wicomico County Mental Health Clinic. She stopped at the clinic while driving through Salisbury, stated that she needed help and was having side effects from her medication (Haldol). She was treated with Benadryl and was prescribed Tegretol 200mg tid. Discharge diagnosis was Bipolar disorder, Manic and Secondary Psychotropic drug side effects.

Dr. Ramsey assessed her to be back to baseline on 2/26/90 with no evidence for psychosis. He prescribed lithium carbonate beginning on 3/5/90. Dr. Ramsey noted stable mental status without signs of depression, mania, or psychosis until Ms. Darcangelo was last seen on 12/2/91. Final diagnosis was Bipolar affective disorder with a history of a manic psychotic episode in October 1989.

Ms. Darcangelo was referred to Anthony F. Russo MD on 11/4/97 by her employer, Bell Atlantic, after she refused to sign a medical release for her psychiatric treatment. She reported that Dr. Mira prescribed Depakote 750mg and lithium 1350mg per day. Examination noted inappropriate smiling, guarded behavior, and suspiciousness without evidence for delusions or hallucinations. Diagnosis was Bipolar disorder, Type I, Posttraumatic stress disorder, Sexual dysfunction, Schizoid personality disorder and Borderline personality disorder. Dr. Russo recommended that she return to work without restrictions and that she remain on her current medication regimen.

On 12/9/97, Julie D. Swope MEd confirmed that she has seen Ms. Darcangelo regularly since 1991, and that Ms. Swope had referred her to Dr. John Mira, Dr. Goehel, and Dr. Gary Zimberg.

V-PLA 00265

RE: FRANCES M. DARCANGELO
PSYCHIATRIC EVALUATION                                              PAGE 5 of 6

Ms. Darcangelo was referred by her employer Jerome I. Gottleib MD on 5/29/98 for psychiatric evaluation after posters with threatening content were found in her cubicle.[3] She was also noted to be yelling in the workplace and was refusing direct orders. Dr. Gottleib noted inappropriate laughter and diagnosed a Bipolar disorder, currently hypomanic. He did not believe that she posed a threat to anyone and release her to work with normal activities.

PSYCHIATRIC EXAMINATION (PRESENT MENTAL STATUS)

*Appearance and General Behavior*: Ms. Darcangelo arrived on time and was unaccompanied. She drove herself to the appointment. She was neatly groomed and casually dressed. She was cooperative and had a positive attitude toward the evaluation. She was noted to laugh intermittently during the interview. There was no other evidence for unusual behavior or mannerism during the interview or examination.

*Cognition*: She was alert, fully oriented, and able to sustain attention throughout the interview and examination. There was no evidence for any significant defect in attention, concentration, short term or remote memory. There was no evidence for dysarthria, dysphasia, or formal thinking disorder.

*Mood and Affect*: She appeared euthymic and had an average range of affect. There was no report or evidence for severe depression, hopelessness, or suicidal ideation. She stated that she has not had significant depressive symptoms she has been prescribed lithium in 1990.

*Content of Thought*: Ms. Darcangelo reported that she was subjected to harassment by the telephone company for one year before she was terminated. She states that she is "too judgmental and it puts me into conflict with other people." She described herself as "over-reacting to sexual harassment" as a result of her childhood sexual abuse. She acknowledged obsessive compulsive symptoms such as checking multiple times to see if the door is locked or the refrigerator door is closed. She has a phobia of "water and being underwater." She reported feeling paranoid in the past "to the point of paralysis." There was no other evidence for unusual preoccupation, obsessions, or delusional thinking.

*Perceptual*: There was no evidence for dissociation or hallucinations in any modality.

PSYCHIATRIC DIAGNOSIS [DSM-IV]

AXIS I:     Bipolar disorder, manic, in partial remission 296.45
AXIS II:    Personality disorder NOS (avoidant and schizoid traits) 301.90
AXIS III:   No diagnosis

SUMMARY AND OPINIONS

As a result of my education and training, review of medical records, psychosocial history and psychiatric examination, I have the following opinions within reasonable medical certainty:

1. Ms. Darcangelo has a psychiatric history notable for schizoid personality traits and chronic depression since childhood. She was able to complete high school and two years of college before her education was interrupted by a depressive episode in 1976.

---

[3] Ms. Darcangelo states that these were cartoons that she had posted in her cubicle for more than one year.

V-PLA 00266

RE. FRANCES M. DARCANGELO
PSYCHIATRIC EVALUATION

PAGE 6 of 6

2. Psychiatric history treatment history begins in 1979 with individual psychotherapy and she was successfully treated with imipramine by Dr. Ramsey in 1981. There is no history for mania, paranoid symptoms, hallucinations, or psychiatric hospitalization prior to Ms. Darcangelo entering the military on 10/12/89. There is no history that she was prescribed any antidepressant medication from 1982–89.

3. Military records document Ms. Darcangelo became insubordinate and appeared to be "cracking under stress." Ms. Darcangelo's insubordination, silly affect, impaired insight, hiding under her bed, and statement that she was 'tired of mind games' would strongly argue that she became acutely psychotic while on active duty. She was, however, diagnosed with an adjustment disorder which is a minor, stress-related condition that would have resolved when the stressor was removed. It is clear that the identifiable stressor was the demands placed on Ms. Darcangelo during basic training.

4. Ms. Darcangelo was hospitalized for an episode of an acute psychotic illness on 12/12/89 at Oil City and Sharon Hospitals. She had been grossly impaired and wandering since her discharge from the military. Although she was diagnosed at the time with a schizophreniform disorder, the longitudinal history for a prior depressive episode and characteristic manic symptoms indicates that her condition was most likely a bipolar affective disorder with psychotic features. Paranoid symptoms and auditory hallucinations are commonly seen with untreated manic episode.

5. Ms. Darcangelo's acute psychotic episode began while she was on active duty and she was incorrectly diagnosed as having a non-psychotic mental disorder.

6. Ms. Darcangelo has been under continuous mental health treatment since her hospitalization in 12/89. She was initially treated with antipsychotic medications (Navane and Haldol). She has done relatively better after she was stabilized on lithium maintenance therapy. There has been no further inpatient treatment and she was able to resume full time employment from 3/90–1/99.

7. Her psychiatric condition has had an adverse effect on her capacity to maintain full-time employment. She was referred for psychiatric evaluations on 11/4/97 and 5/29/98 by her employer for inappropriate behavior in the workplace. Her report of harassment and personality conflict is consistent with paranoid stance, and observation of talking loudly, shouting, and insubordination is consistent with hypomanic or manic symptoms.

8. Ms. Darcangelo presents at this time with significant mental and behavioral impairment. Using the VA guidelines in the General Policy in Rating, section 4.125, my opinion is that Ms. Darcangelo meets the criteria for a service connected disability, and that her impairment is reasonably certain to continue throughout her life. She is appropriately rated as having a psychotic disorder with lesser symptomatology, with substantial impairment in her overall functioning as manifest by social inadaptability and unemployability. My opinion is that she has a severe impairment of greater than 70% as the result of her psychotic condition, and that she was 100% impaired due to active psychotic manifestations at the time of her discharge from the US Air Force.

Stephen W. Siebert, M.D., M.P.H.
Diplomate, American Board of
Psychiatry and Neurology

V-PLA 00267