IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>           Plaintiff,<br><br>      v.<br><br>VERIZON MARYLAND INC.,<br><br>           Defendant. | No. WDQ-02-816 (Civ.) |

## **ORDER**

AND NOW, this ____ day of ____, 2005, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion in Limine to Exclude Expert Testimony of Martin Kranitz is GRANTED.

Plaintiff's designated expert Martin Kranitz is prohibited from testifying at trial.

                                                                 _____
                                                                 William D. Quarles, Jr.
                                                                 United States District Judge