IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>       Plaintiff,<br><br>  v.<br><br>VERIZON MARYLAND INC.,<br><br>       Defendant. | No. WDQ-02-816 (Civ.) |

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE OR LIMIT TESTIMONY BY MARIA BURY

    Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order barring the testimony of Maria Bury as well as the admission of any excerpts from the transcript of Bury's deposition or, in the alternative, expressly limiting Bury's testimony to those relevant issues for which plaintiff can demonstrate Bury has requisite personal knowledge.  The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion in Limine to Exclude or Limit Testimony by Maria Bury.

Dated:  March 14, 2005

           /s/_____
Karen M. Wahle, Bar No. 013658
Ira H. Raphaelson, Bar No. 012849
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.