**K.  A List Of The Pages And/Or Lines Of Any Portion Of A Deposition To Be Offered In A Party's Case In Chief Or Any Counter-Designations Under Fed. R. Civ. P. 32(A)(4)**

**1.  Plaintiff's Deposition Excerpts**

| Plaintiff's Designations | | | Defendant's Counter-Designations | |
|---|---|---|---|---|
| Witness | From Pg:Ln | To Pg:Ln | From Pg:Ln | To Pg:Ln |
| English | 16:3 | 18:8 | | |
| English | 21:7 | 22:6 | | |
| English | 29:5 | 30:8 | | |
| English | 40:4 | 40:25 | | |
| English | 50:19 | 51:21 | | |
| English | 52:4 | 52:9 | | |
| English | 59:18 | 62:6 | | |
| English | 63:1 | 63:13 | | |
| English | 65:22 | 68:9 | | |
| English | 69:9 | 72:25 | | |
| English | 73:6 | 75:4 | | |
| English | 78:12 | 79:11 | | |
| English | 80:6 | 80:15 | | |
| English | 80:25 | 82:17 | | |
| English | 86:3 | 87:5 | | |
| English | 92:12 | 93:2 | | |
| English | 98:1 | 98:19 | | |
| English | 103:2 | 105:3 | | |
| English | 108:14 | 109:16 | | |
| English | 124:18 | 127:21 | | |
| English | 130:6 | 132:13 | | |
| English | 143:1 | 143:4 | | |
| English | 143:23 | 144:1 | | |
| English | 148:7 | 148:25 | | |
| English | 150:15 | 150:24 | | |
| Dankert | 4:16 | 4:21 | | |
| Dankert | 34:5 | 34:25 | | |
| Dankert | 41:9 | 41:15 | | |
| Dankert | 45:9 | 45:25 | | |

| Dankert | 48:12 | 48:13 | | |
|---|---|---|---|---|
| Dankert | 53:15 | 53:25 | | |
| Dankert | 61:5 | 61:13 | | |
| Dankert | 61:20 | 61:25 | | |
| Dankert | 72:17 | 72:20 | | |
| Dankert | 80:7 | 80:11 | | |
| Dankert | 82:3 | 82:4 | | |
| Dankert | 83:3 | 83:10 | | |
| Dankert | 84:16 | 84:21 | | |
| Dankert | 87:8 | 87:10 | | |
| Dankert | 88:21 | 89:12 | | |
| Dankert | 100:11 | 100:15 | | |
| Dankert | 101:12 | 101:17 | | |
| Dankert | 108:7 | 108:13 | | |
| Dankert | 111:1 | 111:5 | | |
| Dankert | 112:1 | 112:12 | | |
| Dankert | 112:24 | 113:1 | | |
| Dankert | 114:10 | 114:12 | | |
| Conrad | 24:20 | 25:10 | | |
| Conrad | 39:19 | 40:19 | | |
| Conrad | 49:18 | 51:3 | | |
| Conrad | 58:2 | 59:14 | | |
| Conrad | 84:21 | 86:4 | | |
| Conrad | 88:4 | 88:7 | | |
| Conrad | 99:15 | 99:21 | | |
| Conrad | 100:1 | 100:17 | | |
| Conrad | 102:4 | 102:20 | | |
| Conrad | 103:19 | 105:17 | | |
| Conrad | 120:11 | 121:11 | | |
| Conrad | 124:2 | 124:13 | | |
| Conrad | 142:20 | 145:4 | | |
| Conrad | 146:11 | 147:12 | | |
| Conrad | 150:12 | 160:13 | | |
| Conrad | 163:3 | 166:21 | | |
| Conrad | 175:7 | 181:6 | | |
| Conrad | 198:20 | 199:13 | | |
| Conrad | 5:15 | 5:21 | | |

