```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
 2              OF MARYLAND (Northern Division)
 3
 4   FRANCES DARCANGELO
 5          Plaintiff,
 6     VS                                 Civil Case No.
 7   BELL ATLANTIC                        S-02-816
 8          Defendant.
 9   _____/
10          The deposition of JAMES P. CONRAD was held
11   on Tuesday, February 25, 2003, commencing at 10:15
12   a.m., at the offices of O'Melveny & Myers, 1650 Tysons
13   Boulevard, Suite 1150, McLean, Virginia 22102, before
14   Steven Poulakos, Notary Public in and for the
15   Commonwealth of Virginia.
16   APPEARANCES:
17          EDWIN R. BURKHARDT, ESQUIRE
                On behalf of the Plaintiff
18
            MARTHA DYE, ESQUIRE
19              On behalf of the Defendant
20   Also Present:  Frances Darcangelo
21   Reported by:  Steven Poulakos
```

1  Q   This lying sack of shit comment, do you
2  know when that occurred?
3  A   Roughly first quarter of -- I mean, it's
4  in the record, which you have to have; but it's
5  roughly the first quarter of '98 I believe.
6  Q   Do you know who she was referring to?
7  A   Butch English.
8  Q   Did she get disciplined for that comment?
9  A   I can't remember.  She certainly got
10 warned.  I'm not sure if she got disciplined.  I can't
11 remember.  It's a matter of record you can look the
12 up.
13 Q   You said something about a poster of a
14 supervisor?
15 A   Yes, Butch English.
16 Q   What was inappropriate about the poster?
17 A   It was his picture in the middle of a
18 target.
19 Q   So putting a picture in the middle of a
20 target is inappropriate conduct?
21 A   Well, it was perceived as threatening.

1    Q    What was threatening about it?  Was there

2  a comment that made you believe it was threatening?

3    A    I can't recall.

4    Q    So you can't recall what was threatening

5  about the picture in the target?

6    A    A picture of a supervisor in the bulls-eye

7  of a shooting target.  That's threatening.

8    Q    Who decides that it's threatening?  Did

9  you decide it was threatening?

10        MS. DYE:  I'm going to object to lack of

11  foundation, and he hasn't testified that there was a

12  decision made as to whether it was threatening or not.

13        MR. BURKHARDT:  We can get that.

14  BY MR. BURKHARDT:

15    Q    We will get into it.  Was a decision made

16  that this poster of the supervisor in a what you say a

17  shooting target, was there a decision that that was

18  some type of disciplinary?

19    A    Yes.

20    Q    Do you know what disciplinary sanction was

21  imposed?