IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

    Plaintiff,

vs.

    No.  02 CV 816
    Chief Judge Frederic N. Smalkin

BELL ATLANTIC,

    Defendant.
_____/

    128 Orange Avenue
    Daytona Beach, Florida
    Tuesday, February 11, 2003
    10:15 a.m.

**DEPOSITION OF CHARLES ENGLISH**

The above-styled cause came on for hearing before me, Melanie E. Szafran, Registered Professional Reporter and Notary Public at Large, at the time and place above indicated for the purpose of taking testimony.

GRANDE REPORTING
POST OFFICE BOX 374
ORMOND BEACH, FLORIDA 32175-0374
(386) 673-9879   FAX:  (386) 615-8801



1  time you had a concern about her --

2     A     Correct.

3     Q     -- conduct. Correct?

4     A     Uh-huh.

5     Q     Okay. What was it about the poster that gave

6  you --

7           THE WITNESS: Hold on for a second. I need

8     to talk to you for a minute.

9           MR. BURKHARDT: Do you want us to go --

10          MS. DYE: Are you concerned about something

11    being privileged, or --

12          THE WITNESS: Well, things are --

13          MS. DYE: I mean, if you don't recall -- I

14    mean, obviously there's a lot of stuff that

15    happened in the workplace during this time

16    period. If you don't remember, you don't

17    remember. That's okay.

18          THE WITNESS: Well, that's it. That's the

19    very first time that I can remember, yeah.

20          MS. DYE: Okay.

21 BY MR. BURKHARDT:

22    Q     What was it about the poster that caused you

23 concern?

24    A     Well, at this point Fran and I were not getting

25 along, and to have my picture posted on a rifle target I

1   found threatening in nature.

2   Q   Now, you said "at this point Fran and I were not
3   getting along." Can you describe what you mean by that?

4   A   Just exactly what it said. We were not getting
5   along.

6   Q   Any conduct she engaged in that caused this
7   situation?

8   A   Not that I can recall.

9   Q   Before the situation, how would you -- before the
10  situation deteriorated into the not getting along with
11  Fran, was your relationship with her a good working
12  relationship?

13  A   I would say yes.

14  Q   Okay. What caused it to go downhill?

15  A   I don't know.

16  Q   You don't recall. But you're saying at the time
17  the picture appeared that you were not getting along?

18  A   That's correct.

19  Q   And the concern about the picture was that it was
20  on a target?

21  A   That's correct.

22  Q   Okay. Is there anything inherent about that that
23  gave you cause to be concerned?

24          MS. DYE: Objection. Vague.

25          THE WITNESS: Yeah.