IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

## **ORDER**

AND NOW, this \_\_\_\_ day of \_\_\_\_, 2005, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion in Limine to Exclude or Limit Testimony by Maria Bury is GRANTED.

Maria Bury is prohibited from testifying at trial, and no excerpts from the transcript of Ms. Bury's deposition may be admitted into evidence.

 

                                                   William D. Quarles, Jr.
                                                 United States District Judge