IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING PLAINTIFF'S DISABILITY RATING FOR THE PURPOSE OF DETERMINING VETERANS' BENEFITS

Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order barring plaintiff from presenting evidence at trial regarding her disability rating used to determine her eligibility for disability benefits through the Department of Veteran Affairs. The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion in Limine to Exclude Evidence Regarding Plaintiff's Disability Rating for the Purpose of Determining Veterans' Benefits.

Dated:  March 14, 2005

_____/s/_____
Karen M. Wahle, Bar No. 013658
Ira H. Raphaelson, Bar No. 012849
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.