IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>   v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

## **ORDER**

      AND NOW, this ____ day of ____, 2005, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion in Limine to Exclude Evidence Regarding Plaintiff's Disability Rating for the Purpose of Determining Veterans' Benefits is GRANTED.

 

                                                                        William D. Quarles, Jr.
                                                                        United States District Judge