IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON MARYLAND INC.,<br><br>    Defendant. | No. WDQ-02-816 (Civ.) |

### DEFENDANT'S MOTION IN LIMINE TO RESTRICT ARGUMENT REGARDING INDEPENDENT MEDICAL EXAMINATIONS

Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order barring plaintiff from in any way arguing to the jury that Verizon may be held liable under any theory for its requirement that plaintiff submit to independent medical examinations and specifically preventing plaintiff from arguing that the requirement that plaintiff submit to those examinations was a form of "disparate treatment" under the ADA. The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion in Limine to Restrict Argument Regarding Independent Medical Examinations.

Dated: March 14, 2005

Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Ira H. Raphaelson, Bar No. 012849
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.