In the United States District Court for the
District of Maryland (Northern Division)

FRANCES DARCANGELO
Plaintiff,

-vs-

VERIZON COMMUNICATIONS INC.
Defendant,

-and-

CORE, INC.
Defendant.

Civil Case No. S-01-CV-___



**Stipulation for Dismissal of Defendant Verizon Communications Inc.**

COME NOW Plaintiff Frances Darcangelo, and Defendant Verizon Communications Inc., by their undersigned attorneys and hereby stipulate that the claims in Plaintiff's complaint against Defendant Verizon Communications Inc. be dismissed with prejudice with each side bearing its own costs and attorneys' fees.

Respectfully submitted this 29 day of July, 2002

_____
Edwin R. Burkhardt
Counsel for Plaintiff
401 Washington Ave
#303
Towson, MD 21204
(410) 583-0338

w/ permission  Martha Dye
_____
Karen M. Wahle
Martha Dye
O'Melveny & Myers LLP
555 13th St., NW
Washington, DC 20004-1109
(410) 383-5300

SO ORDERED  _____  07/30/02
United States District Judge     Date

SERVED ON US BY MAIL
POSTMARKED
7/30/02