IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>  v.<br><br>VERIZON MARYLAND INC.,<br><br>      Defendant. | No. WDQ-02-816 (Civ.) |

## **ORDER**

AND NOW, this ____ day of ____, 2005, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion in Limine to Restrict Argument Regarding Independent Medical Examinations is GRANTED.

 

                                                                                       William D. Quarles, Jr.
                                                                                       United States District Judge