3. <u>Defendant's Documents Or Exhibits That May Be Offered If The Need Arises</u>

| EXHIBIT NUMBER | DATE | DOCUMENT DESCRIPTION | BATES NOS./EXHIBIT REFERENCE | AUTHENTICITY STIPULATED? |
|---|---|---|---|---|
| 1. | 01/11/83 | Handwritten Employee Contact Record re Incident Involving F. Darcangelo and R. Lacey | V-DAR 00137-8 | Y |
| 2. | 03/16/83 | Handwritten Employee Contact Record re F. Darcangelo's Work Attire and Suspension Warning | V-DAR 00136 | Y |
| 3. | 03/18/83 | Handwritten Employee Contact Record re F. Darcangelo's Work Attire on 3/16/83 and Reiteration of Suspension Warning | V-DAR 00131 | Y |
| 4. | 03/24/92 | Memo Prepared by Mike Ports, re F. Darcangelo's Inappropriate Language During Customer Tour; Memo Prepared by M. Ports, re F. Darcangelo's Comments on Prior Memo of 3/24 | V-DAR 00172; V-DAR 00171 | Y |
| 5. | 03/31/93 | Memo from M. Ports re "Unprofessional" Work Requests, with Typed Note from "Fran TT" | V-DAR 01839 | Y |
| 6. | 04/93 | Memo from Carl E. Broyles, with copies to R. Libertini and M. Ports, re Incident Involving F. Darcangelo and Allegations of Sexual Harassment | V-DAR 01797 | Y |
| 7. | 04/16/93 | Notes Prepared by R. Libertini, re Incident Involving F. Darcangelo's Allegations of Sexual Harassment (Confidential) | V-DAR 01819 | Y |
| 8. | 04/20/93-04/21/93 | Handwritten Note to Mike Ports from Shirley J. Scott re Working Conditions Dangerous to Her Health and Well Being; Handwritten Memo re Shirley Scott's Letter dated 4/20/93 (Confidential) | V-DAR 01798-9 | Y |

| # | Date | Description | Source | |
|---|---|---|---|---|
| 9. | 04/21/93 | Memo, with 12 Signatures, to Jim Conrad re Letter Written by F. Darcangelo Concerning Conduct on Night Shift (Confidential) | V-DAR 01800-1 | Y |
| 10. | 04/22/93 | Request for Special Medical Evaluation of F. Darcangelo | Dep. of J. Conrad, Ex. 2 | Y |
| 11. | 05/04/93 | C&P Medical Department Report, Signed by Carmen A. Fratto, M.D., re 4/27/93 Medical Examination of F. Darcangelo | V-DAR 00414 | Y |
| 12. | 06/05/93 | Letter to Carmen A. Fratto, M.D. from John F. Mira, M.D. | Dep. of J. Conrad, Ex. 3; V-DAR 01719 | Y |
| 13. | 1993 | USA Today Cartoon re Murder at Work with Caption re Psycho Killers and Kleptomania | Dep. of F. Darcangelo, Ex. 21; V-DAR 01796 | Y |
| 14. | 1993 | Cartoon Depicting the Grim Reaper | Dep. of F. Darcangelo, Ex. 22; V-DAR 01795 | Y |
| 15. | 03/01/94 | Associate Performance Evaluation of F. Darcangelo for the period 9/1/92-3/1/94 | V-DAR 00098-113 | Y |
| 16. | 06/06/94 | Certified Letter to Mary Belcastro re Quality Improvement Award of 3/25/93 | V-DAR 00139 | Y |
| 17. | 06/06/94-06/28/94 | Incident Reports, Prepared by Bell Atlantic Security, re Employee Harassment by F. Darcangelo | Dep. of J. Conrad, Ex. 8; V-DAR 01898-900; V-DAR 01895-7 | Y |
| 18. | 06/14/94 | Note to John re Events That Led to the "Problem" | V-DAR 01794 | Y |
| 19. | 06/14/94 | Supplemental Job Requirements FMAC Associates | V-DAR 01792-3 | Y |

H-6

| | | | | |
|---|---|---|---|---|
| 20. | 06/16/94 | Memo to F. Darcangelo from J.P. Conrad re Formal Warning, with Handwritten Note | V-DAR 003750 | Y |
| 21. ✓ | 06/18/94 | Notes Prepared by J. Conrad and Mike Ports, of 6/16/94 Interview with F. Darcangelo re Formal Warning | Dep. of J. Conrad, Ex. 4 | Y |
| 22. ✓ | 07/05/94 | Notes re Failure of F. Darcangelo to Complete Work on 6/24/94 | Dep. of J. Conrad, Ex. 9; V-DAR 00181 | Y |
| 23. ✓ | 07/07/94 | Memo to M. Ports from Ralph Libertini re 6/24/94 Interview with F. Darcangelo | Dep. of J. Conrad, Ex. 6; V-DAR 00178-9 | Y |
| 24. | 07/14/94 | Notes Prepared by M. Ports, re F. Darcangelo's 4-Hour Suspension | V-DAR 00182 | Y |
| 25. ✓ | 09/26/94 | Notes of Second Step Grievance Meeting re Warning and Suspension | Dep. of J. Conrad, Ex. 5 | Y |
| 26. ✓ | 12/02/94 | Handwritten Notes of Third Step Grievance Meeting re Removal of 1994 Warning from F. Darcangelo's Records | Dep. of J. Conrad, Ex. 7 | Y |
| 27. | 01/20/95 | Supervisory Memo for F. Darcangelo, from Evonne M. Jackson, re Complaints Concerning Inappropriate Language | V-DAR 01786 | Y |
| 28. | 03/18/96 | Bell Atlantic Network Operations Associate Performance Appraisal for the Period 1/95-12/95 | V-DAR 00114-7 | Y |
| 29. | 1996 | Baltimore Transport Control Center Position Requirements Transport Provisioning Technician | V-DAR 00121-4, Dep. of F. Darcangelo, Ex. 12 | Y |
| 30. ✓ | 01/97–12/31/97 | Associate Appraisal and Development Plan for F. Darcangelo | Dep. of G. Fleig, Ex. 5 | Y |
| 31. | 01/13/97 | Bell Atlantic Network Operations Associate Performance Appraisal for the Period 1/96-12/96 | V-DAR 00118-9 | Y |

H-7