EMPLOYEE CONTACT RECORD

NAME Fran Durcange

NAME AND TITLE OF INTERVIEWER MUST BE ENTERED AFTER EACH ENTRY

DATE EMPLOYED _____

OFFICE Skyview D.A.

| DATE | |
|---|---|
| 1-11-93 | In attendance: Fran Gorham - Group Manager  Billy Edwards - Chief Job Steward  Advised Fran I wanted to discuss the events that occurred between her and Ruby Lacey, Management Relief on the evening of January 7th. Fran first explained that she had received a message to call her doctor. She knew it was not an emergency but after a couple of hours just had to call to find out what she wanted. Therefore, she took a necessary to make the call. Ruby approached her in the locker room by the telephone and informed her that necessaries were not to be used for that purpose. I reiterated what Ruby said. Advised Fran that in the future she was only to take a necessary for the express purpose of going to the ladies room or getting a drink of water. Should she get a telephone message implying it was an emergency or urgent we would arrange for her to |

V-DAR 00137

EMPLOYEE CONTACT RECORD

NAME: Fran Mercangelo

NAME AND TITLE OF INTERVIEWER MUST BE ENTERED AFTER EACH ENTRY

DATE EMPLOYED: _____
OFFICE: Aberdeen D.A.

| DATE | |
|---|---|
| 1-11-93 | take the call or return it immediately. All other messages should be returned on her own time. |
| | I then asked Fran what she had on her position earlier that evening. She advised two bullets. Questioned her as to what she said to Kirby when asked what they were. Fran stated she said "they are bullets and I have your name on one of them." Fran said she was only joking. She further stated she had purchased the bullets for sale at Nemo's and just happened to have them with her. |
| | Advised Fran that even though she may have made threats in what she considered a joking manner her peers didn't know that. |
| | Informed her that if she made anymore threats joking or not to any employee, brought ammunition or a weapon to Company property she would be subject to dismissal. Informed her my contact with her would be documented and placed in her personnel file and that she would have the opportunity to read it. |

V- DAR 00138

Revised 5/26 via 2nd step grievance Employee, Ware/Leggett Union Rep contact. Advised it was to Fran's satisfaction!