EMPLOYEE CONTACT RECORD

NAME _Fran Darcangelo_

NAME AND TITLE OF
INTERVIEWER MUST BE
ENTERED AFTER EACH ENTRY

DATE EMPLOYED _____

OFFICE _Plymouth D.A._

| DATE | |
|------|--|
| 3-16-83 | In the presence of Les Evans, Alternate Job Steward, advised Ms. Darcangelo that I wanted to discuss the the Shirt she had on. Informed her Les was present because in the Past she had always wanted the Union in on the discussions we had. |
| | I explained to Ms. Darcangelo that Clothing with Words such as she had on, "Hitler Was Right" and "Kick A—" was not Proper Business attire. She questioned the policy. Explained I had received some Complaints from the people as well as the Company viewed any Dress that could be Construed as ethnic Related or profane, a potential Harassment and disruption to the workplace. |
| | Advised Ms. Darcangelo that before she Commented I wanted her to know that we would permit her to go home on Company time to change. Also we would even permit her to cover the shirt with her jacket if she didn't want to go home to change. Stated that if she failed to take either of these alternatives She would be suspended for insubordination. I further advised her that we fully expected her to abide by our request |

V-DAR 00136