# LAW OFFICES OF
# SNIDER & FISCHER, LLC

Michael J. Snider, Esq.
Morris E. Fischer, Esq.

104 Church Lane, Suite 201
Baltimore, Maryland 21208
www.sniderlaw.com

410-653-9060 phone
410-653-9061 fax

November 11, 2004

Ms. Fran Darcangelo
PO Box 253
New Freedom, PA 17349

Re: Darcangelo v. Verizon

Dear Fran:

This is to confirm our discussions of November 4 and 8, 2004 with respect to stipulation of proposed fact. You agreed to stipulate to the following:

1. In 1983, when Fran Darcangelo was a directory assistance operator, she was written up when she brought bullets with her to work and told a co-worker that she was writing the co-worker's name on the bullets.

2. During her employment as a directory assistance operator, Plaintiff wore a T-shirt to work with the words, "Hitler was right" written on it, and refused to cover it or change. She admitted that she did this in order to aggravate her supervisor and was suspended for this incident.

3. In 1992, Plaintiff was given warnings for the use of profanity while guests were touring the facility. In 1993, she displayed materials in her work area with references to violence and death, including a graph cut out from a newspaper article regarding murder at work and a caption typed up by her referring to "psycho killers here at the telephone company." Another item she displayed was a cartoon of the grim reaper in front of a man behind a desk with the caption, "Can you give me a minute? There are a few key people I want to take along with me."

4. Plaintiff also referred to herself in various communications as "Fran the Terrible", the "Tasmanian Devil," and "Your Humble G-ddamn Lunatic.

5. On May 8, 1998, Plaintiff placed a poster in her work area containing a picture of a supervisor in the center of a rifle target.

If I am mistaken in any way, please inform me immediately. Otherwise, kindly sign below and fax back to my office.

I hereby authorize the attorney to stipulate to the above five paragraphs.

*[signature]*
Fran Darcangelo

Sincerely,

*[signature]*
Morris E. Fischer, Esq.