EXHIBIT

Conrad 19

*SUMMARY OF EVENTS LEADING TO TERMINATION*
*FRANCES DARCANGELO*

*10/13/97* – Jim Conrad, Manager of the NOC/TO Center, conducted meeting with Fran Darcangelo and the union. The purpose of the session was to inform Ms. Darcangelo that the rules were changing regarding her behavior. He stated that he had been more lenient with her than others in the organization because of her special consideration. He also stated that he had gone too far and that he now needed to insure that he was creating an environment for his entire team. He noted that Fran would need to conform to this environment. (See notes from meeting in 1997 Documentation Section.)

*3/6/98* – Fran Darcangelo called Mr. English, Supervisor in the Center, a "lying sack of shit" (This incident was discussed at a 3/13/98 meeting.)

*3/9/98* – Fran Darcangelo counseled by Marianne Moxey for an incident of disrupting the workplace.

*3/13/98* – Fran Darcangelo warned of disciplinary action if derogatory comments continue.

*3/23/98* – Revised and distributed NOC/TO Center Work Ethics Guidelines. Everyone was covered.

*5/8/98* – Butch English and Marianne Moxey removed a commercial rifle target with a photo of Butch English in the center from Ms. Darcangelo's cubicle. Upon the recommendation of Labor Relations, Ms. Darcangelo was suspended for 10 days relative to Violence in the Workplace issues.

*6/4/98* – Ms. Darcangelo welcomed back from suspension and informed that she was in a progressive discipline status.

*7/23/98* – Grievance #98-03232 – Unfair Appraisal – Ms. Darcangelo was rated Does Not Meet for her 1997 Performance Appraisal. Her rating in EEO/Diversity was DN because of her use of language that was offensive to others. One specific case was the use of the "N" word in reference to slaves. (This grievance was delayed due to the work stoppage and postponements by both management and the union. Eventually, the union did not pursue it.)

V-DAR 00770

*8/7/98* – Grievance #98-02774, Improper Suspension, Final Company
Position rendered that the 10 day suspension was a correct action.

*8/28/98* – Associates reported that Ms. Darcangelo was using improper
language when talking about her supervisor, calling her a "slut", "PMS
Lady", and "Miss Menopause". When confronted and asked if she had said
these things, Ms. Darcangelo commented "I don't know, I'll have to think
about that".

*9/21/98* – While a Management Replacement was in charge of the team, Ms.
Darcangelo refused help on an order in Delaware.   She was asked to allow
another technician to show her how to perform the needed function but
refused.  Someone else had to do it.

*9/23/98* – The exact same scenario as 9/21/98 came up and the supervisor
(via phone) asked a technician to help Ms. Darcangelo. Fran again refused.
Her supervisor asked Butch English to talk to her about this incident. He
asked Ms. Darcangelo to go to a conference room for a discussion. When in
the room, she began to walk out and Mr. English told her if she left it would
be insubordination. She left anyhow. She was suspended for 3 days.

*10/6/98* – Grievance #98-04311 – Suspended without Cause.  Company
upheld suspension.

*10/23/98* – Ms. Darcangelo, while working with a customer and a Bell
Atlantic technician, put the phone down and walked away without saying
anything about where she was going.  Another technician picked up the phone
and helped the customer. She was suspended for 15 days.

*11/16/98* – Ms. Darcangelo was welcomed back from suspension and
covered on all of her violations of the Code of Conduct over the last 9
months.  She was again told that she was in a progressive discipline status
and that any additional violations of the Code would lead to further
disciplinary action, up to and including dismissal.

V-DAR 00771

*12/17/98* – Ms. Darcangelo repeatedly used the phrase "I told you Ole MASSA, I ain't going to pick up that ticket" to an African American member of the team. She did it repeatedly and in a taunting manner. She was suspended indefinitely pending a review of the situation.

V-DAR 00772