*TERMINATION MEETING*
*FRAN DARCANGELO*
*2/16/99*

Ms. Darcangelo,

On 11/16/98, when you returned from your last suspension, Chantal Sakay reviewed nine incidents where you violated the Bell Atlantic Code of Conduct. We will review those again today.

---

*Review 11/16/98 Coverage as follows:*

16 November 1998
Fran Darcangelo-Return To Work

We welcome you back and extend a wish that this can be a new beginning for you with the company. It is imperative that you understand the position you are in concerning your future employment with the company. At this point in time, you are in a state of progressive discipline for multiple violations of the Code Of Conduct. So that there is no misunderstanding about the matter, I have listed the various instances and referred to the section of the code that applies.

1 On Friday, March 6th, you referred to Butch English as a "lying sack of shit".
See Our Basic Responsibilities-page 8-Bullets 1,2,3
page 9-Bullet2 and under Harassment the "Our Standard" Bullet-See Doc 1

2 On March 9th when returning from a meeting you yelled at Marianne Moxey and disrupted the work area.
See Our Basic Responsibilities-page 8-Bullet 1 and page 9 Bullet 2-See Doc 2

3 On Friday, May 8th you were responsible for placing a poster in your work area with a picture of Butch English attached to the center of a rifle target.
See Our Basis Responsibilities-Page 8-Bullet1
page 17-Workplace Violence Bullet 1-See Doc 3

**EXHIBIT**

Darcangelo #25
Rm

V- DAR 00153

4 On Sept 15th, You were called concerning a time sheet issue. It took several tries to finally find out what had happened with your time sheet. On ending the conversation, no appropriate response was used ;so long ,good bye etc. You just hung up.
It finally came to light that an inappropriate remark had been placed on the time sheet which you were instructed to remove.
See Our Basic Responsibilities-Page8-Bullet1 "Cooperative"
Page 9-Bullet 2
Communications and Computer Systems-Page-27-Bullet2-See Doc 4


5 On Sept 23rd, you were asked to sit in a conference room with a supervisor and explain about a problem with training. You asked for a Union Rep But you were told you did not need one at that point. At this time you prepared to leave the room and you were instructed that leaving would constitute a case of insubordination. You left anyway.
See Our Basic Responsibilities Page 9-Bullet 2-See Doc 5


6 Also on Sept 23rd, another supervisor on the floor reported that you were disruptive and loud while complaining to the Union about training on the phone during working hours.
See Our Basic Responsibilities Page 8-Bullets 1&3-See Doc 6
Comment: Union business is not to be conducted on company time!


7 Also on Sept 23rd, several of your fellow employees had complained that your loud and disruptive behavior had disturbed the work place. The associates had also previously reported your use of inappropriate language. They said that you referred to your supervisor as a "slut".
See Our Basic Responsibilities Page 8-Bullets 1,2 -See Doc 8


8 On Sept 21st and Sept 23rd, a fellow associate attempted to assist you with some training. He had been instructed by management to do so. You refused to accept the training both times.
See Our Basic Responsibilities Page 8-Bullet 1 "Cooperative" See Doc 7


9 On Oct 23rd, you left your work area and telephone with an outside customer and a field technician on the line. After being informed of your being suspended, you were allowed to return to your work location to pick up personal articles. As soon as you arrived, you got on the phone. You were instructed by a supervisor to get off and you continued to talk.
See Our Basic Responsibilities Page 8 Bullet 1, Page 9 Bullet 2
See Protecting Our Company Assets Page 22 Bullet 1  See Doc

V- DAR 00154

Up to this point the situation has not shown improvement. We hope you have used the time while you were suspended reflecting on the situation and have found ways to improve your relationship with your coworkers and your supervisor. We also must advise you that additional violations of the code of conduct will lead to disciplinary action up to and including dismissal.

*End of Review of 11/16/98 Coverage*

--------------------------------------------------------------------------------

At the end of the 11/16/98 coverage you were told again that you were in progressive disciplinary status and that additional violations of the code of conduct would lead to disciplinary action, up to and including dismissal.

In spite of these repeated warnings, we have another incident on 12/17/98 in which you used racially charged language and openly taunted an African American employee in the middle of the Network Operations Center. You admitted to saying "I told you ole massa, I ain't gonna pick up that ticket." Our investigation determined that you said this multiple times in a very mocking manner.

It is our determination that this event, coupled with the earlier incidents, and despite repeated discipline and warnings that your conduct was unacceptable and could result in dismissal if continued, represents *a total disregard of the Bell Atlantic Code of Conduct.* For this reason, we are terminating your employment today. If you have any personal property at your work location, Tim Mace and Chantal Sakay will escort you so you may retrieve it.

J.P. Conrad
Manager – Network Operations Center

*effective 1/6/99*

V- DAR 00155