FRANCES DARCANGELO                                                                Page:
REQUEST 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 4-A-0                                                      (CONTINUED)

NOTES (CONTINUED):

STD to auth. ?
================================================================================
11/20/97*14:20*BKELLY*RN* S/w STD RN, requested review of chart/medical history for Dr Greenberg. Bell Atlantic Med Records review: 1981 Laryngitis. 1984 Hyperbaric injury resulting in permanent hearing loss according to EE's comments on a hearing exam. MVA: 12/17/85: Cervical strain, head contusion. No documented LOC. MVA: 7/8/87: multiple contusions, strains, sprains, back, leg, abd. Records show EE struck other cars and cement barrier. Seen in Holy Cross Hospital ER. (Records may be obtainable). 2/25/88: unknown injury, appears as a result of climbing poles or while using an extension ladder. A letter from EE states she was enrolled in a Tech Training School in courses pertaining to this. Active duty (Air Force) 11/89. In 1/90: psych hospitalization with dx manic psychosis (DSM III -R 296.4). One other psych hospitalization referred to, no information available. Medical Evaluation 4/93 of behavior, documents EE became argumentative, used profanity, raised voice, was irrational, perceived as threatening, and c/o harrassment. Records contain EE's letters beginning aprox 1988. PCT Dr Greenberg, Psychiatrist, CORE, Boston Office 800-227-1464. Advised of results of record review.
11/20/97*15:36*IMGREENBERG*MD. Case notes and IME reviewed. Pt is a 41 year old woman who works as a Central Office Tech. She was in the Air Force at one time. Pt has a past hx of several injuries of uncertain severity, in 1984, 1985, 1987, and 1988. The 1984 was a hyperbaric injury resulting in hearing loss. The 1985 and 1987 injuries were MVA's. In 1988 pt was injured while climbing. Degree of head trauma is not clear, but there appears to have been some. Pt was dx'd with "manic psychosis" and hospitalized in 1990. IME of 11/04/97 by Dr Russo notes hospitalization in 1989, not 1990, and records psychiatric tx 1994-1997- he indicates that pt stated she was treated with lithium and Depakote in 1994, and experienced toxic effects. Dr Russo notes a hx of multiple depressed and hypomanic sx, but does not record their temporal relations, or any relatively asymptomatic period. Other past meds included Mellaril, Ativan, Haldol, Tegretol, Tofranil and Zovirax. Medical hx includes rubeola, rubella, varicella, otitis media, URI's, "possible Mediterranean anemia," spatic colon, UTI's, vaginitis, arthritis, DJD, viral influenza," torn rt knee ligaments, and genital herpes.
Per case notes: Although pt has no known hx of violence at work or elsewhere, her coworkers were afraid of her. Behaviors causing concern were noted as her having a cartoon in her cubicle stating "Murder at Work," and another cartoon of similar nature. In 1993 pt was reported as raising her her voice and using profanity- she was perceived as "threatening" by others. She once wore a T-shirt saying "Hitler was right and kick ass-." Pt was suspended at that time for not changing the shirt. Case notes do not describe currrent or recent sx.                                   MSE of IME describes pt as guarded but attentive, smiling inappropriately at times, and having inappropriate laughter with labile affect and elevated mood. Sensorium and speech were intact. No HI, SI, or psychotic sx were noted. Meds at time of IME included Eskalith CR 450 mg bid, and Buspar 30 mg/day. Dr Russo's dx's included bipolar disorder., PTSD, schizoid personality disorder, and borderline personality disorder.
Dr Russo recommended that (1) Pt RTW with "restrictions" concerning appropriate dress, language, and general comportment. (2) Pt be

V-DAR 00284