11.  There is no indication from reviewing Barbara Lee's personnel file that Respondent had ongoing concerns with her work conduct. The only incident cited was her involvement with Complainant in December 1998.

12.  The investigation revealed that during the relevant time period Respondent has disciplined other employees who were not known to have a disability.

13.  The investigation has determined that there is no probable cause to believe that Complainant is an aggrieved person as defined under Article 49B. Complainants work behavior and conduct did not meet Respondent's expectations after being given repeated notice. There is no evidence Respondent's reasons are credible not and because there is no direct evidence of discriminatory motive, it is determined that there is no probable cause to believe that unlawful discrimination has occurred.

## FINDING OF NO PROBABLE CAUSE:

Therefore there is No Probable Cause to believe that the Complainant has been discriminated against in violation of Article 49B, of the Annotated Code of Maryland.

Under the Commission's Rules of Procedure, COMAR 14.03.01.06C, the Complainant may apply for reconsideration of the no probable cause finding within fifteen (15) days from the date upon which these findings were mailed. The application should be in writing and shall state specifically the grounds upon which the application is based. A request for reconsideration shall be directed to Neil Bell, Deputy Director, Maryland Commission on Human Relations, The William Donald Schaefer Tower, 6 Saint Paul Street, 9th Floor, Baltimore, Maryland 21202. If the request for reconsideration is granted, the Deputy Director shall notify the parties and remit the matter to the investigative staff for further appropriate action.

In the absence of a request for reconsideration, the above captioned complaint will be dismissed and Commission's proceedings in the matter will be terminated.

Freida D. Morgan, EOO
Date: 10-25-01

Pamela Jenkins-Dobson, Supervisor