# CURRICULUM VITA
## Gary Bryant Zimberg, M.D., M.H.A., M.P.H.

| | |
|---|---|
| **Home Address:** | 5201 Saint Albans Way<br>Baltimore, Maryland 21212<br>Telephone: (410) 435-3055 |
| **Office Address:** | WellSpan Health<br>1001 S. George Street<br>York, Pennsylvania 17405<br>Telephone: (717) 851-2915 |
| **Social Security #:** | 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 |
| **Date of Birth:** | May 28, 1956 |
| **Place of Birth:** | Richmond, Virginia |

**Education:**

| | |
|---|---|
| 2002 | Master of Public Health<br>Division of Health Policy & Management<br>Johns Hopkins University<br>Baltimore, Maryland |
| 1996 | Master of Health Care Administration<br>Medical College of Virginia<br>Richmond, Virginia |
| 1985 | Residency in Psychiatry<br>University of Pennsylvania<br>Philadelphia, Pennsylvania |
| 1982 | Internship in Medicine<br>University of Pennsylvania<br>Philadelphia, Pennsylvania |
| 1981 | Doctor of Medicine<br>Eastern Virginia Medical School<br>Norfolk, Virginia |
| 1977 | Bachelor of Arts<br>University of Maryland<br>College Park, Maryland |

04/28/2003 20:03  4105832370
FEB-04-2003 TUE 04:14 PM  WELLSPAN BHS, YORK                 7178454781478       PAGE 05
                                                                                 P. 04

Gary Bryant Zimberg, M.D., M.H.A., M.P.H.
Page 2

**Licensure:**

    Pennsylvania – Active
    Virginia – Inactive

**Certification:**

1987 –  Board Certified in Psychiatry and Neurology
       American Board of Psychiatry and Neurology

1997 –  Board Certified in Geriatric Psychiatry
       American Board of Psychiatry and Neurology

1998 –  Board Certified in Addiction Psychiatry
       American Board of Psychiatry and Neurology

**Academic Appointment:**

2000 –  Chief, Division of Mental Health Policy
       Penn State College of Medicine
       The Milton S. Hershey Medical Center

2000 –  Clinical Professor of Psychiatry
       Penn State College of Medicine
       The Milton S. Hershey Medical Center

**Work Experience:**

2001 –  Executive Director – Neurosciences
       [Neurology, Neurosurgery, Geriatrics, Psychiatry, Psychology]
       WellSpan Health
       York, Pennsylvania

1998 –  Director – Geriatric Services
       WellSpan Health
       York, Pennsylvania

1996 –  Chairman – Department of Psychiatry
       Director – Behavioral Health Services
       WellSpan Health
       York, Pennsylvania

1994 – 1995  Medical Director – Behavioral Health Division
       Blue Cross and Blue Shield of Texas, Inc.
       Dallas, Texas

Gary Bryant Zimberg, M.D., M.H.A., M.P.H.
Page 3

| | |
|---|---|
| 1993 - 1994 | Regional Director of Quality Management<br>First Hospital Corporation<br>Options Mental Health<br>Norfolk, Virginia |
| 1993 - 1994 | Clinical Supervisor in Psychiatry<br>United States Naval Medical Center<br>Portsmouth, Virginia |
| 1991 - 1994 | Director of Quality Assurance and Case Management<br>Tidewater Psychiatric Institute<br>Norfolk, Virginia |
| 1990 - 1994 | Consulting Psychiatrist<br>Consultation/Liaison Service<br>DePaul Hospital<br>Norfolk, Virginia |
| 1988 - 1994 | Medical Director<br>Partial Hospitalization Programs<br>Tidewater Psychiatric Institute<br>Norfolk, Virginia |
| 1987 - 1988 | Medical Director<br>Chemical Dependency Partial Hospitalization Program<br>Tidewater Psychiatric Institute<br>Norfolk, Virginia |
| 1982 - 1985 | Intake Psychiatrist<br>Northeast Community Mental Health Center<br>Philadelphia, Pennsylvania |

**Private Practice:**

| | |
|---|---|
| 1996 - | WellSpan Behavioral Health<br>York, Pennsylvania |
| 1985 - 1996 | Churchland Psychiatric Associates, P.C.<br>Norfolk/Portsmouth, Virginia |
| 1992 - 1994 | Dominion Consultations in Psychiatry & Psychology, Inc.<br>Norfolk, Virginia |
| 1981 - 1985 | Psychiatric Associates, LTD<br>Norfolk/Portsmouth, Virginia |

Gary Bryant Zimberg, M.D., M.H.A., M.P.H.
Page 4

**Voluntary Positions:**

| | |
|---|---|
| 2001 - | Professional Provider Review Committee<br>Magellan Behavioral Health<br>Philadelphia, PA |
| 1999 - | Medical Advisory Committee<br>Health Central Health Plan<br>Harrisburg, Pennsylvania |
| 1999 - | Care Contracting Team<br>WellSpan Health<br>York, Pennsylvania |
| 1996 - | Executive Committee<br>WellSpan Health<br>York, Pennsylvania |
| 1996 - | Professional Advisory Committee<br>Visiting Nurse Association<br>York, Pennsylvania |
| 1992 - 1994 | Clinical Advisory Committee<br>Options Mental Health<br>Norfolk, Virginia |
| 1991 - 1994 | Review and Appeals Committee<br>Options Mental Health<br>Norfolk, Virginia |
| 1991 - 1994 | Credentials Committee<br>Options Mental Health<br>Norfolk, Virginia |
| 1986 - 1987 | Chairman, Department of Psychiatry<br>DePaul Hospital<br>Norfolk, Virginia |
| 1985 - 1986 | Chairman, Quality Assurance Committee<br>Virginia Center for Psychiatry<br>Norfolk, Virginia |

R-7/02