```
         IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                  *
FRANCES DARCANGELO,
                                  *
     Plaintiff,
v.                                *    CIVIL NO.: WDQ-02-816

VERIZON MARYLAND INC.,            *

     Defendant.                   *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons stated in this morning's telephone conference, it is, this 23rd day of March 2005, ORDERED that:

1. Plaintiff's motion to name a new expert and for a continuance BE, and HEREBY IS, GRANTED IN PART and DENIED IN PART;

2. Plaintiff's motion to name a Psychiatrist as a substitute for Dr. Gary Zimberg BE, and HEREBY IS, GRANTED;

3. Discovery will proceed in accordance with the following schedule:

    a. Plaintiff's new expert's report is due April 8, 2005;

    b. depositions of Plaintiff's new expert must be completed by close of business April 15, 2005;

4. Plaintiff's request for a continuance BE, and HEREBY IS, DENIED; and

5.  the Clerk of the Court shall send copies of this Order to counsel for the parties.


                          _____/s/_____
                          William D. Quarles, Jr.
                          United States District Judge