IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERIZON MARYLAND INC.,<br><br>　　　　Defendant. | No. WDQ-02-816 (Civ.) |

**INDEX TO EXHIBITS FOR DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT'S EXHIBITS**

| Letter | Exhibit |
|---:|---|
| A | Deposition of Ann Sewell (excerpts) |
| B | Deposition of James Conrad (excerpts) |
| C | Summary of October 13, 1997 Meeting |
| D | Defense Exhibit 2 |
| E | Defense Exhibit 3 |
| F | Defense Exhibit 4 |
| G | Defense Exhibit 19 |
| H | Defense Exhibit 20 |
| I | Defense Exhibit 21 |
| J | Defense Exhibit 1 |
| K | Defense Exhibit 6 |
| L | Defense Exhibit 16 |
| M | December 4, 2000 Complaint |
| N | July 30, 2002 Dimissal |