1

```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

 2              OF MARYLAND (Northern Division)

 3

 4    FRANCES DARCANGELO

 5              Plaintiff,

 6       VS                              Civil Case No.

 7    BELL ATLANTIC                      S-02-816

 8              Defendant.

 9    _____/

10              The deposition of JAMES P. CONRAD was held

11    on Tuesday, February 25, 2003, commencing at 10:15

12    a.m., at the offices of O'Melveny & Myers, 1650 Tysons

13    Boulevard, Suite 1150, McLean, Virginia 22102, before

14    Steven Poulakos, Notary Public in and for the

15    Commonwealth of Virginia.

16    APPEARANCES:

17              EDWIN R. BURKHARDT, ESQUIRE
                   On behalf of the Plaintiff
18
                MARTHA DYE, ESQUIRE
19                 On behalf of the Defendant

20    Also Present:  Frances Darcangelo

21    Reported by:  Steven Poulakos
```

1    THE WITNESS: Most of them, I can't say
2  all of them, were involved in that decision.
3  BY MR. BURKHARDT:
4    Q   The decision about the discipline for
5  Barabra Lee?
6    A   I don't recall the vice-president, for
7  instance, being involved in that discussion because
8  it's a three-day suspension. Labor relations.
9    Q   Was there a discussion about a termination
10 of Barabra Lee?
11   A   No, there was not.
12   Q   Is your understanding that Fran was
13 terminated for this incident because she was in
14 progressive discipline?
15   MS. DYE: Objection, vague.
16 BY MR. BURKHARDT:
17   Q   Let me put it another way. Is it your
18 understanding if she had not been in progressive
19 discipline she would not have been terminated for this
20 incident?
21   A   Probably not.

```
 1        Q     As between Barabra Lee and Fran was there
 2   any type of fact finding or did you guys make any fact
 3   finding as far as who had the respective amount of
 4   responsibility, whose conduct was more egregious say
 5   or was more worthy of discipline in this incident?
 6        A     There were a lot of witness statements.
 7   The key issue here was Fran was in progressive
 8   discipline and Barabra Lee was not.
 9        Q     Was there any discussion -- I guess
10   getting back, besides the individuals you had talked
11   about participating, was Butch English part of this
12   discussion?
13        A     Which discussion?
14        Q     The discussion on disposition what to do
15   with Fran.
16        A     Early part of it.
17        Q     He was part of the discussion with you?
18        A     Yes.
19        Q     And then you kind of carried the ball
20   after that?
21        A     Correct.
```

1   Q   What about Marianne Moxey, the same thing with her?

3   A   Yes.

4   Q   Did you have this discussion with Butch on Barabra Lee, the same kind of discussion with her?

6   A   Yes, I did.

7   Q   Same thing with Marianne?

8   A   Yes, I did.

9   Q   At the time you may the decision to suspend Barabra Lee for three days, were you aware that she had any kind of disciplinary history at all?

12  A   To my knowledge, she had none.

13  Q   Were you aware of any allegations that she had behaved inappropriately?

15  A   I can't recall.

16  Q   That's a broader question than the last one. The one before was discipline and this one was just allegations of misconduct.

    Had she ever been accused by anybody of raising her voice or yelling, do you know?

21          MS. DYE: Objection, asked and answered.