# Eliminate The Root Cause



EXHIBIT

Conrad  14

7/25/03

- DISRUPTING WORK FORCE
  - Screaming in work area, throwing tools
  - making mountains out of mole hills — monopolizing meetings
  - Making off color remarks about people "idiot" "ass-kisser"

- DEROGATORY COMMENTS
  - "you can write your name can't you?"
  - idiot / asskisser, Stupid

- OFFENSIVE LANGUAGE
  - Use of "F" word
  - "Nigood" to African-American

- OFFENSIVE MATERIAL IN WORK AREA
  - Taped off like a police crime zone
  - Procedure with comments ie "ass kiss"

13 Oct 97

Subject:  The work place behavior of Ms Fran D'Archangelo

The situation will be dealt with by two simultaneous approaches:

## First approach:

1.) Management solicits union assistance with situation
2.) Recognize the problem as one that has a history to it and appears to currently be at an
     an unacceptable level.    *Tried to create environment where she could be productive*
        2A.)  Describe the problem and recognition of its existence
3.) New approach to the situation
        3A.)  No longer overlooked
        3B.)  New set of ground rules for Ms D'Archangelo
                3a.)  Held accountable for actions
4.) Active participation on the part of Ms D'Archangelo is a key ingredient to
     successfully alleviating the situation
5.) Monthly review of progress on a one on one basis between immediate supervisor and
     Ms D'Archangelo.
        5A.) Want to facilitate Ms D'Archangelo's success in dealing with the problem
        5B.)  Situations will be dealt with on a per incidence basis

## Second approach:

1.) Want Ms D'Archangelo to be successful in dealing with her situation to create a
     healthy work environment for all.  However, if continuation of problems reoccur,
     they will be dealt with in a progressive disciplinary manner up to and including
     employment dismissal.

EX:
• allowed her to disrupt work force
• allowed her to get away with
  derogatory comments about people
• allowed offensive language
     + better words   • "N" word
• allowed offensive material in
  work place.

## *DISCUSSION WITH FRAN DARCANGELO*
### *10/13/97*

On This date I scheduled a meeting with Frances Darcangelo to discuss her behavior in the workplace. I contacted the union for representation. Eleanor McCullough and Ginger Gindeman from the union were present as was Butch English from my staff.

The purpose of this meeting was to inform Fran that I had gone too far in trying to create a workplace where she could be productive. In fact, I had allowed her to disrupt the workforce, use offensive language, and hang all manner of material in her cube. I told her that I had done this because I felt I needed to do all that I could for her because of her "special" medical condition. I continued by re-stating that I had gone too far and that the rules were changing. From this date forward she would have to conform to the environment because I had the responsibility to create a proper environment for the rest of my team.

I reviewed some of the most recent incidents and told her this would not be acceptable behavior in the future.
- Disrupting the workforce
  - Screaming in the work area
  - Making "mountains out of mole hills" and monopolizing management personnel time for no reason
- Derogatory Comments
  - "You can write your name, can't you?"
  - Making off color remarks about people, ie "idiot", "ass-kisser"
- Offensive Language
  - Use of the "F" word
  - Use of the "N" word
- Offensive Material in the Work Area
  - Cube taped off like a police crime area
  - Procedures with comments, ie "dog piss"

I outlined two approaches to be taken by Ms. Darcangelo. The first was that she needed to understand that this behavior was no longer going to be overlooked. I told her she would be held accountable for her actions. I asked the union for assistance with this situation. I said that active participation on the part of Ms. Darcangelo would be a key ingredient for her to be successful. I told her she would have to review progress on a regular basis with her supervisor. I said that if she applied herself she could get back on the right track with the company.

I told her that the second approach was simple. If the problems continue, they will be dealt with in a progressive discipline fashion, up to and including dismissal.