EMPLOYEE CONTACT RECORD

NAME: Fran Warcangelo

NAME AND TITLE OF INTERVIEWER MUST BE ENTERED AFTER EACH ENTRY

DATE EMPLOYED: _____
OFFICE: Skyview W.A.

| DATE | |
|---|---|
| 3/18/83 | I reiterated Fran's suspension on 3-16. Fran said she did not see how we could said she was racial. I told Fran the Managers are responsible to see that no employee is harassed by an other employee. We feel the tee shirts she wore spoke for her, and several employees were offended by them. She said no-one said anything to her. I told her it was reported to us and we assured the employees it would be taken care of in the proper manner. I advised her if she wears any clothing that has racial, ethnic, profane or obscene slurs disciplinary action will taken. At this time of the discussion I read the proper dress code to Fran. (This discussion was held in the conference room. - Present was Shelly Fink, Billy Edwards, Les Evans, Fran Warcangelo, and Fran Dorham). F Dorham Group Manager |
| 3-25-83 | Fran read the above. F Dorham G. Manager |

V-DAR 00131