Memo..F. Darcangelo                                                      9/24/92

At approximately 1430 hours I was involved in giving a tour of the FMAC to seven people from NSA in Fort Meade. Frank Ivins from the SCC had brought the people over and requested that I explain our work operation to them.

During the course of the tour I brought several people over to Fran Darcangelos work station. I was showing the chronic flag indicator on the trouble reports screen and I stated that it indicated that this was not a chronic trouble by the number of reports. Fran made a statement immediatl behind mine that "They had a Shit Pot" of troubles in the past.

I feel that this action was much less than professional and the profani was totally uncalled for. I do not intend to allow any of our employees t act in less than a professional manner when dealing with customers and un no conditions should profanity be used in conversing with them.

I plan to have Fran read this memo and have her understand that this is formal warning and that the actions that I have stated I observed will be disciplined up to and including dismissal in the future.

                                                Mike Ports, Supv. FMAC

V-DAR 00172

Memo..F. Darcangelo  Pg.2                                           3/24/92

At approximately 1520 hours I directed Fran to obtain the services of a union steward if she so desired to participate in the review of the memo. Ken Gyory of Local 2101 arrived and participated in the reading of the memo.

Fran's comments were that the memo was inaccurate. She stated that she had not said "shit pot" what she said was ""shit load". She further stated that she was not a "tour guide" and agreed that her behavior "could have been better". She also stated that since she had not been prepared for the tour, she didn't feel "too guilty". I asked if she had been assigned to deal with the tour and she stated that "no" she had not.

I answered only one question from the union. The question was does this mean dismissal. I replyed by re-reading the memo portion that stated that this was a formal warning and the chain of disiplinary actions that could follow for further offenses.

                                              Mike Ports, Supv. FMAC

V-DAR 00171