SUPPLEMENTAL JOB REQUIREMENTS
FMAC ASSOCIATES

6/14/94

In addition to handling NMA alarm tickets in an expedient and professional way and interfacing with company organizations to clear facility problems, all FMAC technicians must:

1. **Conduct the Change of Shift in the following manner:**

   * There must be a <u>verbal</u> handoff between the incoming and outgoing shifts. Oncoming shifts will report to the FMAC area at their designated time.

   * All open tickets must be reviewed so the oncoming person(s) is (are) aware of potential or existing customer service outages.

   * The outgoing shift will stay to assist during severe outages.

2. **Maintain an "harassment-free" work place for all personnel.** Incidents which are perceived to be harassing in nature must be reported to a supervisor. In no situation should any retaliation be attempted.

3. **Utilize Bell Atlantic Way behaviors** when dealing with all Internal and External customers. There are no exceptions - everyone will be appraised on their skills in this area.

4. **Perform all duties, including telephone contacts, in a professional, courteous manner.**

5. **Utilize Operations Support Systems (WFA/TIRKS/NMA) only for work-related issues.** No comments, jokes, or sarcastic notes are acceptable. No tickets will be generated with cryptic messages.

6. **Follow the Regional Abnormal Reporting Policy.** (See the attached draft.)

7. **Respect the secure personal areas of every individual in the center.**

V-DAR 01792

8. **Participate in all aspects of the Culture Change, especially the Quality Improvement Process.** No one is exempt from making the transition to the new culture.


If anyone has any suggestions, additions, comments, please contact me on 393-5555 and we can discuss them.


*J.P. Conrad*
J.P. Conrad
Manager - FMAC/Transport

V-DAR 01793