June 16, 1994

Frances Darcangelo
Central Office Technician - FMAC

You are hereby placed on formal warning that any of the following behaviors will result in disciplinary action which will include suspension and/or dismissal.

* Threatening comments to co-workers

* Threatening material in the work area

* Profane language, whether on the phone or in the work area

* Disrespectful treatment of co-workers

* Disruption in the work place

* Unprofessional comments, written or oral

In addition to the above behaviors, the negative trend in your appraisal, specifically in the area of Teamwork and Quality must be reversed.

*J. P. Conrad*
J. P. Conrad
Manager - FMAC/Transport

DATE TO BE REMOVED:
12/1/94

PENDING BEHAVIOR

V-DAR 03750