IT HAS COME TO MY ATTENTION THAT A DISCRIMINATION GRIEVANCE HAS BEEN FILED AGAINST RALPH LIBERTINI BY FRAN DARCANGELO. FURTHER IT HAS BEEN STATED THAT THE S.C.C. PERSONEL WERE ENGAGED IN SEXUALLY EXPLICIT CONVERSATIONS WHICH SHE FOUND OFFENSIVE . I FEEL IT IS TIME TO SET THE RECORD STRAIGHT .

THE STATEMENTS MADE ABOUT CONVERSATIONS ON APRIL 13TH ARE FALSE . WE HAVE QUESTIONED OURSELVES AS TO THESE ALLIGATIONS AND HAVE NO RECOLLECTION OF ANY CONVERSATIONS SEXUAL OR OTHERWISE WHICH WE FEEL MIGHT BE OFFENSIVE .

ON APRIL 16TH MR. LIBERTINI WENT OVER TO SPEAK TO FRAN ABOUT ANY PROBLEMS SHE MIGHT HAVE WITH HIS CREW . IF FRAN HAD CONCERNS ABOUT OVERHEARING OTHER'S CONVERSATIONS THIS WOULD HAVE BEEN THE TIME TO ADDRESS THOSE CONCERNS IN A PROFESSIONAL MANNER . SHE DID NOT. THE NEXT THING WE KNEW RALPH WAS BEING READ TO RIOT ACT IN AN EXTREMELY LOUD AND UNPROFESSIONAL MANNER. LATER THE SAME MORNING FRAN CAME OVER LOOKING FOR RALPH & WHEN SHE COULD NOT FIND HIM ASKED WITHIN THE HEARING OF ALL PRESENT : " WHERE IS THE FAT LITTLE BASTARD " .

WE FEEL THAT ANY DISCRIMINATION THAT HAS TAKEN PLACE HAS IN FACT BEEN BY HER. SHE HAS BEEN OFFENSIVE TO CRAFT AND MANAGEMENT ALIKE , TO THE POINT THAT THERE ARE PERSONNEL THAT ARE IN FEAR OF THEIR LIFE. { IT IS GENERALLY BELIEVED THAT SHE STILL CARRIES A LARGE KNIFE WHICH SHE HAS BEEN REPORTED TO HAVE WAVED IN FRONT OF SEVERAL PEOPLE. }

THIS IS NOT AN ACCEPTABLE WORKING CONDITION FOR ANYONE CONCERNED.

SINCERELY ,

*Carl E. Broyles*

CARL E. BROYLES C.O.T. NIGHT SHIFT S.C.C.

copies to : RALPH LIBERTINI
            MIKE PORTS

Att 4

Confidential-
Subject to Protective Order

V-DAR 01797