Frances M. Darcangelo
FMAC
4th Floor
99 Shawan Road
Cockeysville, Maryland   21030


Mary Belcastro
Bell Atlantic
3rd Floor
99 Shawan Road
Cockeysville, Maryland   21030


Certified # P 829 560 526

June 6, 1994

Dear Ms. Belcastro :


I am pleased to inform you that I am finally attempting to rectify the error I made in accepting my Quality Improvement Award on March 25, 1993.


It seems that your assessment of my personality shall follow me all the days of my FMAC life. On March 24, 1993, I should have simply and clearly refused to accept the award, instead of startling you with my candor.


A year later, my sins -- or at least Denis Bronis -- have found me out. Better late than never.


I remain,


Your humble goddamned lunatic,


*[Handwritten annotation:] Ms. Darcangelo's comment preceding this letter was that "if Nottingham presents me with a Quality Award, there will be blood on floor."*

V- DAR 00139