UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**STIPULATION AND AGREED MOTION TO MODIFY BRIEFING SCHEDULE
TO RESPOND TO DEFENDANT'S MOTIONS IN LIMINE**

Plaintiff, Francis Darcangelo, and Defendant, Verizon Maryland Inc., respectfully request that the Court enter a modified briefing schedule for the filing of opposition and reply briefs in response to Defendant's pending Motions in Limine (which were timely filed on March 14, 2005). Under this proposed schedule, Plaintiff will file responses to Defendant's motions in limine by March 31, 2005 and Defendant will file any replies in support of its motions in limine by April 21, 2005. The parties have amicably agreed to this schedule. A statement of Points and Authorities is annexed hereto.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve the modified briefing schedule and enter the Proposed Order filed herewith.

        Respectfully submitted,

        _____/s/_____
        Morris E. Fischer, Esq.
        Snider & Fischer, L.L.C.
        Md. Bar No. 26286
        104 Church Lane, Suite 201
        Baltimore, MD 21208
        P: (410) 653-9060
        F: (410) 653-9061

        _____/s/_____
        Karen M. Wahle, Bar No. 013658
        Ira H. Raphaelson, Bar No. 012849
        O'Melveny & Myers, LLP
        625 Eye Street, NW
        Washington, DC 20006-4001
        P: (202) 383-5300
        F: (202) 383-5414

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

## STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF STIPULATION AND AGREED MOTION TO MODIFY BRIEFING SCHEDULE TO RESPOND TO DEFENDANT'S MOTIONS IN LIMINE

1. In January 2005, Plaintiff and Defendant agreed to a pre-trial schedule under which motions in limine were due on March 14, 2005, response brief were due March 28, 2005 and replies were due on April 11, 2005.

2. Consistent with that schedule, Defendant filed five motions in limine on March 14, 2005, seeking to exclude various pieces of evidence and arguments at trial.

3. After being served with Defendant's motions in limine, Plaintiff's counsel requested from defense counsel an extension of time until March 31, 2005 to file responses to those motions. The new deadline would correspond to the deadline that would apply to response briefs under the Local Rules absent the parties' agreement.

4. Defense counsel agreed to the requested extension provided that the deadline for Defendant to submit reply briefs in further support of its motions in limine be extended to April 21, 2005.

Wherefore, for the foregoing reasons, counsel hereby stipulate and request that the Court enter an Order setting the deadline for Plaintiffs' responses to Defendant's motions in limine to be March 31, 2005 and setting the deadline for Defendant's reply briefs in support of those motions to be April 21, 2005.

Respectfully submitted,

_____/s/_____
Morris E. Fischer, Esq.
Snider & Fischer, L.L.C.
Md. Bar No. 26286
104 Church Lane, Suite 201
Baltimore, MD 21208
P: (410) 653-9060
F: (410) 653-9061


_____/s/_____
Karen M. Wahle, Bar No. 013658
Ira H. Raphaelson, Bar No. 012849
O'Melveny & Myers, LLP
625 Eye Street, NW
Washington, DC 20006-4001
P: (202) 383-5300
F: (202) 383-5414

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, | ) |
| Plaintiff, | ) |
| v. | ) No. WDQ-02-816 (Civ.) |
| VERIZON MARYLAND INC., | ) |
| Defendant, | ) |

**<u>ORDER</u>**

Upon consideration of the Stipulation and Agreed Motion to Modify Briefing Schedule to Respond to Defendant's Motions in Limine, it is hereby ordered on this _____ day of _____ 2005, that said motion is GRANTED. Plaintiff's responses to Defendant's motions in limine shall be due March 31, 2005 and Defendant's reply briefs in support of its motion in limine shall be due April 21, 2005.

_____
United States District Judge