UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

## OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO RESTRICT ARGUMENT REGARDING INDEPENDENT MEDICAL EXAMINATIONS

Plaintiff, through her counsel, Morris E. Fischer, Esq., hereby files this opposition to Defendant's Motion in Limine to Restrict Argument Regarding Independent Medical Examinations (IMEs).

Defendant argues that the independent medical examinations of Frances Darcangelo are unable to support a claim for disparate treatment because of *res judicata*. Rather than an extensive brief challenging such motion, upon reading Defendant's brief and studying the precedent's cited, Plaintiff no longer disputes this contention. Rather, Plaintiff intends to use these independent medical examinations as evidence that numerous IMEs demonstrate that Plaintiff was not an actual threat in the workplace and that Defendant was aware of such point. Defendant has made no argument against this usage of the independent medical examinations, and indeed recognizes in its Motion that "evidence regarding the independent medical examinations may be admissible under certain circumstances for limited purposes." Plaintiff's proposed usage of the

independent medical examinations for the purpose mentioned above qualifies as one of those "limited purposes."

                                              Respectfully Submitted,

                                              /s/
                                        _____
                                        Morris E. Fischer, Esq.
                                        MD: Bar No. 26286
                                        Snider & Fischer, LLC
                                        104 Church Lane
                                        Baltimore, Maryland 21208
                                        410-653-9060 phone
                                        410-653-9061 fax
                                        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

|  |  |  |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

## **ORDER**

Upon consideration of Defendant's Motion and Plaintiff's Opposition to Defendant's Motion in Limine to Bar evidence of Independent Medical Examinations set up and/or taken by Plaintiff, it is hereby ordered on this _____ day of _____ 2005, that said motion is hereby GRANTED IN PART AND DENIED IN PART. Said evidence is not admissible to demonstrate disparate treatment of the other claims, but is admissible for other limited purposes.

_____
United States District Judge