Grievance No. 1-24-94 (DU15M-149-94)          9/26/94
              1-23-94 (DU15M-150-94)
Second Step - Frances Darcangelo - Warning & Suspension

Union Representatives:            Company Representatives:
Maria Bury                        Jim Conrad
Bill Morley                       Mike Ports
Fran Darcangelo, Aggrieved

Maria:   My concern is Fran's behavior is erratic due to medical problems. Between ADA and FMLA - she needs to be worked with since it is out of her control.

Jim Conrad:   She must be accountable to at least notify us of her medicine changes, and her behavior has been erratic during her two years working for me. This isn't anything new. I would like to work with her, but she doesn't give us much chance. She was 1.5 hours late - was asked if she wanted to go home - she said no. We can't carry her out of here. We talked with Fran and Ray Bartock and asked her to work with us. She hasn't. She's flip all the time. She is accountable.

Maria:   To Fran: Use FMLA when your medicine is changed and stay out - see how you do! Don't jeopardize yourself.
         To Conrad: We need resolution of this at this step.

Jim Conrad:   We withdrew the suspension last year. She needs to get the message that she has to be responsible. I can only judge work performance. This is not one incident. It is a long history of disruption and I can't live with it any more.

Maria:   If she keeps you informed and works with you, how about a reduction in sentence with no additional problems. Rescind 4 hour suspension and pull warning from file in 6 months.

RECESS

Jim Conrad:   I think warning and suspension must stand. She must be accountable for her long chain of offensive behavior.

Maria:   Fran couldn't put her thoughts together and couldn't make a decision the night in question.

Jim Conrad:   I'm not a doctor and can only judge the behavior she presents. She can be very erratic, disrupts my workplace and performs poorly. I've sat down with her at least 8 times. I can't allow my center to be disrupted.

Fran:   I haven't changed my medication since 1990.

Page 2         Grievance No. 1-24-94 (DU15M-149-94)         9/26/94
                              1-23-94 (DU15M-150-94)

Jim Conrad:   One year ago your medicine was changed. Fran, you have to make us aware of changes in your life. She views us (management) as a bunch of idiots. We'll hold our position and won't rescind the letter of warning or suspension. Fran, you need to understand you are in jeopardy here - you won't work with us. When you go to Security, file grievances, call EEO, etc., it takes the manager out of the loop.

Fran:   About the warning letter in June, I went to my doctor and had my medicine changed since my surrounding co-workers thought I was acting erratic. I didn't think I would have a problem with changing medicines. After a week on Depakote, I had a toxic reaction and became non-functional.

Jim Conrad:   I deal with behaviors and performance.

Fran:   I took a logical response and had medicine changed. I didn't have the ability to make decisions. I can only remember some double vision and loss of bowel control. I was not functional - I was only capable of yes and no answers.

Maria:   Mental illness is rugged and we all can't be held accountable all the time if we are mentally ill. Maybe the company needs to be actively involved in making her aware of her problems when they arise.

Jim Conrad:   I won't ignore the problem like other managers have and do nothing. I feel it's in Fran's best interest for me to stand firm. Fran was "LES" in '93 and first quarter of '94. She's headed in the wrong direction and needs to turn it around. This is a serious matter and she needs to move forward.
   Working with me includes:
   - Tell me when your medicine changes.
   - Make me aware of problems before they arise.
   - Fran, we can't guess what's wrong-we need your input.

Fran:   I am not ignoring warnings. I try to meet the requirements and keep my job. I am trying daily to do better. I am not 100%. The drugs screwed me up in June and I wasn't aware of the changes in my behavior. I'll try again but I shouldn't be penalized for a toxic reaction to my medicines.

Maria:   We would like her reimbursed for 4 hours lost pay and removal of warning letter.

Jim Conrad:   I can't. She needs the wake up call. We will remove letter of warning on 12/1/94 if there are no further incidents.