# Vocational Consultants
### 1160 Spa Road, 1-B
### Annapolis, Md, 21403
410 974-8888   Fax 410 295-9190

Martin Kranitz, M.A., C.R.C., C.V.E.

March 8, 2001

## RESUME

### EMPLOYMENT:

### CURRENT:

1. <u>Vocational Evaluation and Counseling</u> - Help individuals assess their vocational potential and make decisions about what type of work they are able to do and interested in pursuing. The counseling uses a fairly structured, task-oriented approach which gives the client certain homework assignments and requires that they be done prior to the following session. This allows the client to gather important data and make decisions about future needs and goals. Vocational tests are administered as needed. These may include measures of intelligence, achievement, aptitude, interests, work samples, or personality. Occupational and/or wage surveys are also performed as needed - all information is generally presented in the form of a written report. Types of cases include, but are not limited to, Social Security, Personal Injury, Disability, Worker's Compensation, and Divorce.

2. <u>Vocational Expert</u> - I have qualified as a vocational expert for Social Security hearings in Maryland, Washington, D.C., Pennsylvania, and West Virginia - at federal and state of Maryland Worker's Compensation Commission, and in numerous circuit court settings around Maryland, including A.A., P.G., Mont., Baltimore City, and Baltimore County.

3. <u>Training Video Publisher/ Producer</u> - I have recently produced a training tape called "Preparing for your Social Security Hearing"( Feb 2001),designed to help SSA claimants become familiar with the hearing process.

4. <u>Consulting Work</u> - To Sheppard Pratt Hospital, Arundel Lodge, Providence Center, Anne Arundel Workshop, Bello Machre, Carroll County Advisory, RSA - Technical Advisory Staff, TASA - Technical Advisory Services to Attorneys, Training Services Associates, The Capital Newspaper, Hartford Insurance Company, Anne Arundel County Central Services Bureau, D.C. Department of Labor, Division of Vocational Rehabilitation, and numerous attorneys and insurance companies in Maryland, D.C., and N. VA.

1



EXHIBIT
Kranitz No. 12
ALW 3/28/03

5. <u>Separation and Divorce Mediation</u> - Help couples reach agreement concerning various issues such as division of property, child custody and visitations, child support, spousal support, education, tax considerations, budgets, etc.

6. <u>Trainer</u> - National Center for Mediation Education - train attorneys and mental health specialists in the skills and techniques of family mediation. MICPEL - Cross examination of Vocational Experts.

**EMPLOYMENT**

**PREVIOUS:**

1. <u>Assistant Professor</u> - Graduate program, Coppin State College, "Vocational Evaluation of the Handicapped" 1979-1980.

2. From March 1972 to October 1974, I was <u>Staff Psychologist</u> at the Melwood Horticultural Training Center, Inc., for the mentally retarded. I had the title of Supervisor of Supportive Services, directly responsible for three associates in Support services and indirectly responsible for the in-service training of the other 35 Melwood staff members. Responsibilities included: control and screening of potential students, evaluation and progress of accepted students, vocational and individual counseling of students, recommendation for change of program or placement, needed psychometric testing, parent counseling, program consultation, and staffing directorship. I set up or help set up training programs for the staff in: evaluation techniques, sex education, behavior modification, and survival academics for students. I also acted as liaison between the staff and the parents to resolve conflicts about students which had arisen.

3. From August 1970 to February 1972, I was working as <u>Chief Evaluator</u> for Baltimore Goodwill Industries, Inc., Rehabilitation Department. I was brought to BGI to set up a program, develop and direct a diagnostic vocational evaluation unit. This unit has been in existence for a number of years and has been known and respected evaluation unit throughout the State. Work responsibilities included: psychometric and work sample testing, on-the-job evaluation, vocational and personal counseling, report writing and chairing staff meetings. I supervised three people directly and six to ten others indirectly doing in-service training concerning evaluation and consultation for evaluation in other agencies.

4. Between September 1968 to August 1970, I was a <u>Pediatric Psychologist</u> working as part of an N.I.H. research project attached to Johns Hopkins Hospital and University. The work I was doing consisted of administering psychological tests to children from ages of four to eight. These tests included various standardized intelligence, achievement, and motor perception tests. These I scored, analyzed for pathology according to predetermined standards and wrote reports on those where

2

possible or probable pathology was in evidence. I also interviewed the children's mothers getting information concerning behavior and ability of the child, as well as family dynamics, and making specific recommendations where needed. During this time I published a paper on "Behavioral Characteristics of Twins", which was presented at the Johns Hopkins Hospital in March, 1970.

5. Summer of 1968 I was a <u>Clinician</u> working with autistic, mentally, socially, and emotionally retarded children. The work was carried on at the University of Maryland. The clinic was headed by Dr. Warren Johnson. The work entailed establishing a close relationship with the children assigned and aiding in the development of physical skills and emotional control through free play activities. A second part of the work required consultation with and counseling of the parents of the children to help them find activities, skills, and behaviors which were appropriate for the child. I was also involved that summer in a research program headed by Dr. Bruce Fretz, Ph.D. The work we did directly concerned the progress which was made by the children in the clinic. While participating in this research, I learned testing procedures, observation techniques, and computer assisted data analysis. For this work I received ten credits toward graduation in August.

## EDUCATION / CERTIFICATION

| | |
|---|---|
| 1964-68 | University of Maryland |
| | Degree - B.S., Psychology, August 1968 |
| 1969-71 | Towson State College |
| | Degree - M.S., Psychology, June, 1972 |
| 1979 | Certified Rehabilitation Counselor |
| 1984 | Certified Vocational Evaluator |
| 1991 | Certified Professional Counselor |

## MILITARY HISTORY

February 1964 to February 1966: U.S. Army Armor
Training-Armor Training Instructor

## TRAINING PROGRAMS GIVEN

- MICPEL - Vocational Expert cross examination for attorneys
- University of Baltimore Law School - guest lecturer
- National Center for Mediation Education - Family Mediation training to professionals (30 programs)
- Family Mediation Association - Mediation Trainer, National Level
- Melwood Horticultural Training Center
- Northern Virginia Training Center
- George Mason School
- Maryland Rehabilitation Counseling Association (two separate seminars)

3

## TRAINING RECEIVED

- Vocational Expert - Social Security Administration
- Harvard LAW School - Mediation Training Program
- Mediation Training (Basic) - FMA, Jim Coogler
- Advanced Mediation Training - John Haynes
- Divorce Law - Anne Arundel Community College
- Tax Implication of Divorce - Montgomery Community College
- Human Potential Seminar - Maryland Rehabilitation Association
- Vocational Evaluation Techniques - Chapel Hill, North Carolina
- Numerous Workshops on Various Disabilities
- Numerous workshops on Divorce - Micpel and other National organizations

## PUBLICATIONS

"Preparing for Your Social Security Hearing" - Training Video, Kranitz, Vocational Consultants - 2001
"Getting Apart Together" - Kranitz - Impact Publishers - 1987
"Starting Your Own Practice: A Workbook" - Grebe, Kranitz, and Crockett, Casamar Publishers - 1985
"Co-Mediation: Pros and Cons" - Kranitz - Aspen Press - 1985

## PROFESSIONAL ORGANIZATIONS

- Maryland Rehabilitation Association - Board of Directors (past)
- Maryland Rehabilitation Counseling Association - Past President
- Vocational Evaluation and Work Adjustment Association - Past President
- National Rehabilitation Association
- Maryland Rehabilitation Association - Secretary, Board Member at Large
- National Center for Mediation Education - Director