Page 10

1   I've handed you what's been marked as
2   Kranitz Exhibit 1, can you identify that document for
3   me, please?
4       A.  It is a copy of the report that I've
5   prepared for Mr. Burkhardt.
6       Q.  Why don't you look at that one, the one
7   with the sticker on it. And show me -- is there
8   somewhere in the report where you list what you
9   believe to be the essential functions of her job?
10      A.  Yes, page 2, top paragraph, bottom of the
11  paragraph, right above the line. She worked in a
12  control center using remote sensors, remote control
13  equipment to help the telephone company run smoothly,
14  monitored the equipment road code.
15      Q.  What is your understanding of her job
16  functions based on?
17      A.  Both the way she described the job to me
18  during the interview and some research I did in job
19  descriptions in the DOT dictionary of occupational
20  titles.
21      Q.  Tell me about that research.
22      A.  Well, I looked up the job to see if what
23  she described was consistent with what appeared to be
24  consistent with the description in the DOT.
25      Q.  What did you look up?

Page 11

1  A. I would have looked up a DOT code
2  N22281014, as you can see below the line on the same
3  page is a description of a particular job in a
4  telephone control center.
5  Q. Is this something you have in a book or on
6  a computer or --
7  A. Both.
8  Q. So how did you look it up in this case?
9  A. On the computer.
10  Q. Using the job title, when you type in the
11  job title, how does it work?
12  A. Yes, you can type in the job title, if
13  there is only one it will give you just the one job,
14  if there are a number of jobs of a similar sort, the
15  computer will give you a number of jobs and then you
16  can review the various descriptions to see which one
17  comes closest. The DOT is a publication of the
18  Bureau of Labor Statistics which has compounded the
19  information for 40 or 50 years, updating it
20  periodically.
21  Q. What did you do in this instance?
22  A. In this instance I met with Ms. Darcangelo
23  and went through a clinical interview and gathered
24  information.
25  Q. No, I'm just talking about this one --

Page 12

1  A.  And then at the point at which I was
2  starting to do the research I typed in what I thought
3  was a job occupational title and looked at the
4  various job descriptions.
5  Q.  Did you type -- was it central office
6  technician, was that the title you typed in?
7  A.  I don't remember, I don't remember. It
8  may have been.
9  Q.  Do you recall whether there were multiple
10  descriptions and you selected one or there was just
11  one, do you remember?
12  A.  My belief is there were multiple
13  descriptions.
14  Q.  And you picked the one that was closest to
15  her description that she gave you orally in the
16  interview?
17  A.  As close as I can tell, yes.
18  Q.  Were there any other sources for the
19  information that you have for your opinion about what
20  her job functions were other than your interview of
21  her and the job listing from the DOT manual that you
22  have on pages 2 and 3 of your report, Exhibit 1?
23  A.  Not in terms of job function. In terms of
24  job title I believe that a couple of the reports that
25  I read may have mentioned a job title in what I read.

1  Q. What kind of work is that you have
2  done previously and in which you have
3  interpreted GAF scores that way, taken the GAF
4  score and drawn a conclusion about ability to
5  work from it?
6  A. Approximately on average five times a
7  week for the last 20 years; I testified for
8  Social Security, continue to testify for Social
9  Security Administration.
10     In a fairly large proportion of those
11 cases, we have people with psychiatric,
12 emotional conditions who have GAF ratings.
13     It is not at all unusual when I'm
14 being questioned by the judge to be given a GAF
15 rating and/or from the attorney to be given a
16 GAF rating and asked to, for my opinion about
17 the ability to work based on limitations
18 described in the GAF rating as a function of
19 their relationship to work.
20  Q. All right.
21  A. So the answer is regularly and often.
22  Q. Now you have put out a video about how
23 to handle your Social Security hearing. I can't
24 remember the name of it.
25     Tell us the --

Page 31

1  understand it, if there had been some accommodations
2  made and parenthetically, I don't know that there
3  weren't, since I don't have any access to those
4  records, that she might have been more successful on
5  the job had those accommodations — had
6  accommodations been made, if they were not made.
7      Q.  Okay. What accommodations do you think
8  could have assisted her in being more successful on
9  the job?
10     A.  Well, this is largely based on what I got
11 from her.
12     Q.  Okay.
13     A.  That if she had been allowed more space, a
14 place to work away from other people then she would
15 have felt more comfortable. In my own opinion, if
16 there had been some more education and sensitivity
17 training done with coworkers and supervisors to
18 understand her condition, again it may be that she
19 would have been more successful.
20     Q.  Anything else?
21     A.  Nothing that comes to mind.
22     Q.  All right. So she told you that she would
23 have felt more comfortable and maybe done better if
24 she had more space physically; is that --
25     A.  More isolation rather than space, I don't

Page 32

1  think she needed a larger work area, she needed to be
2  away from coworkers more.
3     Q.  Okay. And did you take that at face value
4  or have you analyzed that in some way in order to
5  come to your conclusion that that would have been an
6  accommodation that would have helped her?
7     A.  Well, to the extent that there was some
8  type of administrative activity that indeed removed a
9  particular, if this is accurate, a particular
10 employee's desk from the near location of her own, I
11 mean listing at that level, the other part -- the
12 opinion is based on working in this field for a
13 number of years and dealing with other people with
14 similar disorders and understanding that a large part
15 of the population general quote normal population
16 doesn't always understand people with emotional
17 disabilities and doesn't always give them the
18 flexibility that they need in order to perform
19 adequately. It is a generic response, not a specific
20 response to this situation.
21    Q.  So you're talking the area of sensitivity
22 training at this point?
23    A.  Yes.
24    Q.  Let's go back to this, her requiring more
25 isolation. Is it your opinion that she would have