UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**<u>NOTICE OF MAILING OF HARD COPY OF MOTION</u>**

Plaintiff, through her counsel, Morris E. Fischer, Esq., hereby files notice of lengthy motion, its opposition to Defendant's Motion in Limine to exclude testimony of Martin Kranitz. Plaintiff will file a hard copy within 24 hours of electronic filing.

                                                    Respectfully Submitted,

                                                  /s/
                                                  _____

                                                  Morris E. Fischer, Esq
                                                  MD: Bar No. 26286
                                                  Snider & Fischer, LLC
                                                  104 Church Lane
                                                  Baltimore, Maryland 21209
                                                  410-653-9060 phone
                                                  410-653-9061 fax
                                                  Attorneys for Plaintiff