IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>       Plaintiff,<br><br>   v.<br><br>VERIZON MARYLAND INC.,<br><br>       Defendant. | No. WDQ-02-816 (Civ.) |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Defendant Verizon Maryland Inc.

I certify that I am admitted to practice in this court.


Dated: April 6, 2005

          _____/s/_____
          Shannon Barrett, Bar No. 016410
          O'MELVENY & MYERS LLP
          1625 Eye Street, N.W.
          Washington, D.C.  20006
          (202) 383-5300
          (202) 383-5414 (facsimile)

          Counsel for Defendant
          Verizon Maryland Inc.