UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. WDQ-02-816 (Civ.) |
| ) | |
| VERIZON MARYLAND, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant, ) | |

**AMENDED OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF MARTIN KRANITZ**

Plaintiff, through her counsel, Morris E. Fischer, Esq., hereby files this amended opposition to Defendant's Motion in Limine to exclude the expert testimony of Martin Kranitz and states as follows.

Plaintiff stands by everything previously argued in his original opposition submitted to the Court on March 31, 2004, with one clarification. Namely, Plaintiff accepts the Defendant's position that Dr. Kranitz is not qualified to testify regarding Plaintiff's alleged disability, to the extent of rendering a medical or psychological diagnosis. However, he is qualified to render an opinion regarding Plaintiff's inability to work at a broad class of jobs, based upon the diagnoses of qualified medical providers and experts. This is precisely that which Dr. Kranitz is called upon to do at trial.

In addition, since the date of Plaintiff's original opposition, through Court order, Plaintiff substituted his medical expert by the April 7th deadline (which was changed via stipulation to April 8th, 2005). Plaintiff's new expert submitted a timely report. Dr.

1

Kranitz, should have the opportunity to review that report and incorporate it as part of the records relied upon in formulating his opinion.

However, should the Defendant argue against providing Dr. Kranitz that opportunity, nonetheless, Plaintiff does not concede that he is unqualified to render an opinion regarding Plaintiff's limited life activity of working a broad class of jobs. For reasons stated in the original opposition, Dr. Kranitz was given a thorough deposition and issued a report. All points Defendant raises regarding Dr. Kranitz on this issue involve credibility issues for the jury.

Respectfully Submitted,

/s/
_____
Morris E. Fischer, Esq.
MD: Bar No. 26286
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21208
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. WDQ-02-816 (Civ.) |
| | ) | |
| VERIZON MARYLAND, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Motion and Plaintiff's Opposition to Defendant's Motion in Limine to Bar testimony of Martin Kranitz, it is hereby ordered on this _____ day of _____ 2005, that said motion is hereby GRANTED IN PART AND DENIED IN PART.  Dr. Martin Kranitz is hereby permitted to testify with respect to: (a) his professional opinion as to evaluating Plaintiff's vocational abilities; and (b) Verizon's failure to provide reasonable accommodation.  Dr. Kranitz may consider the later April, 2005 medical expert's report in testifying at trial.

_____
United States District Judge