UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND


FRANCES DARCANGELO,         )
         )
     Plaintiff,        )
         )
    v.         )     No. WDQ-02-816 (Civ.)
         )
VERIZON MARYLAND, INC.,         )
         )
         )
         )
     Defendant,        )


**NOTICE OF MAILING OF HARD COPY OF MOTION**


Plaintiff, through her counsel, Morris E. Fischer, Esq., hereby files notice of

lengthy motion.  Plaintiff will file a hard copy within 24 hours of electronic filing.



Respectfully Submitted,


/s/

_____
Morris E. Fischer, Esq
MD: Bar No. 26286
Snider & Fischer, LLC
104 Church Lane
Baltimore, Maryland 21209
410-653-9060 phone
410-653-9061 fax
Attorneys for Plaintiff