EXHIBIT III

PENSION BAND TABLE

| Pension Band | Effective 10/01/98 | Effective 10/01/99 | Effective 07/01/00 |
|---|---|---|---|
| 101 | $25.52 | $26.54 | $27.34 |
| 102 | $26.59 | $27.65 | $28.48 |
| 103 | $27.66 | $28.77 | $29.63 |
| 104 | $28.74 | $29.89 | $30.79 |
| 105 | $29.82 | $31.01 | $31.94 |
| 106 | $30.91 | $32.15 | $33.11 |
| 107 | $31.98 | $33.26 | $34.26 |
| 108 | $33.05 | $34.37 | $35.40 |
| 109 | $34.16 | $35.53 | $36.60 |
| 110 | $35.21 | $36.62 | $37.72 |
| 111 | $36.31 | $37.76 | $38.89 |
| 112 | $37.36 | $38.85 | $40.02 |
| 113 | $38.44 | $39.98 | $41.18 |
| 114 | $39.53 | $41.11 | $42.34 |
| 115 | $40.59 | $42.21 | $43.48 |
| 116 | $41.68 | $43.35 | $44.65 |
| 117 | $42.73 | $44.44 | $45.77 |
| 118 | $43.83 | $45.58 | $46.95 |
| 119 | $44.91 | $46.71 | $48.11 |
| 120 | $45.98 | $47.82 | $49.25 |
| 121 | $47.04 | $48.92 | $50.39 |
| 122 | $48.14 | $50.07 | $51.57 |
| 123 | $49.20 | $51.17 | $52.71 |
| 124 | $50.28 | $52.29 | $53.86 |
| 125 | $51.36 | $53.41 | $55.01 |
| 126 | $52.42 | $54.52 | $56.16 |
| 127 | $53.52 | $55.66 | $57.33 |
| 128 | $54.58 | $56.76 | $58.46 |
| 129 | $55.67 | $57.90 | $59.64 |
| 130 | $56.72 | $58.99 | $60.76 |
| 131 | $57.84 | $60.15 | $61.95 |
| 132 | $58.91 | $61.27 | $63.11 |
| 133 | $59.98 | $62.38 | $64.25 |
| 134 | $61.07 | $63.51 | $65.42 |
| 135 | $62.11 | $64.59 | $66.53 |

V-DAR 01584