## Mid Atlantic Associate Pension Band Amount Table

| PB | Current | Temporary Q4 2003 | 1/1/2004 - 10/31/2004 | November 1 2004 | October 1 2005 | October 1 2006 | October 1 2007 |
|---|---|---|---|---|---|---|---|
| 101 | $31.36 | $32.93 | $31.36 | $31.99 | $32.95 | $33.94 | $34.96 |
| 102 | $32.66 | $34.29 | $32.66 | $33.31 | $34.31 | $35.34 | $36.40 |
| 103 | $33.98 | $35.68 | $33.98 | $34.66 | $35.70 | $36.77 | $37.87 |
| 104 | $35.31 | $37.08 | $35.31 | $36.02 | $37.10 | $38.21 | $39.36 |
| 105 | $36.63 | $38.46 | $36.63 | $37.36 | $38.48 | $39.63 | $40.82 |
| 106 | $37.97 | $39.87 | $37.97 | $38.73 | $39.89 | $41.09 | $42.32 |
| 107 | $39.28 | $41.24 | $39.28 | $40.07 | $41.27 | $42.51 | $43.79 |
| 108 | $40.59 | $42.62 | $40.59 | $41.40 | $42.64 | $43.92 | $45.24 |
| 109 | $41.96 | $44.06 | $41.96 | $42.80 | $44.08 | $45.40 | $46.76 |
| 110 | $43.25 | $45.41 | $43.25 | $44.12 | $45.44 | $46.80 | $48.20 |
| 111 | $44.58 | $46.81 | $44.58 | $45.47 | $46.83 | $48.23 | $49.68 |
| 112 | $45.88 | $48.17 | $45.88 | $46.80 | $48.20 | $49.65 | $51.14 |
| 113 | $47.22 | $49.58 | $47.22 | $48.16 | $49.60 | $51.09 | $52.62 |
| 114 | $48.55 | $50.98 | $48.55 | $49.52 | $51.01 | $52.54 | $54.12 |
| 115 | $49.85 | $52.34 | $49.85 | $50.85 | $52.38 | $53.95 | $55.57 |
| 116 | $51.19 | $53.75 | $51.19 | $52.21 | $53.78 | $55.39 | $57.05 |
| 117 | $52.48 | $55.10 | $52.48 | $53.53 | $55.14 | $56.79 | $58.49 |
| 118 | $53.84 | $56.53 | $53.84 | $54.92 | $56.57 | $58.27 | $60.02 |
| 119 | $55.17 | $57.93 | $55.17 | $56.27 | $57.96 | $59.70 | $61.49 |
| 120 | $56.47 | $59.29 | $56.47 | $57.60 | $59.33 | $61.11 | $62.94 |
| 121 | $57.78 | $60.67 | $57.78 | $58.94 | $60.71 | $62.53 | $64.41 |
| 122 | $59.13 | $62.09 | $59.13 | $60.31 | $62.12 | $63.98 | $65.90 |
| 123 | $60.44 | $63.46 | $60.44 | $61.65 | $63.50 | $65.41 | $67.37 |
| 124 | $61.76 | $64.85 | $61.76 | $63.00 | $64.89 | $66.84 | $68.85 |
| 125 | $63.08 | $66.23 | $63.08 | $64.34 | $66.27 | $68.26 | $70.31 |
| 126 | $64.40 | $67.62 | $64.40 | $65.69 | $67.66 | $69.69 | $71.78 |
| 127 | $65.74 | $69.03 | $65.74 | $67.05 | $69.06 | $71.13 | $73.26 |
| 128 | $67.03 | $70.38 | $67.03 | $68.37 | $70.42 | $72.53 | $74.71 |
| 129 | $68.38 | $71.80 | $68.38 | $69.75 | $71.84 | $74.00 | $76.22 |
| 130 | $69.67 | $73.15 | $69.67 | $71.06 | $73.19 | $75.39 | $77.65 |
| 131 | $71.03 | $74.58 | $71.03 | $72.45 | $74.62 | $76.86 | $79.17 |
| 132 | $72.36 | $75.98 | $72.36 | $73.81 | $76.02 | $78.30 | $80.65 |
| 133 | $73.66 | $77.34 | $73.66 | $75.13 | $77.38 | $79.70 | $82.09 |
| 134 | $75.00 | $78.75 | $75.00 | $76.50 | $78.80 | $81.16 | $83.59 |
| 135 | $76.28 | $80.09 | $76.28 | $77.81 | $80.14 | $82.54 | $85.02 |