**DISTRICT 2 – POTOMAC**  **EFFECTIVE AUGUST 7, 2005**

## WAGE SCHEDULE: 01
### Cable Splicing Technician, Central Office Technician, Master Automotive Equipment Technician, Master Buildings Equipment Mechanic, Material Systems Technician, Systems Technician

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $462.00 | | $447.50 | |
| 6 Mos. | 6 Mos. | $517.00 | $55.00 | $501.50 | $54.00 |
| 12 Mos. | 6 Mos. | $580.00 | $63.00 | $563.00 | $61.50 |
| 18 Mos. | 6 Mos. | $650.50 | $70.50 | $632.00 | $69.00 |
| 24 Mos. | 6 Mos. | $729.00 | $78.50 | $709.00 | $77.00 |
| 30 Mos. | 6 Mos. | $816.50 | $87.50 | $795.50 | $86.50 |
| 36 Mos. | 6 Mos. | $915.50 | $99.00 | $893.50 | $98.00 |
| 42 Mos. | 6 Mos. | $1,025.50 | $110.00 | $1,002.50 | $109.00 |
| 48 Mos. (Maximum) | | $1,149.50 | $124.00 | $1,125.00 | $122.50 |
| **Pension Band** | | **121** | | **120** | |

## WAGE SCHEDULE: 02
### OUTSIDE PLANT TECHNICIAN, SERVICES TECHNICIAN

| WAGE STEP | NEXT INCREASE INTERVAL | ZONE LOCALITY WAGE GROUP A | INCREASE AMOUNT | ZONE LOCALITY WAGE GROUP B | INCREASE AMOUNT |
|---|---|---|---|---|---|
| Start | 6 Mos. | $457.00 | | $439.50 | |
| 6 Mos. | 6 Mos. | $510.50 | $53.50 | $492.00 | $52.50 |
| 12 Mos. | 6 Mos. | $569.50 | $59.00 | $550.50 | $58.50 |
| 18 Mos. | 6 Mos. | $635.50 | $66.00 | $616.00 | $65.50 |
| 24 Mos. | 6 Mos. | $710.50 | $75.00 | $689.50 | $73.50 |
| 30 Mos. | 6 Mos. | $792.50 | $82.00 | $771.50 | $82.00 |
| 36 Mos. | 6 Mos. | $885.50 | $93.00 | $862.50 | $91.00 |
| 42 Mos. | 6 Mos. | $989.50 | $104.00 | $964.50 | $102.00 |
| 48 Mos. (Maximum) | | $1,103.50 | $114.00 | $1,080.00 | $115.50 |
| **Pension Band** | | **119** | | **118** | |