

# U.S. Decennial Life Tables for 1989-91

Volume II, State Life Tables Number 39, Pennsylvania

From the CENTERS FOR DISEASE CONTROL AND PREVENTION/National Center for Health Statistics





U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Centers for Disease Control and Prevention
National Center for Health Statistics



Table 5. Life table for white females: Pennsylvania, 1989-91

| Age in years — Period of life between two exact ages stated (1) x to x+1 | Proportion dying — Proportion of persons alive at beginning of year of age dying during year (2) $q_x$ | Of 100,000 born alive | | In year of age (5) $L_x$ | Stationary population — In this year of age and all subsequent years (6) $T_x$ | Average remaining lifetime — Average number of years of life remaining at beginning of year of age (7) $\overset{\circ}{e}_x$ |
|---|---|---|---|---|---|---|
| | | Number living at beginning of year of age (3) $l_x$ | Number dying during year of age (4) $d_x$ | | | |
| 0-1 | .00665 | 100,000 | 665 | 99,455 | 7,927,526 | 79.28 |
| 1-2 | .00044 | 99,335 | 44 | 99,313 | 7,828,071 | 78.80 |
| 2-3 | .00030 | 99,291 | 30 | 99,276 | 7,728,758 | 77.84 |
| 3-4 | .00025 | 99,261 | 25 | 99,248 | 7,629,482 | 76.86 |
| 4-5 | .00020 | 99,236 | 20 | 99,226 | 7,530,234 | 75.88 |
| 5-6 | .00019 | 99,216 | 19 | 99,206 | 7,431,008 | 74.90 |
| 6-7 | .00017 | 99,197 | 16 | 99,189 | 7,331,802 | 73.91 |
| 7-8 | .00015 | 99,181 | 16 | 99,173 | 7,232,613 | 72.92 |
| 8-9 | .00014 | 99,165 | 13 | 99,158 | 7,133,440 | 71.93 |
| 9-10 | .00012 | 99,152 | 12 | 99,146 | 7,034,282 | 70.94 |
| 10-11 | .00011 | 99,140 | 11 | 99,134 | 6,935,136 | 69.95 |
| 11-12 | .00011 | 99,129 | 11 | 99,123 | 6,836,002 | 68.96 |
| 12-13 | .00013 | 99,118 | 13 | 99,112 | 6,736,879 | 67.97 |
| 13-14 | .00016 | 99,105 | 16 | 99,096 | 6,637,767 | 66.98 |
| 14-15 | .00022 | 99,089 | 22 | 99,078 | 6,538,671 | 65.99 |
| 15-16 | .00027 | 99,067 | 26 | 99,054 | 6,439,593 | 65.00 |
| 16-17 | .00032 | 99,041 | 32 | 99,025 | 6,340,539 | 64.02 |
| 17-18 | .00036 | 99,009 | 36 | 98,991 | 6,241,514 | 63.04 |
| 18-19 | .00038 | 98,973 | 38 | 98,954 | 6,142,523 | 62.06 |
| 19-20 | .00040 | 98,935 | 39 | 98,916 | 6,043,569 | 61.09 |
