## Morris Fischer

**From:** Dye, Martha [MDye@OMM.com]
**Sent:** Thursday, November 11, 2004 11:03 AM
**To:** morrisfischer@cavtel.net
**Subject:** Darcangelo proposed pretrial dates

Per our discussion earlier today, below is a proposed schedule for pretrial matters in the Darcangelo case. Please contact me to discuss:

| Date | Event |
|---|---|
| 12/30/04 | plaintiff corrects previously identified deficiencies with exhibits |
| 1/31/05 | defendant provides deposition counter-designations |
| 2/14/05 | parties exchange objections to deposition designations and exhibits |
| 2/28/05 | plaintiff identifies facts from pretrial order to which she will stipulate |
| 3/14/05 | motions in limine to exclude evidence (other than witnesses) |
| 3/28/05 | oppositions to motions in limine |
| 4/11/05 | motion in limine reply briefs |
| 4/18/05 | parties exchange demonstrative exhibits |
| 4/25/05 | parties exchange objections to demonstrative exhibits |
| 5/2/05 | parties exchange final witness and exhibit lists and order of witnesses |

**Martha Dye, Esq.**
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
202-383-5271 (phone)
202-383-5414 (fax)
mdye@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**Morris Fischer**

---

From: Morris Fischer
Sent: Wednesday, January 12, 2005 4:48 PM
To: 'sbarrett@omm.com'
Subject: Darcangelo

Mr. Barrett,

    Allow me to introduce myself. Morris Fischer, the attorney representing Darcangelo against Verizon. I understand that you're taking this case over from Martha.

    Before she went on leave, Martha sent me a pre-trial schedule with various dates for completion. See annexed for this schedule. I told Martha that before I could consent to all the dates, I needed to review it and consider all factors. In the meantime, for simplicity sake, the first deadline fell on me on December 31, 2004 and our office met that deadline.

    After we've had a chance to review the schedule, there are two deadlines towards the end that we'd like to reschedule.

4/25/05- Parties exchange objections to demonstrative evidence, change to 5/3/05

5/2/05- Paties exchange final witness and exhibit lists and order of witnesses, change to 5/9/05.

    If you have any issue regarding this, please let me know immediately. Otherwise we assume that both sides agree to the remaining schedule with those changes.

Morris Fischer
Snider & Fischer, LLC
410-653-9060

## Morris Fischer

**From:** Barrett, Shannon [SBarrett@OMM.com]
**Sent:** Monday, March 28, 2005 1:42 PM
**To:** Morris Fischer
**Subject:** RE: Dr. Anderson

No, we agree that the deadline for final exhibit and witness lists, are now due May 2. However, we disagree with your suggestion as to the circumstances under which exhibits or witnesses may be added to those listed in the Joint Pretrial Order.

Shannon M. Barrett
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001
Direct Dial: (202) 383-5308
Fax: (202) 383-5414

-----Original Message-----
From: Morris Fischer [mailto:morris@sniderlaw.com]
Sent: Monday, March 28, 2005 1:38 PM
To: Barrett, Shannon
Subject: RE: Dr. Anderson

Shannon,

   Are you denying that you agreed to move up the deadline from May 9th to May 2nd?

Morris

-----Original Message-----
From: Barrett, Shannon [mailto:SBarrett@OMM.com]
Sent: Monday, March 28, 2005 1:28 PM
To: Morris Fischer
Subject: RE: Dr. Anderson