IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>   Plaintiff,<br><br>  v.<br><br>VERIZON MARYLAND INC.,<br><br>   Defendant. | No. WDQ-02-816 (Civ.) |

## RENEWED MOTION FOR SUMMARY JUDGMENT

Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order granting summary judgment in favor of defendant Verizon. The grounds for Verizon's renewed motion are set forth in its Memorandum in Support of its Renewed Motion for Summary Judgment.

Dated: April 27, 2005

                   _____/s/_____
                   Karen M. Wahle, Bar No. 013658
                   Ira H. Raphaelson, Bar No. 012849
                   Shannon M. Barrett, Bar No. 16410
                   O'MELVENY & MYERS LLP
                   1625 Eye Street, N.W.
                   Washington, D.C.  20006
                   (202) 383-5300
                   (202) 383-5414 (facsimile)

                   Counsel for Defendant
                   Verizon Maryland Inc.