IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON MARYLAND INC.,<br><br>　　　　　Defendant. | No. WDQ-02-816 (Civ.) |

**INDEX TO EXHIBITS FOR DEFENDANT'S MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**

**Number   Exhibit**

1   Deposition of Frances Darcangelo (excerpts)

2   Deposition of August Dankert (excerpts)

3   Deposition of James Conrad (excerpts)

4   Supplemental Job Requirements – FMAC Associates

5   Deposition of Douglas Anderson (excerpts)

6   Report of Douglas Anderson