Page 257

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3     - - - - - - - - - - - - - - - - -x
 4     FRANCES DARCANGELO,              :
 5              Plaintiff,              :
 6          vs.                         : Case No. 02 CV 816
 7     BELL ATLANTIC,                   :
 8              Defendant.              :
 9     - - - - - - - - - - - - - - - - -x
10                              Towson, Maryland
11                              December 24, 2002
12                         VOLUME II
13            Deposition of FRANCES M. DARCANGELO, a
14     witness herein, called for examination by counsel for
15     Defendant in the above-entitled matter, pursuant to
16     notice, the witness being duly sworn by Robert M.
17     Jakupciak, a Notary Public in and for the District of
18     Columbia, taken at the offices of Edwin R. Burkhardt,
19     Esquire, 401 Washington Avenue, Suite 303, Towson,
20     Maryland  21204, at 9:42 a.m., on Tuesday, December
21     24, 2002, and the proceedings being taken down by
22     Stenotype by Robert M. Jakupciak, and transcribed
23     under his direction.
24
25
```

Page 258

```
 1    APPEARANCES:
 2        On behalf of the Plaintiff:
 3            EDWIN R. BURKHARDT, ESQUIRE
 4            401 Washington Avenue, Suite 303
 5            Towson, Maryland  21204
 6            (410) 583-0338
 7
 8        On behalf of the Defendant:
 9            MARTHA DYE, ESQUIRE
10            O'MELVENY & MYERS, LLP.
11            1650 Tysons Boulevard, Suite 1150
12            McLean, Virginia  22102
13            (703) 918-2700
14
15                    Also Present
16        Raymond R. Heer, III, Videographer
17
18
19
20
21
22
23
24
25
```

Page 265

1  description of the initial situation in that group,
2  which was still an ongoing thing.
3     Q.   All right.  Now let's go back to your job
4  responsibilities.  What were your job
5  responsibilities, other than what you have already
6  described while you were in the provisioning area?
7     A.   Well, I -- at the time Mike Polek was there
8  I would say the primary responsibility of my part of
9  the group was building cable facilities.
10    Q.   What about like on a day-to-day basis what
11 did you do at work?  I mean did you answer the phone?
12 Did you work on the computer?  Just from a very
13 layperson perspective what were you doing?
14    A.   Yes.  I would answer the phone and worked
15 on the computer, yes.
16    Q.   Can you expand on that?
17    A.   Expand on answering the phone?  I would
18 say, and Bell Atlantic may disagree with me, that the
19 primary function was trying to plan the workload and
20 get it done as close as possible to what the goals
21 were to try to get things completed.
22    Q.   And did your job function change over time
23 between when you joined the provisioning group and
24 when you were terminated, other than -- I mean you
25 mentioned the one change where you started doing the

Frances M. Darcangelo                                           December 24, 2002
Towson, MD

Page 279

```
 1            MR. BURKHARDT:  I'm going to object --
 2   okay.  Go ahead and answer the question.
 3       A.   Is it the company's job to qualify me or
 4   disqualify me?
 5       Q.   No.  I'm asking you.  Were you qualified?
 6       A.   I guess that would depend on who you ask.
 7       Q.   I'm asking you.
 8       A.   I don't know.
 9       Q.   Why do you say that?
10       A.   Well, in the example here, Exhibit 11,
11   number 6, the Regional Abnormal Reporting Policy,
12   perhaps I perform that flawlessly at the time and I
13   just don't recall it.
14       Q.   That was one of the exceptions we
15   mentioned.  So?
16       A.   Okay.
17       Q.   With the exceptions that we have already
18   mentioned, were you qualified to perform the
19   responsibilities that are described in these
20   documents?
21       A.   On the whole I would have to say I must
22   have been, yes.
23       Q.   And you believe yourself to have been?
24       A.   I believe so, yes.
25       Q.   Did you have any job responsibilities,
```