Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MARYLAND

 3   - - - - - - - - - - - - - - - - - x

 4   FRANCES DARCANGELO,                 :

 5                Plaintiff,             :

 6           vs.                         : Case No. 02 CV 816

 7   BELL ATLANTIC,                      :

 8                Defendant.             :

 9   - - - - - - - - - - - - - - - - - x

10                            Towson, Maryland

11                            March 12, 2003

12                       -   -   -

13        CONTAINS CONFIDENTIAL INFORMATION

14                       -   -   -

15           Deposition of AUGUST EDWARD DANKERT, a

16   witness herein, called for examination by counsel for

17   Defendant in the above-entitled matter, pursuant to

18   notice, the witness being duly sworn by Robert M.

19   Jakupciak, a Notary Public in and for the District of

20   Columbia, taken at the offices of Edwin R. Burkhardt,

21   Esquire, 401 Washington Avenue, Suite 303, Towson,

22   Maryland  21204, at 11:00 a.m., on Wednesday, March

23   12, 2003, and the proceedings being taken down by

24   Stenotype by Robert M. Jakupciak, and transcribed

25   under his direction.
```

August E. Dankert                          CONFIDENTIAL                          March 12, 2003
                                            Towson, MD

Page 2

```
 1    APPEARANCES:

 2        On behalf of the Plaintiff:

 3              EDWIN R. BURKHARDT, ESQUIRE

 4              401 Washington Avenue, Suite 303

 5              Towson, Maryland  21204

 6              (410) 583-0338

 7

 8        On behalf of the Defendant:

 9              MARTHA DYE, ESQUIRE

10              O'MELVENY & MYERS, LLP.

11              1650 Tysons Boulevard, Suite 1150

12              McLean, Virginia  22102

13              (703) 918-2700

14

15                   Also Present

16              Frances Darcangelo

17

18

19

20

21

22

23

24

25
```

August E. Dankert                                    CONFIDENTIAL                                    March 12, 2003
Towson, MD

Page 59

 1    your co-workers?

 2         A.    Yeah.

 3         Q.    How about your supervisors?

 4         A.    Yes.

 5         Q.    And how frequently?

 6         A.    I mean if I needed a question answered or

 7    something like that, I would ask John or I would ask

 8    someone else in the group, you know, if it was

 9    something I was unfamiliar with.

10         Q.    Is that pretty common, even for the people

11    that were trained there, to worked together?

12         A.    Yeah.  Because there were certain things

13    that I guess other people were stronger on, you know.

14    And you don't want -- the big rule there was not to

15    take something out of service that, you know, even if

16    it had no documentation with it, don't take it out of

17    service.  Because they didn't want to impact the

18    customer.  Even if the customer wasn't paying for it.

19         Q.    Did you also talk on the phone with people

20    in this job?

21         A.    Yeah.  I can't recall why you would have to

22    call someone.  I called some people on a couple

23    occasions or they would call in -- yeah.  You would

24    have to call sometimes to the central offices for them

25    to put a particular circuit in service or whatever so

August E. Dankert                    CONFIDENTIAL                    March 12, 2003
                                      Towson, MD

Page 60

1    you could allocate it or find out if the work order

2    had been done or whatever.

3          Q.    So was it pretty much a requirement of the

4    job that you would be able to interact with other

5    people?

6          A.    I would imagine, yeah.  Answer the phones,

7    talk with other people.  I mean if you had a problem,

8    you went to somebody else.  If they didn't know, they

9    would probably know who knew the answer to the

10   question.

11         Q.    All right.  Earlier you said that sometimes

12   you heard people make comments about Ms. Darcangelo?

13         A.    Right.

14         Q.    Could you be more specific?

15         A.    I mean they would make comments that, you

16   know, they really didn't believe she had a mental

17   disorder.

18         Q.    Who?  Who?

19         A.    John Russo on one occasion.

20         Q.    Tell me about this conversation with John

21   Russo.

22         A.    I think it was like -- it was a very early

23   one when he was saying about her, why she had been

24   suspended.  He went over and showed me the poster.

25   You know, he felt that she didn't have the particular