1

```
 1    IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT

 2            OF MARYLAND (Northern Division)

 3


 4   FRANCES DARCANGELO

 5           Plaintiff,

 6     VS                                    Civil Case No.

 7   BELL ATLANTIC                           S-02-816

 8           Defendant.

 9   _____/

10           The deposition of JAMES P. CONRAD was held

11   on Tuesday, February 25, 2003, commencing at 10:15

12   a.m., at the offices of O'Melveny & Myers, 1650 Tysons

13   Boulevard, Suite 1150, McLean, Virginia 22102, before

14   Steven Poulakos, Notary Public in and for the

15   Commonwealth of Virginia.

16   APPEARANCES:

17           EDWIN R. BURKHARDT, ESQUIRE
                On behalf of the Plaintiff
18
             MARTHA DYE, ESQUIRE
19              On behalf of the Defendant

20   Also Present:  Frances Darcangelo

21   Reported by:  Steven Poulakos
```

1  develop?

2       A    They should really, within that work

3  group, should have been able to do the total job.

4  Now, their skill level sometimes was a key item in

5  whether or not they were going to do a specific job or

6  not.  You had to know can they do the job.

7       Q    So you had described these interfacing

8  duties that the technicians had dealing with I think

9  outside technicians, a schedule work negotiating

10 appointments for maintenance or installation,

11 coordinating with people in the field to get work

12 scheduled, and then testing work which is I guess --

13 is that a maintenance function or just a testing of

14 the installation?

15      A    Testing function happens both sides of the

16 shop.

17      Q    And besides those functions that you

18 described to me, are there the other regular job

19 duties that people in the central office technician

20 position were expected to perform?

21      A    There was a supplemental list of job

```
 1  duties that went outside of the technical arena which
 2  were related to what we called interfacing skills, and
 3  we had something we called the Bell Atlantic way,
 4  which talked about, how to work and deal with the
 5  team, to be team players, et cetera, solve problems.
 6       Q    Were the job duties the technician was
 7  expected to perform, were they recited or described in
 8  any type of job announcement or position description
 9  or anything?
10       A    The groups in the center had a set of --
11  you know, the central office technician job had
12  certain responsibilities, although it was written
13  really for a field job and not a center job, and then
14  it was supplemented internally within the work group
15  as a set of technical requirements that we had, and
16  then a set of supplemental soft skills we used to call
17  them.  I don't know what else we used to call them.
18  In order to define the job you kind of took all three
19  together.
20       Q    Were these all reduced to some type of
21  written description?
```