IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>    Defendant. | No. WDQ-02-816 (Civ.) |

## MOTION IN LIMINE TO EXCLUDE
## EXPERT TESTIMONY OF DOUGLAS ANDERSON

Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order barring the expert testimony of Douglas Anderson. The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion in Limine to Exclude Expert Testimony of Douglas Anderson.

Dated:  April 27, 2005

_____/s/_____
Karen M. Wahle, Bar No. 013658
Ira H. Raphaelson, Bar No. 012849
Shannon M. Barrett, Bar No. 16410
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.