Gary Bryant Zimberg                                                                April 30, 2003
Towson, MD

Page 1

1           IN THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF MARYLAND
3
4    FRANCES DARCANGELO,        )
5             Plaintiff,        )
6       vs.                     ) Case No.
7    BELL ATLANTIC,             ) S02-816
8             Defendant.        )
9                  -    -    -    -    -
10      The deposition of GARY BRYANT ZIMBERG was
11   taken on Wednesday, April 30, 2003, commencing at
12   10:20 a.m., at 401 Washington Avenue, Suite 303,
13   Towson, Maryland, before Donna M. Hall, Notary
14   Public.
15
16                 -    -    -    -    -
17
18
19
20
21
22
23
24
25

Gary Bryant Zimberg                                                    April 30, 2003
Towson, MD

Page 2

A P P E A R A N C E S

4    Martha Dye, Esquire
5    O'MELVENY & MYERS, LLP
6    1650 Tysons Boulevard, Suite 1150
7    McLean, Virginia 22102
8    (703) 918-2700
9        On behalf of the Defendant

12   Edwin R. Burkhardt, Esquire
13   ATTORNEY-AT-LAW
14   401 Washington Avenue, Suite 303
15   Towson, Maryland 21204
16   (410) 583-0338
17       On behalf of the Plaintiff

Case 1:02-cv-00816-WDQ   Document 144-6   Filed 04/27/2005   Page 3 of 6

Gary Bryant Zimberg                                                April 30, 2003
                            Towson, MD

                                                                        Page 39
```
 1            MR. BURKHARDT:  I want to clarify the
 2   question.  Is the question directed as to that time
 3   period or as to the present?
 4            MS. DYE:  Just let him answer.
 5            MR. BURKHARDT:  If you don't understand
 6   the question, please make sure that you do
 7   understand before you answer.
 8            THE WITNESS:  I'm sorry, can you repeat
 9   the question.
10            (The record was read as requested.)
11            THE WITNESS:  Under impression I had
12   deferred and Axis II.  What that suggests to me is
13   that I thought this was probably an Axis II
14   diagnosis, but I couldn't put my finger on it at
15   the time.  I certainly have a better idea what the
16   Axis II diagnosis would be now.
17            The other thing that I have that I didn't
18   have then, is that her psychiatric history predates
19   1989 and I didn't have that at the time, that it
20   went back into the '70s.
21       Q.   Anything else?
22       A.   No.
23       Q.   On the Axis II, so what is your Axis II
24   diagnosis?
25       A.   Probably mixed personality disorder.
```

Alderson Reporting Company, Inc.
1111 14th Street, N.W. Suite 400 1-800-FOR-DEPO Washington, DC 20005

Page 40

1    She's schizoid I think what comes up most commonly
2    for her and maybe some borderline traits, but
3    mostly schizoid personality disorder.
4         Q.    What about paranoid?
5         A.    I don't think she's paranoid, no.
6         Q.    And is that an ongoing thing?  I mean has
7    she since the time you first treated her, did she
8    have these personality disorders or have they
9    arisen since that time?
10        A.    No, I don't think -- your personality
11   disorders are pretty much set earlier in life.  I
12   just couldn't figure it out on the first visit what
13   it was.  But over time I've come to see she has a
14   schizoid personality.
15        Q.    How did you come to that conclusion?
16        A.    Her avoidance of social situations and
17   her difficulty interacting with, with most other
18   people, her preference to be alone and her
19   preference to work alone, her accounts of what
20   happened to her when she tried to work in any other
21   occupation.
22              And from time to time Frances would get
23   independent medical evaluations and I was struck by
24   how consistent the diagnosis was from doctor to
25   doctor.  Everybody seemed to come to the same

1   hospitalization and I don't think it's psychotic.
2   Social or occupational functioning, hard to say
3   because you see her social occupational functioning
4   is so much more affected by her schizoid
5   personality, the bipolar is a sideshow there.
6           And occupational functioning, again, the
7   schizoid personality, poor judgement, they're such
8   overwhelming factors it's hard to say what the
9   bipolar effect has.
10      Q.  So you don't really know?
11      A.  No.
12      Q.  Okay.  Other than what we discussed with
13  respect to your conversations with Ms. Swope, have
14  you ever spoken to any of Ms. Darcangelo's other
15  health care providers?
16      A.  Only one.  I mean maybe others, I just
17  can't recall.  I guess I did speak to her.  She had
18  a primary care physician, Dr. Altland, at one time
19  and I tried to coordinate the care with her.
20          And then Frances was having difficulty
21  working the VA system so eventually I did call one
22  of my friends, a woman who had trained with me who
23  is a VA physician now in Baltimore and asked if she
24  could help and she has been nice enough to help get
25  Frances' medications.

Page 97

1       Q.   Or whether an accommodation would have
2  helped her in performing that job?
3       A.   Well, in retrospect had it been asked I
4  think I probably would have recommended some
5  accommodations to her, for her, but I don't recall
6  being asked.
7       Q.   Okay.  You might have recommended
8  accommodations, but would you now or then have any
9  basis on which to opine as to whether those
10 accommodations would render her qualified?
11          MR. BURKHARDT:  Same objection.  He
12 doesn't know about the job qualifications or legal
13 significance of these terms.  Go ahead and answer
14 if you can.
15          THE WITNESS:  I agree with him.
16 BY MS. DYE:
17      Q.   So no?
18      A.   No, I don't know what the job was.
19      Q.   Right, okay.  So what accommodations
20 might you have recommended?
21      A.   This person works better alone.  I think
22 she is very bright and I think she's probably very
23 efficient alone.  With supervision by a single
24 person who isn't likely to, a single, mature person
25 not likely to get caught up in personality