IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>   Plaintiff,<br><br> v.<br><br>VERIZON MARYLAND INC.,<br><br>   Defendant. | No. WDQ-02-816 (Civ.) |

## **ORDER**

Upon consideration of Defendant Verizon's Motion in Limine to Exclude Expert Testimony of Douglas Anderson, the opposition and reply thereto, and after review of the entire record, this ___ day of _____, 2005, it is

ORDERED that said motion is GRANTED.

                    _____
                    William D. Quarles, Jr.
                    United States District Judge