IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

## MOTION IN LIMINE TO EXCLUDE TESTIMONY BY FRANCES DARCANGELO

Verizon Maryland Inc. ("Verizon") respectfully moves the Court to enter an Order barring the testimony of Frances Darcangelo and prohibiting her from introducing her out-of-court statements at trial. The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion In Limine to Exclude Testimony by Frances Darcangelo.

Dated: April 27, 2005

                                                                        _____/s/_____
                                                              Karen M. Wahle, Bar No. 013658
                                                              Ira H. Raphaelson, Bar No. 012849
                                                              Shannon M. Barrett, Bar No. 16410
                                                              O'MELVENY & MYERS LLP
                                                               1625 Eye Street, N.W.
                                                               Washington, D.C.  20006
                                                               (202) 383-5300
                                                               (202) 383-5414 (facsimile)

                                                               Counsel for Defendant
                                                               Verizon Maryland Inc.