IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

        Plaintiff,

v.

VERIZON MARYLAND INC.,

        Defendant.

No. WDQ-02-816 (Civ.)

## **ORDER**

AND NOW, this ____ day of ____, 2005, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion in Limine to Exclude Testimony by Plaintiff Frances Darcangelo is GRANTED.

Plaintiff Frances Darcangelo is prohibited from testifying and introducing her out-of-court statements at trial.

                                                    William D. Quarles, Jr.
                                                    United States District Judge