# United States District Court
### District of Maryland

**Chambers of**
**William D. Quarles, Jr.**
**United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

April 28, 2005

TO COUNSEL OF RECORD:

    Re: <u>Darcangelo v. Verizon, WDQ-02-816</u>

Dear Counsel:

    At the April 28, 2005 telephone conference, I set the following schedule. The Plaintiff's opposition to the Defendant's motions is due May 6, 2005. The Defendant's reply is due May 10, 2005.

    Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge