IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

    Plaintiff,

v.

VERIZON MARYLAND INC.,

    Defendant.

No. WDQ-02-816 (Civ.)

## DEFENDANT'S FINAL LIST OF DOCUMENTS OR EXHIBITS THAT MAY BE OFFERED AS EVIDENCE AT TRIAL

Defendant Verizon Maryland Inc. ("Verizon"), by and through its undersigned counsel respectfully submits its Final List of Documents or Exhibits That May be Offered as Evidence at Trial and states as follows.

On September 15, 2004, Verizon and plaintiff jointly filed a proposed pre-trial order, containing in part lists of exhibits that the parties will or may seek to introduce as evidence at trial. By stipulation, counsel for the parties agreed to exchange final exhibits lists on or before May 2, 2005. Verizon therefore attaches hereto as Exhibit A its final list of exhibits which Verizon may offer as evidence at trial if the need arises.

The list primarily reflects the list of exhibits submitted by Verizon as part of the proposed pretrial order. However, Verizon has added as Exhibits 234-243 various documents related to plaintiff's new expert, Dr. Douglas Anderson. Because Dr. Anderson did not provide an expert report in this case until April 2005, Verizon could not have anticipated the potential need to introduce those exhibits at trial..

Dated: May 2, 2005            _____/s/_____
Ira H. Raphaelson, Bar No. 012849
Karen M. Wahle, Bar No. 013658
Shannon M. Barrett No. 16410
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.