**1. Defendant's Documents Or Exhibits That May Be Offered If The Need Arises**

| EXHIBIT NUMBER | DATE | DOCUMENT DESCRIPTION | BATES NOS./EXHIBIT REFERENCE | AUTHENTICITY STIPULATED? |
|---|---|---|---|---|
| 1. | 01/11/83 | Handwritten Employee Contact Record re Incident Involving F. Darcangelo and R. Lacey | V-DAR 00137-8 | Y |
| 2. | 03/16/83 | Handwritten Employee Contact Record re F. Darcangelo's Work Attire and Suspension Warning | V-DAR 00136 | Y |
| 3. | 03/18/83 | Handwritten Employee Contact Record re F. Darcangelo's Work Attire on 3/16/83 and Reiteration of Suspension Warning | V-DAR 00131 | Y |
| 4. | 03/24/92 | Memo Prepared by Mike Ports, re F. Darcangelo's Inappropriate Language During Customer Tour; Memo Prepared by M. Ports, re F. Darcangelo's Comments on Prior Memo of 3/24 | V-DAR 00172; V-DAR 00171 | Y |
| 5. | 03/31/93 | Memo from M. Ports re "Unprofessional" Work Requests, with Typed Note from "Fran TT" | V-DAR 01839 | Y |
| 6. | 04/93 | Memo from Carl E. Broyles, with copies to R. Libertini and M. Ports, re Incident Involving F. Darcangelo and Allegations of Sexual Harassment | V-DAR 01797 | Y |
| 7. | 04/16/93 | Notes Prepared by R. Libertini, re Incident Involving F. Darcangelo's Allegations of Sexual Harassment (Confidential) | V-DAR 01819 | Y |
| 8. | 04/20/93-04/21/93 | Handwritten Note to Mike Ports from Shirley J. Scott re Working Conditions Dangerous to Her Health and Well Being; Handwritten Memo re Shirley Scott's Letter dated 4/20/93 (Confidential) | V-DAR 01798-9 | Y |

| | | | | |
|---|---|---|---|---|
| 9. | 04/21/93 | Memo, with 12 Signatures, to Jim Conrad re Letter Written by F. Darcangelo Concerning Conduct on Night Shift (Confidential) | V-DAR 01800-1 | Y |
| 10. | 04/22/93 | Request for Special Medical Evaluation of F. Darcangelo | Dep. of J. Conrad, Ex. 2 | Y |
| 11. | 05/04/93 | C&P Medical Department Report, Signed by Carmen A. Fratto, M.D., re 4/27/93 Medical Examination of F. Darcangelo | V-DAR 00414 | Y |
| 12. | 06/05/93 | Letter to Carmen A. Fratto, M.D. from John F. Mira, M.D. | Dep. of J. Conrad, Ex. 3; V-DAR 01719 | Y |
| 13. | 1993 | USA Today Cartoon re Murder at Work with Caption re Psycho Killers and Kleptomania | Dep. of F. Darcangelo, Ex. 21; V-DAR 01796 | Y |
| 14. | 1993 | Cartoon Depicting the Grim Reaper | Dep. of F. Darcangelo, Ex. 22; V-DAR 01795 | Y |
| 15. | 03/01/94 | Associate Performance Evaluation of F. Darcangelo for the period 9/1/92-3/1/94 | V-DAR 00098-113 | Y |
| 16. | 06/06/94 | Certified Letter to Mary Belcastro re Quality Improvement Award of 3/25/93 | V-DAR 00139 | Y |
| 17. | 06/06/94-06/28/94 | Incident Reports, Prepared by Bell Atlantic Security, re Employee Harassment by F. Darcangelo | Dep. of J. Conrad, Ex. 8; V-DAR 01898-900; V-DAR 01895-7 | Y |
| 18. | 06/14/94 | Note to John re Events That Led to the "Problem" | V-DAR 01794 | Y |
| 19. | 06/14/94 | Supplemental Job Requirements FMAC Associates | V-DAR 01792-3 | Y |

