UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. WDQ-02-816 (Civ.) |
| ) | |
| VERIZON MARYLAND INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant, ) | |

### PLAINTIFF'S FINAL LIST OF EXHIBITS THAT MAY BE OFFERED AS EVIDENCE AT TRIAL.

Plaintiff, Francis Darcangelo, through undersigned counsel respectfully submits its Final List of Exhibits that may be entered as evidence. Plaintiff's list is essentially the same as its pre-trial statement list. There are several exhibits added as explained in a prior motion and others added due to the new expert. Several exhibits were removed as Dr. Zimberg has agreed to testify only as a fact witness.

Respectfully submitted,

_____/s/_____
Morris E. Fischer, Esq.
Snider & Fischer, L.L.C.
Md. Bar No. 26286
104 Church Lane, Suite 201
Baltimore, MD 21208
P: (410) 653-9060
F: (410) 653-9061