**Plaintiff's Exhibits To Be Entered**

      Plaintiff stands by his original exhibit lists in the Pre-Trial Statement with the following additions (may enter):

| | | |
|---|---|---|
| 17. | U.S. Decennial Life Table | |
| 18. | August 7, 2005 wage Schedule for Pension Calculation (updated) | |
| 19. | Mid Atlantic Associate Pension Band Table (updated) | |
| 20. | Dr. Douglas Anderson, C.V. | |
| 21. | Report of Dr. Anderson | |
| 22. | Martin Kranitz Expert Report (Kranitz Dep. 1) | |
| 23. | Test Items and Abbreviated Instructions (Kranitz Dep. Ex. #2) | |
| 24. | Summary Score Sheet for Fran Darcangelo (Kranitz Dep. Ex. #3) | |
| 25. | Career Decision Making System Summary (Kranitz Dep. Ex. #4) | |
| 26. | Materials labeled Ex. 5 Kranitz Depo. (Kranitz Dep. Ex. #5) | |
| 27. | Employment Statistics Quarterly (Kranitz Dep. Ex. #6) | |
| 28. | Employment Statistics Quarterly (state) (Kranitz Dep. Ex. #7) | |
| 29. | Myers-Briggs Test (Kranitz Dep. Ex. #8) | |
| | | |
| | | |

Plaintiff also subtracts exhibits #12 and #13 from its list of exhibits that will be entered at trial.

Plaintiff moves the following exhibits from its list of exhibits that will be entered at trial to exhibits that it may enter to trial. Exhibits #1 and #3-#9.