UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

_____

FRANCES DARCANGELO,        )
                           )
      Plaintiff,         )
                           )
  v.                       )        No. WDQ-02-816 (Civ.)
                           )
VERIZON MARYLAND, INC.,    )
                           )
                           )
      Defendant,         )
_____

## NOTICE OF ENTRY OF APPEARANCE

The clerk will please enter my appearance as co-counsel for Plaintiff, with, Morris E. Fischer, Esq. I certify that I am admitted to practice in this Court.

Respectfully Submitted,

THE GOLDSMITH LAW FIRM, LLC

/s/
_____
Leizer Z. Goldsmith
1900 L Street, N.W. Suite 614
Washington, D.C. 20036
Counsel for Plaintiff Frances Darcangelo

1