# Exhibit A

# Deposition Transcript of Dr. Douglas Anderson

247

```
                    Anderson
1
2    as a forensic psychiatrist in order to do
3    this kind of thing.
4    Q    I'm not trying to quibble with you,
5    Dr. Anderson.  I want to understand this
6    point.
7         Are you saying that it requires a
8    psychiatrist with some specialized forensic
9    knowledge or training and experience in a
10   clinical practice to decide whether to
11   credit someone with Ms. Darcangelo's
12   condition under oath versus not under oath?
13   A    I think not.
14   Q    How would a lay person go about
15   deciding what to credit under oath and not
16   under oath?
17   A    I'm not suggesting a lay person do
18   that.  I'm suggesting it doesn't have to be
19   a forensic psychiatrist.
20   Q    Lay people are going to do that at
21   trial.  What I'm trying to find out is do
22   you recognize them as having the capacity to
23   do that, twelve people drawn at random from
24   the population, or does it require some
25   specialized training?
```

248

```
 1                    Anderson
 2     A     I have every confidence in the jury's
 3     ability to do their job.
 4     Q     Their job includes determining
 5     whether to give more weight to her testimony
 6     under oath or her statements to you?
 7     A     Yes.
 8     Q     And you believe they can do that
 9     without specialized training?
10     A     Yes.
11     Q     So how is it your specialized
12     training assisted you in determining she was
13     telling you the truth when she was
14     interviewed by you but not telling the truth
15     when she was interviewed by my associate
16     under oath?
17     A     I did not suggest that she was not
18     telling the truth when she was interviewed
19     by your associate under oath.
20     Q     Accurate versus inaccurate.
21     Substitute the word.
22     A     I would say useful -- more useful
23     versus less useful in terms of an overall
24     understanding of her current clinical
25     status.
```

1           Anderson

2    Q     Is useful versus less useful
3    something that a lay person can do just as
4    well as an expert in the circumstance that I
5    just described?
6    A     No.  Let me put it this way:  I think
7    that the ability to understand, appreciate
8    and then convey to others, including a jury,
9    what is really going on in terms of the
10   psychological makeup, psychiatric status,
11   and explaining the behavior and mental
12   functioning of a person is something that a
13   psychiatrist is particularly trained to do;
14   and that the psychiatrist's opinion because
15   of that training and experience is more
16   important than whether or not a piece of
17   information was obtained under oath or in a
18   clinical interview and, in fact, I would
19   give more weight to the clinical interview
20   because of the psychiatrist's special
21   ability to appreciate the importance of
22   different pieces of information in a case
23   like this where there's a small mountain of
24   information.
25   Q     On a case like this where you only

253

```
1                  Anderson
2    A      No.  Her reason is her reason.  She
3    believes it and it is, in fact, a valid and
4    partial psychological explanation for the
5    behavior, but it's not the reason that's
6    really germane, because what we really have
7    to explain is why she did not do it.
8           Her explanation is in essence
9    justification of the thought of the impulse,
10   of the idea, of the drive, but a normal
11   person may not do it.  A normal person would
12   have those thoughts and fantasies but not do
13   it.  But she actually did it.  The behavior
14   was actualized, and what she lacks is the
15   ability to inhibit the behavior, not to
16   inhibit the thought.
17   Q      Doctor, I'd like you to enter the
18   practical world for me for a minute.
19          Ms. Darcangelo said to you, "I wore
20   the Hitler T-shirt to work because I want to
21   protest a memo," or words to that effect
22   correct?
23   A      Yes.
24   Q      You say, no, that's not the reason
25   she wore the T-shirt to work.  The reason
```

254

1               Anderson
2    she wore the T-shirt to work is because she
3    is a chronic hypomanic who couldn't control
4    herself, correct?
5    A    I say both are correct.  She did
6    both.
7    Q    Is there anyplace in your report that
8    you say she did this to protest?
9    A    Well, it's in my notes, not in the
10   report.
11   Q    The reason that you ascribe to her
12   behavior is the reason that she ascribes to
13   her behavior?
14   A    Not the reason.  The lack of
15   inhibition is something she doesn't
16   appreciate or understand.
17   Q    Let me ask it a little differently.
18   That requires the provision of accurate
19   information, not merely from your
20   perspective but accurate information when
21   she is asked, "Why did you wear the Hitler
22   T-shirt?" and she says, "To protest the
23   stupid memo"?
24   A    Yes.
25   Q    And when she is asked, "Is that the

255

1        Anderson
2   only reason you wore the Hitler T-shirt?"
3   and she says, "Yes, that is the only reason
4   I wore the Hitler T-shirt," is she lying?
5   A    She is telling the truth as she knows
6   it, but in fact --
7   Q    It was a yes or no question.
8   A    No, it wasn't.
9   Q    Finish your answer.
10  A    But, in fact, she was wrong, but she
11  didn't know that she was wrong.  In fact,
12  there is more reason -- she wore the Hitler
13  T-shirt not only because she was protesting
14  a memo about a dress code for which there
15  would be many ways to actualize that that
16  may be much more acceptable, but she went
17  ahead and did in a fantastic way of
18  protesting because she doesn't have the
19  frontal lobe ability to discriminate, to
20  judge, to inhibit, to discern what is an
21  appropriate way to make this protest and
22  what is an inappropriate way.
23       To her, the protest is a protest.  If
24  it's her idea to do it, she does it.  That
25  is what I said before, nuts, but I'll say