34

```
 1                  Anderson
 2     Q     Would it be zero?
 3     A     Oh, no.
 4     Q     More than zero?
 5     A     Yes.
 6     Q     More than a hundred?
 7     A     I can't -- no.  We review many cases
 8     every day, every level of care for
 9     inpatient, outpatient.  Bipolar disorder is
10     a common diagnosis that we come across.
11     Q     That was not actually my question,
12     though, was it?
13     A     I don't know.
14     Q     I didn't ask you whether you had
15     approved treatment of bipolar.  I asked you
16     if you had approved treatment of chronic
17     hypomania.
18     A     Chronic hypomania is a clinical -- is
19     a description of a clinical state.  It's not
20     a diagnosis.  It's not a DSM-IV diagnosis or
21     a diagnosis in any other sense.  It's a
22     description of a state that a person with
23     bipolar affective disorder may or may not be
24     in at a particular time.
25     Q     It's a state that is not listed in
```

39

```
 1                   Anderson
 2           record, that objection was frivolous.
 3      A    I read the transcript.
 4      Q    You read the transcript of the
 5      interview?
 6      A    Yes.
 7      Q    In valuing her demeanor and affect,
 8      wouldn't it have been useful to watch some
 9      of that video?
10      A    Possibly.
11      Q    That video was taken at a time much
12      closer in time to the events in question
13      than your interview, wasn't it?
14      A    Yes.
15      Q    Wouldn't it have been more relevant
16      what her affect was then than what your
17      observations of her affect are now?
18      A    No.
19      Q    Not in your opinion?
20      A    Correct.
21      Q    I'm holding up Textbook of Forensic
22      Psychiatry by Robert Simon and Liza Gold,
23      both doctors, by the American Psychiatric
24      Publishing.
25           Do you recognize this book?
```

48

```
 1                    Anderson
 2     Q     You reviewed everything that
 3     Mr. Morris gave you or you reviewed
 4     everything that was available?
 5     A     I reviewed everything that Mr. Morris
 6     gave me.
 7     Q     Mr. Morris, for instance, didn't give
 8     you the videotape of the interview; he just
 9     gave you the transcript, correct?
10     A     Not correct.
11     Q     He gave you the videotape?
12     A     Yes.
13     Q     And you didn't review it?
14     A     Correct.
15     Q     How did you decide that?
16     A     I felt that having reviewed the
17     transcript and having met personally with
18     the plaintiff, actually viewing the
19     videotape would not have been an effective
20     use of either my time or Mr. Morris' money.
21            MR. FISCHER:  Just for the
22         record, it's Mr. Fischer, not Morris.
23         Morris is my first name.
24            MR. RAPHAELSON:  My apologies.
25            THE WITNESS:  My apologies as
```

49

```
 1                Anderson
 2        well.
 3   Q    You determined that it was not an
 4   effective use of time to watch even fifteen
 5   minutes selected at random from a videotape
 6   made of a seven-hour interview of the
 7   patient you were evaluating?
 8   A    Correct.
 9   Q    What other things did Mr. Fischer
10   gave you that you chose not to review?
11   A    Nothing.
12   Q    Just the videotape?
13   A    I believe I reviewed everything that
14   Mr. Fischer gave me.
15   Q    Did you ask Mr. Fischer for a copy of
16   James Conrad's deposition?
17   A    I did not.
18   Q    Maryann Moxey's deposition?
19   A    No.
20   Q    Charles English's deposition?
21   A    No.
22   Q    Gottlieb Fleig's deposition?
23   A    No.
24   Q    Did you ask to review Miss
25   Darcangelo's personnel records?
```

55

```
 1                    Anderson
 2     Q     Did you ask?
 3     A     No.
 4     Q     Did you review the appendix to Dr.
 5     Janofsky's report, sir?
 6     A     Yes.
 7     Q     How much time did you spend on that?
 8     A     Very little.
 9     Q     How did his report impact your
10     opinion, sir?
11     A     That's very hard to answer.  I don't
12     know.
13     Q     Were you asked to rebut his opinion
14     in any way?
15     A     No.
16     Q     Were you asked to address his opinion
17     in any way?
18     A     Yes.
19     Q     Who asked you to address his opinion?
20     A     Mr. Fischer.
21     Q     Do you address his opinion in your
22     report?
23     A     Not directly.
24     Q     How do you do it indirectly in your
25     report?
```

