1    or whatever?

2         A.   Right.

3         Q.   What is the usual?

4         A.   There is no usual, but a textbook case is

5    somebody goes from, you know, depressed to what's

6    called euthymic or normal mood and then manic, that

7    would be a textbook case, but very few people are

8    textbook.  Some people are main hypomanic all the

9    time, you can't really control them adequately.

10   They're always a little bit on the manic side.

11            Some people are mixed.  You can have a

12   mixed state where people are up and down at the

13   same time, elements of both at the same time.  So

14   there is no one formulation for it.  But in a

15   textbook case would be somebody that actually

16   cycles through, up, normal, down and back up,

17   normal, down again.

18        Q.   At the time when she came in on October

19   15, 1997, was Ms. Darcangelo in a manic or

20   hypomanic episode or depressive episode for that

21   matter?

22        A.   It looks like she was in the state that

23   she pretty much was in the entire time I've seen

24   her, just mildly hypomanic.  It's hard with her

25   because she has more than one diagnosis, but she is

1    hypomanic a lot of the time.

2        Q.   Is that something you would normally

3    reflect in your notes, whether the mood and whether

4    they're hypomanic and stuff?

5        A.   With her it's always is there something

6    to treat, something to do different.  In my office

7    what I try to figure out is this really hypomania

8    or just her schizoid personality or poor judgment

9    which has nothing to do with psychiatry.

10        What I typically conclude with Frances is

11    that it really isn't.  Although she has episodes of

12    hypomania, it's not severe enough to change the

13    medication treatment and it typically appears to be

14    that it's more her personality disorder and her

15    poor judgment that get her into trouble.  That

16    seems to be more the issue.

17        What I look at as the treating physician,

18    is there something I would do different here, is

19    there something medication-wise that I would do,

20    but after talking to her I don't come to that

21    conclusion.

22        Q.   In the October 15th examination, do you

23    think she was, based on your recollection or what's

24    in the report, it doesn't say anything about

25    hypomania, do you think she was in an episode of

1     Q.  Or whether an accommodation would have
2  helped her in performing that job?
3     A.  Well, in retrospect had it been asked I
4  think I probably would have recommended some
5  accommodations to her, for her, but I don't recall
6  being asked.
7     Q.  Okay.  You might have recommended
8  accommodations, but would you now or then have any
9  basis on which to opine as to whether those
10  accommodations would render her qualified?
11     MR. BURKHARDT:  Same objection.  He
12  doesn't know about the job qualifications or legal
13  significance of these terms.  Go ahead and answer
14  if you can.
15     THE WITNESS:  I agree with him.
16  BY MS. DYE:
17     Q.  So no?
18     A.  No, I don't know what the job was.
19     Q.  Right, okay.  So what accommodations
20  might you have recommended?
21     A.  This person works better alone.  I think
22  she is very bright and I think she's probably very
23  efficient alone.  With supervision by a single
24  person who isn't likely to, a single, mature person
25  not likely to get caught up in personality

1    conflicts with her, I think she will do fine if she
2    could work in that capacity.
3        Q.   But you don't have any idea whether that
4    would be possible?
5        A.   I don't know.  I do know at one point she
6    was a janitor which was probably a much more
7    tolerable career for her, then she went up the
8    ranks.
9        Q.   Do you know anything other than her
10   self-report, anything at all about her behavior in
11   the work place?
12       A.   Just her self-report.
13       Q.   Any other accommodations you might have
14   recommended?
15       A.   She worked alone, consistent
16   supervision.  I think I would have requested some
17   sort of professional testing of what her vocational
18   aptitude was.  This is a person that started off at
19   Vassar and I think she is much brighter than people
20   recognize and she may be capable of a lot of
21   things.
22           I haven't done any vocational testing on
23   her.  I did want her to go through OBR, but until
24   this is over nothing like that is going to happen.
25   But I think she's possibly capable of really high