*FROM: COMP TEXTBOOK OF PSYCHIATRY, 6/th ED, VOL I, KAPLAN & SADOCK, eds,*

TABLE 16.6-33
**Diagnostic Criteria for Bipolar I Disorder, Most Recent Episode Unspecified**

A. Criteria, except for duration, are currently (or most recently) met for a manic, a hypomanic, a mixed, or a major depressive episode.
B. There has previously been at least one manic episode or mixed episode.
C. The mood symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.
D. The mood symptoms in criteria A and B are not better accounted for by schizoaffective disorder and are not superimposed on schizophrenia, schizophreniform disorder, delusional disorder, or psychotic disorder not otherwise specified.
E. The mood symptoms in criteria A and B are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism).

*Specify:*
Longitudinal course specifiers (with and without interepisode recovery)
With seasonal pattern (applies only to the pattern of major depressive episodes)
With rapid cycling

Table from DSM-IV, *Diagnostic and Statistical Manual of Mental Disorders*, ed 4. Copyright American Psychiatric Association, Washington, 1994. Used with permission.

distinct period that represents a break from premorbid functioning, (2) a duration of at least one week, (3) an elevated or irritable mood, (4) at least three to four classic manic signs and symptoms, and (5) the absence of any physical factors that could account for the clinical picture. The irritable mood in mania can deteriorate to cantankerous behavior, especially when the person is rebuffed. Such patients are among the most aggressive seen in the emergency room. Extreme psychotic disorganization, a common presentation of mania, further contributes to the aggression. Alcohol use, which is observed in at least 50 percent of bipolar I patients (typically in the manic phase), further disinhibits the patient and might lead to a dangerous frenzy. Such patients may attack loved ones and hurt them physically. So-called crimes of passion have been committed by patients harboring delusions of infidelity on the part of spouses or lovers, usually when under the influence of alcohol.

The genesis of delusional and hallucinatory, even first-rank, psychotic experiences in mania have already been described. Recent research has also documented that most types of formal thought disorders are common to both schizophrenic and mood psychoses: only poverty of speech content (vagueness) emerges as significantly more common in schizophrenia. Finally, posturing and negativism have been shown to occur in mania (and, in the author's view, do not warrant the designation of catatonic features as advocated by DSM-IV). Although not specifically mentioned in the DSM-IV definition, confusion, even pseudodemented presentations, can occur in mania.

Mania is most commonly expressed as a phase of bipolar I disorder, which has strong genetic determinants. Available evidence does not permit separating recurrent mania without depressive episodes as a distinct nosological entity from that form.

**Secondary mania** Although there is some suggestion that postpartum mania without depression is distinct from familial bipolar I disorder, in which both depressive and manic episodes can sometimes occur in the postpartum period, the evidence for a distinct puerperal mania is not compelling at this time (hence the decision in DSM-IV to use postpartum-onset as a specifier, rather than a separate mood disorder subtype [see Section 15.4]). It has also been known for some time that mania without prior bipolarity can arise in the setting of such somatic illnesses as influenza, thyrotoxicosis, systemic lupus erythematosus or its treatment with steroids, rheumatic chorea, multiple sclerosis, Huntington's disease, cerebrovascular disorder, diencephalic and third ventricular tumors, head trauma, complex partial seizures, and most recently, AIDS. The family history is reportedly low in such cases, suggesting a relatively low genetic predisposition and thus a lower risk of recurrence. The patients do not easily fit into the DSM-IV category of mood disorder due to a general medical condition (Table 16.6-18) because most of the conditions appear to be cerebral.

Less well-defined forms of mania are the so-called reactive manias. Personal loss and bereavement are hypothesized to be triggering factors, and the reaction is conceptualized in psychodynamic terms as a denial of loss. Although such explanations may be plausible in individual cases, no systematic data are available to suggest that the patients differ in family history from persons with other manias. The same is generally true for depressed patients who switch to hypomania or mania after the abuse of stimulant drugs, treatment with antidepressants, or sleep deprivation; in all of those situations a bipolar diathesis is usually manifest, either in a family history of mania or in spontaneous excited episodes during prospective observation. First-onset manic episodes have also been seen in persons who abstained from alcohol after one or two decades of abuse and who evolved into having classic bipolar I disorder.

**Chronic mania** DSM-IV does not specifically address the diagnostic questions posed by the 5 percent of bipolar I patients characterized by a chronic manic course. That course most commonly represents deterioration of course dominated by recurrent manic episodes. Noncompliance with pharmacological treatment is the rule. Recurrent excitement is personally reinforcing, subjective distress is minimal, and insight is seriously impaired; therefore, the patient sees no reason to adhere to treatment. Episodic or chronic alcohol abuse, which is prevalent in such patients, has been suggested as a contributory cause of the chronicity. Some authorities consider comorbid cerebral pathology to be responsible for nonrecovery from manic excitements occurring in late life.

Grandiose delusions, such as delusions of inventive genius or aristocratic birth, are not uncommon in chronic mania, and may lead to the mistaken diagnosis of paranoid schizophrenia. Because of their social deterioration, Kraepelin had subsumed such patients under the category "manic dementia." Nonschizoid premorbid adjustment and a family history of bipolar I disorder, as well as the absence of flagrant formal thought disorder, can be marshaled in establishing the affective basis of those poor-prognosis manic states.

**Mixed phase** Momentary tearfulness, depressed mood, and even suicidal ideation are commonly observed at the height of mania or during the transition from mania to retarded depression. Another common mixed feature is racing thoughts in the context of a retarded depression. Those transient labile periods, which occur in most bipolar I patients, must be contrasted with the mixed episodes experienced by 30 to 40 percent of patients in the long-term course of bipolar I disorder.

The mixed episodes proper (Table 16.6-25)—variously referred to as mixed mania or dysphoric mania—are characterized by dysphorically excited moods, anger, panic attacks, pressured speech, agitation, suicidal ideation, severe insomnia, grandiosity, and hypersexuality, as well as by persecutory delusions and confusion. Mixed states, when of mild to moderate intensity, could be misdiagnosed as major depressive disorder,