UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

FRANCES DARCANGELO,     )
                             )
      Plaintiff,        )
                             )
      v.               )     No. WDQ-02-816 (Civ.)
                             )
VERIZON MARYLAND, INC.,     )
                             )
                             )
      Defendant,      )

## AFFIDAVIT OF DOUGLAS ANDERSON

Douglas Anderson, M.D., herein attests under penalties of perjury.

    I annex hereto excerpts from several textbooks regarding the medical state of chronic hypomania. I attest that they are genuine and authentic. They are also authoritative and generally recognized in the field of psychiatry.

1.    Comprehansive Textbook of Psychiatry, Vol. I, 6th Edition,
    Kaplan and Sadock, editors. P. 1142.

2.    Noyes' Modern Clinicla Psychiatory, 7th Edition,
    Lawrence Kolb, editor. pp. 337-339

I could not recall texts at my deposition which supported my findings, but they clearly support my findings upon examining Frances Darcangelo. As stated in Sadock, DSM-IV does not specifically address the diagnostic questions posed by 5% of bi-polar I patients, such as Frances Darcangelo, characterized by a chronic manic course. Page 337 of Noyes' describes that a manic attack can remain in an attenuated form known as hypomania.

Plaintiff would suffer from chronic mania, but for the effects of her medication, which can only control the effects of the illness partially, the mania portion. However, because the medication cannot control her illness completely, she is left in a chronically hypomanic state.

I reviewed hundreds of pages of documents prior to examining Ms. Darcangelo. Dr. Zimberg, Ms. Darcangelo's psychiatrist and Julie Swope her psychologist each discussed Ms. Darcangelo's hypomania in a chronic state. That was highly influential in my opinion. I was never asked at deposition for an explanation as to why Dr. Zimberg's notes would neither be consistent or inconsistent with my diagnosis. It is my understanding that Dr. Zimberg was recording hypomanic symptoms with respect to the perspective of changing Frances' medication; meaning there wasn't enough of those symptoms to change the medication. That's what I gathered from his deposition.

I also annex my C.V. to this affidavit and attest that it is genuine and authentic.


Douglas Anderson, M.D.