affective states and the growing understanding of their pharmacological effects, there has emerged a hypothesis relating changes in catecholamine metabolism to states of depression or elation. Those drugs which potentiate the action of brain norepinephrine also stimulate overt behavioral expressions, including excitement, and function in man as antidepressants, while those which inactivate or deplete norepinephrine centrally predispose to sedation and depressions. It has been suggested then that some depressions, and perhaps all, are associated with a deficiency of catecholamines, and especially norepinephrine, at the significant adrenergic receptor sites in the brain, while an excess of these amines exists with behavioral states of elation. This hypothesis is based on indirect evidence, recently reviewed by Schildkraut. It is the focus of much current investigation directed toward detecting the biological correlations of the affective states.

### Psychopathology

There are two well-defined types or phases of the manic-depressive psychoses: a manic or hyperactive phase, and a depressive phase.

Although the disorder typically assumes the form of psychotic episodes separated by intervals of mental health, a person may suffer only from one episode, or, again, the disorder may become continuous. These episodes may be in the nature of a manic or of a depressive reaction; there is no constant sequence or alternation of these reactions. The swings from one phase to another seem to prove the homogeneity of the manic-depressive psychoses.

MANIC PHASE. In his personality makeup the patient whose episodes are of a manic type has usually been a self-satisfied, confident, aggressive, effervescing extrovert, at ease with other people. He has been inclined to scatter his energy over a wide field of interests. His affective attitude has been one of emotional expression and responsiveness. The manic phase or reaction is usually preceded by a simple depression. This depression is of brief duration and mild in degree, often lasting for only a few days and either not noted by the patient's family or not considered significant. This brief period is followed by exhilaration or mild excitement.

Sometimes the attack remains in this attenuated form known as *hypomania*. In this hypomanic state there are increased assertiveness, an air of self-assurance, careless gaiety, breezy affability, self-satisfaction, buoyant self-confidence, and boundless energy. No matter how inhibited the patient may normally have been, he is now irrepressible, demanding, uninhibited, effusive, and often astonishingly unconventional in speech and manner. He is narcissistic, childishly proud, and quite intolerant of criticism. Glib of tongue and genial of hand, the patient is socially aggressive, witty, boastful, flippant, argumentative, spends his money extravagantly, pawns his belongings, is full of ambitious schemes, and starts enterprises that soon fail or that he soon abandons.

Often striking is the frequency of use of direct and indirect quotations, particularized references, and adverbs of degree ("absolutely," "much," "never"). His conversation is directed principally to a recital of events, circumstances, and meetings with others, but it seldom contains statements as to their inner affective meaning to him or as to his personal evaluation of the interactions between himself and others. Thus there is little evidence of introspection but more that of comparing, weighing, and evaluating the performances of others and himself. From this trend, coupled with the many indications of denial and overcompensatory self-references, there emerges a self-image toward which the patient appears to be striving.

His excuses and arguments contain a superficial but specious plausibility. His disregard for the truth may carry great conviction to those not previously acquainted with him. The patient is bored

with routine, lacks a sustained interest in any activity, and is too busy to submit his impressions to critical examination. Attention is often easily distracted, thought processes are accelerated, and the stream of thought is prone to wander. His manner of speaking has an undertone of emphasis and exaggeration.



Many hypomanic patients are mischievous, boisterous, and full of pranks, indulge in risqué remarks and coarse and unseemly jokes, and make facetious comments about some object, or especially some person, in the environment. They are superficial in their relationships with other persons and insensitive to the latters' needs and feelings. Some hypomanic individuals delight in joking efforts to tease the physician. Unbridled criticism and bluntness of speech, even to the point of impudence, are common. Without constraint, the manic patient blurts out what he has doubtless long wished to say but has previously been afraid to express. The usual good humor, which is often infectious in nature, frequently continues as long as every whim of the patient is gratified, but it tends to be replaced with anger, caustic speech, and verbal abuse if anyone questions his opinion or thwarts his wishes. In place of this good humor, one occasionally meets with a sustained anger, argumentativeness, irritability, haughtiness, arrogance, sarcasm, and querulousness. Open hostility to members of the family is common. After her recovery, one woman whose hypomanic attacks were characterized by a great outburst of hostility described her psychotic episodes as seeming "like a prolonged spell of anger." In her normal periods, she was a friendly person, anxious to help others, and took great pride in her love for them. (One suspects that this desirable personality characteristic was a reaction formation that served as a defense against a deep-seated hostility.)

