1   A.  Yeah.

2   Q.  Or O'Melveny & Myers' client?

3   A.  I understand that.

4   Q.  Were you confused about that at the time?

5   A.  I think I was confused about that at the
6 time.

7   Q.  And then you refer to a diagnosis here.
8 You say her diagnosis at that time was DSM 4296.4X,
9 bipolar one disorder. Most recent episode, manic.
10 This diagnosis remains in effect. Is that the
11 diagnosis that was given her by the psychiatrist not
12 by you?

13   A.  That's correct.

14   Q.  And what do you mean by this diagnosis
15 remains in effect?

16   A.  That it's been substantiated. Dr. Zimberg
17 then, and also Dr. Gobel, as they would send me
18 updates every so often, and they are the medication
19 management and they also on each page had a spot where
20 they would write the diagnosis and it remained
21 bipolar. So that's why I said it remains in effect.

22   Q.  The most recent episode, manic; do you know
23 what that refers to?

24   A.  Yeah. That in the DSM-IV you have to make
25 a choice. They give you bipolar and the number and

1  they say you should put most recent episode manic or
2  most recent episode depressed. And since I have never
3  seen the depressed part, they tell you to choose one
4  of those in addition to your bipolar diagnosis.
5     Q.   Is that a reference to a specific episode
6  or just the fact that --
7     A.   Just the fact that they didn't give any
8  other choices. So in terms of having those two to
9  choose from, then that's what technically is correct
10 according to the DSM manual, that you should include
11 that after the diagnosis.
12    Q.   Have you ever applied the DSM criteria to
13 Ms. Darcangelo yourself?
14    A.   In terms of knowing what some of the
15 symptoms are and whether she would qualify or not?
16    Q.   Yes.
17    A.   Yeah, I can -- yeah. I mean generally. I
18 didn't open the book and say, well, she has this and
19 she has this. I certainly can recognize in terms of
20 her behavior and symptoms, so forth, that it certainly
21 is. I mean the running on of words, the rambling, the
22 non-focusing, it just has been consistent ever since I
23 first saw her.
24    Q.   Consistent with what?
25    A.   Consistent with the diagnosis of bipolar

1  and the fact that the medical people have made that
2  diagnosis and have her on medication for such, and
3  then I'm seeing this in addition to it. It just all
4  comes together as a valid diagnosis.
5      Q.  Now, have you ever seen her in a manic
6  episode?
7      A.  No. Not full-blown manic.
8      Q.  How about hypomanic?
9      A.  I think she is pretty much hypomanic all
10 the time.
11     Q.  When you say she is hypomanic, did you
12 actually ever take out or go through the DSM criteria
13 for a hypomanic episode or state?
14     A.  Not specific, no. No. I wouldn't say I
15 specifically did, that I opened the book, you know, to
16 her specifically. But just recognizing some of those
17 manicy symptoms.
18     Q.  So you mentioned some of them. Are there
19 any others?
20     A.  The different sleep patterns, difficulty
21 with social interaction. That certainly stands out.
22 I was going to bring the DSM-IV with me today and
23 didn't.
24     Q.  Well, have you ever given her a GAF score
25 or applied that concept to Ms. Darcangelo?