## DOUGLAS ANDERSON, M.D., F.A.C.F.P.

**PRIVATE PRACTICE OF CLINICAL AND FORENSIC PSYCHIATRY:**

| | | |
|---|---|---|
| 1990 – | 500 Fifth Avenue<br>New York, NY 10110<br>(212) 764-9083 | 30 Ravenwood Dr.<br>Weston, CT 06883<br>(203) 454-0529 |

**CREDENTIALS:**

American Psychiatric Association Distinguished Fellow
American Board of Psychiatry and Neurology –
   Board Certified in Psychiatry
American College of Forensic Psychiatry – Fellow and
   Member of the Advisory Board
California Society for the Treatment of Alcoholism
   and Other Drug Dependencies – Physician Specialist
Licensure – New York, Connecticut, Pennsylvania,
   California

**PRESENT POSITION (PART TIME):**

2004 –   <u>Medical Director</u>
         American Case Management
         555 W. 57th Street
         New York, New York

**PRIOR PROFESSIONAL EXPERIENCE:**

1996 – 2004   Physician Advisor
              Magellan Behavioral Health
              New York, New York

1992 – 1996   Attending Staff Psychiatrist
              Hall-Brooke Hospital
              Westport, Connecticut

1992 – 1993   <u>Medical Director</u>
              Resources Counseling and Psychotherapy Center
              New York, New York

              Consulting Psychiatrist – START Program
              Stuyvesant Polyclinic
              Cabrini Medical Center
              New York, New york

1984 – 1990   <u>Medical Director</u>
              Western Psychiatric Center and
              Department of Psychiatry
              Saint Francis Memorial Hospital
              San Francisco, California

2

                        Private Practice of Forensic Psychiatry
                        San Franciso, California
                        Member, Superior Court Panel of Experts
                        City and County of San Francisco

1980 – 1984       Chief, Outpatient Psychiatry
                        Menlo Park Division
                        VA Medical Center
                        Palo Alto, California

1978 – 1980       Assistant Chief, Inpatient Psychiatry
                        VA Medical Center
                        Long Beach, California

1976 – 1980       Ward Chief
                        VA Medical Center
                        Long Beach, California

1975 – 1976       Medical Director
                        North Coast Region
                        Orange County Department of Mental Health
                        Westminster, California

1975 – 1980       Staff Psychiatrist
                        Orange County Department of Mental Health
                        Westminster, California

                        Consultant
                        West County Regional Alcoholism Services
                        Westminster, California

1975 – 1980       Private Practice of Psychiatry
                        Huntington Beach, California


**EDUCATION:**

1963 – 1969       Six-year Honors Program in Medical Education
                        Northwestern University and
                        Northwestern University Medical School
                        Evanston and Chicago, Illinois

                        Illinois State Merit Scholar, 1963 – 1967
                        Eben J. Carey Memorial Award in Anatomy, 1966
                        Awarded B.S. degree, June 1967
                        Awarded M.D. degree, June 1969

3

**INTERNSHIP:**

1969 - 1970   Internship in Straight Medicine
              Evanston Hospital, Evanston, Illinois
              (Northwestern University)

**RESIDENCY:**

1970 - 1973   Resident and Chief Resident in Psychiatry
              St. Luke's Hospital Center
              New York, New York
              (Columbia University)

**MILITARY:**

1973 - 1975   Major, Medical Corps, United States Army
              Chief, Department of Psychiatry
              U.S. Army Hospital
              Berlin, Germany

              Awarded Army Commendation Medal and Citation for
              Meritorious Service, 1975

**ACADEMIC APPOINTMENTS:**

1976 - 1982   Assistant Clinical Professor
              Department of Psychiatry and Human Behavior
              University of California at Irvine

1981 - 1986   Assistant Clinical Professor
              Department of Psychiatry and Behavioral Sciences
              Stanford University

**ADDITIONAL TEACHING:**

1991 - 1995   Seminar on Forensic Psychiatry
              Department of Psychiatry
              St. Luke's - Roosevelt Hospital Center
              New York City

4

**CERTIFICATIONS (BY EXAMINATION):**

| | |
|---|---|
| 1978 | American Board of Psychiatry and Neurology (Diplomat in Psychiatry) |
| 1984 | California Society for the Treatment of Alcoholism and Other Drug Dependencies (Physician Specialist) |
| 1988 | American College of Forensic Psychiatry (Fellow) |

**MEMBERSHIPS:**

American Psychiatric Association
   Distinguished Fellow
   Peer Review Panel, <u>American Journal of Psychiatry</u>
   Caucus of Family Systems Psychiatrists
     (Charter Member)

American College of Forensic Psychiatry
   Fellow
   Member of the Advisory Board

