```
 1   specific instances or just generalities?
 2       Q    Well, just give me an idea of what, I guess
 3   of what conduct was the cause of the concern for you?
 4       A    She could have raised her voice or she
 5   could have used inappropriate language.
 6       Q    Okay. Inappropriate language, can you tell
 7   me what exactly you're talking about?
 8       A    Do you want an incident?
 9       Q    Curse words?
10       A    More racial stuff.
11       Q    What racial words did she use?
12       A    I heard her use -- now we are talking this
13   time frame, correct, '97 to '99?
14       Q    Yes.
15       A    Okay. I heard her use the word nigger.
16       Q    Do you know what context you heard her use
17   the word in?
18       A    She wasn't working for me. She was on the
19   phone, and she was upset.
20           And it had, it had something to do with
21   work and somebody trying to get her to do something.
```

```
 1    But she did not work for me at the time.
 2        Q    Who did she work for?
 3        A    Back then it might have been Mike Pollack.
 4        Q    And this conversation where she used this N
 5    word --
 6        A    Yes.
 7        Q    -- is that all that you remember about it?
 8    I mean do you remember any of the specifics as far as
 9    context?
10        A    Oh, I took her off the floor.
11        Q    Did she direct it at a particular
12    individual?
13        A    No, she was just --
14        Q    No?
15        A    Her voice was very elevated. There were a
16    few new black people in the group, so I took her off
17    the floor.
18        Q    By took her off the floor, what do you
19    mean?
20        A    Took her to a conference room so she could
21    calm down.
```

1   Q   So you didn't understand this comment to be
2   a reference to the black people? Was it a derogatory
3   insult directed to these black people --
4   A   I don't know.
5   Q   -- in the context that you heard?
6   A   I don't know. I just heard the word.
7   Q   So you just heard --
8   A   Yes.
9   Q   -- the word?
10  A   Right.
11  Q   You're not really fully aware of what
12  context the word was used in?
13  A   I have no idea of what she was using it
14  for.
15  Q   Okay. That is fine. Thanks.
16      MS. DYE: You need to slow down, pause
17  after his questions.
18      THE WITNESS: Okay.
19      MS. DYE: And in particular, when he is
20  talking and you're talking at the same time, it makes
21  it very difficult for the court reporter.

1        THE WITNESS: I'm sorry. Okay.
2    Q   Now, this, you heard this N word?
3    A   Yes.
4    Q   Was it just, was it more than the one
5 occasion or just one time?
6    A   The one time I remember.
7    Q   Okay. Thanks. Did you make some kind of
8 note about hearing that N word, do you know?
9    A   I believe I did.
10   Q   Do you know, when you made the note, what
11 happened? Did you give it to her supervisor or what?
12   A   I don't remember.
13   Q   Now, you had talked about language that was
14 not appropriate and used this example of the N word.
15 Now, is there other types of words she used that were
16 objectionable?
17   A   Words that I heard?
18   Q   Yes.
19   A   Well, I really can't remember.
20   Q   So the N word incident you weren't
21 supervising her, so you, I mean you said you took her

```
 1   off the floor?
 2       A   Yes.
 3       Q   But you didn't, as far as was there any
 4   kind of discipline or write-up resulting from that, do
 5   you know?
 6       A   Other than she used the word?
 7       Q   Yes, when she used that word, you said you
 8   wrote it down?
 9       A   Right.
10       Q   But did she end up having to answer for
11   that or getting written up for it?
12       A   I don't believe so.
13       Q   Did you talk to anybody about her use of
14   the word after that, after that date?
15       A   Whoever her supervisor was.
16       Q   The supervisor you talked to?
17       A   Yes.
18       Q   So you said that you heard this N word?
19       A   Yes.
20       Q   You said that you heard other words that
21   were objectionable, but you can't remember what they
```

1   with other what, Bell Atlantic employees?
2       A   Yes.
3       Q   Kind of facilitating what, order
4   provisioning?
5       A   Order provisioning.
6       Q   Order provisioning?
7       A   Yes.
8       Q   And that was, so the job didn't really
9   entail directly working with the outside customers at
10  all, or did it?
11      A   No.
12      Q   No. Were there some occasions when your
13  technicians did talk to the outside customers directly?
14      A   They were not supposed to.
15      Q   They were not supposed to, okay. So that
16  wasn't part of the job duty?
17      A   No.
18      Q   Okay. Do you know, when your technicians
19  did end up talking to outside customers directly, how
20  that situation would come about? I mean how could that
21  happen?

1    A    It would have been a mistake somehow. Now,
2  you mean how did the customer get our phone number?
3    Q    Yes, how did your external customer end up
4  talking to your central office, because you're saying
5  that is not something that should happen?
6    A    It should not happen.
7    Q    But it did, it did happen on occasion?
8    A    I don't remember, but it could have.
9    Q    Now, besides that, anything else that was
10  part of the regular job duties that is not listed here
11  on this list of the 16 numbered paragraphs as the job
12  duty?
13    A    That kind of falls into these categories.
14    Q    Now, look at the next section. It's the
15  heading B, basic requirements. I think you looked at
16  this before, right, when you went through this?
17    A    Yes.
18    Q    I guess the same question, were your
19  people, was this an accurate description of what was
20  practically required by the people in that central
21  office technician position?

168

1   A   Right.
2   Q   The incident in question, were you
3   personally involved with it?
4   A   Yes.
5   Q   What, do you remember what happened
6   specifically? Do you remember who the customer was?
7   A   No.
8   Q   No. Can you tell me just what you do
9   recall about the incident?
10  A   Other than what I read right here?
11  Q   Yes, anything that you have in your
12  recollection besides what is in there?
13  A   No.
14  Q   You don't recall?
15  A   No.
16  Q   The latter part, the bottom part: I then
17  met with Fran, Butch and Ginger and told Fran she was
18  being suspended.
19      Do you recall having that meeting with
20  those four individuals?
21  A   As vaguely as I recall the incident.