Attachment B

# ⊛ Bell Atlantic

## Associate Appraisal And Development Plan

| Employee Name (Last, First, MI) | Job Title | |
|---|---|---|
| LEE, BARBARA | C.O.T. | |
| Department | Appraisal Period (From-To) | Date Began Present Job |
| NOC | 1/1/98 TO 12/31/96 | |

Instructions — For instructions on completing this form, see Attachment A. For Decision Criteria that should be considered by the supervisor in assessing performance in each evaluation category, see Attachment B.

### SECTION I — CONDITIONS OF EMPLOYMENT

**MR – Meets Requirements      DN - Does Not Meet Requirements**

Integrity and Ethics Compliance                    MR      DN  X
- Acts with integrity and conforms to ethical standards in all business situations. Demonstrates commitment and adherence to Bell Atlantic's Employee Code of Business Conduct in all his or her actions.

Comments/Examples:
- BARBARA WAS INVOLVED IN AN INCIDENT THAT COMPROMISED THE CODE OF CONDUCT. WHEN CONFRONTED WITH RACIAL SLURS, BARBARA REACTED WITH VERBAL THREATS. BOTH PARTIES WERE DISCIPLINED. IN THE NEXT YEAR, BARBARA NEEDS TO FOCUS ON HER PERSONAL CONDUCT

Equal Employment Opportunity/Diversity                MR   X   DN
- Demonstrates a good understanding of Bell Atlantic's commitment to ensuring equality in employment opportunities and maintaining a work environment without unlawful discrimination. Supports this goal in the conduct of his or her responsibilities. Shows understanding, appreciation, and respect for all employees and customers by valuing their differences.

Comments/Examples:

Safety                                    MR   X   DN
- Demonstrates behavior that focuses on safety concerns as an integral part of the work process and accepts accountability for use of appropriate equipment, methods, and procedures in performing assigned work functions.

Comments/Examples:

Confidential-
Subject to Protective Order

V-DAR 03657

Attachment B

## SECTION II — ATTENDANCE AND PUNCTUALITY

| Attendance — Total Chargeable Absence | | Punctuality — Total Chargeable Times Tardy | | | |
|---|---|---|---|---|---|
| Incidents    5 | # of Days    7 | # of Times Tardy 0 | | | |
| MR - Meets Requirements | DN - Does Not Meet Requirements | | MR | DN | X |

Note:
Absences approved under the federal Family and Medical Leave Act (FMLA) or state leave laws are not chargeable.

If special circumstances apply and they can be described without disclosing the employee's medical condition, please summarize below. Any comments that would disclose the medical condition should be made in separate, confidential documentation.

BARBARA HAS BEEN PLACED ON STEP 2 OF THE ATTENDANCE POLICY.

## SECTION III — RESULTS CATEGORIES

| ER - Exceeds Requirements | MA - Meets All Requirements | MS - Meets Some, But Not All Requirements | DN - Does Not Meet Requirements | | |
|---|---|---|---|---|---|
| Quality | | ER | MA  X | MS | DN |

- *Meets established performance standards to ensure delivery of quality products and services at low cost.*

Supporting Behaviors

- Job Knowledge — Demonstrates subject matter competence relating to position responsibilities and applies knowledge effectively in order to meet customer requirements for quality products and services.
- Problem Solving — Identifies the root causes of work problems and selects appropriate courses of action to eliminate product or service defects.

*Comments/Examples:*

- BARBARA HAS A GOOD WORKING KNOWLEDGE OF THE CROSSCONNECT MACHINES. SHE DOES NEED MORE EXPOSURE TO ADM AND SONET.
- BARBARA HAS A VERY BASIC UNDERSTANDING OF 5E AND DMS SWITCHING @ CARRIER LEVEL.
- BARBARA ALWAYS DELIVERS A QUALITY PRODUCT, DOING IT RIGHT THE FIRST TIME, ELIMINATING REPEAT TICKETS.

| Customer Satisfaction | | ER | MA  X | MS | DN |
|---|---|---|---|---|---|

- *Demonstrates commitment to delighting the customer with competitively-superior products and services. Actions consistently place a high priority on understanding and meeting the customer's time, quality, and cost requirements.*

Supporting Behavior                                                                    V-DAR 03658

- Teamwork — Develops and maintains cooperative working relationships with peers, other work groups, and superiors to meet customer requirements. Demonstrates willingness to shift priorities to benefit the goals of the team.

