1  Q  But in most instances you were just
2 talking with another employee of the company. Is that
3 correct?
4     MS. DYE: Objection, asked and answered.
5 BY MR. BURKHARDT:
6  Q  I'm trying to understand exactly what you
7 are doing, Ms. Lee.
8  A  We're on the phone.
9  Q  With other employees of the company?
10 A  Yes.
11 Q  The great majority of the time?
12 A  Yes.
13 Q  Was it your understanding you were not
14 supposed to be talking directly to the customers?
15 A  I didn't say I was talking directly to
16 them. I said an employee would be on the phone with a
17 customer.
18 Q  Okay.
19 A  Would I be calling a customer? No.
20 Q  So, if an employee was on the phone with a
21 customer, would it be because that employee had called

30

1 in to you?
2   A   Right.
3   Q   It wouldn't be because you had called in
4 to the employee?
5   A   No.
6   Q   Did this occur very frequently?
7   A   What?
8   Q   You ended up on the phone with an
9 employee, another employee of Bell Atlantic and a
10 customer? Did this happen every day?
11   A   No.
12   Q   Would it happen very -- well,
13 infrequently?
14       MS. DYE: Objection, vague.
15       THE WITNESS: What do you mean by
16 "infrequently"?
17 BY MR. BURKHARDT:
18   Q   Did it happen every month?
19   A   I don't know.
20   Q   How many times a year would this happen?
21   A   I don't remember.