1  carrier, which is to say that the end customer we were
2  dealing with was not a telephone company employee. In
3  this case I believe it was MCI.
4      And they had another woman who was supposed
5  to be administering like I was in Silver Spring,
6  because at that time all of these orders were going
7  through Silver Spring, and there was me who was
8  supposed to be actually doing the manipulation of
9  things in Baltimore.
10     And for whatever reason, this guy at MCI
11 kept insisting that he had a partial circuit. And the
12 only thing I could say, the machine in Baltimore kept
13 coming back, no loops up, no loops up. And he kept
14 insisting he had loops. And the woman in Silver
15 Spring didn't have a clue. I'm pretty sure she didn't
16 know which end of the telephone to talk into. And I
17 went to Moxey and I said I can't help these people.
18 What they are asking for is impossible and, you know,
19 I can't do anything for them. And she refused to help
20 me.
21     Q.  Okay. What did she say to you?
22     A.  She said what do they want? Get back on
23 there and give them what they want. It's like I had
24 already told her I could not do it.
25     She ended up standing over me in my

1    cubicle, which I think was intended to -- I think she
2    thought that if she did that I would do something to
3    her. But I disappointed her again.
4        But I got up and left. I, you know, I -- I
5    could not get done with what I was doing and, of
6    course, in a hostile workplace nobody will help you.
7    So I really felt I had no alternative.
8        Q. Now wait. You were on the phone like you
9    had a phone to your ear?
10       A. I had a headset on.
11       Q. You had a headset on. And Marianne Moxey
12   is standing behind you?
13       A. Uh-huh.
14       Q. Is there anybody else around?
15       A. Let's see. I think there -- I don't know,
16   I don't remember who was on, would have been on my
17   right-hand side, but on my left-hand side there was a
18   woman in the next cubicle and a man in the next
19   cubicle beyond that.
20       Q. And who were they?
21       A. And that was Billy Jo Sills immediately
22   beside me and Scott MacDonald on the end.
23       Q. And they were in their cubicles?
24       A. Yes.
25       Q. Okay. So you -- what happened? You

1  couldn't help them? You told Marianne Moxey that, she
2  said get back on the phone and try to fix it, and then
3  what happened?
4      A.  And it still didn't fix. Because it
5  wasn't -- they were asking or seeing or supposedly
6  seeing a partial circuit on something that wasn't
7  partial.
8          And she said can you type that command in?
9  And I said, well, any baboon can do that. And I typed
10 it in and it didn't work. Which happened quite a bit
11 with those machines.
12         And she said, well, you know -- what did
13 she say to me? She said, well, I guess any baboon
14 can't do it. And, you know, and Scott MacDonald told
15 me to take the card out of service, and I told him --
16     Q.  Wait. He was in his cubicle?
17     A.  Yes.
18     Q.  He yelled from his cubicle?
19     A.  Right. See, once Moxey came over, the
20 party started. Everybody is going to get their two
21 cents in once she is standing there.
22     Q.  And you're on the phone?
23     A.  And I'm on the phone.
24     Q.  And they can hear what you guys are talking
25 about in their cubicles loudly enough to respond?