221

```
 1                    Anderson
 2      there?
 3      A     It's possible that there is no
 4      reasonable accommodation.  I don't know
 5      that.
 6      Q     Now, her job, as it turns out,
 7      includes contact with other employees; you
 8      understand that, don't you?
 9      A     Yes.
10      Q     As you sit there now?
11      A     Well, I already knew that.
12      Q     You knew that we couldn't wave a
13      magic wand and stop her from having
14      hand-offs to other employees, right?
15      A     Some amount of contact had to be
16      necessary.
17      Q     You knew that she had to talk to
18      internal customers on the phone, right?
19      A     No.
20      Q     You know that now, don't you?
21      A     Yes.
22      Q     Is she fit for that job, sir?
23      A     I believe so.
24      Q     How is she fit for that job if she
25      can't control herself?
```