1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF MARYLAND

3   --------------------------------------------- x

4   FRANCES DARCANGELO,

5                          Plaintiff,

                                       Case No.

6        -against-                     502816

7   VERIZON MARYLAND, INC.,

8                          Defendant.

9   --------------------------------------------- x

10

11

12        DEPOSITION of DOUGLAS ANDERSON, taken

13   pursuant to Subpoena, held at the offices of

14   O'Melveny & Myers, LLP, 7 Times Square, New York,

15   New York, on April 18, 2005, at 10:13 a.m.,

16   before a Notary Public of the State of New York.

17

18

19

20

21   ***********************************************

         BARRISTER REPORTING SERVICE, INC.

22                   120 Broadway

              New York, N.Y. 10271

23                 212-732-8066

24

25

2

```
 1
 2    A P P E A R A N C E S:
 3
 4         SNIDER & FISCHER, LLC
                Attorneys for Plaintiffs
 5              104 Church Lane
                Baltimore, Maryland  21208
 6
           BY:   MORRIS E. FISCHER, ESQ.
 7
 8
 9
10
11         O'MELVENY & MYERS, LLP
                Attorneys for Defendant
12              1625 Eye Street, N.W.
                Washington, D.C.  20006
13
           BY:   IRA H. RAPHAELSON, ESQ.
14                   -and-
                SHANNON M. BARRETT, ESQ.
15
16
17
           VERIZON
18              185 Franklin Street
                Boston, Massachusetts  02110
19
           BY:   LISA BIRKDALE, ESQ.
20
21
                     xxxxx
22
23
24
25
```

55

```
 1                    Anderson

 2    Q        Did you ask?

 3    A        No.

 4    Q        Did you review the appendix to Dr.

 5    Janofsky's report, sir?

 6    A        Yes.

 7    Q        How much time did you spend on that?

 8    A        Very little.

 9    Q        How did his report impact your

10    opinion, sir?

11    A        That's very hard to answer.  I don't

12    know.

13    Q        Were you asked to rebut his opinion

14    in any way?

15    A        No.

16    Q        Were you asked to address his opinion

17    in any way?

18    A        Yes.

19    Q        Who asked you to address his opinion?

20    A        Mr. Fischer.

21    Q        Do you address his opinion in your

22    report?

23    A        Not directly.

24    Q        How do you do it indirectly in your

25    report?
```

1               Anderson

2    complaints of sexual dysfunction.  At some

3    point Dr. McCarthy felt she was clinically

4    depressed and referred her to Dr. Ramsey for

5    medication evaluation, and Dr. Ramsey felt

6    that she was clinically depressed and

7    prescribed Imipramine.

8    Q       This depression was in the 1970's or

9    1980's?

10   A       I don't recall exactly.  I think the

11   '70s, I think.  I'm not sure.  It might have

12   been the early '80s.  I have to calculate

13   that.

14   Q       Continue, sir.

15   A       The Imipramine was effective.  Then

16   she stopped taking it and was not receiving

17   any treatment for approximately seven years.

18   Q       During the seven years that she

19   wasn't receiving any treatment, sir, was she

20   in a chronic hypomanic state?

21   A       I don't know.

22   Q       Was she threatening her co-workers,

23   either verbally or symbolically?

24   A       The history suggests that she was

25   not, because the course of her illness

114

1                    Anderson

2    appears to have begun with these depressive

3    episodes in her early twenties and was

4    followed by a period of relatively normal

5    functioning until she entered an active duty

6    in the Air Force.

7    Q      When she wore her "Hitler is Right"

8    T-shirt to the workplace, it was before she

9    entered the Air Force?

10   A      I stand corrected, yes.

11   Q      So she's was engaging in acts of

12   verbal and symbolic violence prior to

13   entering the Air Force, wasn't she?

14   A      There was evidence of clinical

15   hypomania prior to an active duty in the Air

16   Force in that sense.

17   Q      That act is evidence of chronic

18   hypomania?

19   A      It was not chronic at that point.

20   Q      Any other act of hypomania prior to

21   entering the service, sir?

22   A      Not that I'm aware of.

23   Q      It just happens to coincide with that

24   act, that act being the Hitler T-shirt?

25   A      Yes, that act is evidence of the

115

1                    Anderson

2   onset of her disorder.

3   Q      How about bringing the bullets to

4   work?

5   A      What about it?

6   Q      You said a minute ago there were no

7   other acts prior to entering the Air Force

8   or hypomanic?

9   A      I stand corrected again.

10  Q      Any other acts you don't remember,

11  sir?

