Case 1:02-cv-00816-WDQ    Document 157-3    Filed 05/10/2005    Page 1 of 15



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| FRANCES DARCANGELO, | No. WDQ-02-816 |
| --- | --- |
| Plaintiff, | |
| v. | |
| BELL ATLANTIC, | |
| Defendant. | |

## REPORT OF DEFENDANT'S EXPERT JEFFREY S. JANOFSKY, M.D.

TABLE OF CONTENTS

Page

I. INTRODUCTION ........................................................................................................... 1
II. SOURCES OF INFORMATION .................................................................................... 1
III. METHODOLOGY .......................................................................................................... 2
IV. CONFIDENTIALITY WARNING ................................................................................. 3
V. HISTORY ........................................................................................................................ 3
    A. Family History: ........................................................................................................ 3
    B. Past Personal History: .............................................................................................. 4
    C. Sexual Abuse History: ............................................................................................. 4
    D. Educational History: ................................................................................................ 5
    E. Employment History Prior to January 6, 1999: ....................................................... 5
    F. Relationship History: ............................................................................................... 6
    G. Ms. Darcangelo's Perception of Her Past Psychiatric History: .............................. 9
    H. Medical History: .................................................................................................... 12
    I. Drug and Alcohol History: ..................................................................................... 12
    J. Ms. Darcangelo's Perception of Why She Has Pursued Litigation: ..................... 13
    K. Ms. Darcangelo's Perception of Her Difficulties at Bell Atlantic: ...................... 13
    L. Situation Since Termination From Bell Atlantic: .................................................. 21
VI. DEPOSITION REVIEW: ............................................................................................. 23
    A. Gary Zimberg, M.D.: ............................................................................................ 23
    B. Julie D. Swope: ..................................................................................................... 24
    C. Gottlieb Fleig: ....................................................................................................... 25
    D. Marianne Moxey: ................................................................................................. 26
    E. James Conrad: ...................................................................................................... 27
VII. MENTAL STATUS EXAMINATION: ...................................................................... 28
VIII. PSYCHOLOGICAL TESTING: ................................................................................ 29
IX. SUMMARY: ................................................................................................................ 29
X. OPINIONS: ................................................................................................................... 36
    A. Diagnosis: ............................................................................................................. 36
    B. Impairment and Disability Assessment: ............................................................... 39
    C. Accommodations: ................................................................................................. 41

TABLE OF CONTENTS
(continued)

| | Page |
|---|---|
| D. Psychic Injury: | 42 |
| E. Reasonableness of IME Referrals: | 43 |
| APPENDIX A: MEDICAL AND EMPLOYMENT RECORD REVIEW | A-1 |
| Pre Bi-Polar Episode (1981) | A-1 |
| Post Bi-Polar Episode (1990) | A-11 |
| Post December 17, 1998 | A-53 |
| APPENDIX B: CURRICULUM VITAE | B-1 |
| APPENDIX C: TESTIMONY LIST | C-1 |

I. <u>INTRODUCTION</u>

1. My name is Jeffrey Janofsky, M.D. I am a board-certified psychiatrist licensed in the State of Maryland, and have been retained in the above-captioned proceeding to offer an expert opinion as to various issues relating to the mental health of Ms. Frances Darcangelo.

II. <u>SOURCES OF INFORMATION</u>

2. My opinions as set forth in the report are based on the following sources of information:

   a. An interview with Ms. Darcangelo at the law offices of her attorney, Edwin R. Burkhardt, 401 Washington Avenue, Suite 303, Towson, Maryland. The interview was chaperoned by Catherine Collins, R.N. at my request and by Tony Sacco at the plaintiff's request. The total interview time was three hours. The interview time was limited by Court Order;

   b. An MMPI-2 test administered by me and scored by Alex Caldwell, Ph.D.;

   c. The videotape of Ms. Darcangelo's interview with Dr. Stuart Kleinman, a prior expert in this case, on January 3, 2003. The videotaping began at 10:12 a.m. and ended at 7:43 p.m. with several breaks;

