Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3
 4   FRANCES DARCANGELO,      )
 5           Plaintiff,       )
 6       vs.                  ) Case No.
 7   BELL ATLANTIC,           ) S02-816
 8           Defendant.       )
 9                 -   -   -   -   -
10        The deposition of GARY BRYANT ZIMBERG was
11   taken on Wednesday, April 30, 2003, commencing at
12   10:20 a.m., at 401 Washington Avenue, Suite 303,
13   Towson, Maryland, before Donna M. Hall, Notary
14   Public.
15
16                 -   -   -   -   -
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1                A P P E A R A N C E S
 2
 3
 4        Martha Dye, Esquire
 5        O'MELVENY & MYERS, LLP
 6        1650 Tysons Boulevard, Suite 1150
 7        McLean, Virginia 22102
 8        (703) 918-2700
 9             On behalf of the Defendant
10
11
12        Edwin R. Burkhardt, Esquire
13        ATTORNEY-AT-LAW
14        401 Washington Avenue, Suite 303
15        Towson, Maryland 21204
16        (410) 583-0338
17             On behalf of the Plaintiff
18
19
20
21
22
23
24
25
```

Page 57

```
 1   or whatever?
 2        A.   Right.
 3        Q.   What is the usual?
 4        A.   There is no usual, but a textbook case is
 5   somebody goes from, you know, depressed to what's
 6   called euthymic or normal mood and then manic, that
 7   would be a textbook case, but very few people are
 8   textbook.  Some people are main hypomanic all the
 9   time, you can't really control them adequately.
10   They're always a little bit on the manic side.
11             Some people are mixed.  You can have a
12   mixed state where people are up and down at the
13   same time, elements of both at the same time.  So
14   there is no one formulation for it.  But in a
15   textbook case would be somebody that actually
16   cycles through, up, normal, down and back up,
17   normal, down again.
18        Q.   At the time when she came in on October
19   15, 1997, was Ms. Darcangelo in a manic or
20   hypomanic episode or depressive episode for that
21   matter?
22        A.   It looks like she was in the state that
23   she pretty much was in the entire time I've seen
24   her, just mildly hypomanic.  It's hard with her
25   because she has more than one diagnosis, but she is
```

1   hypomanic a lot of the time.
2        Q.   Is that something you would normally
3   reflect in your notes, whether the mood and whether
4   they're hypomanic and stuff?
5        A.   With her it's always is there something
6   to treat, something to do different.  In my office
7   what I try to figure out is this really hypomania
8   or just her schizoid personality or poor judgment
9   which has nothing to do with psychiatry.
10            What I typically conclude with Frances is
11  that it really isn't.  Although she has episodes of
12  hypomania, it's not severe enough to change the
13  medication treatment and it typically appears to be
14  that it's more her personality disorder and her
15  poor judgment that get her into trouble.  That
16  seems to be more the issue.
17            What I look at as the treating physician,
18  is there something I would do different here, is
19  there something medication-wise that I would do,
20  but after talking to her I don't come to that
21  conclusion.
22       Q.   In the October 15th examination, do you
23  think she was, based on your recollection or what's
24  in the report, it doesn't say anything about
25  hypomania, do you think she was in an episode of

```
 1   hospitalization and I don't think it's psychotic.
 2   Social or occupational functioning, hard to say
 3   because you see her social occupational functioning
 4   is so much more affected by her schizoid
 5   personality, the bipolar is a sideshow there.
 6            And occupational functioning, again, the
 7   schizoid personality, poor judgement, they're such
 8   overwhelming factors it's hard to say what the
 9   bipolar effect has.
10       Q.   So you don't really know?
11       A.   No.
12       Q.   Okay.  Other than what we discussed with
13   respect to your conversations with Ms. Swope, have
14   you ever spoken to any of Ms. Darcangelo's other
15   health care providers?
16       A.   Only one.  I mean maybe others, I just
17   can't recall.  I guess I did speak to her.  She had
18   a primary care physician, Dr. Altland, at one time
19   and I tried to coordinate the care with her.
20            And then Frances was having difficulty
21   working the VA system so eventually I did call one
22   of my friends, a woman who had trained with me who
23   is a VA physician now in Baltimore and asked if she
24   could help and she has been nice enough to help get
25   Frances' medications.
```

```
 1   functions of the job with or without an
 2   accommodation in order to be protected by the act?
 3       A.   Yes.
 4       Q.   Do you have any opinion whether Ms.
 5   Darcangelo was qualified to perform the job she
 6   held at Bell Atlantic between 1997 and 1999?
 7            MR. BURKHARDT:  Objecting on the basis
 8   that he is not going to understand the legal
 9   significance.  To the extent that you understand
10   the question in a layperson sense, you can
11   certainly respond to it.
12            THE WITNESS:  Can you repeat the question
13   again?
14            (The record was read as requested.)
15            THE WITNESS:  I have no opinion about
16   that.  To the best of my knowledge, I was never
17   given a job description and asked to comment upon
18   her ability to perform such and such tasks.  Or if
19   I did receive it, I don't remember.
20   BY MS. DYE:
21       Q.   And you don't have an opinion as to what
22   the essential functions of her job are?
23       A.   Are or were?
24       Q.   Were, yeah.
25       A.   No.
```