IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


FRANCES DARCANGELO,

       Plaintiff,

                     No.  02 CV 816
vs.                   Chief Judge Frederic N. Smalkin

BELL ATLANTIC,

       Defendant.

_____/



                    128 Orange Avenue
                    Daytona Beach, Florida
                    Tuesday, February 11, 2003
                    10:15 a.m.


**DEPOSITION OF CHARLES ENGLISH**


    The above-styled cause came on for hearing before

me, Melanie E. Szafran, Registered Professional Reporter

and Notary Public at Large, at the time and place above

indicated for the purpose of taking testimony.



GRANDE REPORTING
POST OFFICE BOX 374
ORMOND BEACH, FLORIDA 32175-0374
(386) 673-9879  FAX:  (386) 615-8801




1      A    No.

2      Q    Do you know who did?

3      A    No.

4      Q    Okay.  Take a look at this (indicating).

5           MR. BURKHARDT:  Enter this in as 15.

6           (WHEREUPON, the document was marked as Plaintiff's

7      Exhibit Number 15 for identification.)

8           MS. DYE:  Has this been produced?

9           MR. BURKHARDT:  I would not be able to tell

10     you.  You certainly are welcome to a copy if it

11     hasn't been produced.

12          MS. DYE:  It does not look familiar to me.

13          MR. BURKHARDT:  All right.  Let's make a

14     description of it, then, for the record.  All

15     right.  Plaintiff's Exhibit 15, large bold type

16     on the top "CWA, CWA Local 2108."  Still in bold

17     caps, "You are entitled by law."  And then it's

18     got four bullets underneath.

19          The top bullet says, "To know the topic of a

20     meeting before participating."  And then it goes

21     on -- it's a one page -- there is no labeling on

22     it.  But four bullets.  "To know the topic."

23     Second bullet, "To have Union representation."

24     Third bullet, "To remain silent until your Union

25     representative is present."  Fourth, "To consult

1           MR. BURKHARDT:  Exhibit Number 27,

2      "Voluntary Self-Identification Form for Covered

3      Veterans and Individuals with Disabilities."

4           (WHEREUPON, the document was marked as Plaintiff's

5  Exhibit Number 27 for identification.)

6           MR. BURKHARDT:  I don't know that it has

7      Bate stamps on it.  It looks like a four-page

8      exhibit.  Take a look at that.

9           MS. DYE:  I don't think this has been

10     produced before.

11          MR. BURKHARDT:  Let's go off the record

12     here.

13          (WHEREUPON, there was an off-the-record

14  discussion.)

15          MS. DYE:  Are we back on the record?

16          MR. BURKHARDT:  Yeah.  We can go back on.

17          MS. DYE:  All right.  I just want to say

18     English Number 27, like the Exhibit Number 1, and

19     I think there was another one, the one with the

20     CWA Local 2108 statement of the law thing, none

21     of these, as far as I know, have been produced

22     before today.  And obviously Plaintiff's document

23     production was due in early December.  And I'm

24     just again going to register my objection here,

25     Mr. Burkhardt, to the apparent document

1    production protocol that you and your client are

2    proceeding with, which seems to be that your

3    client produces whatever she wants whenever she

4    wants and without supervision by you.

5         And I, you know, objected to this before

6    during the deposition of Mr. Fleig, and in

7    letters, and it appears to be still happening.

8    You know.  And again, we left the deposition of

9    Ms. Darcangelo open originally on the basis that

10   there might be some more documents forthcoming,

11   and they continue to show up, you know, on a

12   random basis here, and, you know, for that reason

13   we may need to seek a continuation of her

14   deposition to talk about these documents that

15   she's been popping up recently.

16        MR. BURKHARDT:  All right.

17   BY MR. BURKHARDT:

18   Q    First question:  This type of form, are you

19   familiar with it?

20   A    No.

21   Q    No.  Not familiar?

22   A    Not familiar.

23   Q    Okay.  Have you ever seen this type of form

24   before?

25   A    Nope.