Annual Pension = $62.94 per month of service

30 years of service x 12 months per year = **360 months of service**

$62.94 (per month) x 360 (months of total service) =

## $22,658.40 annual pension

---

Life Expectancy: 79 years
Retirement Age: 52 Years

79 years – 52 years = **27 years receiving pension**

$22,658.40 pension per year x 27 years =

## $611,776.80 total value