```
          IN THE UNITED STATES DISTRICT COURT FOR
        THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                 *
FRANCES DARCANGELO,
                                 *
     Plaintiff,
v.                               *     CIVIL NO.: WDQ-02-816

VERIZON MARYLAND INC.,           *

     Defendant.                  *

*    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 7th day of May 2005, ORDERED that:

1. Verizon's motion for summary judgment BE, and HEREBY IS, GRANTED;

2. judgment BE, and HEREBY IS, ENTERED for Verizon;

3. this case BE, and HEREBY IS, CLOSED; and

4. the Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
                              _____/s/_____
                              William D. Quarles, Jr.
                              United States District Judge
```