# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Francis Darcangelo

**Plaintiff(s)**

**vs.**

Verizon Maryland Inc.

**Defendant(s)**

# BILL OF COSTS

**Case Number** 1:02-cv-00816-WDQ

Judgment having been entered in the above entitled action on June 7, 2005 _____ against _____ Francis Darcangelo _____, the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . . . . | $ | 16,442.26 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for exemplification and copies of papers necessarily obtained for use in this case . . . . . . . . . . . . . . | $ | 1,483.60 |
| Docket fees under 28 U. S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Compensation of interpreters and costs of special interpretation services under 28 U. S.C. 1828 . . . . . . . . | $ | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| **TOTAL** | $ | 17,925.86 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred m this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Morris Fischer, Counsel for Plaintiff

Karen M. Wahle

**Print Name of Attorney**

_signature_ 6/20/05

**Signature of Attorney** **Date**

Verizon Maryland Inc.

**Print Name of Claiming Party**

Costs are taxed in the amount of $ _____ and included in the judgment.

Felicia C. Cannon, Clerk

By: _____

American LegalNet, Inc.
www.USCourtForms.com

ATTACHMENT TO BILL OF COSTS

(1) Fees of the court report are requested for the following deposition (receipts attached):

| Date | Deponent | Cost |
|---|---|---|
| 12/23/02 | Francis Darcangelo | 2,124.50 |
| 12/24/02 | Francis Darcangelo | 2,039.55 |
| 01/03/03 | Francis Darcangelo | 995.50 |
| 01/21/03 | Gottlieb Fleig | 452.75 |
| 02/11/03 | Charles English | 383.60 |
| 02/14/03 | Barbara Kelly | 227.30 |
| 02/25/03 | James Conrad | 474.50 |
| 03/06/03 | Marianne Moxey | 440.90 |
| 03/12/03 | August E. Dankert | 519.89 |
| 03/18/03 | Martin Kranitz | 546.09 |
| 03/24/05 | Anthony Russo, MD | 292.45 |
| 03/25/03 | Barbara Lee | 350.00 |
| 03/27/03 | William Wright, MD | 121.85 |
| 03/28/03 | Martin Kranitz | 738.53 |
| 04/25/03 | Ann Sewell | 195.50 |
| 04/29/05 | Maria M. Bury | 645.32 |
| 04/30/05 | Gary Zimberg | 783.93 |
| 05/01/03 | B. D'Ascenzo | 115.80 |
| 05/28/03 | Julie Swope | 1,061.00 |
| 06/12/03 | Jeff Janofsky | 425.00 |
| 04/18/05 | Douglas Anderson | 3,508.30 |
|  | TOTAL | $16,442.26 |

(2) Fees and disbursements for printing are requested for the following copies:

| | |
|---|---|
| Documents provided to plaintiff in discovery (5456 @ .10) | 545.60 |
| Summary judgment exhibits provided to court (1204 @ .10) | 120.40 |
| Summary judgment exhibits provided to plaintiff (1204 @ .10) | 120.40 |
| Trial exhibits provided to plaintiff (3486 @ .10) | 348.60 |
| Trial exhibits prepared for court (3486 @ .10) | 348.60 |
| TOTAL | $1,483.60 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

        Plaintiff,

    v.

VERIZON MARYLAND INC.,

        Defendant.

No. WDQ-02-816 (Civ.)

### AFFIDAVIT OF KAREN M. WAHLE

I, Karen M. Wahle, being duly sworn and under oath, state as follows:

1.      I am a partner in the law firm of O'Melveny & Myers LLP.  At all times relevant hereto, I was one of the attorneys for the defendant Verizon Maryland Inc. in the above-captioned case.

2.      I have personal knowledge of the expenses incurred by Verizon Maryland Inc. in connection with the above-referenced litigation.

3.      All of the items in the foregoing bill of costs have been necessarily incurred in the defense and trial of this case and the services for which fees have been charged were actually and necessarily performed.

FURTHER AFFIANT SAYETH NOT.

_____
Karen M. Wahle

Subscribed and Sworn
to before me this 17th day
of June 2005.

