IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>  v.<br><br>VERIZON MARYLAND INC.,<br><br>      Defendant. | No. WDQ-02-816 (Civ.) |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S BILL OF COSTS**

In accordance with Local Rule 109.1(b), defendant Verizon Maryland Inc. ("Verizon"), by and through its undersigned counsel, respectfully submits this Memorandum in Support of Defendant's Bill of Costs and states as follows.

On June 7, 2005, Judge William D. Quarles granted Verizon's motion for summary judgment and entered judgment in favor of Verizon in the above-captioned case. (Dkt. ## 143, 144). As the "prevailing party" in the case, Verizon is entitled under Federal Rule of Civil Procedure 54(d)(1) to have certain costs incurred by Verizon in the litigation taxed against plaintiff. Specifically, the clerk of court is authorized to tax against plaintiff costs including "[f]ees of the court reporter for all or any part of the transcript necessarily obtained for use in the case" and "[f]ees for exemplification and copies of papers necessarily obtained for use in the case." 29 U.S.C. § 1920.

Contemporaneously with this Memorandum, Verizon has filed a Bill of Costs seeking the taxation of costs in the amount of $17,925.86. As set forth in the Bill of Costs itself, the costs which Verizon seeks to recover are limited to (1) court reporter fees incurred in connection with the depositions of witnesses in the case and (2) copying costs necessarily incurred by Verizon.

2

All such costs are itemized and supported by copies of invoices or receipts to the extent practicable.  Because all such costs fall squarely within the scope of taxable costs under 29 U.S.C. § 1920, taxation of Verizon's requested costs is warranted in the present case.

## **CONCLUSION**

For the foregoing reasons, Verizon respectfully requests that the clerk of court tax costs against plaintiff in the amount of $17,925.86 and that such costs be included in the judgment.

Dated: June 21, 2005                                                                  Respectfully Submitted,

_____/s/_____
Ira H. Raphaelson, Bar. No. 012849
Karen M. Wahle, Bar. No. 013658
Shannon M. Barrett, No. 16410
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.