UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRANCES DARCANGELO, | ) | |
| Plaintiff, | ) | |
| v | ) | No. WDQ-02-816 (Civ) |
| VERIZON MARYLAND, INC., | ) | |
| Defendant, | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Frances Darcangelo, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court decision granting Summary Judgment to Defendants and entry of final judgment entered June 7, 2005.

Respectfully Submitted,

/s/
_____
Morris E. Fischer, Esq
MD: Bar No. 26286
4550 Montgomery Avenue
Ste. 601N
Bethesda, MD 20814
301-469-3498 phone
301-469-3499 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

FRANCES DARCANGELO,

    Plaintiff,

v.    )    No. WDQ-02-816 (Ch.)

VERIZON MARYLAND, INC.,

    Defendant,

### Certificate of Service

On July 5, 2005, the undersigned herein served via first class mail, the Notice of Appeal upon: Ira Raphaelson, Esq., O'Melveny & Myers, 1625 Eye Street, NW, Washington, D.C., 20006.

Respectfully Submitted,

/s/
_____
Morris E. Fischer, Esq
MD: Bar No. 26286
4550 Montgomery Avenue
Ste. 601N
Bethesda, MD 20814
301-469-3498 phone
301-469-3499 fax

**MORRIS E. FISCHER**
COUNSELOR OF LAW
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE
SUITE 601N
BETHESDA, MD 20814
(301) 469-3498 PHONE
(301) 469-3499 FAX



July 4, 2005

United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21202

Attention: Clerk of the Court
Via: Messanger

                            Re: Darcangelo v. Verizon
                                   WDQ-02-816

Dear Clerk of The Court

      Please find enclosed Plaintiff's Notice of Appeal, along with filing fee and CD-Rom.

Sincerely,

*[signature]*
Morris E. Fischer, Esq.