IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>      Plaintiff,<br><br>      v.<br><br>VERIZON MARYLAND INC.,<br><br>      Defendant. | No. WDQ-02-816 (Civ.) |

## DEFENDANT'S MOTION TO WITHDRAW IRA H. RAPHAELSON AS COUNSEL

Defendant Verizon Maryland Inc. ("Verizon") respectfully moves the Court to withdraw Ira H. Raphealson as counsel for Verizon and to remove his name from the case for all purposes. The grounds for Verizon's motion are set forth in its Memorandum in Support of its Motion to Withdraw Ira H. Raphaelson as Counsel.

Dated: January 24, 2006

Respectfully submitted,

_____/s/_____
Karen M. Wahle, Bar No. 013658
Shannon M. Barrett, Bar No. 016410
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
(202) 383-5414 (facsimile)

Counsel for Defendant
Verizon Maryland Inc.