IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRANCES DARCANGELO,<br><br>        Plaintiff,<br><br>    v.<br><br>VERIZON MARYLAND INC.,<br><br>        Defendant. | No. WDQ-02-816 (Civ.) |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW IRA H. RAPHAELSON AS COUNSEL**

    Defendant Verizon Maryland Inc. ("Verizon"), by and through its undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Withdraw Ira H. Raphaelson as Counsel.

    Mr. Raphaelson is currently one of multiple attorneys from O'Melveny & Myers LLP ("O'Melveny") serving as counsel of record for Verizon in the above-captioned matter. Effective January 31, 2006, however, Mr. Raphaelson will be leaving O'Melveny to become Vice President and General Counsel at Scientific Games Corporation. Accordingly, Verizon seeks to withdraw Mr. Raphaelson as counsel in this matter.

    Verizon will continue to be represented by the undersigned attorneys in this matter, and the requested withdrawal will not delay any proceedings.

**CONCLUSION**

      For the foregoing reasons, Verizon respectfully requests that the Court grant its Motion to Withdraw Ira H. Raphaelson as Counsel.

Dated: January 24, 2006            Respectfully submitted,

                                                  _____/s/_____
                                                  Karen M. Wahle, Bar No. 013658
                                                  Shannon M. Barrett, Bar No. 016410
                                                  O'MELVENY & MYERS LLP
                                                  1625 Eye Street, N.W.
                                                  Washington, D.C.  20006
                                                  (202) 383-5300
                                                  (202) 383-5414 (facsimile)

                                                  Counsel for Defendant
                                                  Verizon Maryland Inc.