IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCES DARCANGELO,

    Plaintiff,

v.

VERIZON MARYLAND INC.,

    Defendant.

No. WDQ-02-816 (Civ.)

**ORDER**

AND NOW, this ____ day of ____, 2006, it is hereby ORDERED that Defendant Verizon Maryland Inc.'s Motion to Withdraw Ira H. Raphaelson as Counsel is GRANTED.

                William D. Quarles, Jr.
                United States District Judge