# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Frances Darcangelo, | ) |
| | ) **Civil Action. No**. WDQ-02-816 (civ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | ) |
| Verizon, MD Inc., | ) |
| | ) |
| **Defendant.** | ) |

### MOTION TO WITHDRAW AS COUNSEL

Michael J. Snider, Esq. and Ari Taragin, Esq. respectfully move the court to withdraw as counsel to Plaintiff Frances Darcangelo and to remove their name from the case for all purposes. The grounds for this motion are set forth in the accompanying Memorandum in Support of Plaintiff's Motion to Withdraw as Counsel.

Respectfully Submitted,

_____/s/_____.

Michael J Snider, Esq.
Ari Taragin, Esq.
Snider and Associates, LLC
104 Church Lane, Suite 201
Baltimore MD 21208
(410) 653-9060
(410) 653-9061 fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| Frances Darcangelo, )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>Verizon, MD Inc., )<br>)<br>**Defendant.** )<br>) | **Civil Action. No**. WDQ-02-816 (civ) |

### MEMORANDUM IN SUPPORT OF MOTION
### TO WITHDRAW AS COUNSEL

Michael J Snider, Esq. and Ari Taragin, Esq. respectfully submit this Memorandum in Support of their Motion to Withdraw as Counsel.

At the inception of this action, Plaintiff was represented by the Law Offices of Snider and Fischer, LLC. This partnership was dissolved on July 1, 2005. Plaintiff has opted to proceed with Morris Fischer, Esq. exclusively. <u>See</u> attachment.  Therefore, Mr Snider and Mr Taragin respectfully request that the court grant their motion to Withdraw as Counsel.

Respectfully Submitted,

    /s/     .
Michael J Snider, Esq.
Ari Taragin, Esq.
Snider and Associates, LLC
104 Church Lane, Suite 201
Baltimore MD 21208
(410) 653-9060
(410) 653-9061 fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Frances Darcangelo, | ) **Civil Action. No**. WDQ-02-816 (civ) |
| **Plaintiff** | ) |
| v. | ) |
| Verizon, MD Inc., | ) |
| **Defendant.** | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, it is hereby ORDERED that Michael J. Snider, Esq.'s and Ari Taragin, Esq.'s Motion to Withdraw as Counsel is GRANTED.

_____
William D. Quarles
United States District Judge