Frances M. Darcangelo
P.O. Box 253
New Freedom, Pennsylvania 17349


Snider and Associates
104 Church Lane
Suite 201
Baltimore, Maryland 21208


Re: Darcangelo, et al v Verizon MD Inc, et al
Court of Appeals Docket # 05-1771


I herein authorize and request the withdrawal of Michael Snider, Esq. and Ari Taragin, Esq. from my Federal Action, Darcangelo v. Verizon, WDQ-02-816. Kindly move to strike your respective appearances from this case.

Frances Darcangelo
October 31, 2005