UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 8, 2006

No. 05-1771
CA-02-816-WDQ

FRANCES DARCANGELO

    Plaintiff - Appellant

v.

VERIZON MARYLAND, INCORPORATED

    Defendant - Appellee

and

BELL ATLANTIC

    Defendant

-------------------------------

MARIA WALSH

    Movant

---------------------
On Petition for Rehearing and Rehearing En Banc
---------------------

The appellant's petition for rehearing and rehearing en banc was submitted to this Court.  As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

Entered for a panel composed of Judge Niemeyer, Judge Michael, and Judge Gregory.

For the Court,

/s/ Patricia S. Connor
_____
CLERK