UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

```
                                              FILED
                                        August 16, 2006
```

No. 05-1771
CA-02-816-WDQ

FRANCES DARCANGELO

       Plaintiff - Appellant

v.

VERIZON MARYLAND, INCORPORATED

       Defendant - Appellee

       and

BELL ATLANTIC

       Defendant

-------------------------

MARIA WALSH

       Movant

O R D E R

Appellee has filed a bill of costs.

The Court awards $88.20 in costs. An itemized statement of costs is attached to this order. A certified copy of this order shall issue to the clerk of the district court for inclusion in this Court's mandate.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK

ldn2

To be filed by:   07/24/06

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

Re: 05-1771 Darcangelo v. Verizon MD Inc
    CA-02-816-WDQ

===

SEE INSTRUCTIONS BEFORE COMPLETING THIS FORM.

BILL OF COSTS

---

The Clerk is requested to tax the following costs against: [APPELLANT DARCANGELO

| COURT COSTS TAXABLE UNDER RULE 39, FRAP | CLAIMED | TAXED Court Use |
|---|---|---|
| Docketing Fee | $ | $ |
| Printing Appendix [ ] Pages | | |
| Printing Appellant's Brief [ ] Pages | | |
| Printing Appellee's Brief 14 copies [ 63 ] Pages | 88.20 | |
| Printing Appellant's Reply Brief [ ] Pages | | |
| TOTAL AMOUNT | $ 88.20 | $ 88.20 |

If costs are sought for or against the United States, agency or officer, cite statutory authority.

I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Date 7/14/06   Signature Karen M Walker   (For) Name of Claiming Party VERIZON MARYLAND INC.

---

**Certificate of Service**

I certify that on 7/17/06 [date] I mailed a copy of the bill of costs form to counsel at the address shown below:

Morris E. Fischer
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814

Leizer Z. Goldsmith
Goldsmith Law Firm
1900 L Street, NW Suite 614
Washington, DC 20036

Karen Walker
Signature

JUL 18 2006
US Court of Appeals 4th Circuit

## ATTACHMENT TO BILL OF COSTS

Appellee Verizon Maryland Inc. filed a 63-page Appellee's Brief. In addition to ten copies filed with the court, two copies of the brief were served on each of Morris E. Fisher and Leizer Zalman Goldsmith, counsel for appellant.

The costs sought by Appellee Verizon Maryland Inc. (which were expended by its counsel, O'Melveny & Myers LLP) are as follows:

63 pages for principal brief @ .10 per page photocopying = $6.30 per copy

14 copies @ $6.30 per copy = $88.20

Attached are selected portions of a bill from O'Melveny & Myers LLP to Verizon Maryland Inc. demonstrating that these charges were actually billed.

I, Karen M. Wahle, verify under penalty of perjury that the foregoing is true and correct and that the costs were actually and necessarily incurred in this action.

_____

DC1:674041.1

```
                    O'MELVENY & MYERS LLP - BILLING PROFORMA                          Page 107 (6)
      0892050-00194      VERIZON COMMUNICATIONS                        PROFORMA NO:   1136871
      DARCANGELO V. BELL ATLANTIC                                       STATUS: C    CURRENT


                              --DETAIL OF UNBILLED COST THROUGH 02/28/06 --

  MB--   ---TYPE---  ----REF#----  ---------------NARRATIVE---------------    --VALUE--    --INDEX #--  --W/O--


  02/06   B101E       3439804       COPYING (COPITRAX-INTERNAL)                  109.00      33454159    ___
                                    MADDREY  MARK F Pages: 1090
```