| Conrad | 12:2 | 14:21 | | |
|---|---|---|---|---|
| Conrad | 24:1 | 25:29 | | |
| Conrad | 32:15 | 33:7 | | |
| Conrad | 37:6 | 38:5 | | |
| Conrad | 47:13 | 48:7 | | |
| Conrad | 49:2 | 50:8 | | |
| Conrad | 52:7 | 53:7 | | |
| Conrad | 56:1 | 56:10 | | |
| Conrad | 66:6 | 66:11 | | |
| Conrad | 70:19 | 71:21 | | |
| Conrad | 77:9 | 79:15 | | |
| Conrad | 81:2 | 83:1 | | |
| Conrad | 83:21 | 84:21 | | |
| Conrad | 87:13 | 88:11 | | |
| Conrad | 89:15 | 93:19 | | |
| Conrad | 102:18 | 105:5 | | |
| Conrad | 119:4 | 121:25 | | |
| Conrad | 135:3 | 135:14 | | |
| Conrad | 139:4 | 139:15 | | |
| Conrad | 142:8 | 142:15 | | |
| Conrad | 149:19 | 150:11 | | |
| Conrad | 151:18 | 152:11 | | |
| Conrad | 159:18 | 160:19 | | |
| Conrad | 170:7 | 170:9 | | |
| Conrad | 181:10 | 181:21 | | |
| Conrad | 183:4 | 184:6 | | |
| Lee | 29:6 | 31:2 | | |
| Lee | 33:3 | 35:12 | | |
| Lee | 39:16 | 40:1 | | |
| Lee | 41:10 | 43:10 | | |
| Lee | 47:9 | 47:21 | | |
| Lee | 55:5 | 58:4 | | |
| Lee | 63:16 | 65:1 | | |
| Lee | 72:7 | 80:18 | | |
| Lee | 106:13 | 106:19 | | |
| Lee | 111:52 | 111:19 | | |
| Lee | 113:16 | 114:15 | | |

K-3

| | | | | |
|---|---|---|---|---|
| Moxey | 9:18 | 9:20 | | |
| Moxey | 10:1 | 10:3 | | |
| Moxey | 37:16 | 37:21 | | |
| Moxey | 39:1 | 39:21 | | |
| Moxey | 56:8 | 56:17 | | |
| Moxey | 69:9 | 69:21 | | |
| Moxey | 70:20 | 70:21 | | |
| Moxey | 116:5 | 116:11 | | |
| Moxey | 192:6 | 193:10 | | |
| Bury | 21:7 | 22:17 | | |
| Bury | 24:7 | 24:18 | | |
| Bury | 25:11 | 25:16 | | |
| Bury | 38:9 | 38:11 | | |
| Bury | 38:20 | 38:21 | | |
| Bury | 44:5 | 44:9 | | |
| Bury | 45:7 | 45:16 | | |
| Bury | 54:12 | 54:25 | | |
| Bury | 60:19 | 60:20 | | |
| Bury | 64:17 | 65:10 | | |
| Bury | 89:3 | 89:6 | | |
| Bury | 92:2 | 92:6 | | |
| Bury | 97:4 | 97:14 | | |
| Bury | 99:3 | 99:14 | | |
| Bury | 113:7 | 113:12 | | |
| Bury | 115:9 | 115:10 | | |
| Bury | 118:20 | 118:24 | | |
| Bury | 119:2 | 119:6 | | |
| Bury | 168:14 | 168:15 | | |
| Bury | 179:20 | 179:25 | | |
| Bury | 180:1 | 180:5 | | |
| Wright | 4:21 | 8:22 | | |
| Wright | 10:4 | 12:14 | | |
| Wright | 15:2 | 17:17 | | |
| Wright | 18:7 | 21:8 | | |
| Wright | 22:14 | 23:22 | | |
| Wright | 25:10 | 25:22 | | |
| Wright | 28:16 | 43:19 | | |

K-4

| Kelly | 3:12 | 3:17 | | |
| Kelly | 7:1 | 7:7 | | |
| Kelly | 19:1 | 24:18 | | |
| Kelly | 26:1 | 30:20 | | |

**Defendant's Statement:** For the reasons explained below, defendant objects to the inclusion of plaintiff's deposition designations in the pretrial order and has not provided line-by-line counter-designations. Instead, as a placeholder and in an abundance of caution, defendant counter-designates the entire deposition transcripts for those witnesses and reserves the right to challenge the admissibility of portions of those transcripts.