| 20-21 | .00041 | 98,896 | 40 | 98,877 | 5,944,653 | 60.11 |
| 21-22 | .00042 | 98,856 | 42 | 98,835 | 5,845,776 | 59.13 |
| 22-23 | .00043 | 98,814 | 42 | 98,793 | 5,746,941 | 58.15 |
| 23-24 | .00045 | 98,772 | 45 | 98,749 | 5,648,148 | 57.18 |
| 24-25 | .00046 | 98,727 | 46 | 98,705 | 5,549,399 | 56.21 |
| 25-26 | .00047 | 98,682 | 46 | 98,660 | 5,450,694 | 55.23 |
| 26-27 | .00048 | 98,636 | 47 | 98,612 | 5,352,034 | 54.26 |
| 27-28 | .00050 | 98,589 | 50 | 98,564 | 5,253,422 | 53.29 |
| 28-29 | .00052 | 98,539 | 51 | 98,513 | 5,154,858 | 52.31 |
| 29-30 | .00055 | 98,488 | 54 | 98,461 | 5,056,345 | 51.34 |
| 30-31 | .00058 | 98,434 | 57 | 98,406 | 4,957,884 | 50.37 |
| 31-32 | .00061 | 98,377 | 60 | 98,347 | 4,859,478 | 49.40 |
| 32-33 | .00064 | 98,317 | 63 | 98,285 | 4,761,131 | 48.43 |
| 33-34 | .00068 | 98,254 | 66 | 98,222 | 4,662,846 | 47.46 |
| 34-35 | .00072 | 98,188 | 70 | 98,152 | 4,564,624 | 46.49 |
| 35-36 | .00077 | 98,118 | 76 | 98,080 | 4,466,472 | 45.52 |
| 36-37 | .00082 | 98,042 | 80 | 98,002 | 4,368,392 | 44.56 |
| 37-38 | .00089 | 97,962 | 87 | 97,919 | 4,270,390 | 43.59 |
| 38-39 | .00096 | 97,875 | 94 | 97,828 | 4,172,471 | 42.63 |
| 39-40 | .00103 | 97,781 | 101 | 97,731 | 4,074,643 | 41.67 |
| 40-41 | .00112 | 97,680 | 109 | 97,626 | 3,976,912 | 40.71 |
| 41-42 | .00122 | 97,571 | 119 | 97,512 | 3,879,287 | 39.76 |
| 42-43 | .00134 | 97,452 | 130 | 97,387 | 3,781,775 | 38.81 |
| 43-44 | .00148 | 97,322 | 145 | 97,249 | 3,684,388 | 37.86 |
| 44-45 | .00166 | 97,177 | 161 | 97,097 | 3,587,139 | 36.91 |
| 45-46 | .00189 | 97,016 | 183 | 96,924 | 3,490,042 | 35.97 |
| 46-47 | .00214 | 96,833 | 207 | 96,729 | 3,393,118 | 35.04 |
| 47-48 | .00240 | 96,626 | 232 | 96,509 | 3,296,389 | 34.12 |
| 48-49 | .00265 | 96,394 | 256 | 96,266 | 3,199,880 | 33.20 |
| 49-50 | .00290 | 96,138 | 279 | 95,999 | 3,103,614 | 32.28 |
| 50-51 | .00319 | 95,859 | 306 | 95,706 | 3,007,615 | 31.38 |
| 51-52 | .00354 | 95,553 | 338 | 95,383 | 2,911,909 | 30.47 |
| 52-53 | .00392 | 95,214 | 373 | 95,028 | 2,816,526 | 29.58 |
| 53-54 | .00431 | 94,841 | 408 | 94,637 | 2,721,498 | 28.70 |
| 54-55 | .00472 | 94,433 | 446 | 94,210 | 2,626,861 | 27.82 |