| | | | | |
|---|---|---|---|---|
| 20. | 06/16/94 | Memo to F. Darcangelo from J.P. Conrad re Formal Warning, with Handwritten Note | V-DAR 003750 | Y |
| 21. | 06/18/94 | Notes Prepared by J. Conrad and Mike Ports, of 6/16/94 Interview with F. Darcangelo re Formal Warning | Dep. of J. Conrad, Ex. 4 | Y |
| 22. | 07/05/94 | Notes re Failure of F. Darcangelo to Complete Work on 6/24/94 | Dep. of J. Conrad, Ex. 9; V-DAR 00181 | Y |
| 23. | 07/07/94 | Memo to M. Ports from Ralph Libertini re 6/24/94 Interview with F. Darcangelo | Dep. of J. Conrad, Ex. 6; V-DAR 00178-9 | Y |
| 24. | 07/14/94 | Notes Prepared by M. Ports, re F. Darcangelo's 4-Hour Suspension | V-DAR 00182 | Y |
| 25. | 09/26/94 | Notes of Second Step Grievance Meeting re Warning and Suspension | Dep. of J. Conrad, Ex. 5 | Y |
| 26. | 12/02/94 | Handwritten Notes of Third Step Grievance Meeting re Removal of 1994 Warning from F. Darcangelo's Records | Dep. of J. Conrad, Ex. 7 | Y |
| 27. | 01/20/95 | Supervisory Memo for F. Darcangelo, from Evonne M. Jackson, re Complaints Concerning Inappropriate Language | V-DAR 01786 | Y |
| 28. | 03/18/96 | Bell Atlantic Network Operations Associate Performance Appraisal for the Period 1/95-12/95 | V-DAR 00114-7 | Y |
| 29. | 1996 | Baltimore Transport Control Center Position Requirements Transport Provisioning Technician | V-DAR 00121-4, Dep. of F. Darcangelo, Ex. 12 | Y |
| 30. | 01/97–12/31/97 | Associate Appraisal and Development Plan for F. Darcangelo | Dep. of G. Fleig, Ex. 5 | Y |
| 31. | 01/13/97 | Bell Atlantic Network Operations Associate Performance Appraisal for the Period 1/96-12/96 | V-DAR 00118-9 | Y |

| | | | | |
|---|---|---|---|---|
| 32. | 07/01/97 | Maryland/Delaware Network Operations Center Policy Statement re Professional Environment, with Handwritten Notes | V-DAR 01785, Dep. of G. Fleig, Ex. 23 | Y |
| 33. | 08/14/97 | Notes re 8/14/97 Incident Between F. Darcangelo and B. Lee | Dep. of M. Moxey, Ex. 24; V-DAR 01783 | Y |
| 34. | 08/14/97 | Notes: F.D. File | Dep. of G. Fleig, Ex. 4 | Y |
| 35. | 08/14/97 | Notes Prepared by G. Fleig, re F. Darcangelo's Conduct in the Workplace | Dep. of F. Fleig Ex. 1; V-DAR 00135 | Y |
| 36. | 08/15/97 | Information Sheets re Seminars on Interpersonal Communications Skills and "How to Manage Conflict, Anger & Emotion," with Handwritten Notes | V-DAR 01774-5 | Y |
| 37. | 10/13/97 | Notes Prepared by J. Conrad, re Discussion with F. Darcangelo re Behavior in the Workplace, with Handwritten Notes Attached | Dep. of J. Conrad, Ex. 14 | Y |
| 38. | 10/23/97-04/27/99 | CORE Records re F. Darcangelo | Dep. of C. English, Ex. 8 (excerpts attached to Defendant's Motion for Summary Judgment) | Y |
| 39. | 11/04/97 | Independent Medical Examination Report by Anthony Russo, M.D. | Dep. of A. Russo, Ex. 6 | Y |
| 40. | 11/04/97 | Dr. Anthony Russo Notes of Interview with F. Darcangelo | Dep. of A. Russo, Ex. 8 (excerpts attached to Defendant's Motion for Summary Judgment) | Y |

| | | | | |
|---|---|---|---|---|
| 41. | 1997 | Bell Atlantic Code of Business Conduct | V-DAR 01044-104, Dep. of F. Darcangelo, Ex. 15 | Y |
| 42. | 03/09/98 | Memo to F. Darcangelo re Inappropriate Behavior Toward Employee | V-DAR 00163 | Y |
| 43. | 03/11/98-05/11/98 | CORE Notes re Conversations with Julie Swope | Dep. of J. Swope Ex. 23; V-DAR 01939-41 | Y |
| 44. | 03/13/98 | Memo re F. Darcangelo's Use of Inappropriate Language on 3/6/98 | V-DAR 00164 | Y |
| 45. | 05/08/98 | Notes of Incident Involving F. Darcangelo | Dep. of C. English, Ex. 7 | Y |
| 46. | 05/08/98 | Notes Prepared by M. Moxey, re Fran Darcangelo's Removal from the Workplace | Dep. of M. Moxey, Ex. 7 | Y |
| 47. | 05/08/98 | Rifle Target Poster with Caption: "Put Butch on the Bus" | Dep. of A. Dankert, Ex. 5; Dep. of C. English, Ex. 6 | Y |
| 48. | 05/09/98 | Rifle Target Poster with Caption: "Head of the T.C.C. Sharpshooters," with Post-It | V-DAR 01840; Dep. of A. Dankert, Ex. 4; Dep. of G. Fleig, Ex. 18 | Y |
| 49. | 05/09/98 | Rifle Target Poster with Caption: "Brain Dead 9AM-5 PM Mon-Fri" | Dep. of A. Dankert, Ex. 3; V-DAR 04607 | Y |
| 50. | 05/29/98 | Independent Medical Examination Report by Jerome Gottlieb, M.D. | Dep. of G. Zimberg Ex. 9; V-DAR 00881-3 | Y |
| 51. | 06/04/98 | Minutes of Meeting with M. Moxey, C. Sakay, F. Darcangelo, and E. McCollough Welcoming F. Darcangelo Back to Work | Dep. of M. Moxey, Ex. 9 | Y |