56

| | | |
|---|---|---|
| 1 | | Anderson |
| 2 | A | I tender my own opinion. |
| 3 | Q | Have you addressed Dr. Janofsky's |
| 4 | | report with Mr. Fischer orally? |
| 5 | A | Yes. |
| 6 | Q | What view or views do you have with |
| 7 | | regards to Mr. Janofsky's report? |
| 8 | A | My view is that the diagnosis of |
| 9 | | personality disorder NOS is not supported, |
| 10 | | not justified and confuses the issue. |
| 11 | Q | What do you see as "the issue"? |
| 12 | A | I see the issue being that the |
| 13 | | plaintiff in this case suffers from bipolar |
| 14 | | affective disorder; that she is chronically |
| 15 | | in partial remission, which means that her |
| 16 | | condition is only partially compensated, |
| 17 | | leaving her in a more or less chronic |
| 18 | | hypomanic state which accounts for her |
| 19 | | aberrant behavior that resulted in her |
| 20 | | disciplinary action and dismissal. |
| 21 | Q | Now, there is a lot in there, and I |
| 22 | | want to take that a little bit at a time. |
| 23 | | First of all, where in your report do |
| 24 | | you talk about her being in remission? |
| 25 | A | I'll have to look at it. |

65

```
 1                      Anderson
 2     medical notes to determine that, did you?
 3     A     No, the account that she gave me was
 4     quite satisfactory.
 5     Q     Did Lithium improve her mental state,
 6     so far as you know?
 7     A     Yes.
 8     Q     Could you describe how it is you're
 9     able to compare her mental state while she
10     is taking Lamictal to her mental state while
11     she was on Lithium?
12     A     Her presentation before me was
13     consistent to the descriptions of her when
14     she was treated with Lithium.
15     Q     Now, you could have actually observed
16     her presentation while she was on Lithium if
17     you'd watched some of that videotape,
18     couldn't you?
19     A     I would have seen what the videotape
20     would show.
21     Q     You knew she was on Lithium during
22     that period of time, didn't you?
23     A     I did.
24     Q     Wouldn't it have been more relevant
25     to your inquiry as to her behavior in 1997
```

112

```
 1                    Anderson
 2     believe she controls that act?
 3     A     Absolutely.
 4     Q     The fact that she repeatedly uses
 5     verbal and symbolic violence on co-workers
 6     convinces you she can't control that?
 7     A     Correct.
 8     Q     What about the period of time where
 9     she does control it, sir?
10     A     Well, she has -- as I mentioned this
11     morning, she has a chronic hypomanic state
12     that waxes and wanes, and sometimes she is
13     in greater control than others, but at no
14     time has it ever been to the point of
15     physical violence.
16     Q     Does the fact that her behavior is
17     targeted in nature change your view in any
18     way?
19     A     No.
20     Q     Please complete what it is she had to
21     say to you.
22     A     She told me that her history of
23     mental disorder began at the age of 22 or 23
24     when she consulted a psychologist named
25     Barry McCarthy for sexual dysfunction, for
```

129

```
 1                  Anderson
 2     A     Yes.
 3     Q     Because of the misbehavior?
 4     A     Yes.
 5     Q     If the mood is irritable rather than
 6     elevated or expansive, at least four of
 7     those symptoms have to be present for it to
 8     be hypomanic, doesn't it?
 9     A     Four of what symptoms?
10     Q     The symptoms we were just discussing.
11     A     No.
12     Q     Do you recognize the DSM as
13     authoritative, sir?
14     A     I recognize it as the principal
15     guideline for diagnostic consistency.
16     Q     Is it authoritative?
17     A     It's an evolving manual diagnosis,
18     and it is not to be taken as a cookbook or
19     the final word on diagnostic criteria.
20     Q     It's a final word as to whether
21     somebody gets treatment under Medicaid,
22     isn't it?
23     A     The diagnosis is not the criteria.
24     Q     Having a diagnosis that fits the
25     DSM-IV criteria is, isn't it?
```