Sudden oscillations of emotion are common. In the midst of an exuberance of manner and spirits, the patient may suddenly burst into tears and give expression to some depressive idea, but after a moment be as cheerful as ever. He may likewise change rapidly from irritability to affability. The hypomanic patient may work with great, but capricious, enthusiasm and energy, but his stimulation and expansiveness impair his judgment. He is often so officious and meddlesome that he becomes an annoyance to those about him. He declares that he needs no rest. Although under a constant pressure of activity, he feels no sense of fatigue. He writes numerous letters in which he underscores many words and passages and introduces various parenthetical remarks. The style of composition may be flowery and witty and the script large, flowing, and perhaps graceful. No sooner, perhaps, has he posted a letter than he decides that the mail is too slow for his urgent business so he dispatches a telegram to his correspondent. He discusses with strangers and without reserve matters of an intimate, private nature. The hypomanic is often erotic and, if a man, may indulge in sexual excesses, while a previously chaste and modest young woman may become sexually promiscuous or marry a man far below her social level. Although from custom and convenience the symptoms just described are designated as hypomanic, any attempt to divide the imperceptible gradations of hyperactivity occurring in manic-depressive psychosis into clinical groups is entirely arbitrary.

In a well-developed picture of mania the *affective tonality* is one of eagerness, exaltation, and joyous excitement. The tempo of the whole personality is quickened. The patient's patterns of thinking and behavior reflect his mood. He sings, dances about, whistles, and may be exhilarated to the point of noisy hilarity. He shows an unrestrained playfulness and mischievousness. His elation stimulates ideas of grandeur and perhaps fleeting delusions of wealth and power. The exhilaration may be punctuated with anger, irritability, and even with combativeness if the patient is denied

*From: Noyes' Modern Clinical Psychiatry 7th Edition, Lawrence C. Kolb, MD, Ed.*

## PSYCHOTIC DISORDERS 339

some request or privilege, a granting of which his disturbed state forbids. Again, a well-developed *paranoid trend* may exist, and the patient may be verbally abusive to the person toward whom, for the moment, he may feel most resentful. Patients with this impure affect are often haughty, demanding, revengeful, sarcastic, and arrogant. They may seem to delight in an unbounded expression of aggressiveness and hostility.

The *stream of thought* is characterized by loquaciousness and rapid association of ideas. Frequently the patient speaks with a crispness and vigor of articulation, with emphatic accents and frequent changes of pitch. His style of phrasing may be pompous, and his speech may assume the character of theatrical declamation. As the hypomanic state passes into acute mania, the pressure of speech develops into a flight of ideas with rhyming, play upon words, and "clang" associations of words having similar sounds but no relation in meaning. Superficially the therapist receives the impression of a great variety of ideas, but if he carefully observes the manic patient's associational products, he discovers that their range is really limited. As a matter of fact, the manic individual evades thinking and is occupied with phonetics rather than meaning. Associations that remind the patient of some overvalued idea or egocentric interest are particularly apt to divert the stream of thought. Although the patient's racing flow of ideas appears illogical and directed by such stimuli as similarity of sound and environmental objects and events, beneath these superficial associations may often be discovered an underlying but limited range of topics toward which associations tend to flow. Without realizing their significance, the patient often makes remarks that afford a hint as to the unconscious motivation of his ideas, since, although apparently devoid of motivation, they are not so in fact. In both sequence and significance, they approach the character of free associations and therefore, like them, are prompted by unconscious and instinctive agencies.

The third of the mental fields in which it has been customary to describe disturbances as taking place is that of *psychomotor activity*. There is an overactivity, ranging from the pressure of occupation described in hypomania to the violent motor excitement of acute mania. In the hospital the patient meddles with ward activities and with other patients; he has numerous suggestions as to how the institution should be conducted. He decorates himself with trinkets and improvised badges and medals. In more excited states, he tears his clothing into ribbons with which he decorates himself in a grotesque manner. He sings, shouts, and assumes dramatic attitudes. He may destroy bed and personal clothing, an activity usually prompted not by malice but by an urge to be busy. A woman ordinarily refined and modest may disregard all former sense of propriety, make indecent sexual proposals, and be obscene in speech. The overactive manic sleeps little and yet does not appear fatigued. He sustains cuts and abrasions to which he pays no attention and for which he will permit no treatment. Infections may occur and complicate the clinical picture. Rarely the patient shows such a pressure of activity that he does not eat and requires tube feeding, although in the usual degree of excitement the patient may bolt large quantities of food with complete disregard of manners.

The attention of the manic is usually much disturbed, the disorder being caused not by any defect in vigility but by lack of tenacity, as a result of which attention is easily distracted. Environmental noises and activities constantly divert his attention. Not rarely he misidentifies persons, being particularly prone to identify a stranger as a former acquaintance because of the fact that he discovers some slight point of similarity but fails to scrutinize the points of dissimilarity. The patient usually remains well oriented, but at times his grasp of