New York State Medical Society
   Committee for Physicians' Health

American Academy of Psychiatry and the Law

5

## PUBLICATIONS AND PRESENTATIONS

Okita, George T., Roth, Barbara F., Anderson, Douglas, et al. "Relation Between Contraction, Drug Concentration, and Positive Inotropic Action of Digoxin" Federation Proceedings 26:2, 1967

Roth, Barbara F., Thomas, Richard E., Anderson, Douglas, et al. "Dissociation of the Positive Inotropic Action of H3-3-bromoacetyl-strophanthidol from Drug Retention"
Federation Proceedings 27:2, 1968

Anderson, Douglas J. "An Alternate Approach to Drug Abuse" USAREUR Medical Bulletin Autumn, 1975
(Presented at the U.S. Army Medical Command Europe Medical-Surgical Conference, Garmisch-Partenkirchen, Germany, October, 1974)

Anderson, Douglas J. "Transcendental Meditation as an Alternative to Heroin Abuse in Servicemen" American Journal of Psychiatry 134:11, 1977

Cutler, Neal R. and Anderson, Douglas J. "Proven Asymptomatic Eosinophilia with Imipramine" American Journal of Psychiatry 134:11, 1977

Shore, David, Anderson, Douglas J. and Cutler, Neal R. "Prediction of Self-Mutilation in Hospitalized Schizophrenics"
American Journal of Psychiatry 135:11, 1978
(Presented at the 131st Annual Meeting of the American Psychiatric Association, Atlanta, GA, May, 1978)

DeFrancisco, Don, Anderson, Douglas, Pantano, Russell, et al. "The Relationship Between Length of Hospital Stay and Rapid Readmission Rates" Hospital & Community Psychiatry 31:3, 1980

Anderson, Douglas and Lydon, Michael. "MENPHIS: a Hospital Information System for the Menlo Park Division"
(Presented at the VA Mental Health Information Systems Conference, Long Beach, CA, April, 1983)

Gallagher, Dolores, Thompson, Lawrence W. and Anderson, Douglas. "Impact of Psychotherapy on Depression in Elder Outpatients: Replication and New Issues" Proceedings of the 36th Annual Scientific Meeting of the Gerontological Society of America, 1983
(Presented at San Francisco, CA, November, 1983)

Tompar-Tiu, Aurora, Tolentino, Edgardo and Anderson, Douglas. "Depression in Filipino-Americans"
(Presented at the 143rd Annual Meeting of the American Psychiatric Association, New York, NY, May, 1990)

MAR. 8. 2005 12:24PM    AMERICAN CASE MGMT.                                   NO. 485    P. 7
Case 1:02-cv-00816-WDQ    Document 151-10    Filed 05/06/2005    Page 6 of 8

6

Anderson, Douglas. "The Forensic Psychiatrist on Wall Street"
American Journal of Forensic Psychiatry 10:3, 1989
(Presented at the Seventh Annual Meeting of the American College of Forensic Psychiatry, San Diego, CA, March, 1989)

Anderson, Douglas, Philipsborn, John T. and Cotsirilos, John G. "Current Status of the Mental State Defense in California"
American Journal of Forensic Psychiatry 10:2, 1989

Anderson, Douglas. "A Commentary on Dr. Kevorkian's Fail-Safe Model for Justifiable Medically-Assisted Suicide"
American Journal of Forensic Psychiatry 13:1, 1992

Anderson, Douglas. "The Case Against 'Lifespring'"
(Presented at the Tenth Annual Meeting of the American College of Forensic Psychiatry, San Francisco, CA, April, 1992)

Anderson, Douglas and Schwartzbach, M. Gerald. MOCK TRIAL: "The Insanity Defense in a Murder-Rape Case"
(Presented at the Tenth Annual Meeting of the American College of Forensic Psychiatry, San Francisco, CA, April, 1992)

Anderson, Douglas. "The New Antidepressants"
(Presented at the quarterly meeting of the Nebraska Psychiatric Association, Omaha, NE, November 1992)

Anderson, Douglas. "The Product Liability Case"
American Journal of Forensic Psychiatry 14:4, 1993
(Presented at the Eleventh Annual Meeting of the American College of Forensic Psychiatry, Santa Fe, NM, April, 1993)

Anderson, Douglas and Nassar, Paul. MOCK TRIAL: "Negligence and Psychiatric Personal Injury"
(Presented at the Eleventh Annual Meeting of the American College of Forensic Psychiatry, Santa Fe, NM, April, 1993)

Anderson, Douglas and Fine, Eric. DEBATE SESSION: "Contingency Fees for Expert Witnesses"
(Presented at the Twelfth Annual Meeting of the American College of Forensic Psychiatry, Montreal, Canada, May, 1994)