*Comments/Examples:*

- BARBARA IS AN EXCELLANT TEAM PLAYER. SHE WORKS OVERTIME WHEN NEEDED AND ADJUST HER HOURS WHEN NECESSARY.
- BARBARA HAS HELPED IN THE TRAINING OF NEW MEMBERS AND ALSO ASSISTED IN THE RETRAINING OF AN ASSOCIATE WITH LEARNING DIFFICULTIES.
- BARBARA DOES NEED TO WORK ON HER PERSONAL SKILLS. CUSTOMERS SOMETIMES FIND HER OFFENSIVE.

Confidential-
Subject to Protective Order

| Quantity/Productivity | ER | MA X | MS | DN |
|---|---|---|---|---|

- Meets established performance standards for work volume and/or revenue produced under normal working conditions Satisfies requirements for speed and consistency of output, as well as efficiency in the use of time and resources

**Comments/Examples:**

- BARBARA IS THE SECOND HIGHEST PRODUCER IN THE CREW. SHE HAS COMPLETED 16% OF MD TICKETS. 14% OF DEL TICKETS. 31% OF MISC TICKETS. 3% OF FALLOUT. AND 8% OF T1 ORDERS

- BARBARA IS CONSISTENT IN HER PRODUCTION.

- SEE ATTACHED CHARTS.

**Special Accomplishments/Projects**

Space is provided for the supervisor to comment on any special achievements or activities undertaken by the associate during the performance period. (Additional pages may be added if necessary.)

- BARBARA HAS COMPLETED IDWC AND CROSSCONNECT CLASS.

- SHE ALSO ATTENDED A TIME MANAGEMENT SEMINAR.

## SECTION IV — OVERALL PERFORMANCE RATING

The Overall Performance Rating for the associate reflects his or her fulfillment of core corporate requirements, together with the extent to which the associate has met behavioral standards that are directly tied to Bell Atlantic's achievement of customer satisfaction objectives.

**Reminder:**

Associates evaluated as "Does Not Meet Requirements" (DN) in one or more of the Conditions of Employment categories or in the Attendance and Punctuality section of the appraisal form must receive an Overall Rating of "Does Not Meet Requirements" (DN) for the performance year.

| ER - Exceeds Requirements | MA - Meets All Requirements | MS - Meets Some, But Not All Requirements | DN - Does Not Meet Requirements | NR - Not Rated |
|---|---|---|---|---|
| | | | X | |

## SECTION V — DEVELOPMENT NEEDS FOR CURRENT POSITION

| Performance Area or Skills | Action Plan | Estimated Timetable |
|---|---|---|
| EQUIPMENT TRAINING | SCHEDULE ALCATEL,DACSIII, iMTN | By 12/99 |
| PERSONAL RELATIONSHIP SKILLS | SCHEDULE SEMINAR | BY 6/99 |
| | | |
| | | |
| | | |
| | | |
| | | |

Confidential-
Subject to Protective Order

V-DAR 03659

Attachment B

---

## SECTION VI — EMPLOYEE COMMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Employee's Signature | Date |
|---|---|
| | |

## APPROVAL/SIGNATURES

| Appraising Supervisor | Date |
|---|---|
| *Marianne Morley* | 2-10-99 |
| Approving Manager | Date |
| *J. Conrad* | 2-23-99 |

**Confidential-**
**Subject to Protective Order**

V-DAR 03660

**® Bell Atlantic**

## Associate Appraisal And Development Plan

| Employee Name (Last, First, MI) | Job Title | |
|---|---|---|
| LEE, BARBARA | Central Office Technician | |
| Department | Appraisal Period (From-To) | Date Began Present Job |
| NOC/TO | 01/01/98 to 06/30/98 | |

Performance Review

- BARBARA IS THE IDEAL TEAM PLAYER. SHE IS ALWAYS WILLING TO ASSIST ANY TEAM MEMBER AND COACH THEM WHEN NECESSARY. BARBARA HAS ALSO HELPED IN THE TRAINING OF FELLOW TEAM MEMBERS.

- BARBARA HAS A GOOD WORKING KNOWLEDGE OF THE MAPPING POSITION AND HAS LEARNED NEW TECHNOLOGIES WITH VERY LITTLE TROUBLE.

- BARBARA IS VERY DEPENDABLE. SHE WORKS OVERTIME WHEN NEEDED AND ALWAYS SEES A JOB TO COMPLETION.

- BARBARA DOES NEED TO WORK ON HER PROFESSIONALISM.