12  A      I have to refer to the time line.  I

13  don't remember which were before or after

14  the Air Force.

15  Q      What time line?

16  A      Any time line.

17  Q      Any old time line?

18  A      Mr. Fischer's time line.

19  Q      Tell us, what is the evidence of

20  hypomania before she joined the Air Force?

21  A      The two incidents that you pointed

22  out.  The "Hitler was right" T-shirt

23  incident, the bringing the bullets to work

24  incident.

25  Q      Isn't it a fact, sir, that no one

116

1              Anderson

2    diagnosed her as having hypomania until well

3    after her discharge from the Air Force?

4    A       That is correct.

5    Q       You're saying those two acts are

6    evidence of hypomania prior to her joining

7    the Air Force?

8    A       In retrospect, I believe they are.

9    Q       Uncontrollable?

10   A       Yes.

11   Q       So she wakes up one morning and

12   decides she is going to go buy a "Hitler was

13   right" T-shirt.  That was uncontrollable; is

14   that what you're saying?

15   A       Yes, it is.

16   Q       Then the next day she wakes up and

17   decides uncontrollably she is going to wear

18   that T-shirt to work; is that your

19   testimony?

20   A       I don't know what the sequence of

21   events in terms of her procuring and wearing

22   the T-shirt, but the fact she did wear it to

23   work in my view is a function of her mental

24   disorder, yes.

25   Q       Well, there are at least two

1                      Anderson

2    all.

3    Q      I'll come back to it, then.

4           Did you rely on the DSM in diagnosing

5    Ms. Darcangelo with chronic hypomania?

6    A      Yes.

7    Q      Where is chronic hypomania in the

8    DSM-IV, sir?

9    A      It's bipolar affective disorder.

10   Q      That wasn't my question, sir.

11   A      That was my answer.

12   Q      I heard your answer, but in this

13   forum, like in court, you need to answer the

14   question that is put to you.

15   A      Well, as I mentioned, this is a book

16   for doctors, not for lawyers.  One uses the

17   book as a helpful guideline in making the

18   diagnosis.

19          In order to understand what bipolar

20   affective disorder is, a psychiatrist needs

21   to know quite a bit more than is contained

22   in this section in this book.  One needs to

23   know what the clinical ramifications and

24   variations are, and the condition of chronic

25   hypomania is not at all an unrare clinical

153

1              Anderson

2    needs to be dealt with from a disciplinary

3    perspective differently than a person with a

4    personality disorder, in your view?

5    A      Yes.

6    Q      What time were you opining Ms.

7    Darcangelo was in a hypomanic state?

8    A      What time?

9    Q      What time frame?

10   A      Continuously more or less from the

11   time she was treated for mania in 1989, 1990

12   to the present.

13   Q      So she wasn't a hypomanic at the time

14   she brought the bullets to work or wore that

15   Hitler T-shirt?

16   A      She wasn't chronic then.  It was

17   acute at that point.  That's when it

18   started, apparently.

19   Q      Are you done?

20   A      I'm not talking.

21   Q      I take it because you thought she was

22   an acute hypomanic back in 1983 you believe

23   she was hypomanic before her separation from

24   the Air Force?

25   A      I do.

176

```
 1              Anderson
 2        that would be a valid comment.  If he
 3        has trouble understanding my
 4        questions, he's shown more than
 5        enough willingness to indicate it.
 6  Q     Doctor, do you have trouble
 7  understanding my question or do you have
 8  trouble right now recalling it because
 9  Mr. Fischer interrupted you?
10  A     Neither.
11  Q     Do you recall the question?
12  A     Yes.
13  Q     Go ahead and answer it again.
14  A     I think that for his purposes the
15  treating psychiatrist had an appropriate
16  opportunity to make the evaluation that he
17  made, and I think for my purposes I had an
18  adequate opportunity and access to adequate
19  information to do the evaluation that I
20  needed to make.
21  Q      If Dr. Zimberg's observation of Ms.
22  Darcangelo were in the same time period as
23  the conduct for which she was disciplined
24  and ultimately discharged, would you agree
25  the fact that they were overlapping in time
```

177

1                    Anderson

2    makes his observations more relevant than

3    yours?

4    A       No.

5    Q       Did you review Dr. Zimberg's

6    treatment notes?

7    A       Yes.

8    Q       His treatment notes for 1997 and 1998

9    are inconsistent with your diagnosis of

10   hypomania, aren't they?