   d. Ms. Darcangelo's medical records, including records of:

      i. Chesapeake Health Resources (Ramsey, M.D.);

      ii. Medical records from the Air Force;

      iii. Oil City Area Health Center discharge summary;

      iv. Sharon General Hospital;

      v. Peninsula General Hospital;

      vi. John Mira, M.D.;

      vii. American Medical Laboratories;

      viii. Carmen A. Fratto, M.D.;

      ix. Pat Gahl, R.N.;

      x. York Guidance Center;

      xi. Gary Zimberg, M.D.;

      xii. Anthony Russo, M.D.;

  xiii. Yorktowne Psychological Associates containing some records from Julie Swope, M.Ed.;

  xiv. CORE;

  xv. Jerome Gottlieb, M.D.;

  xvi. Stephen Siebert, M.D.;

  xvii. Department of Veterans Affairs;

  xviii. Lawrence Von Rago, M.D.

 e. Records from the Bell Atlantic Company, including but not limited to job descriptions for Ms. Darcangelo and her personnel records;

 f. Depositions of:

  i. Barbara Jean Lee;

  ii. Marianne Moxey;

  iii. Gottlieb John Fleig;

  iv. Charles English;

  v. James P. Conrad.

  vi. Francis Darcangelo

  vii. Anthony Russo, M.D.

  viii. William Wright, M.D.

  ix. August Edward Dankert

  x. Martin Kranitz

  xi. Gary Zimberg, M.D.

  xii. B. Kelly, R.N.

 g. Pleading documents

## III. METHODOLOGY

3. As is the standard practice in forensic psychiatric examinations, all available medical and mental health treatment records were reviewed. All available depositions were reviewed. As Ms. Darcangelo had previously been interviewed on videotape by another defense expert, Dr. Stuart B. Kleinman, I watched that videotape prior to my interview with Ms. Darcangelo and incorporated data contained on that tape in forming my opinion. I subsequently interviewed Ms. Darcangelo in order to obtain additional

-2-

information, and to perform my own mental status examination. The history section of this report contains data from Dr. Kleinman's and my interviews, as well as data from Ms. Darcangelo's deposition. I administered the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), the most widely used and researched test of adult psychopathology. As is my usual practice, the test was scored by Alex Caldwell, Ph.D. Finally, I formed an opinion on Ms. Darcangelo's diagnosis and answered the forensic questions posed by the defense attorneys.

IV. **CONFIDENTIALITY WARNING**

4. Prior to my evaluation of Ms. Darcangelo, I informed her that I was evaluating her on your behalf, that we were not forming a physician- patient relationship, and that anything she told me could be revealed in a report, in Court or to other authorized persons. After a somewhat lengthy discussion, Ms. Darcangelo consented to proceed with the interview. She appeared to have understood the warnings.

V. **HISTORY**

   A. **Family History:**

5. Ms. Darcangelo's mother died in 1999. She was chronically ill for fourteen years before her death. "I decided she'd be better off dead. She got sicker in stages. She had bad rheumatoid arthritis and would not take pain medication. She was in terrible shape. She didn't like doctors or taking pills. She died at seventy-nine years of age but before that became demented and senile. She lived at home until she fell down the stairs. My father paid for her nursing home. I had a fear that I would have to support her. I lived in terror of this [at this point in the interview Ms. Darcangelo laughed]."

6. Ms. Darcangelo indicated that her mother didn't like her very much. Her mother never told her she liked her. "Neither my father nor my mother felt I was competent to do anything." Ms. Darcangelo indicated that her parents looked at her as if she was ten years old and were very critical of her when she was growing up. "They definitely did not think I was a golden child [laughing]." Ms. Darcangelo indicated that her father took care of her mother when she became ill. "He was incompetent. I couldn't go back home. My parents would have killed me, two of them, one of me. My parents would have literally killed me [laughing]." However, Ms. Darcangelo indicated that rather than put her mother in a nursing home, Ms. Darcangelo would have taken care of her mother. However, her mother did not want her to.