_____
Notary Public

LESLIE M. POELLNITZ
Notary Public District Of Columbia
My Commission Expires July 31, 2007

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC  20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No.  53-0257990

# INVOICE

**Reprinted On:  2/03/2003**

To:

| | |
|---|---|
| **Martha  Dye, Esq.**<br>**O'Melveny & Myers, LLP**<br>**1650 Tysons Blvd., Suite 1150**<br>**McLean, VA  22102** | Atty.Acct. No.: 7316<br>Case/Matter No.:<br>Our Ref. No.:  4994-1<br>Your Ref. No.:<br>Location:  Towson, MD |

| Invoice Date: |
|---|
| **12/31/2002** |
| Invoice No. |
| **37472** |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  Darcangelo vs. Bell Atlantic
Witness:    Frances M. Darcangelo            Classified:
Proceeding Date:  12/23/2002

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 4 Business Day Delivery - Frances M Darcangelo | 256.00 | 4.75 | $1216.00 |
| Exhibit Copies - various | 85.00 | 0.30 | $25.50 |
| Video Setup & First 3 hours | 1.00 | 270.00 | $270.00 |
| Videotaping of Proceedings (Additional Hours) | 5.00 | 90.00 | $450.00 |
| Additional Copies of Video-xtra set | 4.00 | 25.00 | $100.00 |
| Evening Fee (After 6pm) | 8.00 | 1.00 | $8.00 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |

| Credit Card Payment: | AMEX [ ]   Visa [ ]   MasterCard [ ] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account #: | | | | | | Expiration Date: | | | |
| Registered To: | | | | Signature: | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| **Sub-Total:** | 2,124.50 |
| **Interest Accrued:** | 0.00 |
| **Grand Total:** | 2,124.50 |
| **Amount Paid:** | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

| **TOTAL BALANCE DUE:** | 2,124.50 |
|---|---|

## Thank You For Your Business

**Alderson Reporting Co., Inc.**
**1111 14th Street, NW  4th Floor**
**Washington, DC  20005-5650**
**Phone #: (202) 789-6308 Fax #: (202) 289-8850**
**E-Mail: ar@aldersonreporting.com**
**Federal I.D. No.  53-0257990**

# INVOICE

**Reprinted On:  2/03/2003**

To:
| | |
|---|---|
| **Martha Dye, Esq.** | |
| **O'Melveny & Myers, LLP** | |
| **1650 Tysons Blvd., Suite 1150** | |
| **McLean, VA  22102** | |

Atty.Acct. No.: **7316**
Case/Matter No.:
Our Ref. No.:  **4994-2**
Your Ref. No.:
Location:  **Towson, MD**

| Invoice Date: |
|---|
| **12/31/2002** |
| Invoice No. |
| **37473** |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  **Darcangelo vs. Bell Atlantic**
Witness:     **Frances M. Darcangelo (cont)**                     Classified:
Proceeding Date:  **12/24/2002**

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 3 Business Day Delivery - Frances M Darcangelo (co | 239.00 | 5.35 | $1278.65 |
| Exhibit Copies - 29-31 | 3.00 | 0.30 | $0.90 |
| Video Setup & First 3 hours | 1.00 | 270.00 | $270.00 |
| Videotaping of Proceedings (Additional Hours) | 4.00 | 90.00 | $360.00 |
| Additional Copies of Video-xtra copy | 3.00 | 25.00 | $75.00 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |

| Credit Card Payment: | AMEX [ ]   Visa [ ]   MasterCard [ ] | | |
|---|---|---|---|
| Account #: | | Expiration Date: | |
| Registered To: | Signature: | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | 2,039.55 |
| Interest Accrued: | 0.00 |
| Grand Total: | 2,039.55 |
| Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

| TOTAL BALANCE DUE: | 2,039.55 |
|---|---|

## Thank You For Your Business

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC  20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No.  53-0257990

# INVOICE

**Reprinted On:  2/03/2003**

To:

| Martha  Dye, Esq. |
| O'Melveny & Myers, LLP |
| 1650 Tysons Blvd., Suite 1150 |
| McLean, VA  22102 |

Atty.Acct. No.:  7316
Case/Matter No.:
Our Ref. No.:  4994-3
Your Ref. No.:
Location:  Towson, MD

| Invoice Date: |
| --- |
| **1/09/2003** |
| Invoice No. |
| **37657** |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  Darcangelo vs. Bell Atlantic
Witness:        MEETING                           Classified:
Proceeding Date:   1/03/2003