Plaintiff did not indicate that she intended to include her designations in the pretrial order until September 14, one day before the pre-trial order was due. These designations were also in breach of an agreement between the parties that plaintiff would not propose designations for these witnesses.[1] Because of their late inclusion, defendant could not – despite best efforts – complete the counter-designations to these witnesses in the limited time available (less than a full work day) before the order must be submitted.

In addition, the deposition designations are inadmissible and should be stricken. It is defendant's position that the local rules do not require the parties to list non-party deposition excerpts until and if the witness becomes unavailable and the deposition excerpt thereby is rendered admissible.

---

[1] Plaintiff included certain deposition designations in her draft pretrial order, served on defendant on August 31, 2004. When defendant's counsel pointed out shortly thereafter that the depositions of these witnesses would not be admissible because all of the witnesses in question would be appearing in person or were within the Court's subpoena power and could be compelled to appear in person, plaintiff agreed to remove the deposition designations from the draft pretrial order. However, at 4 pm on the day prior to the filing of the pretrial order, plaintiff's counsel changed his mind, for the first time taking the position that Local Rule 106.2(k) requires the parties to now list all deposition excerpts for all witnesses regardless of their availability currently, in the event that a witness subsequently becomes unavailable. Plaintiff provided additional deposition designations at 10:30 pm the night before the deadline for filing this order.

The parties ask the Court to provide an interpretation of Local Rule 106.2(k) at the pretrial conference. Should the Court agree with plaintiff's position that some or all of the deposition designations are required at this time, plaintiff has stipulated that she will not object to defendant's subsequently providing counter-designations or to the designation of additional deposition excerpts for witnesses who are not now, but hypothetically could later become, unavailable. Should the Court agree with defendant's position that plaintiff's deposition designations are not now required by the local rule, defendant asks that they be stricken from the pretrial order, without prejudice to the parties having an opportunity to subsequently designate and counter-designate deposition excerpts should particular witnesses later become unavailable.

**Plaintiff's Statement:** Plaintiff's counsel had an apparent misunderstanding with defense counsel as to what was stipulated to. Plaintiff throughout the negotiation assured defendant that she did not intend to jeopardize defendant's rights to file counter-designations and agreed that defendant would have two weeks following a ruling at the pretrial conference to submit its counter-designations. It should be noted that all of plaintiff's designations were submitted to defense counsel by September 15, 2004, with the exception of one person, which was the result of defendant not stipulating to certain medial records being offered into evidence.

### 2. **Defendant's Deposition Excerpts**

Defendant designates the following deposition excerpts, including the excerpts from the deposition videotape corresponding to the page/line numbers listed below. Defendant reserves the right to designate excerpts from the depositions of additional witnesses listed on either party's witness list should they subsequently become unavailable to testify in person, if the introduction of such excerpts is otherwise appropriate pursuant to Fed. R. Civ. P. 32(a)(3) and the Federal Rules of Evidence.