Table 6. Life table for white females: Pennsylvania, 1989-91—Con.

| Age in years | Proportion dying | Of 100,000 born alive | | Stationary population | | Average remaining lifetime |
|---|---|---|---|---|---|---|
| Period of life between two exact ages stated (1) | Proportion of persons alive at beginning of year of age dying during year (2) | Number living at beginning of year of age (3) | Number dying during year of age (4) | In year of age (5) | In this year of age and all subsequent years (6) | Average number of years of life remaining at beginning of year of age (7) |
| x to x+1 | $q_x$ | $l_x$ | $d_x$ | $L_x$ | $T_x$ | $\mathring{e}_x$ |
| 55–56 | .00517 | 93,987 | 486 | 93,745 | 2,532,651 | 26.95 |
| 56–57 | .00567 | 93,502 | 531 | 93,236 | 2,438,906 | 26.08 |
| 57–58 | .00627 | 92,971 | 583 | 92,680 | 2,345,670 | 25.23 |
| 58–59 | .00697 | 92,388 | 644 | 92,066 | 2,252,990 | 24.39 |
| 59–60 | .00772 | 91,744 | 708 | 91,390 | 2,160,924 | 23.55 |
| 60–61 | .00848 | 91,036 | 772 | 90,650 | 2,069,634 | 22.73 |
| 61–62 | .00925 | 90,264 | 835 | 89,846 | 1,978,884 | 21.92 |
| 62–63 | .01007 | 89,429 | 901 | 88,979 | 1,889,038 | 21.12 |
| 63–64 | .01109 | 88,528 | 973 | 88,042 | 1,800,059 | 20.33 |
| 64–65 | .01209 | 87,555 | 1,053 | 87,028 | 1,712,017 | 19.55 |
| 65–66 | .01311 | 86,502 | 1,135 | 85,935 | 1,624,989 | 18.79 |
| 66–67 | .01428 | 85,367 | 1,217 | 84,758 | 1,539,054 | 18.03 |
| 67–68 | .01554 | 84,150 | 1,308 | 83,496 | 1,454,296 | 17.28 |
| 68–69 | .01701 | 82,842 | 1,409 | 82,138 | 1,370,800 | 16.55 |
| 69–70 | .01870 | 81,433 | 1,523 | 80,671 | 1,288,662 | 15.82 |
| 70–71 | .02058 | 79,910 | 1,644 | 79,088 | 1,207,991 | 15.12 |
| 71–72 | .02265 | 78,266 | 1,773 | 77,379 | 1,128,903 | 14.42 |
| 72–73 | .02496 | 76,493 | 1,910 | 75,538 | 1,051,524 | 13.75 |
| 73–74 | .02749 | 74,583 | 2,050 | 73,558 | 975,985 | 13.09 |
| 74–75 | .03021 | 72,533 | 2,191 | 71,438 | 902,427 | 12.44 |
| 75–76 | .03311 | 70,342 | 2,329 | 69,177 | 830,989 | 11.81 |
| 76–77 | .03627 | 68,013 | 2,467 | 66,780 | 761,812 | 11.20 |
| 77–78 | .03966 | 65,546 | 2,612 | 64,240 | 695,032 | 10.60 |
| 78–79 | .04400 | 62,934 | 2,769 | 61,550 | 630,792 | 10.02 |
| 79–80 | .04876 | 60,165 | 2,934 | 58,698 | 569,242 | 9.46 |
| 80–81 | .05418 | 57,231 | 3,100 | 55,681 | 510,544 | 8.92 |
| 81–82 | .06011 | 54,131 | 3,254 | 52,504 | 454,863 | 8.40 |
| 82–83 | .06645 | 50,877 | 3,381 | 49,186 | 402,359 | 7.91 |
| 83–84 | .07307 | 47,496 | 3,471 | 45,761 | 353,173 | 7.44 |
| 84–85 | .08012 | 44,025 | 3,527 | 42,261 | 307,412 | 6.98 |
| 85–86 | .08775 | 40,498 | 3,554 | 38,721 | 265,151 | 6.55 |
| 86–87 | .09888 | 36,944 | 3,671 | 35,159 | 226,430 | 6.13 |
| 87–88 | .10653 | 33,273 | 3,555 | 31,595 | 191,271 | 5.75 |
| 88–89 | .11718 | 29,818 | 3,494 | 28,071 | 159,676 | 5.36 |
| 89–90 | .12876 | 26,324 | 3,390 | 24,628 | 131,605 | 5.00 |
| 90–91 | .14214 | 22,934 | 3,260 | 21,305 | 106,977 | 4.66 |
| 91–92 | .15719 | 19,674 | 3,092 | 18,128 | 85,672 | 4.35 |
| 92–93 | .17254 | 16,582 | 2,861 | 15,151 | 67,544 | 4.07 |
| 93–94 | .18738 | 13,721 | 2,571 | 12,435 | 52,393 | 3.82 |
| 94–95 | .20204 | 11,150 | 2,253 | 10,024 | 39,958 | 3.58 |
| 95–96 | .21737 | 8,897 | 1,934 | 7,930 | 29,934 | 3.36 |
| 96–97 | .23434 | 6,963 | 1,631 | 6,148 | 22,004 | 3.16 |
| 97–98 | .25091 | 5,332 | 1,338 | 4,662 | 15,856 | 2.97 |
| 98–99 | .26715 | 3,994 | 1,067 | 3,461 | 11,194 | 2.80 |
| 99–100 | .28318 | 2,927 | 829 | 2,512 | 7,733 | 2.64 |
| 100–101 | .30017 | 2,098 | 630 | 1,783 | 5,221 | 2.49 |
| 101–102 | .31818 | 1,468 | 467 | 1,235 | 3,438 | 2.34 |
| 102–103 | .33727 | 1,001 | 338 | 832 | 2,203 | 2.20 |
| 103–104 | .35750 | 663 | 237 | 545 | 1,371 | 2.07 |
| 104–105 | .37896 | 426 | 161 | 346 | 826 | 1.94 |
| 105–106 | .40169 | 265 | 107 | 211 | 480 | 1.81 |
| 106–107 | .42579 | 158 | 67 | 125 | 269 | 1.70 |
| 107–108 | .45134 | 91 | 41 | 70 | 144 | 1.59 |
| 108–109 | .47842 | 50 | 24 | 38 | 74 | 1.48 |
| 109–110 | .50712 | 26 | 13 | 20 | 36 | 1.38 |