| | | | | |
|---|---|---|---|---|
| 52. | 06/15/98 & 07/20/98 | Minutes of Grievance Meetings re F. Darcangelo's 10-day Suspension | Dep. of J. Conrad, Ex. 16; V-DAR 00969-73 | Y |
| 53. | 06/30/98 | Associate Appraisal and Development Plan for F. Darcangelo for the Period 1/1/98-6/30/98, prepared by M. Moxey | V-DAR 01870 | Y |
| 54. | 09/21/98 | Notes on Fran Incident | Dep. of M. Moxey, Ex. 11 | Y |
| 55. | 09/23/98 | Notes re FD Incident | Dep. of C. English, Ex. 13 | Y |
| 56. | 09/23/98 | Minutes of Meeting Prepared by G. Fleig, re F. Darcangelo's 3-day Suspension | Dep. of G. Fleig, Ex. 10 | Y |
| 57. | 09/28/98 | Memo from S. Townsend re F. Darcangelo's "Disruptive" Telephone Conversation, with Handwritten Notes by M. Moxey | V-DAR 00157 | Y |
| 58. | 09/30/98 | Notes on Discussion with F. Darcangelo in Presence of E. McCullough (Union Steward) re Workplace Behavior | Dep. of M. Moxey, Ex. 13 | Y |
| 59. | 10/23/98 | Notes Prepared by M. Moxey, re Incident Involving F. Darcangelo's Behavior in the Workplace | Dep. of M. Moxey, Ex. 14 | Y |
| 60. | 10/23/98 | Notes Prepared by B. English, re Incident Involving F. Darcangelo's Behavior in the Workplace | Dep. of C. English, Ex. 18 | Y |
| 61. | 10/23/98 | Addendum Prepared by M. Moxey, re 15-day Suspension of F. Darcangelo for Misconduct and Insubordination | V-DAR 00162 | Y |
| 62. | 11/04/98 | Notes Prepared by B. English, re Discussions with Associate re F. Darcangelo's Potential for Retaliation | Dep. of C. English, Ex. 16; V-DAR 00221 | Y |

| | | | | |
|---|---|---|---|---|
| 63. | 11/16/98 | Minutes of Meeting with C. Sakay, M. Moxey, F. Darcangelo and E. McCullough re Welcome Back from Suspension | Dep. of M. Moxey, Ex. 16 | Y |
| 64. | 12/17/98 | F. Darcangelo Termination: Witness Statements re Incident with B. Lee | V-DAR 01743-9; Dep. of J. Conrad, Ex. 20 | Y |
| 65. | 12/18/98 | F. Darcangelo Statement re 17 December 1998 Incident | Dep. of C. English, Ex. 21 | Y |
| 66. | 1998 | F. Darcangelo Memo to Communications Workers of America Local 2101 Titled "A Year to End All Years" | V-DAR 04009 | Y |
| 67. | 01/06/99 | Summary of Events Leading to Termination of F. Darcangelo | Dep. of J. Conrad, Ex. 19; V-DAR 00770-2 | Y |
| 68. | 01/06/99 | Bell Atlantic Statement of Individual Loss for F. Darcangelo | Dep. of J. Conrad, Ex. 25 | Y |
| 69. | 01/06/99 | Letter to F. Darcangelo from J. Conrad re Termination | V-DAR 04064, Dep. of A. Sewell, Ex. 6 | Y |
| 70. | 01/11/99 | Notes re "Violations Code of Conduct Fran Darcangelo Incident 17 December 1998" | V-DAR 00169 | Y |
| 71. | 02/01/99 | Notes of Grievance Meeting re Union Request to Lift B. Lee's Suspension (Confidential) | V-DAR 01707-8, Dep. of A. Sewell, Ex. 4 | Y |
| 72. | 02/12/99 | Psychiatric Evaluation of F. Darcangelo, Signed by Stephen W. Seibert, M.D. | Dep. of G. Zimberg, Ex. 10; V-PLA 00262-7 | Y |
| 73. | 02/16/99 | Notes Prepared by J. Conrad, re F. Darcangelo's Termination Meeting | Dep. of F. Darcangelo, Ex. 25; V-DAR 00153-5 | Y |