140

```
 1                   Anderson
 2     all.
 3     Q      I'll come back to it, then.
 4            Did you rely on the DSM in diagnosing
 5     Ms. Darcangelo with chronic hypomania?
 6     A      Yes.
 7     Q      Where is chronic hypomania in the
 8     DSM-IV, sir?
 9     A      It's bipolar affective disorder.
10     Q      That wasn't my question, sir.
11     A      That was my answer.
12     Q      I heard your answer, but in this
13     forum, like in court, you need to answer the
14     question that is put to you.
15     A      Well, as I mentioned, this is a book
16     for doctors, not for lawyers.  One uses the
17     book as a helpful guideline in making the
18     diagnosis.
19            In order to understand what bipolar
20     affective disorder is, a psychiatrist needs
21     to know quite a bit more than is contained
22     in this section in this book.  One needs to
23     know what the clinical ramifications and
24     variations are, and the condition of chronic
25     hypomania is not at all an unrare clinical
```

141

```
 1                  Anderson
 2      situation that many people who suffer from
 3      this illness find themselves in.
 4      Q     Are you done with your description?
 5      A     Yes.
 6      Q     Do you remember the question?
 7      A     No.
 8      Q     Where in this book is chronic
 9      hypomania?
10      A     Specifically, it isn't.
11      Q     It's not in the book, is it?
12      A     No, it isn't.
13      Q     This is the book that psychiatrists
14      recognize and use as a diagnostic
15      definitional tool, isn't it, sir?
16      A     It's a book.
17      Q     Tell me a book that is as recognized
18      as DSM-IV that lists chronic hypomania as a
19      diagnosis.
20      A     Hypomania is not a diagnosis --
21      Q     I didn't ask you about hypomania.  I
22      asked you about chronic hypomania.
23      A     Chronic hypomania is not a diagnosis.
24      It is a clinical condition.
25      Q     Sir, it's not a clinical condition
```

149

```
 1                    Anderson
 2     mental disease or disorder, isn't that
 3     consistent?
 4     A     That's a consideration that certainly
 5     should be entertained.
 6     Q     Do you agree that personality
 7     disorders are not mental illnesses?
 8     A     Yes, I do.
 9     Q     That people with personality
10     disorders are generally but not always able
11     to control their behavior?
12     A     Generally, but not always, yes.
13     Q     In what ways were Ms. Darcangelo's
14     inappropriate behaviors inconsistent with
15     having a personality disorder?
16     A     When a person has a major mental
17     disorder as a primary diagnosis and they
18     engage in questionable or aberrant or
19     inappropriate behavior that is consistent
20     with that mental disorder, then it is
21     appropriate to attribute the behavior to
22     that mental disorder.
23     Q     Now, sir, a couple of minutes ago you
24     said that you were relying on her treating
25     physician, Dr. Zimberg, for the conclusion
```

```
 1                  Anderson
 2     that she, Ms. Darcangelo, was a chronic
 3     hypomanic; do you recall that?
 4     A     I do.
 5     Q     Dr. Zimberg also diagnosed her as
 6     having a personality disorder?
 7     A     He did.
 8     Q     He's wrong?
 9     A     I don't know whether he is or not.
10     Q     You don't have anything about the
11     possibility of a personality disorder in
12     your report, do you?
13     A     My impression is that she does not
14     have one.
15     Q     The question was you don't have
16     anything in your report about a personality
17     disorder, do you?
18     A     Well, I believe I'd rule it out.  I
19     think you quoted that.
20     Q     You didn't diagnose her as having
21     one?
22     A     That's correct.
23     Q     Dr. Zimberg did?
24     A     That's correct.
25     Q     So you agreed with him in part and
```