Anderson, Douglas. "The Coerced Confession Case: Evaluation and Courtroom Testimony by the Defense Psychiatrist"
American Journal of Forensic Psychiatry 16:1, 1995
(Presented at the Twelfth Annual Meeting of the American College of Forensic Psychiatry, Montreal, Canada, May, 1994)

Anderson, Douglas. "The Ethics Complaint: A New Weapon Against the Malpractice Plaintiff's Expert?"
(Presented at the Thirteenth Annual Meeting of the American College of Forensic Psychiatry, San Francisco, CA, April, 1995)

MAR. 8.2005 12:24PM    AMERICAN CASE MGMT.                                NO. 485    P. 8
Case 1:02-cv-00816-WDQ   Document 151-10   Filed 05/06/2005   Page 7 of 8

7

Seligman, Judith, Glaser, David and Anderson, Douglas. MOCK TRIAL:
"Third Party Liability in Psychiatric Malpractice"
(Presented at the Fourteenth Annual Meeting of the American College
of Forensic Psychiatry, New Orleans, LA, March 1996)

Anderson, Douglas. "Evolving Liability for Managed Care Companies"
(Presented at the Fifteenth Annual Meeting of the American College
of Forensic Psychiatry, Vancouver, Canada, April 1997)

Anderson, Douglas. "Retrospective Analysis of an Effective Behavior
Modification Program to Stop Smoking"
(Supported by a 1997 grant from Infogest, S.A., Nyon, Switzerland)

"Court TV" cable television guest commentator on the insanity
defense in Wisconsin v. Aaron Lindh, November 1998

Anderson, Douglas. "Recent Case Law on Sexual Harassment:
Implications for Forensic Experts"
(Presented at the Seventeenth Annual Meeting of the American
College of Forensic Psychiatry, Santa Fe, NM, April 1999)

"Court TV" cable television guest commentator on child abuse and
Munchausen syndrome by proxy in South Carolina v. Gail Cutro,
August 1999

Anderson, Douglas. "Use and Misuse of Hypnosis in Forensic
Psychiatry"
(Presented at the Eighteenth Annual Meeting of the American College
of Forensic Psychiatry, Newport Beach, CA, March 2000)

"Court TV" cable television guest commentator on felony child abuse
homicide in Georgia v. Jan Barry Sandlin, March 2001

Anderson, Douglas. "Factitious Disorder, Malingering, and Doctors
in Denial"
(Presented at the Nineteenth Annual Meeting of the American College
of Forensic Psychiatry, Toronto, Canada, April 2001)

"Court TV" cable television guest commentator on road rage in
Florida v. O.J. Simpson, October 2001

Anderson, Douglas and Drukteinis, Albert. MOCK TRIAL:
"A Contested Will Following a Suicide"
(Presented at the Twentieth Annual Meeting of the American
College of Forensic Psychiatry, San Francisco, CA, April 2002)

## COURT APPEARANCES AND DEPOSITIONS

In Wozniak, et al. v. New Britain General Hospital
  Connecticut Superior Court Case No. CV-95-0551364-S, and
  Allstate Insurance Co. v. Lerer, et al.
  Connecticut Superior Court Case No. CV-95-0554312-S
  Deposition taken February 14, 2000 by Barry Zitser, Esq.
  Court Appearance for the Defense on June 29, 2001.

In Cooper v. Bergen Pines County Hospital, et al.
  Superior Court of New Jersey, Bergen County
  Docket No. L-9913-96
  Deposition taken December 27, 2000 by John Shanahan, Esq.
  Court Appearance for the Plaintiff on February 6, 2003.

In Jane Doe v. Merck & Co., et al.
  Court Appearance for the Defense on September 17, 2001
  New York State Supreme Court, Suffolk County.

In Blessing v. Mental Health Association of Albany County, Inc.
  Court Appearance for the Plaintiff on September 4, 2002
  New York State Supreme Court, Saratoga County.

In Abdus-Sabur v. The Port Authority of New York and New Jersey
  Case No. 00 Civ. 5496 (SDNY)
  Court Appearance for the Defense on September 10, 2002.

In Machen v. Pathmark, Inc.
  Court Appearance for the Defense on November 8, 2002
  New York State Division of Human Rights, Nassau County.

In New York City Housing Authority v. Pryce
  Court Appearance for the Respondent on March 24, 2003
  New York City Office of Administrative Trials and Hearings.

In The Guardianship of Diane Lehman
  Court Appearance for the Petitioner on July 18, 2003
  New York State Supreme Court, Bronx County.

In Langeland v. Valley Hospital, et al.
  Superior Court of New Jersey, Bergen County
  Docket No. L-5786-01
  Deposition taken September 19, 2003 by Rowena M. Duran, Esq.

In People v. Ronald Brock
  California Superior Court, County of San Mateo
  Court Appearance for the Defense on August 12 and 13, 2004