Signatures

| Employee | | |
|---|---|---|
| Appraising Supervisor | | 10-1-98 |
| Appraising Manager | | 10-9-98 |

Confidential-
Subject to Protective Order

V-DAR 03666

Effective 1/1/97

**@Bell Atlantic**

## Associate Appraisal And Development Plan
## Interim Performance Evaluation

| Employee Name (Last, First, MI) | Job Title | |
|---|---|---|
| LEE, BARBARA | CENTRAL OFFICE TECHNICIAN | |
| Department | Appraisal Period (From-To) | Date Began Present Job |
| Transport Operations Provisioning Team | 01/01/97 to 06/15/97 | |

- BARBARA ALWAYS PROVIDES A QUALITY PRODUCT. SHE WILL SETTLE FOR NOTHING LESS. HER WORK IS THOROUGH AND ALWAYS ACCURATE. SHE AT TIMES OVERWHELMED BY THE AMOUNT OF WORK.
- BARBARA IS A TEAM PLAYER. HOWEVER, SHE HAS A LOW TOLERANCE FOR THOSE WHO ARE NOT. THIS SOMETIMES IS MANIFESTED IN HER RAISING HER VOICE. SHE DOES RECOGNIZE INDIVIDUAL LIMITATIONS AND WORKS AROUND THEM.
- BARBARA HAS NOT YET ATTENDED OPS/INE CLASS, BUT SHE STILL PROVISIONS ALL HER ORDERS WITH VERY LITTLE HELP. SHE IS SCHEDULED TO ATTEND CLASS IN JULY.
- BARBARA IS WILLING TO WORK OVERTIME AND WEEKENDS TO MEET THE NEEDS OF THE COMPANY. SHE HAS COMPLETED 216 ORDERS IN THE FIRST 5 MONTHS. MOST OF THESE WERE T1 ORDERS. SHE IS CURRENTLY WORKING THE RACGO CUTOVER AND COORDINATING THAT VERY WELL. SHE HANDLES ALL DS0 ORDERS AFTER 4:00PM. SHE DISPLAYS A GREAT WILLINGNESS TO LEARN.
- BARBARA'S MAJOR NEED IS PROFESSIONALISM. SHE IS MAKING AN EFFORT TO BE MORE PATIENT AND UNDERSTANDING. SHE DOES NEED MORE WORK IN THIS AREA.
- FOR THE REMAINDER OF THE YEAR, WE WILL FOCUS ON MORE DS0 AND MIU TRAINING.

**Signatures**

| Appraising Supervisor | Date |
|---|---|
| Marianne Mpey | 7-21-97 |
| Employee | Date |
| | |

*Confidential-*
Subject to Protective Order

V-DAR 03687

**⊛ Bell Atlantic**

## Associate Appraisal And Development Plan

| Employee Name (Last, First, MI) | Job Title | |
|---|---|---|
| LEE, BARBARA | C.C.T. | |
| Department | Appraisal Period (From-To) | Date Began Present Job |
| NOC | 1/1/97 TO 12/31/97 | |

Instructions - For instructions on completing this form see Attachment A. For Decision Criteria that should be considered by the supervisor in assessing performance in each evaluation category, see Attachment B.

### SECTION I — CONDITIONS OF EMPLOYMENT

MR - Meets Requirements      DN - Does Not Meet Requirements

**Integrity and Ethics Compliance**                                                    MR ☒   DN ☐
- Acts with integrity and conforms to ethical standards in all business situations. Demonstrates commitment and adherence to Bell Atlantic's Employee Code of Business Conduct in all his or her actions.

Comments/Examples:

_____

_____

_____

_____

**Equal Employment Opportunity/Diversity**                                             MR ☒   DN ☐
- Demonstrates a good understanding of Bell Atlantic's commitment to ensuring equality in employment opportunities and maintaining a work environment without unlawful discrimination. Supports this goal in the conduct of his or her responsibilities. Shows understanding, appreciation, and respect for all employees and customers by valuing their differences.

Comments/Examples:

_____

_____

_____

_____

**Safety**                                                                             MR ☒   DN ☐
- Demonstrates behavior that focuses on safety concerns as an integral part of the work process and accepts accountability for use of appropriate equipment, methods, and procedures in performing assigned work functions.

Comments/Examples:

_____

_____

_____

_____

Confidential
Subject to Protective Order        V-DAR 03868

Effective 10/97

## SECTION II — ATTENDANCE AND PUNCTUALITY

| Attendance — Total Chargeable Absence | | Punctuality — Total Chargeable Times Tardy |
|---|---|---|
| Incidents   0 | # of Days    0 | # of Times Tardy 0 |

MR - Meets Requirements          DN - Does Not Meet Requirements                          MR  ☒  DN  ☐

**Note:**
Absences approved under the federal Family and Medical Leave Act (FMLA) or state leave laws are not chargeable.

If special circumstances apply and they can be described without disclosing the employee's medical condition, please summarize below. Any comments that would disclose the medical condition should be made in separate, confidential documentation.