11   A       I don't know.

12   Q       I thought you said you read them.

13   A       I didn't memorize them.

14   Q       Wouldn't it have been significant,

15   sir, that the treating psychiatrist's

16   conclusions in his treatment notes are

17   inconsistent with your retrospective

18   analysis that all of these behaviors are

19   consistent with her disease and being

20   compelled?  Wouldn't that be relevant?

21   A       I don't agree that they are

22   inconsistent.

23               MR. RAPHAELSON:  I hand you

24          what we're going to mark Defendant's

25          Exhibit 9.

1          Anderson

2          (Whereupon a document was

3      marked as Defendant's Exhibit 9 for

4      identification, as of this date.)

5    Q      Do you recognize this?

6    A      Yes.

7    Q      Now, isn't it a fact that his

8  concurrent treatment updates make numerous

9  references to Ms. Darcangelo not displaying

10 hypomania or only mild hypomanic symptoms?

11   A      Yes.

12   Q      That would be inconsistent with your

13 opinion, wouldn't it?

14   A      No.

15   Q      Look at his notes for November 5,

16 1997, sir.

17   A      November 5th, is that the cover?

18 Yes.  Okay.

19   Q      "The patient denies any symptoms

20 suggestive of recurrent depression mania or

21 hypomania."

22   A      Where are we looking at?

23          MR. FISCHER:  Do you have an

24      extra copy that I can have to look

25      on?

179

```
 1              Anderson
 2          MR. RAPHAELSON:  It's the
 3      middle of the page.
 4          MR. FISCHER:  Do you mind if I
 5      show him the place?
 6          MR. RAPHAELSON:  Yes, I do,
 7      actually.
 8          THE WITNESS:  I see it.
 9   Q    On the right.
10   A    I see it.
11   Q    Isn't that inconsistent with your
12   diagnosis?
13   A    It's not inconsistent with my
14   diagnosis.  It is what it is.
15   Q    On February 12, 1998, third line down
16   on the right, "She denied consistent
17   vegetative symptoms of depression or
18   objective symptoms of mania or hypomania."
19          Do you see that?
20   A    I do.
21   Q    "We reviewed her work situation and
22   her discussions with Mr. Markowitz, a labor
23   lawyer."  Do you see that?
24   A    No.  I do yes.
25   Q    It states that, "She believes her
```

180

1                    Anderson

2    supervisors are intent on seeing her leave

3    the job but does not appear to be convinced

4    of any type of conspiracy concerted effort,"

5    et cetera.  Do you see that?

6    A      Yes.

7    Q      Inconsistent with your diagnosis or

8    not, sir?

9    A      Neither consistent nor inconsistent.

10   Q      March 11, 1998.  "The patient

11   displays no evidence of depression mania or

12   hypomania in the office today.  Represents a

13   reasonable explanation of the events

14   occurring in the workplace."

15          Do you see that?

16   A      Yes.

17   Q      Do you know what events he's

18   referring to?

19   A      No.

20   Q      That was the day that Ms. Darcangelo

21   called her supervisor a "sack of shit" and

22   screamed at another supervisor by the name

23   of Moxey.

24          MR. FISCHER:  Object.

25          You can answer.

181

1                    Anderson

2    A      Do you have a question?

3    Q      Isn't it inconsistent that the days

4    she engaged in those behaviors or within

5    days of her engaging in those behaviors Dr.

6    Zimberg sees a patient that displays no

7    evidence of mania or hypomania?

8    A      I disagree if she told him about

9    those episodes as they occurred that that,

10   in fact, would be such evidence.

11   Q      So the mere act is evidence to you?

12   A      In a patient with her condition,

13   absolutely.

14   Q      But he doesn't even agree with your

15   assertion that she had the condition that

16   day, sir.

17   A      I don't care.

18   Q      On April 15, 1998, again, Dr. Zimberg

19   finds no evidence of psychosis, mania or

20   hypomania.

21          Consistent or inconsistent with your

22   diagnosis, sir?

23   A      Neither consistent nor inconsistent.

24   Q      These are visits that have now

25   occurred over a nearly six-month period of

182

1                     Anderson

2    time, and the consistent notation is no

3    evidence of depression, mania or hypomania.

4    That's not inconsistent in your view?

5    A        No.

6    Q        Was she faking normalcy for Dr.

7    Zimberg?

8    A        No.

9    Q        There's a medical term for that,

10   isn't there, faking a psychiatric condition?

11   What is that medical term?

12   A        Well, I think you're talking about

13   malingering, but that means faking an

14   illness, not faking an abnormality.