7. Ms. Darcangelo indicated that her father is alive and eighty-five years old.[1] Ms. Darcangelo has two surviving aunts. Her father lives with his sisters in the "ancestral mansion." Ms. Darcangelo indicated that her father would like her to live there with the rest of the family "so he could harass me like he did when I was growing up."

8. Ms. Darcangelo indicated that her father's oldest sister has two sons who have both been diagnosed with Schizophrenia. The older son committed suicide. A second

---

[1] I subsequently learned that Ms. Darcangelo's father died recently.

-3-

cousin on her father's side also suffers with Schizophrenia. "All the crazy ones are on my father's side. Everyone's eccentric."

9.  Ms. Darcangelo indicated that she was continuously verbally demeaned by her parents. "My mother did it every time she had an audience. She would chime in with how stupid I was to others. I heard her do it many times. She wouldn't do it unless she had someone to impress with how stupid I was. By the time I was twenty years old, she had a whole repertoire. She loved to tell stories to make me look bad. I got tired of it and left home. It was verbally abusive."

10. Ms. Darcangelo indicated that she was physically disciplined by her father with a strap on the back. "I didn't get beat up that much because I wasn't that bad as a kid." She had no broken bones and Child Protective Services was never involved. She denied any violence between her parents.

11. Ms. Darcangelo stated that she had one brother. "He continues to be the family disappointment. He was the sperm donor for kids he never intended to raise – two boys. I've never seen one of them." She has no contact with her brother or her nephews. "I don't put much effort into relationships. I probably could, but I don't. I know I'm never going to be part of their lives."

B.  **Past Personal History**:

12. Ms. Darcangelo was born on February 1, 1956.

13. Ms. Darcangelo does not belong to any organized religion.

C.  **Sexual Abuse History**:

14. As a child, Ms. Darcangelo indicated that she was touched in a sexually inappropriate way by a cousin but "I do not want to talk about it." Ms. Darcangelo later clarified that she was sexually abused by a boy six or seven years her senior when she was in preschool. She did not know how long the abuse lasted. She indicated that she had "classic symptoms of Posttraumatic Stress Disorder" with nightmares that stopped about fifteen years ago. She denied flashbacks of the sexual abuse when she had sexual relations as an adult.

15. When asked screening questions regarding Posttraumatic stress disorder, Ms. Darcangelo denied that as a result of the sexual abuse she suffered as a child that it was ever hard to concentrate. She was hypersensitive to noises. She denied memory gaps or numbing. She indicated, however, "I thought I'd never survive my childhood. There were too many things going against me. I made a big effort to pretend it didn't happen. It totally has affected my sexual functioning. That's why I went to therapy initially."

16. Ms. Darcangelo indicated that the sexual abuse happened and was over before she entered the first grade. "My first grade teacher wrote on the report card that I was a lonely child and my mother thought it was funny."

-4-

17. Ms. Darcangelo did not tell anyone about the sexual abuse during her childhood. "When I was younger, I had no recourse. I could have told my parents. My mother probably would have thought it was funny. There was no one to tell." The first person she told about the sexual abuse was her therapist, Barry McCarthy.

18. Ms. Darcangelo blamed herself for the abuse. "I was without resources, now I have resources. I grew up in a Catholic family. For many years, I didn't know what had happened. Then I pieced things together. The impact on my self-image. I couldn't get through life."

19. Ms. Darcangelo denied that the abuse was on her mind at the current time.

D.  **Educational History**:

20. Ms. Darcangelo indicated that she was "bullied the entire time in school, all day, every day. The popular kids were popular because they bullied the others." Ms. Darcangelo indicated that she was constantly called retarded by her classmates.

21. Ms. Darcangelo indicated that "one of the purposes of going to school was to be sexually harassed. When people touched me, I over-reacted. I was guarded. No wonder so many people thought I was stupid." Ms. Darcangelo attended Wilmington Area High School in New Wilmington Pennsylvania, graduating fifth in her class in 1973. She was never truant and never suspended or expelled.