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| Video Setup + First 3 Hours | 1.00 | 270.00 | $270.00 |
| Video Conference (Additional Hours) | 7.45 | 90.00 | $670.50 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |

*OK to pay*
*892050-194*
*[signature]*

| Credit Card Payment: | AMEX [ ]  Visa [ ]  MasterCard [ ] | |
| --- | --- | --- |
| Account #: | | Expiration Date: |
| Registered To: | Signature: | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| Sub-Total: | 995.50 |
| --- | --- |
| Interest Accrued: | 0.00 |
| Grand Total: | 995.50 |
| Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

**TOTAL BALANCE DUE:     995.50**

## Thank You For Your Business

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

### TOWSON REPORTING COMPANY

*115 W. Mulberry Street • Baltimore, MD 21201*
*(410) 837-3027 • FAX (410) 685-6361*
*Federal ID# 52-0845831*

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA  22102

February  7, 2003

**Invoice#** 10063018

**Balance:**    $452.75

**Re:** NV NR  DARCANGELOvBELL ATLANTIC
TOWSON
*on* 01/21/03 *by* RONDA THOMAS

| Charge Description | Amount |
|---|---|
| 212    PAGES @ $2.00 PER PAGE (ORIGINAL) | 424.00 |
| POSTAGE & HANDLING***UPS OVERNIGHT*** | 15.00 |
| 55 EXHIBITS @ $.25 PER EXHIBITS | 13.75 |
| FOR THE DEPOSITION OF GOTTLIEB FLEIG, | |
| TAKEN ON JANUARY 21, 2003. | |
| | |
| SIGNED ORDER FORM | |

**P l e a s e   R e m i t   - - - >**  **Total Due:**    $452.75

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

**Invoice#** 10063018

**Balance$**    452.75

*Accepting Visa, Mastercard and American Express*

# Grande Reporting

*Beth Vollmar, President*

O'Melveny & Myers, LLP
1650 Tysons Boulevard
Suite 1150
McLean, VI 22102
MARTHA DYE, ESQUIRE

**INVOICE NO. :** 972540
**INVOICE DATE** 2/25/2003
**REPORTER:**
Melanie Szafran

**ID#** 59-3463615

FRANCES DARCANGELO VS BELL ATLANTIC

02 CV 816

| Date | Description | Amount |
|------|-------------|--------|
| 2/11/2003 | DEPOSITION OF CHARLES ENGLISH | |
| | Copy | 357.20 |
| | Exhibits | 26.40 |
| | shipping and handling | 25.00 |
| | (C.O.D.) | |

| | |
|---|---|
| **Sub Total** | 408.60 |
| **Paid** | 0.00 |
| **Balance Due** | 408.60 |
| Less C.O.D. Credit | 25.00 |
| $ | 383.60 |

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

## TOWSON REPORTING COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA 22102

February 28, 2003

**Invoice#** 10063456

**Balance:** $227.30

**Re:** NV NR DARCANGELOvBELL ATLANTIC
TOWSON
*on* 02/14/03 *by* SHOCKET REPORTING

| Charge Description | Amount |
|---|---|
| 99    PAGES @ $2.00 PER PAGE (COPY) | 198.00 |
| POSTAGE & HANDLING | 5.80 |
| 94    PAGES @ $.25 PER PAGE EXHIBIT COPY CHARGE | 23.50 |
| FOR THE DEPOSITION OF BARBARA KELLY | |

*OK to pay*
*Kara M Wall*
*8 92 050-174*

SIGNED ORDER FORM.

**P l e a s e    R e m i t    - - ->**    Total Due:    $227.30

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

Invoice# 10063456

Balance$    227.30

*Accepting Visa, Mastercard and American Express*

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

### TOWSON REPORTING COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA 22102

April 7, 2003

**Invoice#** 10064327

**Balance:**    $474.50

**Re:** NV NR DARCANGELOvBELL ATLANTIC
MCLEAN, VA
*on* 02/25/03 *by* STEVEN POULAKOS

| Charge Description | Amount |
|---|---|
| 222    PAGES @ $2.00 PER PAGE (COPY) | 444.00 |
| POSTAGE & HANDLING | 15.00 |
| 62    PAGES @ $.25 PER PAGE EXHIBIT COPY CHARGE FOR THE DEPOSITION OF JAMES CONRAD | 15.50 |

P l e a s e    R e m i t    - - - >    **Total Due:**    $474.50

Please tear off stub and return with payment.