| Defendant's Designations | | | Plaintiff's Counter-Designations | |
|---|---|---|---|---|
| Witness | From Pg:Ln | To Pg:Ln | From Pg:Ln | To Pg:Ln |
| Darcangelo | 29:6 | 30:5 | | |
| Darcangelo | 30:19 | 31:3 | | |
| Darcangelo | 35:14 | 35:21 | 35:22 | 36:19 |
| Darcangelo | 36:20 | 37:2 | 37:11 | 37:23 |
| Darcangelo | 38:5 | 38:10 | | |
| Darcangelo | 39:4 | 39:20 | | |
| Darcangelo | 40:3 | 40:10 | | |
| Darcangelo | 42:4 | 42:6 | | |
| Darcangelo | 49:20 | 51:3 | 51:4 | 51:19 |
| Darcangelo | 59:21 | 60:20 | | |
| Darcangelo | 103:15 | 113:17 | | |
| Darcangelo | 124:17 | 128:20 | | |
| Darcangelo | 135:6 | 137:1 | | |
| Darcangelo | 138:20 | 140:4 | 140:5 | 141:16 |
| Darcangelo | 144:24 | 146:1 | 146:17 | 147:11 |
| Darcangelo | 147:12 | 148:25 | | |
| Darcangelo | 153:2 | 153:18 | | |
| Darcangelo | 153:22 | 154:19 | | |
| Darcangelo | 156:3 | 158:16 | | |
| Darcangelo | 164:21 | 166:23 | | |
| Darcangelo | 178:11 | 179:14 | 180:1 | 180:3 |
| Darcangelo | 181:8 | 181:24 | | |
| Darcangelo | 183:3 | 184:2 | | |
| Darcangelo | 186:10 | 187:10 | | |
| Darcangelo | 193:3 | 194:11 | | |
| Darcangelo | 197:4 | 207:17 | | |
| Darcangelo | 210:7 | 212:14 | | |
| Darcangelo | 216:20 | 221:19 | | |
| Darcangelo | 223:4 | 227:7 | | |
| Darcangelo | 232:2 | 232:16 | | |
| Darcangelo | 249:11 | 251:25 | | |
| Darcangelo | 261:2 | 265:15 | | |
| Darcangelo | 272:18 | 274:23 | | |
| Darcangelo | 298:16 | 300:12 | | |

| Defendant's Designations | | | Plaintiff's Counter-Designations | |
|---|---|---|---|---|
| Witness | From Pg:Ln | To Pg:Ln | From Pg:Ln | To Pg:Ln |
| Darcangelo | 304:14 | 307:18 | | |
| Darcangelo | 310:12 | 311:8 | | |
| Darcangelo | 312:7 | 312:13 | 312:14 | 313:14 |
| Darcangelo | 314:12 | 316:11 | | |
| Darcangelo | 318:6 | 320:2 | | |
| Darcangelo | 328:5 | 333:25 | | |
| Darcangelo | 342:10 | 347:18 | | |
| Darcangelo | 351:8 | 352:10 | | |
| Darcangelo | 362:2 | 365:7 | | |
| Darcangelo | 368:5 | 369:20 | | |
| Darcangelo | 371:16 | 376:22 | | |
| Darcangelo | 380:5 | 380:9 | | |
| Darcangelo | 381:20 | 383:14 | | |
| Darcangelo | 383:15 | 391:18 | | |
| Darcangelo | 397:11 | 397:11 | | |
| Darcangelo | 400:2 | 400:12 | | |
| Darcangelo | 403:6 | 403:15 | | |
| Darcangelo | 403:24 | 404:7 | | |
| Darcangelo | 409:7 | 417:25 | | |
| Darcangelo | 427:20 | 427:25 | | |
| Darcangelo | 431:13 | 431:17 | | |
| Darcangelo | 432:10 | 432:23 | | |
| Darcangelo | 433:3 | 435:22 | | |
| Darcangelo | 436:15 | 436:16 | | |
| Darcangelo | 437:9 | 437:13 | | |
| Darcangelo | 437:23 | 440:25 | | |
| Darcangelo | 444:1 | 444:8 | | |
| Darcangelo | 469:6 | 469:13 | | |
| Darcangelo | 481:8 | 481:19 | | |
| Darcangelo | 483:19 | 485:10 | | |
| Darcangelo | 486:4 | 486:22 | | |