| # | Date | Description | Source | |
|---|---|---|---|---|
| 74. | 04/11/99 | Memo to J. Conrad from M. Moxey re Customer Dropping Incident Involving F. Darcangelo | Dep. of M. Moxey, Ex. 15 | Y |
| 75. | 04/29/99 | F. Darcangelo Second Step Grievance: Company Response to Union Concerns | Dep. of J. Conrad, Ex. 22; V-DAR 01038; V-DAR 00973 | Y |
| 76. | 10/25/01 | Written Finding of the Maryland Commission on Human Relations | Dep. of F. Darcangelo, Ex. 6; V-DAR 00806-11 | Y |
| 77. | 12/24/02 | Handwriting Samples of "Head of the T. C. Sharpshooters" and "Butch English" | Dep. of F. Darcangelo, Ex. 30; Dep. of F. Darcangelo Ex. 29 | Y |
| 78. | Undated | Answers to Interview Questions by M. Moxey and J. Conrad, with Interview Questions Attached | Dep. of M. Moxey, Ex. 5; Dep. of J. Conrad, Ex. 10 | Y |
| 79. | Undated | F. Darcangelo's 1997 U.S. Individual Income Tax Return, Form 1040 | V-PLA 338-44 | N |
| 80. | Undated | F. Darcangelo's 1998 U.S. Individual Income Tax Return, Form 1040 | V-PLA 00326-37 | N |
| 81. | Undated | F. Darcangelo's 1999 U.S. Individual Income Tax Return, Form 1040 | V-PLA 00316-25 | N |
| 82. | Undated | F. Darcangelo's 2000 U.S. Individual Income Tax Return, Form 1040 | V-PLA 00304-15 | N |
| 83. | Undated | F. Darcangelo's 2001 U.S. Individual Income Tax Return, Form 1040 | V-PLA 00295-303 | N |
| 84. | Undated | F. Darcangelo's List of Employers | V-PLA 00141 | N |
| 85. | Undated | F. Darcangelo's Source and amount of income since Jan. 6, 1999 | V-PLA 00143-8 | N |

| | | | | |
|---|---|---|---|---|
| 86. | 04/23/98 | Maryland Office of Unemployment Insurance- Denial Notice for F. Darcangelo | V-PLA 00249-51 | Y |
| 87. | 04/28/01 | F. Darcangelo's Veteran's Application for Compensation or Pension; Rating Decision by the Dept. of Veteran's Affairs | V-PLA 00283-94 | Y |
| 88. | 06/09/03 | Expert Report of Jeffery S. Janofsky | Dep. of J. Janofsky, Ex. 8 | Y |
| 89. | 02/14/03 | Plaintiff's Responses to Defendant's 1st Set and 2nd Sets of Requests for Admission | | Y |
| 90. | 03/17/03 | Plaintiff's Responses to Defendant's 2nd Set of Interrogatories | | Y |
| 91. | Various | Gus Dankert Incident Reports | Dep. of A. Dankert, Exs. 8-9 | Y |
| 92. | 12/23-24/02 | Videotapes of Deposition of Plaintiff Frances Darcangelo | | Y |
| 93. | 01/03/03 | Videotapes of Expert Examination of Plaintiff | | Y |
| 94. | Undated | Handwritten Notes regarding grievance | Dep. of M. Bury, Ex. 1, V-DAR 03730-3 | Y |
| 95. | 08/26/98 | Labor Relations Information System Grievance Meeting Minutes | Dep. of M. Bury, Ex. 4, V-DAR 00944-56 | Y |
| 96. | Undated | Gloria Pack's Handwritten Notes from the grievance relating to the September '98 insubordination incident and the October 23rd fifteen-day suspension | Dep. of M. Bury, Ex. 5, V-PLA 00454-63 | Y |