151

```
 1                    Anderson
 2     you disagreed with him in part?
 3     A     That's correct.
 4     Q     Now, you knew that Dr. Russo, who
 5     examined her through the IME process, also
 6     found that she had a personality disorder;
 7     isn't that correct?
 8     A     Yes.
 9     Q     He and Dr. Zimberg both agreed that
10     it was a schizoid personality disorder; is
11     that correct?
12     A     Yes.
13     Q     Dr. Siebert also diagnosed her as
14     having a personality disorder?
15     A     I don't recall.
16     Q     Did you look at anything from Dr.
17     Siebert?
18     A     Yes.
19     Q     What is NOS?
20     A     Not otherwise specified.
21     Q     What does avoidant and schizoid
22     traits mean to you?
23     A     It means that there are aspects of
24     those character types but without enough
25     criteria to qualify as a personality
```

152

```
 1                  Anderson
 2     disorder.
 3     Q     Would that be more consistent with
 4     Dr. Russo and Dr. Zimberg's conclusion that
 5     she had a borderline personality disorder of
 6     schizoid personality disorder than your
 7     conclusion that she doesn't?
 8     A     No.
 9     Q     How about Dr. James Beshai,
10     B-E-S-H-A-I?  Did you look at his diagnosis
11     with regards to personality disorder?
12     A     Yes.
13     Q     He also found avoidant and schizoid
14     traits, correct?
15     A     He did.
16     Q     Part of his diagnosis as Dr. Siebert
17     was on axis to personality disorder citing
18     to avoidant and schizoid trait, correct?
19     A     Yes.
20     Q     So there would be four doctors who
21     conclude there is a personality disorder and
22     you don't?
23     A     No.  Two said personality disorder
24     and two said traits.  Everybody has traits.
25     Q     A person with a chronic hypomania
```

154

```
 1                    Anderson
 2     Q     That wasn't Dr. Zimberg's view, was
 3     it?
 4     A     I don't remember.
 5     Q     That was no other doctor's view, was
 6     it?
 7     A     Not that I recall.
 8     Q     Is chronic hypomania related to her
 9     medication?
10     A     Yes.
11     Q     In what way?
12     A     In my view if she were not on
13     medication, she would very probably have
14     full-blown manic psychotic episodes.
15     Q     Can appropriate medication relieve
16     chronic hypomania?
17     A     In some cases.
18     Q     In her case?
19     A     No.
20     Q     Is there any treatment that would
21     enable her to control her behaviors?
22     A     It's possible.
23     Q     What?
24     A     It's possible that some combinations
25     of medications might be more effective, but
```

157

```
 1                 Anderson
 2     treatment in controlling those episodes?
 3     A     There may be a combination of
 4     medications that would help her do that.
 5     Q     Like?
 6     A     For example, two mood stabilizers
 7     instead of one.  Or Lithium plus another
 8     kind of mood stabilizer.  Or perhaps a mood
 9     stabilizers and low-dose antipsychotic
10     medication, or perhaps all three.
11     Q     It's never been tried, though, has
12     it?
13     A     It has not.
14     Q     What are the specific symptoms that
15     Ms. Darcangelo has that are consistent in
16     your opinion with chronic hypomania?
17     A     Elevated mood, jovial affect,
18     pressured speech, slight of ideas,
19     tangential thought process and poor
20     judgment.
21     Q     With the exception of poor judgment,
22     aren't those all elements of hypomania
23     according to the DSM?
24     A     Yes.
25     Q     Where does the chronic part come in?
```

158

```
 1                    Anderson
 2     A     Chronic means over a long period of
 3     time.
 4     Q     What about those symptoms, again
 5     other than poor judgment, creates the
 6     behavior that we're talking about where she
 7     acts inappropriately?
 8     A     Well, the pressured speech is also an
 9     aspect of the pressure of the impulses.  She
10     has impulses to do inappropriate things, and
11     the poor judgment is a function of her
12     compromised ability to inhibit the pressured
13     impulses.
14     Q     Did she say anything about feeling
15     pressure to take down and rewrite and put
16     back up the target with Butch English's head
17     on it?
18     A     No, a hypomania person doesn't feel
19     the pressure.
20     Q     Doesn't even recognize it?
21     A     Some do, some don't.
22     Q     In her case you say she doesn't?
23     A     She does not.
24     Q     You say, "However, she continued to
25     function in a more or less chronic hypomania
```