_____

_____

_____

_____

## SECTION III — RESULTS CATEGORIES

| ER - Exceeds Requirements | MA - Meets All Requirements | MS - Meets Some, But Not All Requirements | DN - Does Not Meet Requirements |
|---|---|---|---|

**Quality**                                               ER  ☐   MA  ☐   MS  ☒   DN  ☐

• Meets established performance standards to ensure delivery of quality products and services at low cost.

### Supporting Behaviors

– Job Knowledge — Demonstrates subject matter competence relating to position responsibilities and applies knowledge effectively in order to meet customer requirements for quality products and services.
– Problem Solving — Identifies the root causes of work problems and selects appropriate courses of action to eliminate product or service defects.

### Comments/Examples:

• BARBARA HAS BEEN DOING CROSSCONNECTS SINCE APRIL. SHE HAS MADE GREAT STRIDES IN

  LEARNING ALL MACHINES.

• BARBARA HAS WORKED VERY HARD ON PROBLEM SOLVING AND ALWAYS PROVIDES A QUALITY

  PRODUCT.

**Customer Satisfaction**                                  ER  ☐   MA  ☒   MS  ☐   DN  ☐

• Demonstrates commitment to delighting the customer with competitively superior products and services. Actions consistently place a high priority on understanding and meeting the customer's time, quality, and cost requirements.

### Supporting Behavior

– Teamwork — Develops and maintains cooperative working relationships with peers, other work groups, and superiors to meet customer requirements. Demonstrates willingness to shift priorities to benefit the goals of the team.

### Comments/Examples:

• BARBARA IS A TEAM PLAYER. SHE HAS CHANGED TOURS AND WORKED OVERTIME AS NEEDED.

• BARBARA HAS VERY HIGH STANDARDS THAT SOMETIMES ARE MISUNDERSTOOD.

• BARBARA NEEDS TO EXHIBIT MORE PATIENCE AND BECOME LESS CONFRONTATIONAL.

Confidential-
Subject to Protective Order          **V-DAR 03669**          Effective 1/1/97

| Quantity/Productivity | ER ☐ | MA ☒ | MS ☐ | DN ☐ |
|---|---|---|---|---|

- Meets established performance standards for work volume and/or revenue produced under normal working conditions. Satisfies requirements for speed and consistency of output, as well as efficiency in the use of time and resources

**Comments/Examples:**

- BARBARA IS CONSISTENT IN THE NUMBER OF TICKETS SHE COMPLETES.

- BARBARA DOES IT RIGHT THE FIRST TIME, ELIMINATING REPEAT TICKETS.

- SEE ATTACHED CHARTS.

**Special Accomplishments/Projects**

Space is provided for the supervisor to comment on any special achievements or activities undertaken by the associate during the performance period. (Additional pages may be added if necessary.)

- BARBARA HAS COMPLETED OPS/INE AND DIGITAL CROSSCONNECT TRAINING.

- BARBARA COORDINATED THE RACG0 CUTOVER, COMPLETEING 200 0RDERS (t1 and t3).

- BARBARA WENT TO NEW JERSEY TO TRAIN THE ITS NOC TECHNICAINS IN OPS/INE AND T3 TURNUP.

## SECTION IV — OVERALL PERFORMANCE RATING

The Overall Performance Rating for the associate reflects his or her fulfillment of core corporate requirements, together with the extent to which the associate has met behavioral standards that are directly tied to Bell Atlantic's achievement of customer satisfaction objectives.

**Reminder:**

Associates evaluated as "Does Not Meet Requirements" (DN) in one or more of the Conditions of Employment categories or in the Attendance and Punctuality section of the appraisal form must receive an Overall Rating of "Does Not Meet Requirements" (DN) for the performance year.

| ER - Exceeds Requirements | MA - Meets All Requirements | MS - Meets Some, But Not All Requirements | DN - Does Not Meet Requirements | NR - Not Rated |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ |

## SECTION V — DEVELOPMENT NEEDS FOR CURRENT POSITION

| Performance Area or Skills | Action Plan | Estimated Timetable |
|---|---|---|
| EQUIPMENT TRAINING | TITAN CLASS | JUN 98 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Confidential-**
**Subject to Protective Order**      **V-DAR 03670**

## SECTION VI — EMPLOYEE COMMENTS

| Employee's Signature | Date |
| --- | --- |

### APPROVAL/SIGNATURES

| Appraising Supervisor | Date |
| --- | --- |
| *Marianne Mopey* | 3·30·98 |
| Approving Manager | Date |
| *[signature]* | 4/5/98 |

Confidential-
Subject to Protective Order

V-DAR 03671