15   Q        That's right.  May 13, 1998, "She

16   does not appear manic nor hypomanic nor does

17   she appear psychotic."

18   A        Yes.

19   Q        That is the same month that she put

20   that target up.  Would that be inconsistent

21   with your view that she was compelled by the

22   disease that you say she had that Dr.

23   Zimberg doesn't observe to put up the

24   target?

25   A        It's neither consistent or

1                    Anderson

2    inconsistent.

3    Q       August 10, 1998, "She does not appear

4    depressed or manic today."  That's now nine

5    months, sir, of consistent observation by

6    Dr. Zimberg.  Is that consistent or

7    inconsistent?

8    A       Neither.

9    Q       On September 9, 1998, "She did not

10   appear manic or hypomanic or depressed today

11   and reported no change in her work

12   situation."  Do you see that?

13   A       I do.

14   Q       Up to ten months, that's the month

15   that she walked out on an internal customer

16   call, sir.  Is that consistent or

17   inconsistent with your diagnosis?

18   A       Consistent.

19   Q       Consistent that she is perfectly

20   normal, according to Dr. Zimberg?

21   A       Sure.

22   Q       December 23, 1998, "Ms. Darcangelo

23   was seen in the office on this date and

24   appeared anxious with some affective

25   liability."  Consistent or inconsistent?

184

1                    Anderson

2    A       That's consistent.

3    Q       December 30, 1998, "Appeared in fair

4    spirits.  She does not appear overtly manic

5    or psychotic today, and it is difficult to

6    justify further pharmacologic adjustments."

7    Do you see that?

8    A       Yes.

9    Q       Consistent or inconsistent with your

10   diagnosis?

11   A       Neither.

12   Q       January 7, 1999, "As discussed with

13   Julie Swope, the patient does not appear

14   psychotic.  She is very anxious, very

15   anxious about her job status, in all

16   likelihood unable to function at her best

17   with this degree of anxiety."

18           Do you see that?

19   A       Yes.

20   Q       That is post-termination, correct?

21   A       Yes, that's about that time, yes.

22   Q       January 21st.  "Fair spirit.  She

23   does not appear manic, hypomanic or

24   psychotic and actually seems a bit relieved

25   to finally know her employer's intent."

185

1                     Anderson

2           Do you see that?

3    A      Yes.

4    Q      Is that consistent or inconsistent

5    with your diagnosis, sir?

6    A      Neither.

7    Q      February 18, 1999, "Fair spirits.

8    Appropriately concerned about her

9    circumstances but denies vegetative symptoms

10   and depression or symptoms suggestive of

11   psychosis, mania or hypomania."

12          Do you see that?

13   A      I do.

14   Q      Consistent or inconsistent with your

15   diagnosis, sir?

16   A      It's neither consistent nor

17   inconsistent.

18   Q      March 22, 1999.  "Fair spirits

19   despite mother's recent death.  Displays no

20   evidence of mania or hypomania and denies

21   recurrence of depressive symptoms."  Do you

22   see that?

23   A      Yes.

24   Q      Consistent or inconsistent?

25   A      Neither.

186

1                      Anderson

2    Q       May 10, 1999, "Displays no evidence

3    of depression mania or hypomania."

4    Consistent or inconsistent?

5    A       Neither.

6    Q       June 16, 1999, "She denies vegetative

7    symptoms of depression and does not appear

8    overtly manic or hypomania."  Do you see

9    that?

10   A       Yes.

11   Q       Do you have any reason to believe

12   she's lying to Dr. Zimberg?

13   A       No.  These are his observations.

14   Q       Actually, he writes down she denies

15   vegetative symptoms of depression, and then

16   he notes his observation; isn't that

17   correct?

18   A       Correct.

19   Q       So as to the part that she says which

20   is denying vegetative symptoms of

21   depression, do you have any reason to

22   believe she's lying?

23   A       No.

24   Q       So she is only lying to you when she

25   has a reason for her misbehavior at work as

187

1                    Anderson

2    opposed to admitting, in your view, that she

3    is compelled to the behavior?

4              MR. FISCHER:  Objection.

5              You can answer.

6    A     She is not lying to me when she says

7    that, either.

8    Q     She believes that?

9    A     Yes.

10   Q     Is it true or false when she says it

11   to you?

12   A     It's true, but it's not the actual

13   explanation.

14   Q     July 21, 1999, "Denies significant

15   depression anxiety or symptoms suggestive of

16   mania or hypomania since our last visit"?

17   A     I do.

18   Q     September 17, 1999, "Does not appear

19   especially depressed, manic or hypomanic

20   today.  Seems to be functioning fairly

21   well."  Do you see that?