22. After leaving high school, Ms. Darcangelo attended Vassar College in New York for two years. She then attended Catholic University in the District of Columbia for two years but did not earn a degree. She left to begin work for the telephone company in 1977. She subsequently attended the University of Maryland part-time in 1978 and earned a degree in individual studies in 1981. She has taken subsequent vocational and technical courses at Prince Georges Community College and York Vocational Technical School. At York Vocational, which Ms. Darcangelo began attending in the mid 1990's, she took three years of air conditioning and refrigeration technology courses. She found the courses very interesting. She intended to obtain employment as an apprentice in air conditioning but was not accepted into a program.

E.  **Employment History Prior to January 6, 1999**:

23. Ms. Darcangelo first began working for Bell Atlantic in 1977 in Washington, D.C. as a janitor. After seven months she was promoted to frame attendant, wiring the main distribution frame in Georgetown. In 1981 Ms. Darcangelo was promoted to central office technician in SE Washington. She held that position for 1 ½ years and then resigned in 1982 because she wanted to relocate and thought she was in a dead end job.

24. Ms. Darcangelo then spent six months in Florida scuba diving. She was not employed and lived on her savings. She had intended to obtain employment in the tourist industry for dive operators in Florida but was not successful.

25. In 1982, Ms. Darcangelo moved to Maryland and began working for Bell Atlantic as a directory assistance operator in Greenbelt. She felt this was a terrible job because she was constantly watched over by her supervisors and the job was very pressured. While working as a directory assistance operator she took two bullets out of her pocket, and when her supervisor came over, Ms. Darcangelo told the supervisor that she was writing her name on the bullets. Ms. Darcangelo was suspended as a result of this incident. In another incident Ms. Darcangelo wore a tee shirt to work with "Hitler was Right" printed on it to deliberately aggravate her supervisor, the chief operator. Ms. Darcangelo was suspended again.

26. After eight months, Ms. Darcangelo was promoted back to central office technician in Hyattsville, Maryland. After one year the job was abolished and Ms. Darcangelo took a voluntary demotion to frame attendant. She worked as frame attendant until 1988 when she was promoted to central office technician in facilities maintenance in Hunt Valley, Maryland.

27. In 1989 Ms. Darcangelo took military leave to join the 512th Maintenance Air Force Wing in Dover, Delaware. She was sent to Lackland Air Force Base to complete basic training in October 1989. She exhibited behavior problems and was repeatedly sent to the mental health unit. She was subsequently administratively discharged from the Air Force. After taking medical leave she subsequently returned to Bell Atlantic in facilities maintenance in March 1990.

28. In 1994 she was switched to provisioning, but remained in Hunt Valley. She remained under the same manager, James Conrad. She had a series of supervisors in provisioning, Linda Brooks, Gottlieb Fleig, and Marianne Moxey. After a series of suspensions in 1998, she was terminated from Bell Atlantic on January 6, 1999.

F. Relationship History:

29. Ms. Darcangelo never married and has no children. She currently lives alone.

30. Ms. Darcangelo was asked about major themes in her life. She indicated, "people don't care about me and I don't care about them." She further indicated, "when this episode [her episode of psychotic mania] started I was mostly antisocial, now I'm totally antisocial. I'd rather be by myself." Ms. Darcangelo indicated that she did not have a problem living by herself "but I am disappointed with others." "I would have wanted to trust everybody but something is in the way."

31. Ms. Darcangelo further indicated, "my M.O. is not to have anything to do with people so I don't have to trust them."

32. Ms. Darcangelo went on to note that when she was young, she learned she had no affinity for groups. "No one could put up with me or like me." She felt that she was never part of a group and never identified with a group. When she was a teenager, she recalled it would have been nice to have a friend "but I got over it." She indicated that she has no close friends. "Ninety percent of the time, my big brother never knew I was alive." She indicated that she had "no friends with relatives. I felt left out but got over it by age

-6-

sixteen. I didn't care anymore." Ms. Darcangelo indicated that she was "marooned in the population with no chance of a successful relationship. I was different."