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

Invoice# 10064327

Balance$    474.50

*Accepting Visa, Mastercard and American Express*

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

## TOWSON REPORTING COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA 22102

March 20, 2003

**Invoice#** 10063899

**Balance:** $440.90

**Re:** NV-NR-DARCANGELOvBELL ATLANTIC
TOWSON
*on* 03/06/03 *by* SUSAN M. WOOTTON

*OK to pay*
*Kate McWell*
*6920-50-194*

| Charge Description | | Amount |
|---|---|---|
| 226 | PAGES @ $1.85 PER PAGE (COPY) | 418.10 |
| POSTAGE & HANDLING | | 5.80 |
| 68 EXHIBITS @ $.25 PER EXHIBIT | | 17.00 |

FOR THE DEPOSITION OF MARIANNE MOXEY,
TAKEN ON MARCH 6, 2003.

SIGNED ORDER FORM.

P l e a s e    R e m i t    - - - >    Total Due:    $440.90
Please tear off stub and return with payment.

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

Invoice# 10063899

Balance$    440.90

*Accepting Visa, Mastercard and American Express*

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #: (202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **3/27/2003** |
| Invoice No. |
| **39332** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:  Martha Dye, Esq.
     O'Melveny & Myers, LLP
     1650 Tysons Blvd., Suite 1150
     McLean, VA 22102

Atty.Acct. No.: 7316
Case/Matter No.:
Our Ref. No.: 4994-4
Your Ref. No.:
Location: Towson, MD

RE: Darcangelo vs. Bell Atlantic
Witness: August E. Dankert
Proceeding Date: 3/12/2003

Classified:

| Description | Qty. | Amount | Charges |
|---|---|---|---|
| 10 Business Day Delivery - August E Dankert | 138.00 | 3.30 | $455.40 |
| Exhibit Copies - 1-9, 3 color | 12.00 | 0.30 | $3.60 |
| Oversized Exhibits | 2.00 | 0.50 | $1.00 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |
| Discount 5% off page rate | 138.00 | -0.17 | $-23.46 |

Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]

| Account #: | | | | | | | | | | | | Expiration Date: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | | | | | Signature: | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $491.54 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $491.54 |
| Amount Paid: | $0.00 |

**Questions? Please call our Credit Manager
@ 202-789-6308.**

# Thank You For Your Business

| TOTAL BALANCE DUE: | $491.54 |
|---|---|

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **3/27/2003** |

| Invoice No. |
|---|
| **39333** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:   Martha Dye, Esq.
O'Melveny & Myers, LLP
1650 Tysons Blvd., Suite 1150
McLean, VA 22102

Atty.Acct. No.:  7316
Case/Matter No.:
Our Ref. No.:  4994-7
Your Ref. No.:
Location:  Towson, MD

RE: Darcangelo vs. Bell Atlantic
Witness:    August E. Dankert (Telephone Conference)       Classified:
Proceeding Date:   3/12/2003

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 10 Business Day Delivery - August E Dankert (Telep | 7.00 | 3.30 | $23.10 |
| Telephonic Proceedings | 7.00 | 0.75 | $5.25 |

**Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]**

Account #: | | | | | | | | | | | |      Expiration Date: | | | | |

Registered To:                          Signature:

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $28.35 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $28.35 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-789-6308.
## Thank You For Your Business

| TOTAL BALANCE DUE: | $28.35 |
|---|---|

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW  4th Floor*
*Washington, DC  20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.  53-0257990*

*/ /*

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
| :---: |
| **3/27/2003** |
| Invoice No. |
| **39320** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
Martha Dye, Esq.
O'Melveny & Myers, LLP
1650 Tysons Blvd., Suite 1150
McLean, VA 22102

Atty.Acct. No.:  7316
Case/Matter No.:
Our Ref. No.:  4994-5
Your Ref. No.:
Location:  McLean, VA

RE: Darcangelo vs. Bell Atlantic
Witness:  Martin Kranitz
Proceeding Date:  3/18/2003

Classified:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 6 Business Day Delivery - Martin   Kranitz | 99.00 | 3.80 | $376.20 |
| Exhibit Copies - 1-4 | 39.00 | 0.30 | $11.70 |
| Oversized Exhibits | 4.00 | 0.50 | $2.00 |
| Waiting Time | 2.00 | 60.00 | $120.00 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |
| Discount off page rate 5% | 99.00 | -0.19 | $-18.81 |