| No. | Date | Description | Source | Y/N |
|---|---|---|---|---|
| 97. | 11/19/02 | Labor Relations Information System Meeting Minutes | Dep. of M. Bury, Ex. 6, V-DAR 00980-1; V-PLA 00442-7 | Y |
| 98. | 01/11/99 | Letter to R. Wahl from M. Bury re: F. Darcangelo Evaluation | Dep. of M. Bury, Ex. 7, V-DAR 00922 | Y |
| 99. | 07/27/99 | Letter to F. Darcangelo from J. Buttiglieri re: file requested in 6/10/99 letter | Dep. of M. Bury, Ex. 8, V-DAR 04010 | Y |
| 100. | 10/02/98 | Request to Review/Authorization to Release Medical Records | Dep. of M. Bury, Ex. 9, V-DAR 02049 | Y |
| 101. | 02/05/02 | Fax to J. Buttiglieri and M. Wilson from M. Bury with document titled Eradicate All Evildoers | Dep. of M. Bury, Ex. 10, V-DAR 04290-1 | Y |
| 102. | 09/13/94 | Release Form | Dep. of M. Bury, Ex. 11 | Y |
| 103. | Undated | Affidavit of G. Dankert | Dep. of G. Dankert, Ex. 6 | Y |
| 104. | 02/19/03 | Labor Relations Information System Grievance Report, Employee Discharged | Dep. of G. Dankert, Ex. 7 | Y |
| 105. | 12/02 | Plaintiff's Responses to Defendant's 1st Set of Interrogatories | Dep. of F. Darcangelo, Ex. 1 | Y |
| 106. | 12/16/02 | E-mail of Plaintiff's Responses to Defendant's 1st Set of Requests for Production | Dep. of F. Darcangelo, Ex. 2 | Y |
| 107. | 11/06/01 | Letter to N. Bell from F. Darcangelo applying for reconsideration of findings | Dep. of F. Darcangelo, Ex. 7; V-PLA 00248 | Y |

| | | | | |
|---|---|---|---|---|
| 108. | 11/25/02 | Memorandum of Understanding to E. Burkhardt from M. Kranitz | Dep. of M. Kranitz, Ex. 11 | Y |
| 109. | 03/08/01 | Resume of M. Kranitz | Dep. of M. Kranitz, Ex. 12 | Y |
| 110. | Undated | Background information on Vocational Consultants | Dep. of M. Kranitz, Ex. 13 | Y |
| 111. | Undated | Biographical Sketch of M. Kranitz | Dep. of M. Kranitz, Ex. 14 | Y |
| 112. | Undated | Information re: Mediation Services of Annapolis | Dep. of M. Kranitz, Ex. 15 | Y |
| 113. | Undated | Information re: Mediation Services of Annapolis | Dep. of M. Kranitz, Ex. 16 | Y |
| 114. | Undated | Information re: National Institute for Conflict Resolution | Dep. of M. Kranitz, Ex. 17 | Y |
| 115. | 10/27/97 | Letter to T. Russo from D. Crossman re: Exam of F. Darcangelo | Dep. of A. Russo, Ex. 2 | Y |
| 116. | 04/27/93 | Handwritten Notes of Doctor | Dep. of A. Russo, Ex. 4 | Y |
| 117. | 10/15/97 | York Health System Psychiatric Evaluation | Dep. of A. Russo, Ex. 7; V-DAR 02241-3 | Y |
| 118. | Undated | Resume of J. Swope | Dep. of J. Swope, Ex. 1 | Y |
| 119. | Undated | Pennsylvania Bureau of Professional and Occupational Affairs License for J. Swope | Dep. of J. Swope, Ex. 2 | Y |
| 120. | Undated | Letter from J. Mira reporting F. Darcangelo's illness and additional medical records | Dep. of J. Swope, Ex. 6; V-DAR 04356-80 | N |
| 121. | Various Dates | File material from J. Swope | Dep. of J. Swope, Ex. 7; V-DAR 5206-451 | N |

| | | | | |
|---|---|---|---|---|
| 122. | Various Dates | Yorktowne Psychological Services Progress Notes | Dep. of J. Swope, Ex. 8; V-DAR 5420-8 | N |
| 123. | 09/23/94 | Summary Evaluation forms | Dep. of J. Swope, Ex. 9; V-DAR 5229-32, 5345-6 | N |
| 124. | 04/01/02 | Letter to H. Son from J. Swope indicating dates F. Darcangelo was in her office | Dep. of J. Swope, Ex. 11; V-DAR 5453-6 | Y |
| 125. | Undated | Encounter Form from J. Swope | Dep. of J. Swope, Ex. 12; V-DAR 5366 | Y |
| 126. | 07/05/94 | Yorktowne Psychological Services Intake Evaluation form | Dep. of J. Swope, Ex. 16; V-DAR 5298-9, 5270, 5272 | Y |
| 127. | 11/02/01 | Veterans Affairs Statement in Support of Claim | Dep. of J. Swope, Ex. 17; V-DAR 5337 | Y |
| 128. | Undated | TAO, Inc. Monthly Outpatient Activity Form | Dep. of J. Swope, Ex. 19; V-DAR 5401 | Y |
| 129. | Various Dates | Concurrent Treatment Updates-Psychiatry forms | Dep. of J. Swope, Ex. 20; V-DAR 02291-3 | Y |
| 130. | 10/20/94 | Family and Medical Leave Act Questionnaire | Dep. of J. Swope, Ex. 21; V-DAR 01725-30 | Y |
| 131. | Undated | Diagnostic Criteria for 301.0 Paranoid Personality Disorder | Dep. of G. Zimberg, Ex. 4 | Y |
| 132. | Undated | Criteria for Hypomanic Episode | Dep. of G. Zimberg, Ex. 5 | Y |