22   A     Yes.

23   Q     Is that consistent or inconsistent

24   with your diagnosis, sir?

25   A     Consistent.

188

1                    Anderson

2    Q       October 15, 1999, "Does not appear

3    depressed, manic, hypomania or psychotic."

4           Consistent or inconsistent with your

5    diagnosis, sir?

6    A       Neither.

7    Q       November 12, 1999, "Despite

8    litigation resulting from termination she

9    continues to maintain relative stability

10   without evidence of significant depression,

11   mania or hypomania."

12          Do you see that?

13   A       I do.

14   Q       In the February 11th of 1998 letter

15   from Dr. Zimberg to Dr. Altland,

16   A-L-T-L-A-N-D, Dr. Zimberg states, "She did

17   not display evidence of recurrent mania or

18   hypomania, though her clinical status is

19   certainly adversely affected by current

20   psychosocial stressors."

21          Is that consistent or inconsistent,

22   sir?

23   A       Are you reading from something that I

24   should be looking at or not?

25               MR. RAPHAELSON:  We'll mark it

189

```
 1              Anderson
 2         Exhibit 10.
 3              (Whereupon a document was
 4         marked as Defendant's Exhibit 10 for
 5         identification, as of this date.)
 6    Q    Is that consistent or inconsistent
 7    with your diagnosis?
 8    A    It's neither.
 9    Q    In order to determine whether the
10    chronic hypomania which you diagnosed Ms.
11    Darcangelo as having compelled each of the
12    behaviors that we've discussed, did you
13    bother to try and line them up with the
14    contemporaneous treatment notes?
15    A    No.
16    Q    Wouldn't that have been a prudent
17    thing to do before determining that this was
18    compelled behavior?
19    A    No.
20    Q    You note in your report at page 4,
21    "It is also my opinion that Frances'
22    occasional periodic episodes of socially
23    inappropriate behavior in the workplace are
24    a direct function of her condition and as
25    such are not under her volitional control,
```

217

1                    Anderson

2    A      No.

3    Q      Wasn't she put with supervisor after

4    supervisor in an effort to accommodate her

5    desire to abuse particular people?

6                    MR. FISCHER:  Objection.

7                    You can answer.

8    A      I'm not sure if that is a correct

9    characterization of what was done.  I don't

10   know.

11   Q      Wasn't she placed with a variety of

12   supervisors over fourteen-year period,

13   Doctor?

14   A      Yes.

15   Q      Was that an accommodation?

16   A      I don't know.

17   Q      It didn't seem to have prevented any

18   of these behaviors, did it?

19   A      I haven't agreed that that's an

20   accommodation or was intended to be one.

21   Q      Does it have to be intended to be an

22   accommodation under the Act in order for it

23   to be an accommodation, Doctor?  Is that

24   your testimony?

25   A      I don't know.

219

1                    Anderson

2    Q        Dr. Anderson, during the

3    fourteen-year period in 1983 when you said

4    she had a chronic hypomania episode which

5    caused her to wear a "Hitler is right"

6    T-shirt until she was sat down in 1987 and

7    told, "You're going to be put on progressive

8    discipline," wasn't she given time off for

9    medical treatment in that period?

10   A        I don't know.

11   Q        Wasn't she given paid time off in

12   that period?

13   A        I don't know.

14   Q        Didn't find out, did you?

15   A        No.

16   Q        So how would you know whether that is

17   an effective accommodation or not, sir?

18   A        I can't answer that.

19   Q        You don't know, do you?

20   A        It doesn't appear that it would have

21   been effective.

22   Q        It didn't appear to be effective

23   because after 1987 she continued with her

24   behaviors, didn't she?

25   A        Yes.

221

1                    Anderson

2    there?

3    A      It's possible that there is no

4    reasonable accommodation.  I don't know

5    that.

6    Q      Now, her job, as it turns out,

7    includes contact with other employees; you

8    understand that, don't you?

9    A      Yes.

10   Q      As you sit there now?

11   A      Well, I already knew that.

12   Q      You knew that we couldn't wave a

13   magic wand and stop her from having

14   hand-offs to other employees, right?

15   A      Some amount of contact had to be

16   necessary.

17   Q      You knew that she had to talk to

18   internal customers on the phone, right?

19   A      No.

20   Q      You know that now, don't you?

21   A      Yes.

22   Q      Is she fit for that job, sir?

23   A      I believe so.

24   Q      How is she fit for that job if she

25   can't control herself?