33. When asked if there was anything about her that pushed people away, Ms. Darcangelo indicated that during her early school years, her primary feature was being bullied. "When you're a victim of bullies, no one can be your friend." Ms. Darcangelo indicated that "no one would go out on a limb to bring me into their group."

34. Ms. Darcangelo was then asked if there were any behaviors over the years that she did to turn people off. She stated, "Everything. I don't care about it. I was never interested in groups. Alcohol, marijuana, cocaine, I'd never do things like that. How do you make friends when you puke with them?"

35. Ms. Darcangelo was asked if she ever deeply cared about anyone. She replied, "nothing that's lasted the test of time. Nothing meaningful and deep."

36. She was then asked if she had hated anyone. She indicated, "I hate all my enemies. I hate them specifically. Lower management. I hate the perpetrators. I wait for them to get their just rewards. I want revenge. I think they've done all kinds of bad things." When asked about specific thoughts about revenge, she indicated that she wants a "bad outcome to this lawsuit, big defamation issues. They need to be found out for being bad. No extra legal bad things. I want them around, like bad things to happen to them in perpetuity and forever. They're incompetent and malfeasant and bad acting. They wasted a lot of money constructively terminating me. It's not a good thing. I want all the bad things in the world to happen to them. Bad, bad, bad. I'm uncharitable. In some cases, I wish all their living relatives would die. I'm sure they'd wish the same on me, if I cared about my relatives. They should trip and fall in a volcano."

37. When asked about other major enemies, Ms. Darcangelo indicated, "I'm not going to give away my list. I have plenty of enemies here. I'm sure you'd like to hear about Lustine Chevrolet."

38. Ms. Darcangelo then went on to describe a lawsuit that she filed against Lustine Chevrolet where an employee was fired. She described, while laughing, that she "had a lot of fun and pleasure" seeing the employee fired. "I'm still enjoying it. I went to them because my car wouldn't start. He thought he had me. He did, until he lost his job. That's the apex of how you deal with the enemy."

39. When asked about other enemies, Ms. Darcangelo indicated, "There's always my father and the aunt."

40. Ms. Darcangelo indicated that all of her friends became strangers when she moved to Hunt Valley, Maryland in 1988. "I have not taken the time to make friends." Ms. Darcangelo indicated that she, herself, had requested the transfer to Hunt Valley which "put me in the hell hole of Hunt Valley."

41. Ms. Darcangelo indicated that she does not now go on dates and that she has not been sexually active for twenty years.

-7-

42.     Ms. Darcangelo indicated that she never had much of a sex drive. She has engaged in no physical intimacy in the last twenty years. When asked about prior relationships, she indicated that the reason she engaged in prior relationships was "I needed someone to pay rent. The other person seemed as good as anyone else." She indicated that she had been in a relationship with someone from Bell Atlantic who had been placed in rehab to "get off the booze. Then they fixed him up and I moved. No way he could keep his meat hooks in me. He would drink all the time. I decided to stick it out. He made me disgusted. When I first met him, he seemed as attractive as anyone. He and I needed a place to live. I was not looking for him, I was looking for someone to share the rent." Ms. Darcangelo indicated that she "did not really have a sexual relationship with him. He was 99.9% impotent." She had no desire for intercourse with him. He made himself undesirable. "I didn't love him." She indicated that she never had affection for him but initially he seemed like a reasonable prospect.

43.     Ms. Darcangelo did indicate that she had a prior sexual relationship in Florida in the 1980's. "We had a wonderful two weeks together but only two weeks. After the third week, there was trouble. Our relationship was a quid pro quo, like my other relationships. I was looking for someone to pay rent. He probably thought I was going to give him money." This was a sexual relationship but was "pretty much not pleasurable. He considered himself to be a sexual athlete. His idea of a good time was to have relations for ten to twelve hours. There was nothing pleasurable about it."