*OK to pay*
*$2050-194*

**Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]**

| Account #: | | | | | | | | | | | | Expiration Date: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | | | | | Signature: | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| **Sub-Total:** | **$546.09** |
| **Taxes:** | 0.00 |
| **Interest Accrued:** | $0.00 |
| **Grand Total:** | $546.09 |
| **Amount Paid:** | $0.00 |

**Questions?  Please call our Credit Manager
@ 202-789-6308.**

# Thank You For Your Business

| TOTAL BALANCE DUE: | $546.09 |
|---|---|

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

## TOWSON REPORTING COMPANY

*115 W. Mulberry Street • Baltimore, MD 21201*
*(410) 837-3027 • FAX (410) 685-6361*
*Federal ID# 52-0845831*

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA 22102

May 6, 2003

**Invoice# 10064703**

**Balance:** $292.45

**Re:** NV DARCANGELOvBELL ATLANTIC
LANCASTER, PA
*on* 03/24/03 *by* PAM DOGGER

| Charge Description | Amount |
|---|---|
| 106    PAGES @ $2.45 PER PAGE (MEDICAL COPY) | 259.70 |
| POSTAGE & HANDLING | 5.75 |
| 108 EXHIBITS @ $.25 PER EXHIBIT | 27.00 |

FOR THE DEPOSITION OF ANTHONY RUSSO, M.D.,
TAKEN ON MARCH 24, 2003, IN LANCASTER, PA.

OK to Pay  *Martha Dye*
6/2/03

**P l e a s e   R e m i t   - - - >   Total Due:   $292.45**

Please tear off stub and return with payment.

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD 21201

Invoice# 10064703

Balance$    292.45

*Accepting Visa, Mastercard and American Express*

# INVOICE

## GORE BROTHERS
### Reporting & Video Company, Inc.

## TOWSON REPORTING COMPANY

*115 W. Mulberry Street • Baltimore, MD 21201*
*(410) 837-3027 • FAX (410) 685-6361*
*Federal ID# 52-0845831*

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA  22102

April 21, 2003

**Invoice#** 10064614

**Balance:**    $350.00

**Re:** NV NR ANGELOvBELL ATLANTIC
MCLEAN, VA
*on* 03/25/03 *by* RICHARD UNDERWOOD

| Charge Description | Amount |
|---|---|
| 169    PAGES @ $2.00 PER PAGE (COPY) | 338.00 |
| POSTAGE & HANDLING | 5.75 |
| 25 EXHIBITS @ $.25 PER EXHIBIT | 6.25 |

FOR THE DEPOSITION OF B. LEE (132 REGULAR PAGES)
AND B. LEE (37 CONFIDENTIAL PAGES), TAKEN ON
MARCH 25, 2003, IN MCLEAN, VIRGINIA.

SIGNED ORDER FORM

**P l e a s e   R e m i t   - - ->**  Total Due:    $350.00

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

Invoice# 10064614

Balance$    350.00

*Accepting Visa, Mastercard and American Express*

Platt & Dawson, Inc.
10195 Main Street
Suite M
Fairfax, VA 22031
(703-) 591-0007   Fax (703) 591-2101

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 61973 | 04/10/2003 | 01-28273 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/27/2003 | MW | 02CV816 |

| CASE CAPTION |
|---|
| DARCANGELO vs. BELL ATLANTIC |
| **TERMS** |
| SEE REVERSE FOR TERMS AND CONDITIONS |

MARTHA DYE, ESQ.
O'MELVENY & MYERS, LLP
1650 TYSONS BLVD.
SUITE 1150
MCLEAN, VA 22102

One copy of deposition of:
      WILLIAM E. WRIGHT, M.D.
                  ASCII                                                    121.85

                                        TOTAL   DUE   >>>>        121.85

THANK YOU FOR YOUR BUSINESS.