| | | | | |
|---|---|---|---|---|
| 133. | Various Dates | Concurrent Treatment Updated-Psychiatry | Dep. of G. Zimberg, Ex. 6; V-DAR 02244-310 | Y |
| 134. | Undated | Diagnostic and Statistical Manual of Mental Disorders, DSM-IV-TR | Dep. of G. Zimberg, Ex. 11 | Y |
| 135. | 01/03/03 | Letter to G. Zimberg from E. Burkhardt requesting preparation of a report on F. Darcangelo | Dep. of G. Zimberg, Ex. 13 | Y |
| 136. | 04/30/02 | Letter to K. Knapp from G. Zimberg attaching Multiphasic Screen Test Results | Dep. of G. Zimberg, Ex. 16; V-DAR 02218-9 | Y |
| 137. | Various Dates | Notes relating to G. Zimberg contact with CORE | Dep. of G. Zimberg, Ex. 17; V-DAR 02309, 01937, 01939, V-PLA 00017 | Y |
| 138. | Undated | Family and Medical Leave Act Verification Form for F. Darcangelo | Dep. of G. Zimberg, Ex. 18; V-PLA 00117 | Y |
| 139. | 07/08/99 | Charge of Discrimination Form and Attachment | Exhibit A of Memorandum in Support of Defendant's Partial Motion to Dismiss | Y |
| 140. | 06/25/01 | Charge of Discrimination Form and Attachment | Exhibit B of Memorandum in Support of Defendant's Partial Motion to Dismiss | Y |
| 141. | 02/28/01 | Amended Complaint, *Darcangelo v. Verizon Communications, Inc., et al.*, No. 1:01-cv-00045-FNS, dated Dec. 4, 2000 | | Y |
| 142. | 07/30/02 | Stipulation of Dismissal With Prejudice As To Verizon, *Darcangelo v. Verizon Communications, Inc., et al.*, No. 1:01-cv-00045-FNS, dated July 30, 2002 | Docket #47 | Y |

| | | | | |
|---|---|---|---|---|
| 143. | 01/08/03 | Bell Atlantic Service/Employee Records | V-DAR 02314-9 | Y |
| 144. | 01/01/99 | BDR Inquiry (History) | V-DAR 03696-8 | Y |
| 145. | 06/01/98 | CORE Modification Checklist for F. Darcangelo | V-PLA 00056 | Y |
| 146. | 06/19/98 | Letter to M. Moxey from CORE re: Sickness and Accident Disability Benefit Plan | V-PLA 00057 | Y |
| 147. | 01/12/90 | Request for Special Medical Evaluation | V-PLA 00066-72 | Y |
| 148. | 10/15/97 | Memo to Aaron & Theresa from Gottlieb re: presentation on T3's | V-PLA 00089 | Y |
| 149. | 02/16/90 | Attending Physician's Report | V-PLA 00110 | Y |
| 150. | 11/25/98 | Bell Atlantic Office of Ethics and Corporate Compliance Complaint | V-PLA 00125 | N |
| 151. | 10/23/98 | Statement of Occurrence | V-PLA 00132-5 | N |
| 152. | 05/11/98 | Statement of Occurrence | V-PLA 00184 | N |
| 153. | 02/14/02 | Compensation Examination of F. Darcangelo | Dep. of F. Darcangelo, Ex. 13; V-PLA 00257-8 | Y |
| 154. | 09/10/99 | Examination Findings | V-PLA 00259-61 | Y |
| 155. | 01/19/98 | Handwritten Notes | V-PLA 00414-8 | N |
| 156. | 01/19/98 | Grievance Report | V-PLA 00419 | N |
| 157. | 09/23 | Handwritten Notes | V-PLA 00420-5 | N |
| 158. | 12/03/98 | Handwritten Notes titled 1st Step | V-PLA 00429-32 | N |
| 159. | 12/10/98 | Letter to M. Bury from J. Buttiglieri re: Grievance Schedule – New Date & Time | V-PLA 00433-5 | N |