44.     Ms. Darcangelo indicated that another prior intimate relationship occurred in the Washington, D.C. area at the end of the 1970's. "He was an orphan. Both of his parents had died before he was four years old. He conned me. I was conned. He was really good. 'You're the only one for me'. Of course, you were the only woman for one hour." When asked about her feelings toward the relationship, Ms. Darcangelo indicated, "a pickup truck and chain", and indicated that he should be dragged behind a truck. "When I found out what was going on, I was pitiless on myself. He conned me." She indicated that she was supposed to feel that the guy was so wonderful that he couldn't do anything wrong. "At some point, I felt disappointed." She had sexual intercourse with him but had no pleasure. "He was selfish."

45.     Ms. Darcangelo indicated that "Mr. Drag Behind The Truck" was not physically abusive to her but was emotionally abusive. "His idea of a perfect relationship was to sleep with three women in a twenty-four hour period. He got married. Within a week he called me. He told me it was over and stated he was leaving his wife. I never cared about him but he was good." She continued in an on-and-off relationship with him for a few years.

46.     Ms. Darcangelo was asked if her therapy has ever addressed her relationships with people. She indicated, no, "the phone company thing has blanked that out." When asked if she had difficulty relating to people, she indicated that if she ever goes back to work, she needs two things, "a non-hostile workplace and working with people as little as possible."

47. Ms. Darcangelo described that all her prior relationships were bad. "I never had a good relationship. I didn't plan it that way."

48. Ms. Darcangelo indicated that her mother never liked her. "She worked very hard to make me antisocial. As a little kid, I spent a lot of time with my mother. If we were around other people, she'd criticize me." Ms. Darcangelo clarified that to her antisocial meant "not liking to be around other people."

49. Ms. Darcangelo described her father as "never around. Since he was working so hard, he was absent."

50. "Marianne Moxey in her deposition said she thought I was her friend. I don't know what she was thinking."

51. Ms. Darcangelo indicated that long-term friendships have passed her by. She clarified again that although she had three boyfriends in the past, "I never had a real relationship with any of them."

52. I asked Ms. Darcangelo about the lawsuit she filed against her boyfriend noted in Dr. Ramsey's medical records. She stated she "did not remember" filing the lawsuit.

G. **Ms. Darcangelo's Perception of Her Past Psychiatric History:**

53. Ms. Darcangelo indicated that when she was younger, she suffered from "walking depression." She stated that she could not remember when she was in a situation as a child when she did not have an "excellent reason to be depressed."

54. Ms. Darcangelo described her prior depressive symptoms as having difficulty getting out of bed, feeling like crying most of the day, experiencing no joy. She indicated that when she was younger, she was severely appetite disturbed. She did not remember being sleep disturbed when she was younger. As a young child, she could not remember not having eating disorders. She was not consciously preoccupied with limiting food but it was a big issue in childhood. "One of my many deficits. I couldn't pack down the hog chow." She recalled not purposely limiting food and was not fearful of gaining weight and was not concerned about gaining weight but was "tired about getting ragged on about not eating." She denied being concerned about body image. She denied any binging or purging episodes. "I never ate a great deal." She did not abuse laxatives or diuretics and had no medical or psychiatric involvement because of her eating issues.

55. Ms. Darcangelo indicated that she had self esteem problems in high school, college, and early in her employment at Bell Atlantic. She denied, however, that she suffered from any major psychiatric symptoms during those times.

56. Ms. Darcangelo indicated that she began treatment for sexual dysfunction with Barry McCarthy, Ph.D. for four years in the Washington, D.C. area in the late 1970's or early 1980's. "I gave up. I had to change the rest of my life before those things would change." Ms. Darcangelo stated that Dr. McCarthy recommended antidepressants "which I resisted for a long time." Ms. Darcangelo recalled that Dr. McCarthy referred her to

-9-

Alan Ramsey, M.D., a psychiatrist, who prescribed Imipramine, an anti-depressant. Ms. Darcangelo indicated that she took the Imipramine for "a couple of years" with a moderate amount of success. She stopped seeing Dr. Ramsey, "I gave up on everything. If I wanted to change my mental health, I needed to change my life in a global way."