TAX ID NO.: 54-1374149                          (703) 918-2700   Fax (703) 918-2704

*Please detach bottom portion and return with payment.*

MARTHA DYE, ESQ.
O'MELVENY & MYERS, LLP
1650 TYSONS BLVD.
SUITE 1150
MCLEAN, VA 22102

Invoice No.:  61973
Date        :  04/10/2003
**TOTAL  DUE**  :      121.85

Job No.   :  01-28273
Case No.  :  02CV816
DARCANGELO vs. BELL ATLANTIC

Remit To:    **Platt & Dawson, Inc.**
             **10195 Main Street**
             **Suite M**
             **Fairfax, VA 22031**

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW  4th Floor*
*Washington, DC  20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No.  53-0257990*

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
| --- |
| **4/11/2003** |

| Invoice No. |
| --- |
| **39772** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:  Martha Dye, Esq.
O'Melveny & Myers, LLP
1650 Tysons Blvd., Suite 1150
McLean, VA  22102

Atty.Acct. No.:  7316
Case/Matter No.:
Our Ref. No.:  4994-6
Your Ref. No.:
Location:  McLean, VA

RE:  Darcangelo vs. Bell Atlantic
Witness:    Martin  Kranitz (cont'd)
Proceeding Date:  3/28/2003

Classified:

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| 10 Business Day Delivery - Martin   Kranitz (cont' | 208.00 | 3.30 | $686.40 |
| Exhibit Copies - 5-17 | 120.00 | 0.30 | $36.00 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |
| Discount 5% | 1.00 | -38.87 | $-38.87 |

*(handwritten notes)*

**Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]**

| | | Expiration Date: | |
| --- | --- | --- | --- |
| **Account #:** | | | |
| **Registered To:** | | Signature: | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
| --- | --- |
| **Sub-Total:** | **$738.53** |
| **Taxes:** | **0.00** |
| **Interest Accrued:** | **$0.00** |
| **Grand Total:** | **$738.53** |
| **Amount Paid:** | **$0.00** |

**Questions?  Please call our Credit Manager**
**@ 202-789-6308.**
# Thank You For Your Business

| TOTAL BALANCE DUE: | $738.53 |
| --- | --- |

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

## TOWSON REPORTING COMPANY

*115 W. Mulberry Street  •  Baltimore, MD 21201*
*(410) 837-3027  •  FAX (410) 685-6361*
*Federal ID# 52-0845831*

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA  22102

May 29, 2003

**Invoice#** 10065637

**Balance:**    $195.50

**Re:** NV-DARCANGELOvBELL ATLANTIC
TYSON, VA
*on* 04/25/03 *by* RICHARD UNDERWOOD

| Charge Description | Amount |
|---|---|
| 84    PAGES @ $2.00 PER PAGE (COPY) | 168.00 |
| POSTAGE & HANDLING (TRANS-ONUPS, EXHIBITS-REGUPS) | 20.75 |
| 27 EXHIBITS @ $.25 PER EXHIBIT | 6.75 |
| FOR THE DEPOSITION OF ANN SEWELL, | |
| TAKEN ON APRIL 25, 2003, IN MCLEAN, VA. | |

SIGNED ORDER FORM

OK to pay _____ *Martha Dye. 6/2/03*

P l e a s e    R e m i t  - - - >    Total Due:    $195.50

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

Invoice# 10065637

Balance$    195.50

*Accepting Visa, Mastercard and American Express*

# *Alderson Reporting Co., Inc.*

*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
| --- |
| **5/13/2003** |

| Invoice No. |
| --- |
| **40632** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
Martha Dye, Esq.
O'Melveny & Myers, LLP
1650 Tysons Blvd., Suite 1150
McLean, VA 22102

Atty.Acct. No.: 7316
Case/Matter No.:
Our Ref. No.: 4994-10
Your Ref. No.:
Location: McLean, VA

/ /

RE: Darcangelo vs. Bell Atlantic
Witness: Maria M Bury
Proceeding Date: 4/29/2003

Classified:

| Description | Qty | Amount | Charges |
| --- | --- | --- | --- |
| 10 Business Day Delivery - Maria M Bury | 184.00 | 3.30 | $607.20 |
| Exhibit Copies - 1-11, 3-5 previously marked | 48.00 | 0.30 | $14.40 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |
| Discount 5% off page rate | 184.00 | -0.17 | $-31.28 |

OK to Pay    *[signature]*
Martha Dye
6-2-03

**Credit Card Payment: AMEX [ ] Visa [ ] MasterCard [ ]**

| Account #: | | | | | | | | | | | Expiration Date: | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Registered To: | | | | | | | | Signature: | | | | | | | |

| **TERMS: NET 30 DAYS** | | |
| --- | --- | --- |
| To ensure proper credit, please indicate Invoice Number with payment. Interest accrues at a rate of 1.5% per month. | Sub-Total: | **$645.32** |
| | Taxes: | **0.00** |
| | Interest Accrued: | **$0.00** |
| | Grand Total: | **$645.32** |
| | Amount Paid: | **$0.00** |

Questions?  Please call our Credit Manager
@ 202-789-6308.