| | | | | |
|---|---|---|---|---|
| 160. | 10/06/98 | Handwritten Notes | V-PLA 00437-41 | N |
| 161. | 04/26/99 | Handwritten Notes | V-PLA 00442-7 | N |
| 162. | 01/06/99 | Handwritten Notes | V-PLA 00448-53 | N |
| 163. | 04/09/99 | Handwritten Notes | V-PLA 00454-63 | N |
| 164. | 10/21/97 | Fax with attached Forms to be completed by F. Darcangelo | V-PLA 000484-6 | Y |
| 165. | 06/15/98 | Handwritten Notes | V-PLA 00590-4 | N |
| 166. | 08/05/98 | Handwritten Notes | V-PLA 00595-601 | N |
| 167. | 10/06/98 | Handwritten Notes titled First Step Insubordination Suspension | V-PLA 00602-5 | N |
| 168. | 12/03/98 | Handwritten Notes | V-PLA 00606-10 | N |
| 169. | 02/16/99 | Handwritten Notes | V-PLA 00611-6 | N |
| 170. | 04/09/99 | Handwritten Notes | V-PLA 00617-27 | N |
| 171. | 04/29/99 | Handwritten Notes | V-PLA 00628-31 | N |
| 172. | 10/28/97 | Letter to F. Darcangelo from D. Crossman re: Scheduled Independent Medical Examination | V-PLA 00718 | Y |
| 173. | 10/31/97 | Letter to F. Darcangelo from D. Crossman re: Scheduled Independent Medical Examination | V-PLA 00721 | Y |
| 174. | 05/15/98 | Letter to F. Darcangelo from A. Albanese re: Examination Appointment | V-PLA 00722 | Y |
| 175. | 09/16/98 | E-mail to M. Moxey from C. English re: Time Card | V-DAR 00743 | Y |

| | | | | |
|---|---|---|---|---|
| 176. | 11/16/98 | F. Darcangelo Return to Work Memo | V-DAR 00757-8 | Y |
| 177. | 08/15/01 | E-mail to F. Morgan from G. Miles re: F. Darcangelo v. Verizon Maryland, Inc. | V-DAR 01107-8 | Y |
| 178. | 08/14/01 | E-mail to F. Morgan from G. Miles re: F. Darcangelo v. Verizon Maryland, Inc. | V-DAR 01116-8 | Y |
| 179. | 07/30/01 | E-mail to G. Miles from F. Morgan re: F. Darcangelo v. Verizon Maryland, Inc. | V-DAR 01122 | Y |
| 180. | 12/14/01 | Equal Employment Opportunity Commission Dismissal and Notice of Rights, with Information Related to Filing Suit Under the Laws Enforced by the EEOC | V-DAR 01134-5 | Y |
| 181. | 11/09/91 | Letter to G. Miles from J. Bell re: Darcangelo v. Bell Atlantic | V-DAR 01136 | Y |
| 182. | 07/18/01 | Letter to F. Morgan from G. Miles re: Darcangelo v. Bell Atlantic | V-DAR 01143-4 | Y |
| 183. | 07/09/01 | Letter to G. Miles from F. Morgan re: Darcangelo v. Bell Atlantic | V-DAR 01145 | Y |
| 184. | 11/22/99 | Letter to L. Mason from G. Miles re: Darcangelo v. Bell Atlantic with attached Request for Information Response | V-DAR 01149-58 | Y |
| 185. | 09/26/99 | Letter to J. Williams from L. Mason re: Darcangelo v. Bell Atlantic with attached copy of Complaint | V-DAR 01254-60 | Y |
| 186. | 08/12/99 | Final Company Position Memo | V-DAR 01709 | Y |
| 187. | Undated | Second Step Notes Barbara Lee Grievance | V-DAR 01710 | Y |
| 188. | 04/27/93 | Medical Department Record for F. Darcangelo | V-DAR 01717 | Y |
| 189. | Undated | Fran Complaint | V-DAR 01752 | Y |

| | | | | |
|---|---|---|---|---|
| 190. | Undated | M. Moxey Notes | V-DAR 01765 | Y |
| 191. | 04/05/93 | Memo to All FMAC Personnel from J. Conrad re: Professionalism in the FMAC Center | V-DAR 01803 | Y |
| 192. | Undated | Notes titled My Two Days In The Bell Atlantic Way | V-DAR 01808 | Y |
| 193. | 03/16/93 | Memo to J. Conrad from M. Ports re: Blizzard "93" | V-DAR 01809-10 | Y |
| 194. | 04/01/93 | Memo to J. Conrad from F. Darcangelo | V-DAR 01813-6 | Y |
| 195. | 04/16/93 | Memo to P. Bogdan from F. Darcangelo | V-DAR 01817 | Y |
| 196. | 06/16/93 | Memo from A. Levi | V-DAR 01818 | Y |
| 197. | 04/16/93 | Memo from R. Libertini | V-DAR 01819 | Y |
| 198. | 04/17/93 | Memo to M. Ports from F. Darcangelo | V-DAR 01820 | Y |
| 199. | 04/19/93 | Memo to R. Libertini from F. Darcangelo | V-DAR 01821-2 | Y |
| 200. | 04/19/93 | Memo to J. Conrad from F. Darcangelo | V-DAR 01823 | Y |
| 201. | 04/20/93 | Memo To Whom It May Concern from F. T.T. | V-DAR 01824 | Y |
| 202. | 04/27/93 | Memo to M. Ports from F. Darcangelo | V-DAR 01826 | Y |
| 203. | 04/28/93 | Memo to M. Ports from F.T.T. | V-DAR 01827 | Y |
| 204. | 07/26/93 | Memo from M. Ports re: F. Darcangelo | V-DAR 01829-30 | Y |
| 205. | 01/24/94 | Memo to M. Ports from F. Darcangelo | V-DAR 01831-2 | Y |
| 206. | 06/06/94 | Memo to Quality Improvement Committee Bell Atlantic from F. Darcangelo | V-DAR 01833 | Y |
| 207. | 06/06/94 | Memo to M. Belcastro from F. Darcangelo | V-DAR 01834 | Y |
| 208. | 06/07/94 | Memo to C. English from F. Darcangelo | V-DAR 01835 | Y |