57. Ms. Darcangelo described her "psychotic episode" which occurred in late 1989 through early 1990 while she served at Lackland Air Force Base. By the time she left the Air Force, she was delusional and paranoid and "hyper, hyperactive." She felt very competent and very powerful, had no sleep for two weeks before her hospitalization. She recalled being paranoid of the mass media. "I thought the newspaper, radio and magazines were all talking about me. Everything they said had particular meaning for me." She was "not sure if I was being scrutinized." She described racing thoughts but had no auditory or visual hallucinations at the time. She described being uncharacteristically happy, not depressed. "I used up all my depression in my earlier years."

58. Ms. Darcangelo indicated that the psychotic episode lasted about ten to twelve weeks and resulted in three psychiatric hospitalizations. Since then, "I've been hypomanic, not full blown, but I probably have partial symptoms." Ms. Darcangelo denied racing thoughts or distortions and denied compulsive behaviors. She denied pressured speech. She indicated however, "I think I have behavioral things consistent with hypomania." She felt that if people had no knowledge of her past psychiatric history that they would see her as bubbly and frivolous and happy-go-lucky. She clarified that this was her affect, not the content of her speech. She described the content of her speech as sometimes morose and hostile, with a "terrible dark" sense of humor. She described being very comfortable with her mood most of the time, "it's better than being walking depressed." She described her general mood as good, unless something intrudes on it. She indicated that her weight was generally stable, that she could concentrate when she had to, and denied being generally tearful or irritable. She would like to sleep for eight hours a night but in general sleeps four to six hours per night.

59. She noted that she is less anxious than she used to be. In the past she felt always at risk of something bad happening with free-floating anxiety, but does not have these symptoms now. She denied sweaty palms, or other symptoms of associated anxiety. Her anxiety significantly decreased after her psychotic episode of 1989 or 1990. "I gave up being judgmental or harsh on myself."

60. Ms. Darcangelo indicated that she has free-floating frustration and a temper but is not impulsive. She denied ever intentionally cutting, hurting or breaking things. She has never hit the wall "but I did have a smart mouth as a kid."

61. Ms. Darcangelo indicated that she was always regarded as "different as a kid. I always felt different. I've always had a temper. Everyone in my family has a temper."

62. Ms. Darcangelo indicated that after her psychotic episode in late 1989, "I went through a door and came back in a different existence. My chronic depression ended after the psychotic episode. For that, I had good reason to be depressed and I felt depressed."

63. After her psychotic episode Ms. Darcangelo returned to Dr. Ramsey. She subsequently transferred her care to John Mira, M.D., a psychiatrist. She described Dr. Mira as "a psychiatrist and an idiot. He poisoned me with Depakote." Around the time that she was seeing Dr. Mira, Ms. Darcangelo began seeing Julie Swope, M.Ed. for psychotherapy. Ms. Darcangelo currently sees Ms. Swope for psychotherapy for which she pays out of pocket. "She should charge me more. I'm a charity case. I go once a month." She has seen Ms. Swope more frequently in the past.

64. Ms. Darcangelo described Dr. Mira as having "a very bad reputation. He'd fall asleep when admitting kids who set themselves on fire. If I had not been under the constraints of my HMO, I would not have picked him. He was not very interested in me. He was a cookbook guy."

65. Ms. Darcangelo subsequently saw Reginald Gobel, M.D. from about 1995 to 1997, both at the York Medical Center and at the Delphic Mental Health Center. Ms. Darcangelo indicated that Dr. Gobel was dropped by her HMO and she began seeing Dr. Zimberg.