# Thank You For Your Business

| TOTAL BALANCE DUE: | **$645.32** |
| --- | --- |

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW  4th Floor*
*Washington, DC  20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

/ /

# INVOICE

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| **5/16/2003** |

| Invoice No. |
|---|
| **40724** |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
Martha Dye, Esq.
O'Melveny & Myers, LLP
1650 Tysons Blvd., Suite 1150
McLean, VA  22102

Atty.Acct. No.:  7316
Case/Matter No.:
Our Ref. No.:  4994-11
Your Ref. No.:
Location:  Towson, MD

RE: Darcangelo vs. Bell Atlantic
Witness:   Gary  Zimberg          Classified:
Proceeding Date:  4/30/2003

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 10 Business Day Delivery - Gary   Zimberg | 221.00 | 3.30 | $729.30 |
| Exhibit Copies - 1-19 | 124.00 | 0.30 | $37.20 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |
| Discount 5% off page rate | 221.00 | -0.17 | $-37.57 |

*OK to Pay  Martha Dye  6-2-03*

**Credit Card Payment: AMEX [ ]  Visa [ ]  MasterCard [ ]**

| Account #: | | Expiration Date: |
|---|---|---|
| Registered To: | Signature: | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $783.93 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $783.93 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-789-6308.

## Thank You For Your Business

| TOTAL BALANCE DUE: | $783.93 |
|---|---|

WHITMAN REPORTING SERVICE, INC.
966 HUNGERFORD DRIVE - SUITE 32
ROCKVILLE, MD  20850
(301) 279-7599
ID# 52-2115876

MARTHA DYE, ESQ.                          May  8, 2003
O'MELVANY AND MYERS
1650 TYSONS BOULEVARD                     Invoice# 46208
11TH FLOOR
MCLEAN, VA                                Balance:    $115.80


    Caption: FRANCIS DARCANGELO VS. BELL ATLANTIC
             CA NO. 02 CV 816
   Scheduled: 05/01/03    Billed: 05/08/03
   Reporter: JOHN W. WHITMAN


            I n v o i c i n g    I n f o r m a t i o n


Charge Description                                      Amount

ONE FULL COPY                                            82.00
CONDENSED TRANSCRIPT AND ASCII DISK                      25.00
DEPOSITION OF BEVERLY D'ASCENZO
EXHIBIT COPIES (14 PGS @ $.20/PG)                         2.80

UPS TO YOUR OFFICE                                        6.00



SEE ATTACHED CHECK REQUEST
FOR APPROVAL AND/OR CLIENT INFO

    P l e a s e    R e m i t    - - - >    Total Due:    $115.80

**Alderson Reporting Co., Inc.**
1111 14th Street, NW  4th Floor
Washington, DC  20005-5650
Phone #: (202) 789-6308 Fax #: (202) 289-8850
E-Mail: ar@aldersonreporting.com
Federal I.D. No.  53-0257990

# INVOICE

**Reprinted On:  7/03/2003**

To:
| | |
|---|---|
| Martha  Dye, Esq. | |
| O'Melveny & Myers, LLP | |
| 1650 Tysons Blvd., Suite 1150 | |
| McLean, VA  22102 | |

Atty.Acct. No.: **7316**
Case/Matter No.:
Our Ref. No.:  **4994-12**
Your Ref. No.:
Location:  **Towson, MD**

| Invoice Date: |
|---|
| **5/30/2003** |
| Invoice No. |
| **41121** |

PLEASE REFERENCE
THIS INVOICE NUMBER
WHEN REMITTING

RE:  Darcangelo vs. Bell Atlantic
Witness:    Julie  Swope
Proceeding Date:   5/28/2003