| 209. | 07/06/94 | Record of Status Interview | V-DAR 01836 | Y |
|---|---|---|---|---|
| 210. | 07/07/94 | Letter to M. Ports from R. Libertini re: Interview with Ms. Darcangelo on 6/24/94 | V-DAR 01837-8 | Y |
| 211. | 09/14/98 | Seniority by Service Date chart | V-DAR 01858 | Y |
| 212. | 04/23/98 | Grievance Notes | V-DAR 01859 | Y |
| 213. | Undated | Fran Gram | V-DAR 01864 | Y |
| 214. | 07/14/94 | Report of Suspension | V-DAR 01867-8 | Y |
| 215. | | Plaintiff's Personnel File | V-DAR 00001-223 | Y |
| 216. | | CORE File | V-DAR 00273-463 | Y |
| 217. | | Maryland Commission on Human Relations File | V-DAR 00798-920 | Y |
| 218. | | Defendant's File re/Plaintiff's Grievances | V-DAR 00921-90 | Y |
| 219. | | EEOC File | V-DAR 00991-1013 | Y |
| 220. | | Security Department File re/Plaintiff | V-DAR 1875-1900 | Y |
| 221. | | Barbara Lee Personnel File and Grievance Information | V-DAR 3643-95 | Y |
| 222. | | Dr. Gary Zimberg Files | V-DAR 2241-310, 4870-5205 | N |
| 223. | | Endoscopy USA Files | V-DAR 3699-719 | Y |
| 224. | | CWA Files | V-DAR 3720-4174 | N |
| 225. | | Dennis Bronis Personnel File and Grievance Information | V-DAR 4292-355, 4388-434, 4453-4 | Y |

| | | | | |
|---|---|---|---|---|
| 226. | | Julie Swope Files | V-DAR 4356-80, 5206-452 | N |
| 227. | | Memorial Hospital File | V-DAR 4436-54 | Y |
| 228. | | Dr. Knapp Files | V-DAR 2211-38, 4455-564 | Y |
| 229. | | Dr. VonRago File | V-DAR 4566-77 | Y |
| 230. | | Dr. Illfelder File | V-DAR 4608-11 | Y |
| 231. | | Dr. Siebert File | V-DAR 4653-820 | Y |
| 232. | | Dr. Mira File | V-DAR 4861-7 | Y |
| 233. | | Various Demonstrative Exhibits To Be Determined | | Y |
| 234. | 01/21/00 | United States v. Mazzeo, 2000 U.S. App. Lexis 818 | | |
| 235. | 04/04/05 | Letter from Douglas Anderson to Morris E. Fisher dated April 4, 2005 regarding examination of Frances Darcangelo | Dep. of D. Anderson Ex. 1 | |
| 236. | | C.V. of Douglas Anderson, M.D., F.A.C.F.P. | Dep. of D. Anderson Ex. 2 | |
| 237. | | Job Description for Central Office Technician | Dep. of D. Anderson Ex. 4;V-DAR 1160-62 | |
| 238. | | Materials provided by Frances Darcangelo to Douglas Anderson | Dep. of D. Anderson Ex. 5 | |
| 239. | | Document from Douglas Anderson files | Dep. of D. Anderson Ex. 6 | |
| 240. | | Fran Darcangelo v. Verizon, Outline prepared by Morris Fischer | Dep. of D. Anderson Ex. 7 | |

| | | | | |
|---|---|---|---|---|
| 241. | 06/18/94 | Notes from meeting with Fran Darcangelo on June 18, 1994 by Jim Conrad | Dep. of D. Anderson Ex. 8 | |
| 242. | 02/11/98 | Letter from Gary Zimberg to Robert Altland regarding a reassessment of Frances Darcangelo | Dep. of D. Anderson Ex. 10 | |
| 243. | | Medical Department Records of Frances Darcangelo from Bell Atlantic/C&P Telephone | Dep. of D. Anderson Ex. 11 | |

Defendant may offer additional exhibits as rebuttal evidence.