66. Ms. Darcangelo was asked about life-threatening events. She stated that she had two motor vehicle accidents in the 1980's. "I should have died but I was not barely injured." She recalled being in a small plane coming back from the Bahamas in a bad storm and thought it was going down in the mid 1990's.

67. When asked if her life had ever been severely physically threatened by others, she indicated that there had been incidents where she thought her life would be physically threatened but "it didn't happen. Dennis Bronis said something was none of my fucking business. I thought it might have progressed to something physical but he did not try to hit me. I was threatened, not assaulted."

68. When asked if he threatened directly to hurt her, she indicated no. When asked if he threatened her indirectly, Ms. Darcangelo stated that "I thought he'd confront me because he had spoken many times in the past about physically confronting people."

69. Ms. Darcangelo denied any history of nightmares, flashbacks or increased physiological reactions.

70. Ms. Darcangelo denied ever having a history of auditory or visual hallucinations at any time in her lifetime. She denied any history of suicidal ideation. She described her mood most of the time as "very comfortable, better than being walking depressed." She described herself as generally in a good mood unless something intrudes on it.

71. Ms. Darcangelo indicated that she was repeatedly told as a child that she was mentally retarded. "Everybody said it. On the whole, people thought I was not smart but I was a smart ass. Always had a zingy retort."

72. Ms. Darcangelo denied that she was ever accused by anyone of being manipulative and denied that she is manipulative. She denied ever forming intense

-11-

relationships with people. She denied engaging in physical violence toward others or property.

73. When asked about her fantasy life, Ms. Darcangelo indicated, "Wouldn't it be nice if old slew foot drove off the Interstate. When they had the incident of the person being dragged behind the pickup truck, I thought, why didn't I think of that?" When asked who she was referring to, she indicated her father's younger sister. When asked about further hostile fantasies, she indicated, "I haven't had time to fantasize, I'm too busy." She indicated that she had no more violent fantasies than the average at Bell Atlantic.

74. Ms. Darcangelo is currently treated by Dr. Zimberg and is taking lithium, 900 mg. a day. At the time of her interview with Dr. Kleinman, she was on BuSpar twice a day but this had stopped by the time of my interview because of stomach difficulties. She indicated her last lithium level was 0.8. She continues to see Ms. Swope once a month for sixty minutes. The major issue discussed in therapy is the lawsuit. She had taken Ativan in the past but this stopped in 1998.

75. Ms. Darcangelo indicated that she does not make an effort to judge what other people think or feel. She does not think about what other people think. She describes this as a lack of empathy and feels it is an undesirable trait.

H.  **Medical History:**

76. In 1999, Ms. Darcangelo was diagnosed with anemia. She was subsequently diagnosed with bleeding colonic polyps and these were removed via colonoscopy in 2002. She also suffers from irritable bowel syndrome. Ms. Darcangelo reported that she is perimenopausal and takes Prempro. Ms. Darcangelo had seen Robert Altland, M.D., now retired, for her primary care. She then switched to Thaddeus Lekaw, M.D. in Glen Rock, Pennsylvania. She then switched her care to David White, M.D. and Harold Riley, M.D. in York, Pennsylvania. Although she states that she suffers from irritable bowel syndrome, she does not remember ever suffering from diarrhea, constipation, gassiness or bloating. She did indicate that her father's only brother died from colon cancer.

77. Ms. Darcangelo gets no regular GYN care. She had her last PAP smear in the fourth quarter of 2001. She takes Prempro daily.

78. Ms. Darcangelo was involved in a motor vehicle accident in 1985 where she broke the windshield with her head. She is not sure if she lost consciousness. She was immediately taken to hospital where x-rays revealed no fracture.

I.  **Drug and Alcohol History:**

79. Ms. Darcangelo is an occasional alcohol drinker. Her maximum alcohol intake is three or four beers over several hours. In the past five years, she has drunk about one beer every three months. She has never drunk other liquor and has never used alcohol to drunkenness or blackout. She has never suffered from shakes or DT's. Ms. Darcangelo denied the use of illicit drugs.