Classified:

| Description | Qty | Amount | Charges |
|---|---|---|---|
| 2 Business Day Delivery | 160.00 | 5.95 | $952.00 |
| Exhibit Copies - 1-23 | 340.00 | 0.30 | $102.00 |
| Condensed Transcript/Media/Delivery | 1.00 | 55.00 | $55.00 |
| Discount 5 % off page rate | 160.00 | -0.30 | $-48.00 |

**Credit Card Payment:      AMEX [ ]    Visa [ ]    MasterCard [ ]**

| Account #: | | | | | | | | | | | | Expiration Date: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Registered To: | | Signature: | |
|---|---|---|---|

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | 1,061.00 |
| Interest Accrued: | 0.00 |
| Grand Total: | 1,061.00 |
| Amount Paid: | 0.00 |

Questions?  Please call our Credit Manager @ 202-789-6308.

| TOTAL BALANCE DUE: | 1,061.00 |
|---|---|

## Thank You For Your Business

# INVOICE

## GORE BROTHERS
*Reporting & Video Company, Inc.*

### TOWSON REPORTING COMPANY

115 W. Mulberry Street • Baltimore, MD 21201
(410) 837-3027 • FAX (410) 685-6361
Federal ID# 52-0845831

MARTHA DYE, ESQUIRE
O'MELVENY & MYERS, L.L.P.
1650 TYSONS BLVD. S/1150
MCLEAN, VIRGINIA  22102

July 2, 2003

**Invoice#** 10066562

**Balance:**    $425.00

**Re:** NV-NR-D'ANGELOvBELL ATLANTIC
VA
*on* 06/12/03 *by* HEATHER BJORK AVALOS

| Charge Description | Amount |
|---|---|
| 167 PAGES @ $2.25 PER PAGE (MEDICAL ORIGINAL & 1) | 375.75 |
| POSTAGE & HANDLING | 5.75 |
| 174 EXHIBITS @ $.25 EACH EXHIBIT | 43.50 |

FOR THE DEPOSITION OF JEFFREY JANOFSKY, M.D.
TAKEN ON JUNE 12, 2003 IN McLEAN, VIRGINIA

SIGNED ORDER FORM.

*OK to pay*
*MD*
*7-8-03*

**P l e a s e   R e m i t   - - - >**    Total Due:    $425.00

**Please tear off stub and return with payment.**

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES
INCURRED, NOT THEIR CLIENT. PAYMENT DUE IN 30 DAYS*

GORE BROTHERS REPORTING & VIDEO CO.
115 West Mulberry Street
Baltimore, MD  21201

Invoice# 10066562

Balance$    425.00

**Accepting Visa, Mastercard and American Express**



**BARRISTER**
REPORTING SERVICE

TAX ID#13-2686-361
120 BROADWAY, SUITE 1111
NEW YORK, NY 10271

P: 212-732-8066 • F: 212-732-9690
WWW.BRSNYC.COM

BRS INVOICE  A423841-01
  Account #:  O3301

O'MELVENY & MYERS, ESQS.
7 TIMES SQUARE 34TH FLR.
NEW YORK, NY  10036

ATTENTION: JIM WALDON

April 19, 2005

--------------------------------------------------------------------

FRANCES DARCANGELO,  .V. VERIZON MARYLAND INC.,

FOR REPORTING SERVICES RENDERED in the above entitled matter, held at
O'MELVENY & MYERS, 7 TIMES SQUARE, N.Y N.Y. on the 18th day of April,
2005.

Furnishing you with original and one copy  of the deposition of
DOUGLAS ANDERSON .

Pages    1-  284.  284 PAGES----------------------------3322.80


REPORTER'S APPEARANCE FEE---AM----------------------------  50.00
REPORTER'S APPEARANCE FEE---PM----------------------------  50.00
EXHIBIT COPYING -----------------------------------------  56.50
MAILING AND HANDLING ------------------------------------  29.00

                        DAILY COPY

TOTAL AMOUNT DUE -------------------------------------- 3508.30

SLIMSCRIPT, DISK & EXHIBITS ENCLOSED


**FULL PAYMENT IS DUE WITHIN 30 DAYS OF THE INVOICE DATE**

Please note that while Barrister Reporting Service, Inc. will attempt to accommodate third-party billing requests,
such accommodation in no way relieves the party who originally ordered the above-referenced services of such
party's obligation to pay this invoice.

PLEASE MAKE REMITTANCE PAYABLE TO
BARRISTER REPORTING SERVICE, INC.